

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2

Plaintiff, by its attorneys, hereby certifies that to the best of its knowledge, the matter in controversy is related not related to any other case except for *The People of the State of New York by Eliot Spitzer v. Marsh & McLennan Companies, Inc. and Mash Inc.*, Docket No. 403342/2004, filed on October 14, 2004 in the Supreme Court of the State of New York, County of New York and *Accent on Eyes Corp. v. Marsh & McLennan Companies, Inc., Mash Inc. and Marsh USA Inc.*, Civil Action No. cv-04-4535, filed on October 21, 2004 in the United States District Court, Eastern District of New York.

Plaintiff is not currently aware of any other party who should be joined in this action.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 22, 2004

                                       **LITE DePALMA GREENBERG & RIVAS, LLC**

By: _____
        Allyn Z. Lite (AL-6774)
        Michael E. Patunas (MP-2306)
        Two Gateway Center 12th Floor
        Newark, NJ 07102
        Telephone: (973) 623-3000
        Fax: (973) 623-0211

        Bernard Persky (BP 1072)
        Hollis L. Salzman (HS 5994)
        **GOODKIND LABATON RUDOFF**
          **& SUCHAROW LLP**
        100 Park Avenue
        New York, New York 10017-5563
        Telephone: (212) 907-0700
        Fax: (212) 818-0477

L. Kendall Satterfield
Halley F. Ascher
**FINKELSTEIN, THOMPSON & LOUGHRAN**
1050 30th Street N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Fax: (202) 337-8090

*Attorneys for Plaintiff*