**LITE DEPALMA GREENBERG & RIVAS, LLC**
Allyn Z. Lite (AL-6774)
Michael Patunas (MP-2306)
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
(973) 623-3000

Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| QLM ASSOCIATES, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH INC., MARSH USA INC., and SEABURY & SMITH, INC. d/b/a MARSH ADVANTAGE AMERICA,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 04-5184 (CFJH)<br><br>**CERTIFICATE OF<br>NON-ARBITRABILITY** |

Allyn Z. Lite, of full age, certifies that pursuant to L. Civ. R. 201.1 the within matter is not arbitrable, being that the Complaint seeks damages that are in an excess of $150,000 and injunctive relief.

Dated: October 22, 2004

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Allyn Z. Lite