**MILBERG WEISS BERSHAD**
 **& SCHULMAN LLP**
Edith M. Kallas
Joseph P. Guglielmo
J. Douglas Richards
Michael M. Buchman
Elizabeth Rosenberg
Lili R. Sabo
One Pennsylvania Plaza
New York, NY  10119-0165
Tel.:  212-594-5300

**MILLER FAUCHER AND CAFFERTY LLP**
Bryan C. Clobes
Ellen Meriwether
Michael S. Tarringer
Melody Forrester
Timothy Fraser
One Logan Square
18th and Cherry Streets, Suite 1700
Philadelphia, PA  19103
Tel.:  215-864-2800

*Plaintiffs' Co-Lead Counsel*

                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

―――――――――――――――――――――――――――― x
IN RE: INSURANCE BROKERAGE        :   Hon. Faith S. Hochberg
ANTITRUST LITIGATION              :   MDL No. 1663
                                  :
**APPLIES TO ALL ACTIONS**        :   Civil No. 04-5184 (FSH)
―――――――――――――――――――――――――――― x

**PLAINTIFFS' MOTION TO FILE UNDER SEAL**

Pursuant to L. Civ. R. 5.3(c), Plaintiffs respectfully request this Court enter an order allowing them to file under the seal the deposition transcript of Michael O'Malley, taken on January 6, 2006, in connection with Plaintiffs' Joint Discovery Letter of January 12, 2006. Plaintiffs make this motion in order to comply with the terms set forth in the September 23, 2005 Corrected Discovery Confidentiality Order on Informal Application ("Confidentiality Order").

The parties have designated all deposition transcripts as "Attorneys' Eyes Only" under the Confidentiality Order. Section 4(a) of the Confidentiality Order describes that "Attorneys' Eyes Only" includes, *inter alia*, family, financial, medical or personnel records and non-public information relating as to which the producing party has an independent obligation of confidentiality to any entity other than defendants in this action. The deposition transcript of Michael O'Malley contains some of the above-described information. In order to protect the parties from injury, no other type of less restrictive relief is available.

Dated: January 12, 2006

        Respectfully submitted,

        **MILBERG WEISS BERSHAD**
         **& SCHULMAN LLP**

        /s/ *Edith M. Kallas*
        Edith M. Kallas
        Joseph P. Guglielmo
        J. Douglas Richards
        Michael M. Buchman
        Elizabeth Rosenberg
        Lili R. Sabo
        One Pennsylvania Plaza
        New York, NY  10119-0165
        Tel.:  212-594-5300
        Fax:  212-868-1229

        **MILLER FAUCHER AND CAFFERTY LLP**

        */s/ Bryan C. Clobes*
        Bryan C. Clobes

Ellen Meriwether
Michael S. Tarringer
Melody Forrester
Timothy Fraser
One Logan Square
18th and Cherry Streets, Suite 1700
Philadelphia, PA  19103
Tel.:  215-864-2800
Fax:  215-864-2810

*Plaintiffs' Co-Lead Counsel*

**FOOTE, MEYERS, MIELKE & FLOWERS**
Robert M. Foote
416 South Second Street
Geneva, IL 60134
Tel.:  630-232-6333

**LEVIN, FISHBEIN, SEDRAN & BERMAN**
Howard J. Sedran
510 Walnut Street - Suite 500
Philadelphia, PA  19106
Tel.:  215-592-1500
Fax:  215-592-4663

*Plaintiffs' Executive Committee*

**LITE DEPALMA GREENBERG
  & RIVAS, LLC**
Allyn Z. Lite
Bruce D. Greenberg
Michael E. Patunas
Two Gateway Center, 12th Floor
Newark, NJ 07102
Tel.:  973-623-3000
Fax:  973-623-0858

*Liaison Counsel for Commercial Insurance Litigation*

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
Andrew S. Friedman
Elaine A. Ryan
Patricia N. Hurd
2901 N. Central Avenue, Suite 1000

2

Phoenix, AZ 85012
Tel.:  602-274-1100
Fax:  602-274-1199

*Liaison Counsel for Employee-Benefit Litigation*

**ALEXANDER, HAWES & AUDET, LLP**
William M. Audet
300 Montgomery Street, Ste. 400
San Francisco, CA 94104
Tel.:  415-982-1776
Fax:  415-576-1776

