NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION | Hon. Faith S. Hochberg |
| | MDL No. 1663 |
| | Civil No. 04-5184 (FSH) |
| **APPLIES TO ALL ACTIONS** | |
| IN RE: EMPLOYEE-BENEFIT INSURANCE BROKERAGE ANTITRUST LITIGATION | Civil No. 05-1079 (FSH) |
| | **ORDER** |
| **APPLIES TO ALL ACTIONS** | Date: October 27, 2006 |

**HOCHBERG, District Judge:**

Per this Court's Order of October 3, 2006, the Court will hold a case management conference on November 6, 2006 at 1:00 pm. In addition to determining how Defendants will proceed with the litigation, the Court will address the following:

(1) The Motion for an Order Preliminarily Approving the Zurich Settlement, filed with this Court on August 28, 2006, and related motions. The Court will hold a hearing on preliminary approval of the proposed settlement; all parties to the settlement and any related agreements should attend.

(2) The pleading schedule for the most recently added Tag-Along actions, New Cingular Wireless Headquarters LLC et al v. Marsh & McLennan Companies Inc. (Case No. 06-5120) and

<u>Thornell et al v. Marsh & McLennan Companies Inc</u>. (Case No. 06-5121).  Parties to these actions should attend the case management conference.

**SO ORDERED.**

/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**