UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| | : | |
| | : | MDL Docket No. 1663 |
| **IN RE INSURANCE BROKERAGE** | : | |
| **ANTITRUST LITIGATION** | : | Civ. No. 04-5184 (FSH) |
| | : | |
| **IN RE EMPLOYEE BENEFIT** | : | |
| **INSURANCE BROKERAGE** | : | ORDER |
| **ANTITRUST LITIGATION** | : | |
| | : | |
| This Document Relates To: | : | |
| | : | |
| **ALL ACTIONS** | : | |
| | : | |

This matter having come before the Court pursuant to Plaintiffs' request for an extension of time to file Plaintiffs' motion for preliminary approval of the settlement with Defendants Arthur J. Gallagher & Co., Arthur J. Gallagher Risk Managment Services, Inc. and Gallagher Benefit Services, Inc. (collectively, the "Gallagher Defendants"); and the Court having considered the parties' submissions; and for good cause shown;

IT IS this    16th    day of February, 2007;

ORDERED that Plaintiffs' request to file the motion for preliminary approval of the settlement with the Gallagher Defendants is GRANTED; and it is further

ORDERED that Plaintiffs will file the motion for preliminary approval on or before February 28, 2007, any responses to the motion will be filed on or before March 21, 2007, and Plaintiffs will file a reply on or before March 28, 2007; and it is further

ORDERED that no further extensions will be granted; and it is further

ORDERED that if a hearing regarding preliminary approval is necessary, it will be held on April 9, 2007 at 1 pm in Trenton.

          s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.