UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE INSURANCE BROKERAGE ANTITRUST LITIGATION** | MDL Docket No. 1663<br><br>Civ. No. 04-5184 (GEB)<br>Civ. No. 05-1079 (GEB) |
| **IN RE EMPLOYEE BENEFIT INSURANCE BROKERAGE ANTITRUST LITIGATION** | **ORDER** |
| **This Document Relates To:**<br><br>    **ALL ACTIONS** | |

This matter having come before the Court pursuant to the motions of Plaintiffs and Defendants Arthur J. Gallagher & Co., Arthur J. Gallagher Risk Management Services, Inc. and Gallagher Benefit Services, Inc. (collectively, "Gallagher Defendants") for preliminary approval of the settlement between Plaintiffs and the Gallagher Defendants;

IT IS this   4th   day of April, 2007;

ORDERED that a teleconference regarding preliminary approval will be held on April 9, 2007 at 1 pm.

 s/Garrett E. Brown, Jr.<br>
GARRETT E. BROWN, JR., U.S.D.J.