## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE: INSURANCE BROKERAGE
ANTITRUST LITIGATION                                    MDL No. 1663

                                                        **Civil Action No. 04-5184 (GEB)**

**APPLIES TO ALL ACTIONS**

IN RE: EMPLOYEE-BENEFIT INSURANCE
BROKERAGE ANTITRUST LITIGATION

                                                        **Civil Action No. 05-1079 (GEB)**

**APPLIES TO ALL ACTIONS**

This matter having come before the Court for a telephone conference on April 9, 2007,

regarding the request of the defendants to stay discovery;

and the Court having considered the letters dated April 9, 2007 and its Opinions and

Orders dated April 5, 2007;

and the Court having further addressed the issue of a stay during the telephone conference

on April 11, 2007

and the Court determining that discovery in all cases, including Recently Transferred

Tag-Along cases, should be stayed until Amended Complaints are filed and motions to dismiss

such pleadings are resolved;

and the Court further determining that no further proceedings should take place in this

MDL until the Amended Complaints in Civil Nos. 04-5184 and 05-1079 are filed and motion

practice directed to such pleadings is concluded;

and for good cause shown,

IT IS ON THIS 11th day of April, 2007

ORDERED that, if the plaintiffs in Civil Nos. 04-5184 and 05-1079 decide to file

Amended Complaints, they shall do so by the deadline set forth in the Order dated April 5, 2007.

If such an Amended Complaint is filed, then the Court will conduct a telephone conference with

all parties that are part of this MDL.  Said conference shall take place within one or two days of

the filing of the Amended Complaint to discuss a schedule for motion practice directed toward

the Amended Complaint.  Plaintiffs shall coordinate the telephone call;

IT IS FURTHER ORDERED that all proceedings that are part of this MDL are stayed

until the motions directed to the Amended Complaint filed in accordance with the Order dated

April 5, 2007 are resolved;

IT IS FURTHER ORDERED that all deadlines that had not passed as of April 9, 2007 are

vacated;[1]

IT IS FURTHER ORDERED that a copy of this Order shall be filed in all cases that are

part of this MDL and is binding on all parties; and

IT IS FURTHER ORDERED that  plaintiffs' counsel shall ensure that copies of this

Order are provided to all parties in all of the actions that are part of this MDL.


                                        s/ Garrett E. Brown, Jr.
                                        GARRETT E. BROWN, JR., U.S.D.J.

---

[1]No deadlines that had passed as of April 9, 2007 shall be extended unless the request to extend such deadlines was submitted before April 9, 2007.  The only deadlines that will be adjusted after the stay is lifted are those that had not passed as of April 9, 2007 and those for which an extension was requested before April 9, 2007.