HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC  20004
Tel: (202) 637-5600

*Counsel for Defendants The Chubb Corporation,
Federal Insurance Company, Executive Risk
Indemnity Inc., and Vigilant Insurance Company*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION | MDL No. 1663 |
| | Civil No. 04-5184 (GEB) |
| APPLIES TO ALL COMMERCIAL INSURANCE BROKERAGE ACTIONS | Hon. Garrett E. Brown, Jr. |

### NOTICE OF MOTION TO SEAL PURSUANT TO D.N.J. Civ. R. 5.3

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on such time and date as to be determined by the Court, the undersigned counsel for defendants The Chubb Corporation, Federal Insurance Company, Executive Risk Indemnity Inc., and Vigilant Insurance Company (collectively, the "Chubb Defendants") shall move before the Honorable Patty Shwartz, United States Magistrate Judge, for entry of an Order sealing ¶ 438 of the Plaintiffs' Second Consolidated Amended Commercial Class Action Complaint pursuant to D.N.J. Civ. R. 5.3;

PLEASE TAKE FURTHER NOTICE that in support of this Motion, the Chubb Defendants shall rely on the letter brief and declaration submitted herewith; and

PLEASE TAKE FURTHER NOTICE that a proposed form of Order has been submitted herewith pursuant to the Rules of this Court.

Dated: June 6, 2007

Respectfully submitted,

HOGAN & HARTSON LLP
Attorneys for the Chubb Defendants

By:   /s/ Peter R. Bisio
       Peter R. Bisio
       555 Thirteenth Street, N.W.
       Washington, D.C. 20004-1109
       Telephone: (202) 637-5600
       Facsimile: (202) 637-5910

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION | MDL No. 1663 |
| | Civil Action No. 04-5184 (GEB) |
| APPLIES TO ALL COMMERCIAL INSURANCE BROKERAGE ACTIONS | Hon. Garrett E. Brown, Jr. |

**[PROPOSED] ORDER GRANTING
THE CHUBB DEFENDANTS' MOTION TO SEAL**

THIS MATTER having come before the Court upon the motion of defendants The Chubb Corporation, Federal Insurance Company, Executive Risk Indemnity Inc., and Vigilant Insurance Company (collectively, the "Chubb Defendants"), by their counsel, to seal ¶ 438 of the Plaintiffs' Second Consolidated Amended Commercial Class Action Complaint; and the Court having considered the Chubb Defendants' letter brief and declaration in support of sealing; and for good cause being shown;

IT IS on this ____ day of _____, 2007, ORDERED that the Chubb Defendants' motion to seal is hereby GRANTED.

IT IS FURTHER ORDERED that ¶ 438 of the Plaintiffs' Second Consolidated Amended Commercial Class Action Complaint shall remain under seal.

Dated: _____

_____
Hon. Patty Shwartz
United States Magistrate Judge