**EXHIBIT A**

**DEFENDANTS NAMED IN THE COMPLAINT**

I.    **Broker Defendants**

**The Marsh Defendants**

1.      Defendant Marsh & McLennan Companies, Inc. ("Marsh & McLennan") is a corporation incorporated under the laws of Delaware and has its corporate headquarters in New York, New York.   Marsh & McLennan is a global corporation and the parent of various subsidiaries that provide clients with analysis, advice and transactional services in connection with the procurement and servicing of insurance, as well as investment management and consulting.

2.      Defendant Marsh Inc. ("Marsh Inc.") is a corporation incorporated under the laws of Delaware and has its corporate headquarters in New York, New York.  Marsh Inc. is a primary subsidiary of Marsh & McLennan and an entity through which risk and insurance services, such as insurance and reinsurance brokerage, are provided.  Marsh Inc. is considered a Marsh & McLennan operating unit and provides insurance brokerage through various subsidiaries of its own.

3.      Defendant Marsh USA Inc. ("Marsh USA") is a corporation incorporated under the laws of Delaware and has its corporate headquarters in New York, New York.  Marsh USA is a subsidiary of Marsh Inc. and provides insurance brokerage services.

4.      Defendant Marsh USA Inc. (Connecticut) ("Marsh Connecticut") is a corporation incorporated under the laws of Connecticut and has its corporate headquarters in New York, New York, and is one of a number of corporations under the name "Marsh USA Inc."

incorporated in various states. Marsh Connecticut is a subsidiary of Marsh & McLennan and provides insurance brokerage services.

5.       Defendant Seabury & Smith, Inc. ("Seabury & Smith") is a corporation incorporated under the laws of Delaware and has its corporate headquarters in New York, New York, and is one of a number of corporations under the name "Seabury & Smith, Inc." incorporated in various states. Seabury & Smith is a subsidiary of Marsh & McLennan and provides brokerage services through its Marsh Affinity Group Services unit.

6.       Defendants Marsh & McLennan, Marsh Inc., Marsh USA, Marsh Connecticut and Seabury & Smith shall be referred to collectively herein as "Marsh."

**The Aon Defendants**

7.       Defendant Aon Corporation ("Aon Corp.") is a corporation incorporated under the laws of Delaware and has its corporate headquarters in Chicago, Illinois. Aon Corp. is a global corporation and the parent of various subsidiaries that provide clients with risk and insurance brokerage services, consulting, and insurance underwriting.

8.       Defendant Aon Broker Services, Inc. ("Aon Broker") is a corporation incorporated under the laws of Illinois and has its corporate headquarters in Chicago, Illinois. Aon Broker is a subsidiary of and/or affiliated with Aon Corp. and provides customers with risk management and insurance brokering services.

9.       Defendant Aon Risk Services Companies, Inc. ("Aon Risk") is a corporation incorporated under the laws of Maryland and has its corporate headquarters in Chicago, Illinois. Aon Risk is a subsidiary of and/or affiliated with Aon Corp. and provides customers with risk management and insurance brokering services.

10.     Defendant Aon Risk Services Inc. U.S. ("Aon Risk U.S.") is a corporation incorporated under the laws of Maryland and has its corporate headquarters in Chicago, Illinois. Aon Risk U.S. is a subsidiary of and/or affiliated with Aon Corp. and Aon Risk, and provides customers with risk management and insurance brokering services.

11.     Defendant Aon Risk Services, Inc. of Maryland ("Aon Risk Maryland") is a corporation incorporated under the laws of Maryland and has its corporate headquarters in Chicago, Illinois. Aon Risk Maryland is a subsidiary of Aon Corp., and provides customers with risk management and insurance brokering services.

12.     Defendant Aon Risk Services, Inc. of Louisiana ("Aon Risk Louisiana") is a corporation incorporated under the laws of Louisiana and has its corporate headquarters in Chicago, Illinois. Aon Risk Louisiana is a subsidiary of Aon Corp., and provides customers with risk management and insurance brokering services.

13.     Defendant Aon Risk Services of Texas, Inc. ("Aon Risk Texas") is a corporation incorporated under the laws of Texas and has its corporate headquarters in Chicago, Illinois. Aon Risk Texas is a subsidiary of Aon Corp., and provides customers with risk management and insurance brokering services.

14.     Defendant Aon Risk Services, Inc. of Michigan ("Aon Risk Michigan") is a corporation incorporated under the laws of Michigan and has its corporate headquarters in Chicago, Illinois. Aon Risk Michigan is a subsidiary of Aon Corp., and provides customers with risk management and insurance brokering services.

15.     Aon Group, Inc. ("Aon Group") is a corporation incorporated under the laws of Maryland and has its corporate headquarters in Chicago, Illinois. Aon Group is a subsidiary of

and/or affiliated with Aon Corp. and provides customers with risk management and insurance brokering services.

