## **CERTIFICATE OF SERVICE**

I, Timothy Fraser, hereby certify that on May 22, 2007, I caused a true and correct copy of the following documents:

- Second Consolidated Amended Commercial Class Action Complaint

- Revised Particularized Statement Describing the Horizontal Conspiracies Alleged in the Second Consolidated Amended Commercial Class Action Complaint

- Third Amended Commercial Insurance Plaintiffs' RICO Case Statement Pursuant to Local Rule 16.1(B)(4)

to be served by electronic mail on all counsel entitled to receive service in this action and included in the email address below:

service@gcg.mdl1663.com

                                                      s/ Timothy Fraser