UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE INSURANCE BROKERAGE ANTITRUST LITIGATION | MDL Docket No. 1663<br>Civ. No. 04-5184 (GEB) |
| IN RE EMPLOYEE-BENEFIT INSURANCE BROKERAGE ANTITRUST LITIGATION | Civ. No. 05-1079 (GEB) |
| This Document Relates To:<br><br>ALL ACTIONS | **O R D E R** |

For the reasons set forth in this Court's Opinion filed herewith,

**IT IS on this 28th day of September, 2007, ORDERED** that Defendants' Motions to Dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiffs' claims alleging Defendants' violations of the Racketeering Influence and Corrupt Organization Act, 18 U.S.C. § 1961, et seq. ("RICO Claims"), as set forth in Plaintiffs' Second Consolidated Amended Commercial Class Action Complaint and Second Consolidated Amended Employee-Benefit Class Action Complaint (collectively, "Complaints"), are granted; and it is further

**ORDERED** that Plaintiffs' Complaints are dismissed with prejudice as to the RICO Claims; and it is further

**ORDERED** that all Plaintiffs' state law claims against Defendants named solely in the Civil Action No. 04-5184 are dismissed without prejudice; and it is further

**ORDERED** that Plaintiffs' Second Consolidated Amended Commercial Class Action Complaint filed in Civil Action No. 04-5184 is dismissed in its entirety; and it is further

**ORDERED** that all motions pending in Civil Action No. 04-5184 as of the date of entry of this Order are dismissed as moot; and it is further

**ORDERED** that the Clerk of the Court should close the file in Civil Action No. 04-5184; and it is further

**ORDERED** that, for the reasons set forth in the accompanying Opinion, the file in Civil Action No. 05-1079 and all actions related to Civil Action No. 05-1079 shall remain open; and it is further

**ORDERED** that the Clerk shall serve, by way of notice of electronic filing, a copy of this Order and accompanying Opinion upon all parties and/or their counsel amenable to electronic notice; and it is finally

**ORDERED** that all counsel electronically served by the Clerk with a copy of this Order and accompanying Opinion shall serve, within ten days from the date of entry of this Order, hard copies of this Order and accompanying Opinion upon their co-counsel and/or their clients not amenable to electronic notice.

                                                               s/ Garrett E. Brown, Jr.
                                                   **GARRETT E. BROWN, JR.**
                                                                       **Chief Judge**
                                               **United States District Court**