# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH 973.218.1111 • FAX 973.218.1106

September 25, 2007

**VIA FACSIMILE**
Honorable Garrett E. Brown
Chief United States District Judge
District of New Jersey
Clarkson S. Fisher Federal Bldg.
 & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

RECEIVED

SEP 2 8 2007

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re: In re Insurance Brokerage Antitrust Litigation, MDL 1663, Case No.: 04-cv-5184 (GEB);
KLLM, Inc. v. Marsh USA, Inc., et al., Case No.: 2:05-cv-4046 (GEB);
KLLM, Inc. v. Marsh USA, Inc., et al., Case No.: 2:05-cv-5239(GEB)

Dear Judge Brown:

We represent Defendant C.V. Starr & Company in the above referenced tag-along actions. Plaintiff KLLM, Inc. recently filed Motions to Lift Stay in this MDL and two of the tag along actions. Counsel for KLLM and Defendants Marsh USA, Inc., Marsh, Inc., Marsh & McClennan, Inc., Discover Reinsurance Company, United States Fidelity & Guaranty Company, United States Fidelity & Guaranty Specialty Insurance Company, C.V. Starr & Company, and Insurance Company of the State of Pennsylvania have conferred and have agreed upon a two-week adjournment of the return date for Plaintiff KLLM, Inc.'s Motions to Lift Stay.

The parties respectfully request that the Court approve this two-week adjournment, which moves the return date to October 29, 2007. Accordingly, a So Ordered line has been included at the bottom of this request. Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Robert A. Magnanini

cc: Roy H. Liddell, Esq.
P. Ryan Beckett, Esq.
Edward F. Maluf, Esq.
Adam Skaggs, Esq.

It is ordered this 28th day of SEPTEMBER, 2007 that the above request is GRANTED.

Garrett E. Brown USDJ

SO ORDERED: _____
DATED: 9/28/07

NEW YORK    WASHINGTON DC    FLORIDA    CALIFORNIA    NEW HAMPSHIRE    NEW JERSEY
www.bsfllp.com