UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
                                    :           MDL Docket No. 1663
IN RE INSURANCE BROKERAGE          :
ANTITRUST LITIGATION                :           Civ. No. 04-5184 (GEB)
                                    :
                                    :           Civ. No.07-4876 (GEB)
_____:
                                    :
**This Document Relates To:**       :           ORDER
                                    :
ROADWAY EXPRESS, INC., v.           :
AON RISK SERVICES, INC. OF          :
OHIO, et al                         :
                                    :
_____:

This matter having come before the Court pursuant to Plaintiffs' request for an extension to respond to Defendant's Motion to Dismiss;

and this Court having previously granted Plaintiffs their requested extension[29];

and this Court having stayed all proceedings in the MDL until the resolution of motions directed toward the Amended Complaints [case # 04-5184, docket # 1142];

IT IS this   26th   day of October, 2007;

ORDERED that Defendant's Motion to Dismiss [16] is stayed.

                                                    s/ Garrett E. Brown, Jr.
                                            GARRETT E. BROWN, JR., U.S.D.J.