UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE INSURANCE BROKERAGE ANTITRUST LITIGATION | MDL Docket No. 1663<br>Civ. No. 04-5184 (GEB) |
| IN RE EMPLOYEE-BENEFIT INSURANCE BROKERAGE ANTITRUST LITIGATION | Civ. No. 05-1079 (GEB) |
| This Document Relates To:<br><br>ALL ACTIONS | ORDER |

For the reasons set forth in this Court's Opinion filed herewith,

IT IS THIS 14th day of January 2007;

ORDERED that Defendants' Motion for Summary Judgment (see In re Employee-Benefit Ins. Brokerage Litig., 05-1079, Docket Entry Nos. 665) is granted with respect to Plaintiffs' claims alleging violations of the Employee Retirement Income Security Act ("ERISA"); and it is further

ORDERED that the Clerk shall serve a copy of this Order and the Opinions filed herewith upon all parties by way of notice of electronic filing, where available; and it is further

ORDERED that Plaintiffs' counsel shall serve a copy of this Order and the Opinions filed herewith upon those parties not amenable to electronic notice; and it is further

ORDERED that a conference call will be held on January 24, 2008 at 1:00 pm to discuss remaining motions and other open issues in this MDL before the Court.

                                                      s/ Garrett E. Brown, Jr.
                                            GARRETT E. BROWN, JR., U.S.D.J.