# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE: INSURANCE BROKERAGE
ANTITRUST LITIGATION                        MDL No. 1663

                                            **Civil Action No. 04-5184 (GEB)**

**APPLIES TO ALL ACTIONS**

IN RE: EMPLOYEE-BENEFIT INSURANCE
BROKERAGE ANTITRUST LITIGATION

                                            **Civil Action No. 05-1079 (GEB)**

**APPLIES TO ALL ACTIONS**

This matter having come before the Court pursuant to a telephone conference on January

24, 2008, during which remaining motions and issues in this MDL action were discussed;

and this Court having granted Defendants' motions to dismiss with regard to Plaintiffs'

RICO claims and Sherman Act Claims;

and this Court also having granted summary judgment to Defendants with regard to

Plaintiffs' ERISA claims;

and for good cause shown,

IT IS ON THIS   24th   day of January, 2008

ORDERED that all open motions before the Court in this MDL are DISMISSED  without

prejudice to any party to re-file an updated submission; and

IT IS FURTHER ORDERED that parties shall submit in letter form suggestions for

further proceeding in this MDL matter on or before February 7, 2008; and

IT IS FURTHER ORDERED that Responses to said letters shall be submitted by

February 14, 2008; and

IT IS FURTHER ORDERED that Plaintiffs' counsel shall ensure that copies of this Order

are provided to all parties in all of the actions that are part of this MDL.


                                    s/ Garrett E. Brown, Jr.
                              CHIEF, UNITED STATES DISTRICT JUDGE