# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION | MDL No. 1663<br>Civil No. 04-5184 (GEB) |

**APPLIES TO ALL ACTIONS**

| | |
|---|---|
| IN RE: EMPLOYEE-BENEFIT INSURANCE BROKERAGE ANTITRUST LITIGATION | Civil No. 05-1079 (GEB) |

**APPLIES TO ALL ACTIONS**

This matter having come before the Court by way of letters dated April 5, 2007, regarding the request of the Tag Along plaintiffs Sinclair, Slay, Delta Pride Catfish, KLLM, Fortune Brands, New Cingular Wireless, American Standard, Emerson Electric, Marhsall & Illsey, Heritage Corp. of South Florida, Thornell, Cameron Off Shore Boats for an extension of the deadline to raise unresolved discovery disputes with the Marsh defendants that arose after May 30, 2006 because they were awaiting responses to certain requests for admissions and the Marsh defendants agreement to accept ten interrogatories from certain of these plaintiffs, and the letters dated April 6, 2007, April 25, 2007, regarding the AIG defendants and Marsh defendants opposition to this request,

and the proceedings in these cases having been stayed since April 9, 2007;

and the Hon. Garrett E. Brown, Jr., having convened a telephone conference on January 24, 2008;

and His Honor advising the parties that all motions would be terminated in light of the rulings on the various federal claims;

and the Undersigned advising the parties that all discovery applications would be terminated;

and for the reasons set forth on the record on January 24, 2008;

IT IS ON THIS 4th day of February, 2008

ORDERED that the request to extend the deadline to raise unresolved discovery disputes is moot; and

IT IS FURTHER ORDERED that if discovery resumes in this case, then the parties shall meet and confer in good faith about all issues known to exist in April 2007and may raise only issues that are still relevant. All requests for discovery relief shall be presented via the joint letter protocol and shall "stand alone," that is, not incorporate by reference any other submissions filed in these cases.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE