# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE INSURANCE BROKERAGE ANTITRUST LITIGATION | MDL Docket No. 1663<br>Civ. No. 04-5184 (GEB) |
| IN RE EMPLOYEE-BENEFIT INSURANCE BROKERAGE ANTITRUST LITIGATION | Civ. No. 05-1079 (GEB) |
| This Document Relates To:<br>ALL ACTIONS | ORDER |

RECEIVED
FEB 1 3 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

WHEREFORE, the Court having entered Orders dated August 31, 2007, dismissing with prejudice Plaintiffs' claims alleging violations of 15 U.S.C. § 1, September 28, 2007, dismissing with prejudice Plaintiffs' claims alleging violations of the Racketeering Influence and Corrupt Organizations Act, and January 14, 2008, granting Defendants' Motion for Summary Judgment regarding Plaintiffs' claims alleging violations of the Employee Retirement Income Security Act, it is on this 13th day of February, 2008, hereby

ORDERED that all Plaintiffs' state law claims against Defendants named in the Civil Action No. 05-1079 are dismissed without prejudice; and it is further

ORDERED that Plaintiffs' Second Consolidated Amended Employee-Benefit Class Action Complaint filed in Civil Action No. 05-1079 is dismissed in its entirety; and it is further

ORDERED that all motions pending in Civil Action No. 05-1079 as of the date of entry of this Order are dismissed as moot; and it is further

ORDERED that that the Clerk of the Court enter judgment against Plaintiffs and in favor of Defendants, and close the file in Civil Action No. 05-1079; and it is further

ORDERED that the Clerk shall serve, by way of notice of electronic filing, a copy of this Order upon all parties and/or their counsel amenable to electronic notice; and it is finally

ORDERED that all counsel electronically served by the Clerk with a copy of this Order shall serve, within ten days from the date of entry of this Order, hard copies of this Order upon their co-counsel and/or their clients not amenable to electronic notice.

GARRETT E. BROWN, JR., U.S.D.J.