IN THE UNITED STATES DISTRICT COURT
FOR NEW JERSEY

RECEIVED
FEB 1 3 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| ROADWAY EXPRESS, INC., et al ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 07 CV 4786 |
| vs. ) | |
| ) | (tag along action to 04 cv 05184 |
| AON RISK SERVICES, INC OF OHIO, ) | MDL 1663, formerly before the |
| ) | US District Court for the Northern |
| ) | District of Illinois, No. 07 C 4359) |
| ) | |
| Defendant ) | |

ORDER FOR DISMISSAL

This matter coming before the Court on Plaintiffs' Motion for Dismissal, the Court being advised that the parties have settled all matters in controversy, due notice being given,
It Is Hereby Ordered as follows:

This matter is dismissed with prejudice.

ENTERED: _____ U.S.D.J.

DATE: February 13, 2007

Prepared by
Nicola S. Tancredi, Attorney for Plaintiffs
Law Offices of Nicola S. Tancredi
Nicola S. Tancredi
ARDC No. 2795736
Two North Trans Am Plaza Drive
Suite 250
Oakbrook Terrace, IL 60181
Phone: (630) 530-0567   Fax: (630) 530-7576