RECEIVED
MAY 0 1 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: INSURANCE BROKERAGE ) Hon. Garrett E. Brown, Jr.
ANTITRUST LITIGATION )
) MDL No. 1663
)
) Civ. Action No. 04-5184 (GEB)
_____ )
)
DELTA PRIDE CATFISH, INC., )
)
Plaintiff, ) Civ. Action No. 05-5290 (GEB)
)
v. )
)
MARSH USA, INC., et al., )
)
Defendants. )
_____ )

## [PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

On this day, the Court having considered the Joint Motion to Dismiss with Prejudice All Claims Against The Hartford Steam Boiler Inspection and Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pa., and it appearing to the Court that the Motion is meritorious, it is accordingly ORDERED that:

The motion be, and hereby is, GRANTED, and all claims against The Hartford Steam Boiler Inspection and Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pa. are DISMISSED with prejudice.

Dated: April 30, 2008

HON. GARRETT E. BROWN, JR.
Chief United States District Judge