IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------x
                                                         :
IN RE: INSURANCE                                         :
BROKERAGE ANTITRUST LITIGATION                           :
                                                         :        Hon. Garret E. Brown, Jr.
APPLIES TO COMMERCIAL ACTION                             :
                                                         :        Civil No. 04-5184 (GEB) ✓
---------------------------------------------            :        Civil No. 06-1555 (GEB)
                                                         :
MARSHALL & ILSLEY CORP.,                                 :        MDL No. 1663
                                                         :
                    Plaintiff,                           :
                                                         :        ELECTRONICALLY FILED
v.                                                       :
                                                         :
MARSH USA INC., et al.                                   :
                                                         :                    RECEIVED
                    Defendants.                          :
                                                         :                    JUN 3 0 2008
---------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
                                                                    AT 8:30 _____
                                                                    WM T. WALSH
                                                                         CLERK

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Marshall & Ilsley

and Defendants Marsh USA Inc., Marsh & McLennan Companies, Inc., and Marsh, Inc., through

their unsigned counsel, that the above-captioned action be and is hereby dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

Dated: May 1, 2008

WILLKIE FARR & GALLAGHER LLP                         VON BRIESEN & ROPER, S.C.


By: _____                          By: _____
    Mitchell J. Auslander (MA 1224)                      Randall D. Crocker
    mauslander@willkie.com                               rcrocker@vonbriesen.com
    787 Seventh Avenue                                    411 East Wisconsin Avenue
    New York, New York  10019-6099                        Milwaukee, WI 53201-3262
    (212) 728-8000                                        (414) 276-1122

*Attorneys for Defendants Marsh USA Inc.,*           *Attorneys for Plaintiff Marshall &*
*Marsh & McLennan Companies, Inc.,*                  *Ilsley Corporation*
*and Marsh Inc.*

1477581.1

IT IS SO ORDERED:

This _30^TH_ *JUNE* day of May 2008.

_____

Hon. Garret E. Brown, Jr., USDJ

## CERTIFICATE OF SERVICE

I, Gregory Conway, hereby certify on this 26th day of June, 2008, that I caused a true and correct copy of the Stipulation and Order of Dismissal with Prejudice in the above-captioned case, to be served by electronic notification on counsel of record for Plaintiff and all counsel of record in *In re Insurance Brokerage Antitrust Litigation*.

s/ Gregory Conway _____
Gregory Conway