NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE INSURANCE BROKERAGE | : | MDL Docket No. 1663 |
| ANTITRUST LITIGATION | : | Civ. No. 04-5184 (GEB) |

**MEMORANDUM TO ALL PARTIES**

**BROWN, Chief Judge**

Pursuant to the Court's instructions on the record during the March 4, 2011 in-person status conference, the Court will hear oral argument addressed to the various pending motions to dismiss the putative class proceedings at 10 a.m. on Wednesday, March 23, 2011, in Courtroom 4C of the Martin Luther King Building and United States Courthouse in Newark, New Jersey. The Court does not plan to address any other issues at that time.

Dated: March 9, 2011

/s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.