**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE INSURANCE BROKERAGE ANTITRUST LITIGATION<br><br>APPLIES TO ALL COMMERCIAL INSURANCE BROKERAGE ACTIONS | MDL No. 1663<br><br>Civil No. 04-5184 (CCC)<br><br>Hon. Claire C. Cecchi |

## NOTICE OF WITHDRAWAL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

     PLEASE TAKE NOTICE that Dewey & LeBoeuf hereby requests withdrawal of Jeffrey S. Rugg in the above captioned action as counsel for defendants American Alternative Insurance Corporation, Munich-American Risk Partners Inc., American Re Corp and American Re Insurance Co., and requests that no further notices be given to or required of him in the action, and that no documents or other pleadings in the action be given upon him:

Jeffrey S. Rugg
Dewey & LeBoeuf  LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

All other counsel from Dewey & LeBoeuf LLP who have appeared on behalf of the above named defendants will remain in the action.

Dated:   New York, New York
         July 6, 2011                                  **DEWEY & LEBOEUF LLP**

                                                       /s/ Eamon O'Kelly
                                                       Eamon O'Kelly
                                                       1301 Avenue of the Americas
                                                       New York, New York  10019
                                                       Telephone:  (212) 259-8000
                                                       Direct:     (212) 259-6342
                                                       Facsimile:  (212) 259-6333
                                                       Email:      eokelly@dl.com

## **CERTIFICATE OF SERIVCE**

I hereby certify that on July 6, 2011, I caused a true and correct copy of the foregoing Notice of Withdrawal to be served by electronic mail on counsel entitled to receive service in this action and included on the service list with the following email address: service@gcg.mdl11663.com.

**DEWEY & LEBOEUF LLP**

  /s/ Eamon O'Kelly
Eamon O'Kelly
1301 Avenue of the Americas
New York, New York  10019
Telephone:  (212) 259-8000
Direct:         (212) 259-6342
Facsimile:  (212) 259-6333
Email:         eokelly@dl.com