**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE INSURANCE BROKERAGE ANTITRUST LITIGATION | MDL No. 1663 |
| | Civil No. 04-5184 (CCC) |
| APPLIES TO ALL COMMERCIAL INSURANCE BROKERAGE ACTIONS | Hon. Claire C. Cecchi |

**NOTICE OF WITHDRAWAL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

    PLEASE TAKE NOTICE that Dewey & LeBoeuf hereby requests withdrawal of Kristin

Ann Meister in the above captioned action as counsel for defendant American Re-Insurance

Company and requests that no further notices be given to or required of her in the action, and

that no documents or other pleadings in the action be given upon her:

Kristin Ann Meister
Dewey & LeBoeuf  LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

All other counsel from Dewey & LeBoeuf LLP who have appeared on behalf of the

above named Defendant will remain in the action.

Dated:   New York, New York
         July 6, 2011                                     **DEWEY & LEBOEUF LLP**

                                                          _/s/ Eamon O'Kelly_
                                                          Eamon O'Kelly
                                                          1301 Avenue of the Americas
                                                          New York, New York  10019
                                                          Telephone:   (212) 259-8000
                                                          Direct:      (212) 259-6342
                                                          Facsimile:   (212) 259-6333
                                                          Email:       eokelly@dl.com

## CERTIFICATE OF SERIVCE

I hereby certify that on July 6, 2011, I caused a true and correct copy of the

foregoing Notice of Withdrawal to be served by electronic mail on counsel entitled to

receive service in this action and included on the service list with the following email

address: service@gcg.mdl11663.com.

**DEWEY & LEBOEUF LLP**

 /s/ Eamon O'Kelly
Eamon O'Kelly
1301 Avenue of the Americas
New York, New York  10019
Telephone:   (212) 259-8000
Direct:        (212) 259-6342
Facsimile:   (212) 259-6333
Email:        eokelly@dl.com