**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Robert A. Magnanini, Esq.
STONE & MAGNANINI LLP
150 JFK Parkway, 4th Floor
Short Hills, NJ 07078
(973) 218-1111
Attorneys for Defendant C.V. Starr & Co.

_____

| | | |
|---|---|---|
| QLM ASSOCIATES, INC. | : | |
| | : | |
| Plaintiff, | : | Case No.: 2:04-cv-05184 (CCC)(PS) |
| | : | |
| v. | : | |
| | : | |
| MARSH & MCLENNAN | : | |
| COMPANIES, INC., et al. | : | **NOTICE OF ATTORNEY WITHDRAWAL** |
| | : | |
| | : | |
| Defendants. | : | |

_____ :

      **PLEASE TAKE NOTICE** that the following counsel hereby withdraws his appearance

in the above-captioned litigation:

Robert A. Magnanini, Esq.
Stone & Magnanini LLP
150 JFK Parkway, 4th Floor
Short Hills, NJ 07078
Tel: (973) 218-1111
Fax: (973) 218-1106

      Counsel requests that no further notices be given or required in this case, and no documents

and other pleadings be given or served upon:

Robert A. Magnanini
Email: rmagnanini@stonemagnalaw.com

                      /s/Robert A. Magnanini
                      Robert A. Magnanini, Esq.
                      Stone & Magnanini LLP
                      150 JFK Parkway, 4th Floor
                      Short Hills, NJ 07078
                      Tel: (973) 218-1111
                      Fax: (973) 218-1106
                      *Counsel for Defendant C.V. Starr & Co.*

Dated: July 7, 2011