**BEELER, SCHAD & DIAMOND, P.C.**
Lawrence W. Schad
James Shedden
Michael S. Hilicki
Tony H. Kim
332 South Michigan Avenue, Suite 1000
Chicago, IL 60604
Tel.: 312-939-6280
Fax:  312-939-4661

**BONSIGNORE & BREWER**
Robert J. Bonsignore
Robin Brewer
Daniel D'Angelo
23 Forest Street
Medford, MA 02155
Tel.: 781- 391-9400
Fax: 781- 391-9496

**CHAVEZ LAW FIRM, P.C.**
Kathleen C. Chavez
P.O. Box 772
Geneva, IL 60134
Tel.:  630-232-4480
Fax:  630-232-8265

**CHIMICLES & TIKELLIS LLP**
Nicholas E. Chimicles
Michael D. Gottsch
361 West Lancaster Avenue
Haverford, PA  19041
Tel.:  610-642-8500

3

Fax:  610-649-3633

**COHN, LIFLAND, PEARLMAN,**
 **HERRMANN & KNOPF**
Peter S. Pearlman
Park 80 Plaza West One
Saddle Brook, NJ  07663
Tel.:  201-845-9600
Fax:  201-845-9423

**COOPER & KIRKHAM, P.C.**
Josef D. Cooper
655 Montgomery Street, 17th Floor
San Francisco, CA 94111
Tel.:  415-788-3030
Fax:  415-882-7040

**DRUBNER HARTLEY & O'CONNOR**
James E. Hartley, Jr.
Gary O'Connor
Charles S. Hellman
500 Chase Parkway, 4th Floor
Waterbury, CT 06708
Tel.:  203-753-9291
Fax:  203-753-6373

**FINE KAPLAN & BLACK**
Roberta D. Liebenberg
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Tel.:  215-567-6565
Fax:  215-568-5872

**FINKELSTEIN, THOMPSON**
 **& LOUGHRAN**
Burton H. Finkelstein
L. Kendall Satterfield
Halley F. Ascher
1050 30th Street, N.W.
Washington, D.C.  20007
Tel.:  202-337-8000
Fax:  202-337-8090

**THE FURTH FIRM, LLP**
Michael P. Lehman
Thomas P. Dove

4

Julio J. Ramos
Jon T. King
225 Bush Street, Suite 1500
San Francisco, CA 94104
Tel.: 415-433-2070
Fax: 415-982-2076

**GRAY, WEISS AND WHITE**
Mark K. Gray
1200 PNC Plaza
Louisville, KY 40202
Tel.: 502-585-2060

**HANSON BRIDGES MARCUS VLAHOS RUDY LLP**
David J. Miller
333 Market Street, 23rd Floor
San Francisco, CA 94105
Tel.: 415-777-3200
Fax: 415-541-9366

**HANZMAN & CRIDEN, P.A.**
Michael E. Criden
Kevin B. Love
220 Alhambra Circle, Suite 400
Coral Gables, FL 33134
Tel.: 305-357-9000
Fax: 305-357-9050

**JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN & CROWLEY, LLP**
W. Timothy Needham
730 Fifth Street, Post Office Drawer 1288
Eureka, CA 95502
Tel.: 707-445-2071
Fax: 707-445-8305

**JEFFREY LOWE, P.C.**
Jeff Lowe
8235 Forsyth Blvd., Ste. 1100
St. Louis, MO 63105
Tel.: 314-721-3668
Fax: 314-678-3401

5

**KLAFTER & OLSEN LLP**
Jeffrey A. Klafter
1311 Mamaroneck Avenue, Suite 220
White Plains, NY  10602
Tel.:  914-997-5656
Fax:  914-997-2444

**LARRY D. DRURY, LTD.**
Larry D. Drury
Two North LaSalle Street
Suite 700
Chicago, IL 60602
Tel.:  312-346-7950
Fax:  312-346-5777

**LAW OFFICES OF FRANCIS O. SCARPULLA**
Francis O. Scarpulla
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Tel.:  415-788-7210
Fax:  415-788-0707