16.     Aon Services Group, Inc. ("Aon Services") is a corporation incorporated under the laws of Delaware and has its corporate headquarters in Chicago, Illinois.  Aon Services is a subsidiary of and/or affiliated with Aon Corp. and Aon Group, and provides customers with risk management and insurance brokering services.

17.     Defendant Affinity Insurance Services, Inc. ("Affinity") is a subsidiary of Aon Corp. and is incorporated under the laws of Pennsylvania, with headquarters in Chicago, Illinois. Affinity provides its customers with risk management and insurance brokering services.

18.     Defendants Aon Corp., Aon Broker, Aon Risk, Aon Risk U.S., Aon Risk Maryland, Aon Risk Louisiana, Aon Risk Texas, Aon Risk Michigan, Aon Services and Affinity shall be referred to collectively herein as "Aon."

### The Willis Defendants

19.     Defendant Willis Group Holdings Limited ("Willis Group") is a corporation incorporated under the laws of Bermuda with its corporate headquarters in London, England. Willis Group is a global corporation and the parent of various subsidiaries that provide clients with risk and insurance brokerage services, consulting, and insurance underwriting.  Willis Group is the third largest global brokerage firm in the world.

20.     Defendant Willis Group Limited ("Willis Ltd.") is a private limited company registered in England and Wales with corporate headquarters in London, England.  Willis Ltd. is a subsidiary of Willis Group and provides insurance services through subsidiaries of its own.

21.     Defendant Willis North America, Inc. ("Willis NA") is a corporation incorporated under the laws of Delaware and has its corporate headquarters in New York, New

York.  Willis NA is a subsidiary of Willis Ltd., and provides customers with risk management and insurance brokering services.  Willis Ltd. and, in turn, Willis NA provide their insurance brokering services and operate principally through the offices of their subsidiaries and affiliates.

22.     Defendant Willis of New York, Inc. ("Willis NY") is a subsidiary of and is incorporated under the laws of New York with headquarters in New York, New York.  Willis provides customers with risk management and insurance brokering services.

23.     Defendant Willis of Michigan, Inc. ("Willis Michigan") is a subsidiary of Willis North America, Inc. and is incorporated under the laws of Michigan with headquarters in Novi, Michigan.   Willis of Michigan provides customers with risk management and insurance brokering services.

24.     Defendants Willis Group, Willis Ltd., Willis NA, Willis NY and Willis of Michigan shall be referred to collectively herein as "Willis."

### The Gallagher Defendants

25.     Defendant Arthur J. Gallagher & Co. ("Gallagher Co." or "AJG") is a corporation incorporated under the laws of Delaware with its corporate headquarters in Itasca, Illinois.  Gallagher provides customers with risk management and insurance brokerage services. Gallagher is the fourth largest global insurance broker by 2003 revenue, providing customers with risk management and insurance brokerage services worldwide.

26.     Defendant Arthur J. Gallagher Risk Management Service, Inc. ("Gallagher Risk") is a subsidiary of Gallagher, and is incorporated under the laws of Illinois, with headquarters in Itasca, Illinois.   Gallagher Risk provides customers with property/casualty brokerage, risk management and consulting services.

27.    Defendants Gallagher Co. and Gallagher Risk shall be referred to collectively herein as "Gallagher."

### The Wells Fargo Defendants

28.    Defendant Wells Fargo & Company ("Wells Fargo") is a corporation incorporated under the laws of Delaware with its corporate headquarters in San Francisco, California. Wells Fargo is the parent company of Wells Fargo Insurance Services, Inc., formerly known as Acordia, Inc.  Wells Fargo provides customers with risk management and insurance brokerage services through two separate insurance operations:   (i) Wells Fargo Insurance Services, and (ii) Acordia, Inc. (now known as Wells Fargo Insurance Services, Inc.), a Wells Fargo subsidiary.  Collectively, Wells Fargo Insurance and Acordia/Wells Fargo compromise the fifth largest broker in the United States.

29.    Defendant Acordia, Inc., now known as Wells Fargo Insurance Services, Inc., ("Acordia/Wells Fargo") is a corporation incorporated under the laws of Delaware and has its corporate headquarters in Chicago, Illinois.  Acordia/Wells Fargo provides customers with risk management and insurance brokerage services.

30.    Defendants Wells Fargo and Acordia/Wells Fargo shall be referred to collectively as "Wells Fargo."

### The HRH Defendant

31.    Defendant Hilb, Rogal & Hobbs Company ("Hilb" or "HRH") is a corporation incorporated under the laws of Virginia with its corporate headquarters in Glen Allen, Virginia. HRH provides customers with risk management and insurance brokerage services.