**LAW OFFICES OF GARY H. SAPOSNIK**
Gary H. Saposnik
105 West Madison Street, Ste. 700
Chicago, IL 60602
Tel: 312- 357- 1777
Fax: 312- 606- 0413

**LAW OFFICES OF RANDY R. RENICK**
Randy R. Renick
128 North Fair Oaks Avenue, Ste. 204
Pasadena, CA 91103
Tel.:  626-585-9608
Fax:  626-585-9610

**LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS, LLP**
John J. Stoia, Jr.
Theodore J. Pintar
Bonny E. Sweeney
James D. McNamara
Mary Lynne Calkins
Rachel L. Jensen
401 B. Street, Suite 1600
San Diego, CA 92101

Tel.:  619-231-1058
Fax:  619-231-7423

**LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS, LLP**
Samuel H. Rudman
200 Broadhollow Road, Suite 406
Melville, NY 11747
Tel.:  631-367-7100
Fax:  631-367-1173

**LEVINE DESANTIS, LLC**
Mitchell B. Jacobs
150 Essex St., Ste. 303
Millburn, New Jersey 07041
Tel: 973-376-9050
Fax: 973-379-6898

**LOOPER, REED & MCGRAW**
James L. Reed, Jr.
Travis Crabtree
1300 Post Oak Blvd. Ste. 2000
Houston, TX 77056
Tel.: 713- 986- 7000
Fax: 713- 986- 7100

**MAGER WHITE & GOLDSTEIN, LLP**
Jayne Arnold Goldstein
2825 University Drive, Suite 350
Coral Springs, FL 33065
Tel.:  954-341-0844
Fax:  954-341-0855

**MEREDITH COHEN GREENFOGEL
  & SKIRNICK, P.C.**
Steven J. Greenfogel
Daniel B. Allanoff
Architects Building, 22nd Floor
117 South 17th Street
Philadelphia, PA 19103
Tel.:  215-564-5182
Fax:  215-569-0958

**SAVERI & SAVERI, INC.**
Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
One Eleven Pine, Suite 1700
San Francisco, CA  94111-5619
Tel.:  415-217-6810
Fax:  415-217-6813

**SHAHEEN & GORDON**
William Shaheen
D. Michael Noonan
140 Washington St., 2nd Fl.
P.O. Box 977
Dover, NH  03821-0977
Tel.: 603-749-5000
Fax: 603-749-1838

**SHERMAN, SILVERSTEIN, KOHL,
  ROSE & PODOLSKY**
Alan C. Milstein
Jeffrey P. Resnick
Fairway Corporate Center
4300 Haddonfield Road, Ste. 311
Pennsauken, NJ 08109
Tel: 856- 662- 0700
Fax: 856- 488- 4744

**SPARKMAN-ZUMMACH, P.C.**
Martin W. Zummach
P.O. Box 266
Southaven, MS 38671
Tel.:  662-349-6900
Fax:  662-349-6800

**TRUJILLO RODRIGUEZ & RICHARDS, LLP**
Lisa J. Rodriguez
8 Kings Highway West
Haddonfield, NJ 08033
Tel: 856-795-9002

**WHATLEY DRAKE, LLC**
Joe R. Whatley, Jr.
Charlene Ford
Richard Rouco
Richard Frankowski
2323 Second Avenue North
Birmingham, AL 35203
Tel.: 205-328-9576
Fax: 205-328-9669

**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLC**
Mary Jane Edelstein Fait
Adam J. Levitt
656 West Randolph Street
Suite 500 West
Chicago, IL 60661
Tel.: 312-466-9200
Fax: 312-466-9292

**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLC**
Fred Taylor Isquith
270 Madison Avenue, 10th Floor
New York, NY 10016
Tel.: 212-545-4600
Fax: 212-545-4653

**ZWERLING, SCHACHTER &**
 **ZWERLING, LLP**
Robert S. Schachter
Stephen L. Brodsky
Justin M. Tarshis
41 Madison Avenue
New York, NY 10010
Tel.: 212-223-3900
Fax: 212-371-5969

*Attorneys for Plaintiffs*

DOCS\337207v1

9