II.    **Insurer Defendants**

**The AIG Defendants**

32.    Defendant American International Group, Inc. ("AIG Inc.") is a corporation incorporated under the laws of Delaware with its corporate headquarters in New York, New York.  AIG, Inc. and its related companies are the largest underwriters of commercial and industrial insurance in the United States.

33.    Defendant Lexington Insurance Company ("Lexington") is a subsidiary of AIG Inc. and is also partly owned by National Union Fire Insurance Company of Pittsburgh, PA, The Insurance Company of the State of Pennsylvania and Birmingham Fire Insurance Company of Pennsylvania, which are all subsidiaries of AIG Inc. as well.  Lexington is incorporated under the laws of Delaware with headquarters in Boston, Massachusetts.  Lexington operates as an underwriter of managed care professional liability insurance.

34.    Defendant American International Specialty Lines Insurance Co. ("AISPLIC") is a subsidiary of AIG Inc. and is incorporated under the laws of Alaska with headquarters in Jersey City, New Jersey.  AISPLIC operates as an underwriter of liability, property, casualty and marine insurance.

35.    Defendant Birmingham Fire Insurance Co. of Pennsylvania ("Birmingham Fire") is a subsidiary of AIG Inc. and is incorporated under the laws of Pennsylvania with headquarters in New York, New York.  Birmingham Fire operates as an underwriter of property and casualty insurance.

36.    Defendant American Home Assurance Co. ("American Home") is a subsidiary of AIG Inc. and is incorporated under the laws of New York with headquarters in New York,

New York.  American Home operates as a provider of commercial umbrella/excess liability and primary and excess workers' compensation insurance.

37.     Defendant National Union Fire Insurance Co. of Pittsburgh, Pa. ("National Union Pittsburgh") is a subsidiary of AIG Inc. and is incorporated under the laws of Pennsylvania with headquarters in New York, New York.  National Union Pittsburgh operates as a provider of liability products and services.

38.     Defendant National Union Fire Insurance Co. of Louisiana ("National Union Louisiana") is a subsidiary of AIG Inc. and is incorporated under the laws of Louisiana with headquarters in Baton Rouge, Louisiana.  National Union Louisiana operates as a provider of liability products and services.

39.     Defendant American International Insurance Co. ("American Int'l") is a subsidiary of AIG Inc. and is incorporated under the laws of New York with headquarters in New York, New York.  American Int'l operates as an underwriter of property and casualty insurance.

40.     Defendant The Insurance Company of the State of Pennsylvania ("Ins. Co. PA") is a subsidiary of AIG Inc. and is incorporated under the laws of Pennsylvania with headquarters in Harrisburg, Pennsylvania.  Ins. Co. PA operates as an underwriter of property and casualty insurance.

41.     Defendant AIU Insurance Co. ("AIU") is a subsidiary of AIG Inc. and is also partly owned by Ins. Co. PA, National Union Pittsburgh and Birmingham Fire.  AIU is incorporated under the laws of New York with headquarters in New York, New York.  AIU operates as an underwriter of property and casualty insurance.

42.     Defendant Commerce and Industry Insurance Co. ("Commerce & Industry") is a subsidiary of AIG Inc. and is incorporated under the laws of New York with headquarters in New York, New York.  Commerce & Industry operates as an underwriter of property and casualty insurance.

43.     Defendant New Hampshire Insurance Co. ("NH Ins.") is a subsidiary of AIG Inc., and is incorporated under the laws of Pennsylvania, with headquarters in Harrisburg, Pennsylvania.  NH Ins. operates as an underwriter of property and casualty insurance.

44.     Defendant Hartford Steam Boiler Inspection and Insurance Co. ("Hartford Steam") is a subsidiary of AIG Inc., and is incorporated under the laws of Connecticut, with headquarters in Hartford, Connecticut.  Hartford Steam describes itself as "a global specialty insurer and reinsurer" offering "a range of specialty coverages, engineering-based risk management, and loss reduction services."

45.     Defendant Illinois National Insurance Co. ("Illinois National") is a subsidiary of AIG Inc. and is incorporated under the laws of Illinois with headquarters in Chicago, Illinois. Illinois National operates as a provider of varied lines of insurance, including automobile insurance.

46.     Defendant Starr Excess Liability Ins. Co., Ltd., now known as AIG Cat Excess Liability ("Starr Excess"), is a subsidiary of AIG Inc. and is incorporated under the laws of Delaware.  Starr Excess provides catastrophic excess liability products.

47.     Defendants AIG Inc., Lexington, AISPLIC, Birmingham Fire, American Home, National Union Pittsburgh, National Union Louisiana, American Int'l, Ins. Co. PA, AIU, Commerce & Industry, NH Ins. and Hartford Steam, Illinois National and Starr Excess shall be referred to collectively as "AIG."

**The ACE Defendants**

48.     Defendant ACE Limited ("ACE Ltd.") is a corporation incorporated under the laws of the Cayman Islands with its corporate headquarters in Hamilton, Bermuda. As described by ACE Ltd. itself, the "ACE Group of Companies is one of the world's largest providers of insurance and reinsurance."

49.     Defendant ACE INA Holdings, Inc. ("ACE INA Holdings") is a corporation incorporated under the laws of Delaware and is headquartered in Philadelphia, Pennsylvania. ACE INA Holdings is owned by ACE Ltd. and, through ACE's operating companies, is a leading provider of insurance and reinsurance.

50.     Defendant ACE USA, Inc. ("ACE USA Inc.") is a corporation incorporated under the laws of Delaware and is headquartered in Philadelphia, Pennsylvania. ACE USA, Inc. owns Westchester Surplus Lines Insurance Company and Westchester Fire Insurance Company and, through these companies, provides specialty property and casualty insurance and services.

51.     Defendant ACE American Insurance Company ("ACE American") is a subsidiary of INA Holdings Corporation and is incorporated under the laws of Pennsylvania, with headquarters in Philadelphia, Pennsylvania. ACE American owns other operating companies, including Pacific Employers Insurance Company, and itself operates as an underwriter of property and casualty insurance.

52.     Defendant Westchester Surplus Lines Insurance Company ("Westchester Surplus") is a subsidiary of ACE USA Inc. and is incorporated under the laws of Georgia with headquarters in Roswell, Georgia. Westchester Surplus operates as a provider of specialty property and casualty insurance and services.

53.     Defendant Illinois Union Insurance Company ("Illinois Union") is a subsidiary of Pacific Employers Insurance Company and is incorporated under the laws of Illinois, with headquarters in Chicago, Illinois.  Illinois Union operates as an underwriter of property and casualty insurance.

54.     Defendant Indemnity Insurance Company of North America ("Indemnity Ins.") is a subsidiary of INA Holdings Corporation and is incorporated under the laws of Pennsylvania, with headquarters in Philadelphia, Pennsylvania.  Indemnity Ins. owns other operating companies and itself operates as an underwriter of property and casualty insurance.

55.     ACE Group Holdings, Inc. ("ACE Group Holdings") is a company incorporated under the laws of Delaware and is headquartered in Philadelphia, Pennsylvania.  ACE Group Holdings is owned by ACE Ltd. and owns ACE US Holdings, Inc. and ACE INA Holdings, Inc. and, through ACE's operation companies, is a leading provider of insurance and reinsurance.

56.     Defendant ACE US Holdings, Inc. ("ACE US Holdings") is a corporation incorporated under the laws of Delaware  and is headquartered in Philadelphia, Pennsylvania. ACE US Holdings owns ACE USA, Inc. and, through ACE's operating companies, is a leading provider of specialty property and casualty insurance and services.

57.     Defendant Westchester Fire Insurance Company ("Westchester Fire") is a subsidiary of ACE USA Inc., is incorporated under the laws of New York and is headquartered in Roswell, Georgia.  Westchester Fire operates as a provider of specialty property and casualty insurance and services.

58.     Defendant INA Corporation ("INA Corp.") is a corporation incorporated under the laws of Pennsylvania and is headquartered in Philadelphia, Pennsylvania.  INA Corp. owns

INA Financial Corporation and, through ACE's operating companies, is a leading provider of insurance and reinsurance.

59.     Defendant INA Financial Corporation ("INA Financial") is a corporation incorporated under the laws of Delaware and is headquartered in Philadelphia, Pennsylvania. INA Financial owns INA Holdings Corporation and, through ACE's operating companies, is a leading provider of insurance and reinsurance.

60.     Defendant INA Holdings Corporation ("INA Holdings") is a corporation incorporated under the laws of Delaware and is headquartered in Philadelphia, Pennsylvania. INA Holdings owns a number of operating companies, including ACE Property and Casualty Insurance Company, Indemnity Insurance Company of North America and ACE American Insurance Company, through which it provides a broad range of P&C insurance and reinsurance products throughout the United States.

61.     Defendant ACE Property and Casualty Insurance Company ("ACE Property and Casualty") is a subsidiary of INA Holdings Corporation and is incorporated under the laws of Pennsylvania, with headquarters in Philadelphia, Pennsylvania.  ACE Property and Casualty owns other operating companies and itself operates as an underwriter of property and casualty insurance.

62.     Defendant Pacific Employers Insurance Company ("Pacific Employers") is a subsidiary of ACE American Insurance Company and is incorporated under the laws of Pennsylvania, with headquarters in Philadelphia, Pennsylvania.  Pacific Employers owns Illinois Union Insurance Company and itself operates as an underwriter of property and casualty insurance.

63.     Defendants ACE Ltd., ACE INA Holdings, ACE USA, Inc., ACE American, Westchester Surplus, Illinois Union, Indemnity Ins., ACE Group Holdings, ACE US Holdings, Westchester Fire, INA Corp., INA Financial, INA Holdings, ACE Property and Casualty and Pacific Employees shall be referred to collectively as "ACE."

### The Hartford Defendants

64.     Defendant The Hartford Financial Services Group, Inc. ("Hartford Financial") is one of the largest investment and insurance companies in the United States.  Hartford is a corporation incorporated under the laws of Delaware with its corporate headquarters in Hartford, Connecticut.  Hartford represents that it "is a leading provider of investment products, life insurance and group and employee benefits; automobile and homeowners' products; and business insurance."

65.     Defendant Hartford Fire Insurance Co. ("Hartford Fire") is a subsidiary of Hartford Financial and is an incorporated under the laws of Connecticut with headquarters in Hartford, Connecticut.  Hartford Fire operates as an underwriter of property and casualty insurance.

66.     Defendant Twin City Fire Insurance Co. ("Twin City") is a subsidiary of Hartford Financial and is incorporated under the laws of Indiana with headquarters in Hartford, Connecticut.  Twin City operates as an underwriter of property and casualty insurance.

67.     Defendant Pacific Insurance Co., Ltd. ("Pacific Ins.") is a subsidiary of Hartford Financial and is incorporated under the laws of Connecticut, with headquarters in Boston, Massachusetts.  Pacific Ins. operates as an underwriter of property and casualty insurance.

68.     Defendant Nutmeg Insurance Co. ("Nutmeg Ins.") is a subsidiary of Hartford Financial and is incorporated under the laws of Connecticut, with headquarters in Hartford, Connecticut.  Nutmeg Ins. operates as an underwriter of property and casualty insurance.

69.     Defendant The Hartford Fidelity & Bonding Co. ("Hartford Fidelity") is a subsidiary of Hartford Financial and is incorporated under the laws of Connecticut, with headquarters in Hartford, Connecticut.  Hartford Fidelity operates as an underwriter of property and casualty insurance.

70.     Defendants Hartford Financial, Hartford Fire, Twin City, Pacific Ins., Nutmeg Ins. and Hartford Fidelity shall be referred to collectively as "Hartford."

## The St. Paul/Travelers Defendants

71.     Defendant The St. Paul Travelers Companies, Inc., now known as The Travelers Companies, Inc., ("St. Paul Travelers") is a corporation incorporated under the laws of Minnesota with its corporate headquarters in St. Paul, Minnesota.  St. Paul Travelers was formed from a 2004 merger between Travelers Property Casualty Corp. and The St. Paul Companies, Inc.  The merger created the second largest commercial insurance company in the United Sates offering a variety of property and casualty insurance products through its various subsidiaries.  St. Paul Travelers describes itself as "a leading provider of property casualty insurance and surety products and of risk management services to a wide variety of business and organizations and to individuals" whose products are distributed through "independent insurance agents and brokers."

72.     Defendant St. Paul Fire & Marine Insurance Co. ("St. Paul Fire") is a subsidiary of St. Paul Travelers and is incorporated under the laws of Minnesota with headquarters in St. Paul, Minnesota.  St. Paul Fire operates as an underwriter of property and casualty insurance.

73.     Defendant Gulf Insurance Co. ("Gulf Ins.") is a subsidiary of St. Paul Travelers, and is incorporated under the laws of Connecticut with headquarters in New York, New York. Gulf Ins. operates as an underwriter of property and casualty insurance.

74.     Defendant St. Paul Mercury Insurance Co. ("St. Paul Mercury") is a subsidiary of St. Paul Travelers, and is incorporated under the laws of Minnesota, with headquarters in St. Paul, Minnesota.  St. Paul Mercury operates as an underwriter of property and casualty insurance.

75.     Defendant Travelers Casualty & Surety Co. of America ("Travelers Casualty") is a subsidiary of St. Paul Travelers, and is incorporated under the laws of Connecticut, with headquarters in Hartford, Connecticut.  Travelers Casualty operates as an underwriter of property and casualty insurance.

76.     Defendant Travelers Indemnity Company ("Travelers Indemnity") is a subsidiary of St. Paul Travelers and is incorporated under the laws of Connecticut with headquarters in Hartford, Connecticut.  Travelers Indemnity operates as an underwriter of property and casualty insurance.

77.     Defendant Athena Assurance Co. ("Athena Assurance") is a subsidiary of St. Paul Travelers, and is incorporated under the laws of Minnesota, with headquarters in St. Paul, Minnesota.  Athena Assurance operates as an underwriter of property and casualty insurance.

78.     Defendant Travelers Property Casualty Corp. ("TPC") is a subsidiary of St. Paul Travelers, and is incorporated under the laws of Connecticut, with its corporate headquarters in Hartford, Connecticut.  TPC operates as an underwriter of property and casualty insurance.

79.     Defendants St. Paul Travelers, St. Paul Fire, Gulf Ins., St. Paul Mercury, Travelers Casualty, Travelers Indemnity, Athena Assurance and TPC shall be referred to collectively herein as "St. Paul."

### The Zurich Defendants

80.     Defendant Zurich Financial Services Group ("Zurich Financial") is a corporation incorporated under the laws of Switzerland with its corporate headquarters in Zurich, Switzerland, and describes itself as "an insurance-based financial services provider with an international network" with "key markets" in "North America and Europe."

81.     Defendant Zurich American Insurance Co. ("Zurich American") is a corporation incorporated under the laws of New York and headquartered in Schaumburg, Illinois. Zurich American is an indirect wholly owned subsidiary of Zurich Financial, and represents that it is a "leading commercial property-casualty insurance provider serving the global corporate, middle market, small business, specialties and program sectors in the United States and Canada."

82.     Defendant Steadfast Insurance Co. ("Steadfast") is a subsidiary of Zurich American, and is incorporated under the laws of Delaware, with headquarters in Schaumburg, Illinois. Steadfast operates as an underwriter of property and casualty insurance.

83.     Defendant Fidelity & Deposit Company of Maryland ("Fidelity & Deposit") is a subsidiary of Zurich American, and is incorporated under the laws of Maryland, with headquarters in Schaumburg, Illinois. Fidelity & Deposit operates as an underwriter of property and casualty insurance.

84.     Defendant Empire Fire & Marine Insurance Co. ("Empire Fire") is a subsidiary of Zurich American, and is incorporated under the laws of Nebraska, with headquarters in Schaumburg, Illinois. Empire Fire operates as an underwriter of property and casualty insurance.

85.     Defendant American Guarantee & Liability Insurance Co. ("American Guarantee") is a subsidiary of Zurich American, and is incorporated under the laws of New York, with headquarters in Schaumburg, Illinois.   American Guarantee operates as an underwriter of property and casualty insurance.

86.     Defendant Empire Indemnity Insurance Co. ("Empire Indemnity") is a subsidiary of Zurich American, and is incorporated under the laws of Oklahoma, with headquarters in Omaha, Nebraska.  Empire Indemnity operates as an underwriter of property and casualty insurance.

87.     Defendant Assurance Company of America ("Assurance Co.") is a subsidiary of Zurich American, and is incorporated under the laws of New York, with headquarters in Schaumburg, Illinois.   Assurance Co. operates as an underwriter of property and casualty insurance.

88.     Defendants Zurich Financial, Zurich American, Steadfast, Fidelity & Deposit, Empire Fire, American Guarantee, Empire Indemnity and Assurance Co. shall be referred to collectively  herein as "Zurich."

### The Chubb Defendants

89.     Defendant The Chubb Corporation ("Chubb Corp.") is a corporation incorporated under the laws of New Jersey with its corporate headquarters in Warren, New Jersey.  Chubb Corp. is one of the ten largest property and casualty insurance providers in the United States.   Chubb Corp. provides its insurances lines through a family of insurance subsidiaries known informally as the "Chubb Group of Insurance Companies."

90.     Defendant Federal Insurance Co. ("Federal Ins.") is a subsidiary of Chubb Corp. and is incorporated under the laws of Indiana with headquarters in Warren, New Jersey.  Federal Ins. operates as an underwriter of property and casualty insurance.

91.     Defendant Executive Risk Indemnity Inc. ("Executive Risk") is a subsidiary of Chubb Corp. and is incorporated under the laws of Delaware, with headquarters in Warren, New Jersey.  Executive Risk operates as an underwriter of property and casualty insurance.

92.     Defendant Vigilant Insurance Co. ("Vigilant Ins.") is a subsidiary of Chubb Corp. and is incorporated under the laws of New York, with headquarters in New York, New York.  Vigilant Ins. operates as an underwriter of property and casualty insurance.

93.     Defendant Chubb and Son, Inc. ("Chubb and Son") is a subsidiary of Chubb Corp and is incorporated under the laws of New York with headquarters in Warren, NJ.  Chubb & Son operates as a manager of underwriting services for Chubb's underwriter subsidiaries.

94.     Defendants Chubb Corp., Federal Ins., Executive Risk, Vigilant Ins. and Chubb and Son shall be referred to collectively herein as "Chubb."

### The Crum & Forster Defendants

95.     Defendant Crum & Forster Holdings Corp. ("Crum & Forster Holdings") is a corporation incorporated under the laws of Delaware with its corporate headquarters in Morristown, New Jersey. Crum & Forster Holdings represents that it is "a national property and casualty insurance group providing a broad range of standard and specialty insurance products."

96.     Defendant United States Fire Insurance Company ("US Fire") is a subsidiary of Crum & Forster Holdings, and is incorporated under the laws of Delaware, with headquarters in Morristown, New Jersey.  US Fire operates as an underwriter of property and casualty insurance.

97.     Defendant North River Insurance Company ("North River") is a subsidiary of Crum & Forster Holdings and is incorporated under the laws of New Jersey with headquarters in Morristown, New Jersey.  North River operates as an underwriter of property and casualty insurance.

98.     Defendant Crum and Forster Insurance Company ("CF Insurance") is a subsidiary of Crum & Forster Holdings and is incorporated under the laws of New Jersey with headquarters in Morristown, New Jersey.  CF Insurance operates as an underwriter of property and casualty insurance.

99.     Defendant Crum & Forster Indemnity Company ("CF Indemnity") is a subsidiary of subsidiary of Crum & Forster Holdings and is incorporated under the laws of Delaware with headquarters in Morristown, New Jersey.  CF Indemnity operates as an underwriter of property and casualty insurance.

100.    Defendant Crum & Forster Specialty Insurance Company ("CF Specialty") is a subsidiary of US Fire and is incorporated under the laws of Arizona with headquarters in Morristown, New Jersey.  CF Specialty operates as an underwriter of property and casualty insurance.

101.    Defendants Crum & Forster Holdings, US Fire, North River, CF Insurance, CF Indemnity and CF Specialty shall be referred to collectively herein as "Crum & Forster."

**The Fireman's Fund Defendants**

102.    Defendant Fireman's Fund Insurance Co. ("Fireman's Fund Ins.") is a subsidiary of Allianz AG, and is incorporated under the laws of California, with headquarters in Novato, California.  Fireman's Fund operates as an underwriter of property and casualty insurance.

103.    Defendant Chicago Insurance Co. ("Chicago Ins.") is a pooling affiliate of Fireman's Fund Ins. and a subsidiary of Allianz AG.  Chicago Ins. is incorporated under the laws of Illinois, with headquarters in Chicago, Illinois.  Chicago Ins. operates as an underwriter of property and casualty insurance.

104.    Defendant National Surety Corp. ("National Surety") is a pooling affiliate of Fireman's Fund Inc., and is incorporated under the laws of Illinois, with headquarters in Chicago, Illinois.  National Surety operates as an underwriter of property and casualty insurance.

105.    Defendants Fireman's Fund Ins., Chicago Ins. and National Surety shall be referred collectively herein as "Fireman's Fund."

## The XL Defendants

106.    Defendant XL Capital Ltd. ("XL Capital") is a corporation incorporated under the laws of the Cayman Islands with its corporate headquarters in Hamilton, Bermuda.  XL Capital is a provider of insurance and reinsurance services.

107.    Defendant Greenwich Insurance Co. ("Greenwich Ins.") is a subsidiary of XL Capital and is incorporated under the laws of Delaware, with headquarters in Stamford, Connecticut.  Greenwich Ins. is a provider of property and casualty insurance.

108.    Defendant Indian Harbor Insurance Co. ("Indian Harbor") is a subsidiary of XL Capital and is incorporated under the laws of North Dakota, with headquarters in Stamford, Connecticut.  Indian Harbor is a provider of property and casualty insurance.

109.    Defendant XL America, Inc. ("XL America") is a subsidiary of XL Capital Ltd. and is incorporated under the laws of Delaware with headquarters in Hartford, Connecticut.  XL America operates as a provider of property and casualty insurance.

110.     Defendant XL Insurance America, Inc. ("XL Insurance America") is a subsidiary of XL Capital, Ltd. and is incorporated under the laws of Delaware with headquarters in New York, New York.  XL America operates as a provider of property and casualty insurance.

111.     Defendant XL Insurance (Bermuda) Ltd. ("XLI") (formerly known as X.L. Insurance Company Limited and originally incorporated in Barbados) is a subsidiary of XL Capital and is domiciled in Bermuda, with headquarters in Hamilton, Bermuda.  XLI is a provider of property and casualty insurance to U.S. domiciled businesses insuring U.S. based risks.

112.     Defendants XL Capital, Greenwich Ins., Indian Harbor, XL America , XL Insurance America and XLI shall be referred to collectively herein as "XL Capital" or "XL."

### The CNA Defendants

113.     Defendant CNA Financial Corporation ("CNA Financial") is a corporation incorporated under the laws of Delaware with its corporate headquarters in Chicago, Illinois. CNA Financial is an insurance holding company whose primary subsidiaries consist of property and casualty insurance companies.

114.     Defendant The Continental Insurance Corp. ("Continental Ins.") is a subsidiary of CNA Financial and is incorporated under the laws of South Carolina, with headquarters in Chicago, Illinois.  Continental Ins. is a provider of property and casualty insurance.

115.     Defendant American Casualty Co. of Reading, PA ("American Casualty") is a subsidiary of CNA Financial and is incorporated under the laws of Pennsylvania, with headquarters in Chicago, Illinois.  American Casualty is a provider of property and casualty insurance.

116.    Defendant Continental Casualty Co. ("Continental Casualty") is a subsidiary of CNA Financial and is incorporated under the laws of Illinois, with headquarters in Chicago, Illinois.  Continental Casualty is a provider of property and casualty insurance.

117.    Defendants CNA Financial, Continental Ins., American Casualty and Continental Casualty shall be referred to collectively herein as "CNA."

### The Munich Re Defendants

118.    Defendant Munich Reinsurance Co. ("Munich Re") is a provider of reinsurance, primary insurance and asset management services.  Munich Re is a German corporation with headquarters in Munich, Germany.

119.    Defendant American Re Corporation, now known as Munich Re America Corporation, ("American Re") is a subsidiary of Munich Re and is incorporated in the State of Delaware and headquartered in Princeton, New Jersey.  American Re is one of the leading providers of reinsurance in the United States.  Through its subsidiaries, American Re writes treaty and facultative reinsurance, insurance, and provides related services to insurance companies, other large businesses, government agencies, pools and other self-insurers.  Munich-American Risk Partners, Inc. ("Munich-American") is a division of American Re and is headquartered in Princeton, New Jersey.  Munich-American develops custom risk transfer, risk sharing and risk managing solutions that preserve and enhance the assets and operations of its clients.

120.    Defendant American Re-Insurance Co., now known as Munich Reinsurance America, Inc., ("American Re-Insurance") is a wholly owned subsidiary of American Re and is incorporated under the laws of Delaware and headquartered in Princeton, New Jersey.  American

Re-Insurance is a provider of treaty and facultative reinsurance, insurance and related services to insurance companies, large businesses and government agencies.

121.    Defendant American Alternative Insurance Corp. ("American Alternative") is a wholly owned subsidiary of American Re and is incorporated under the laws of Delaware and headquartered in Princeton, New Jersey.  American Alternative is a provider of property and casualty insurance.

122.    Defendants Munich Re, American Re, American Re-Insurance, American Alternative and Munich-American, shall be referred to collectively herein as "Munich."

### The Liberty Mutual Defendants

123.    Defendant Liberty Mutual Holding Company, Inc. ("Liberty Mutual Holding") is a corporation incorporated under the laws of Massachusetts, with headquarters in Boston, Massachusetts. Liberty Mutual Holding operates as a mutual holding company structure, owned by its policyholders, and includes three principal insurance companies in the group – Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company and Employers Insurance Company of Wausau – each of which are stock insurance companies under the ownership of Liberty Mutual Holding.

124.    Defendant Liberty Mutual Insurance Co. ("Liberty Mutual Ins.") is a direct and/or indirect subsidiary of Liberty Mutual Holding, and is incorporated under the laws of Massachusetts, with headquarters in Boston, Massachusetts.  Liberty Mutual operates as a provider of fire, marine, life and casualty insurance services.

125.    Defendant Liberty Mutual Fire Insurance Co. ("Liberty Mutual Fire") is a direct and/or indirect subsidiary of Liberty Mutual Holding, and is incorporated under the laws of

Massachusetts, with headquarters in Boston, Massachusetts.  Liberty Mutual Fire operates as an underwriter of property and casualty insurance.

126.    Defendants Wausau Insurance Companies, Wausau Underwriting Insurance Company, Employers Insurance of Wausau, Employers Insurance Company of Wausau, Wausau Business Insurance Company and Wausau General Insurance Company  are direct and/or indirect subsidiaries and/or affiliates of Liberty Mutual Holding.  These defendants operate as underwriters of property and casualty insurance.

127.    Defendants Liberty Mutual Holding, Liberty Mutual Ins., Liberty Mutual Fire and the defendants in the immediately preceding paragraph shall be referred to collectively herein as "Liberty Mutual."

### The AXIS Defendants

128.    Defendant AXIS Capital Holdings Limited ("AXIS Capital") is a corporation incorporated under the laws of Bermuda.  It provides specialty insurance and treaty reinsurance on a global basis through operating subsidiaries and branch networks.  It is the indirect parent of AXIS U.S. Subsidiaries and is subject to the insurance holding company laws of Connecticut, new York and Illinois.

129.    Defendant AXIS Specialty Insurance Company ("AXIS Specialty") is a subsidiary of AXIS Capital.  It is a Connecticut-domiciled insurer that transacts property, casualty and surplus lines insurance.

130.    Defendant AXIS Surplus Insurance Company ("AXIS Surplus") is a subsidiary of AXIS Capital.  It is an Illinois-domiciled insurer that transacts property, casualty and surplus lines insurance.

131.    Collectively, AXIS Capital, AXIS Specialty and AXIS Surplus are referred to herein as "AXIS."