UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

)
)
In re INSURANCE BROKERAGE ANTITRUST                )          Honorable Claire C. Cecchi
LITIGATION                                         )          MDL No. 1663
)
)                                                       04-5184 (CCC)
)
)

**BY FIRST CLASS MAIL TO:**

The Clerk of the Court                                       Counsel listed on attached
Insurance Brokerage Settlement            **and**            Certificate of Service
c/o Rust Consulting, Inc.
P.O. Box 8002
Faribault, MN 55021-9402

## REQUEST FOR EXCLUSION BY THE HENLEY PLAINTIFFS

All of the Plaintiffs in Case Number 07-02389, consolidated with MDL No. 1663,

Henley Management Company, Northbrook Properties, Inc., RCK Properties, Inc., Big Bear

Properties, Inc., Kitchens, Inc., Aberfeldy LP, and Payroll and Insurance Group, Inc.,

(collectively the "Henley Plaintiffs") request exclusion from the Settlement Class, as defined in

paragraphs 2(b) and (e) in the Order Preliminary Approving Proposed Settlement and

Preliminarily Certifying a Class for Settlement Purposes ("Preliminary Approval Order"). The

Henley Plaintiffs request exclusion from the settlement in its entirety and will not participate in

the settlement in any manner.

The Henley Plaintiffs filed a lawsuit captioned *Henley Management Company, et*

*al., v. Marsh & McLennan Cos., Inc., et al.* in the U.S. District Court for the District of New

Jersey (Case No. 07-2389), which was consolidated for pretrial purposes with *In Re Insurance*

*Brokerage Antitrust Litigation* before this Court (MDL 1663) as Case No. 04-5184 (GEB). In its

pending lawsuit, the Henley Plaintiffs allege that Marsh & McLennan Companies, Inc., and its

affiliates (together, "Marsh") conspired with insurers to allocate customers and rig bids, resulting in an inflated insurance market and damages to the Henley Plaintiffs, also asserting that the Henley Plaintiffs seek recovery in the pending lawsuit under the Sherman Act and several common law and state statutory claims relating to all insurance policies brokered for and issued to the Henley Plaintiffs. The Henley Plaintiffs request exclusion from the Settlement Class for <u>all</u> insurance policies that may be within the scope of the settlement and do not waive or release any rights in its pending lawsuit against any of the Settling Defendants (as that term is defined in the Preliminary Approval Order), or any other parties identified in the Preliminary Approval Order as a Releasee.

The Henley Plaintiffs object to the procedures for requesting exclusion from the Settlement Class on the basis that they are onerous, violative of Due Process, and inconsistent with Federal Rule of Civil Procedure 23.[1] The Henley Plaintiffs further object that the information requested in paragraph 10(b) of the Preliminary Approval Order is unnecessary to a request for exclusion and is already in the control of the Settling Defendants. Indeed, the Settling Defendants already have in their possession the information concerning the Henley Plaintiffs insurance policies requested in paragraph 10(b)(ii) of the Preliminary Approval Order, as demonstrated by the fact that Settlement Class Members who participate in the settlement distribution need not provide any information to receive their *pro rata* share. (*See* Detailed Notice of the Proposed Class Action Settlement § V) ("If you wish to participate in the settlement and have no objection to any of its terms, you need not do anything at this time."); (*Id.*

---

[1] *See e.g., In re Linderboard Antitrust Litig.,* 223 F.R.D. 357, 365 (E.D. Pa. 2004) (rejecting, on Due Process grounds, a procedure that "imposes a significantly higher burden on parties that seek to opt-out than the law requires"); *Council on Social Work Educ. v. Texas Instruments, Inc.,* 105 F.R.D. 68, 71 (N.D. Tex. 1985) (class members effectively opted out despite failure to provide information specified on opt-out form); *see also Plummer v. Chem. Bank,* 668 F.2d 654, 657 n.2 (2d Cir. 1982) ("[a]ny reasonable indication of a desire to opt out should suffice."); *In re Four Seasons Sec. Laws Litig.,* 493 F.2d 1288, 1292 (10th Cir. 1974) (rejecting argument that "opt out . . .request must be explicit").

§ III) (Payment "will be calculated and made based on the information that your insurer has about the policy you purchased [and] the premium paid . . . .")  In addition, the Henley Plaintiffs have not been afforded any discovery whatsoever in this MDL, which has been stayed for the duration of the Henley case.

Subject to its objections, the Henley Plaintiffs state that (a) they request exclusion for the following Henley Plaintiffs:

Henley Management Company,
555 Skokie Blvd., #555,
Northbrook, IL 60062;

Northbrook Properties, Inc.,
555 Skokie Blvd., #555,
Northbrook, IL 60062;

RCK Properties, Inc.,
555 Skokie Blvd., #555,
Northbrook, IL 60062;

Big Bear Properties, Inc.,
555 Skokie Blvd., #555,
Northbrook, IL 60062

Kitchens, Inc.
4018 Oak Lawn Avenue
Dallas, TX 75219-3134

Aberfeldy II LP
1524 S I H 35
Austin, TX 78704

Payroll and Insurance Group, Inc.
555 Skokie Blvd., #555
Northbrook, IL 60062

Subject to its objections, the Henley Plaintiffs state that this request for exclusion is for all insurance policies it has ever purchased from or through the Settling Defendants and includes, but is not limited to, the policies listed on **Attachment A** hereto.

3

The Henley Plaintiffs further object to the language of the releases and waivers contained in the Settlement Agreement to the extent they purport to release, waive, relinquish, settle, discharge, or otherwise resolve the claims of any person other than a participating Settlement Class Member, including any "parents, subsidiaries, affiliates, . . .predecessors, [or] successors" of a Settlement Class Member.

The Henley Plaintiffs also object on the basis that the releases and waivers contained in paragraph 15(a) of the Settlement Agreement purport to identify those who release claims by their relationship to a Settlement Class Member, but do not state the time at which the existence of such relationship is determined. The Henley Plaintiffs state that they are not releasing, waiving, relinquishing, settling, discharging, or otherwise resolving any claims in their pending lawsuit, regardless of whether any affiliated persons participate in the Settlement Class.

Any questions concerning this request for exclusion may be directed to the undersigned counsel.

Dated: August 30, 2011

                                    By: /s/ Ernest Summers, III
                                        Attorney for the "Henley Plaintiffs",
                                        Henley Management Company, Northbrook
                                        Properties, Inc., RCK Properties, Inc., Big
                                        Bear Properties, Inc., Kitchens, Inc.,
Ernest Summers, III                     Aberfeldy LP, and Payroll and Insurance
Baker & Daniels, LLP                    Group, Inc.
311 South Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: 312-212-6500
Facsimile: 312-212-6501

4

## CERTIFICATE OF SERVICE

I, Ernest Summers, III, an attorney, certify that the foregoing **Request for Exclusion** on behalf of the Henley Plaintiffs and Attachment A thereto were filed electronically with the Clerk of the Court using the CM/ECF system on this 30th day of August, 2011, including email notifications of such filing to all counsel in the case.

I further certify that I caused a copy of the attached **Request for Exclusion** on behalf of the Henley Plaintiffs and **Attachment A** thereto to be sent by first class, prepaid, certified U.S. Mail, to the individuals listed below, on this 30th day of August, 2011.

**The Clerk of the Court**
Insurance Brokerage Settlement
c/o Rust Consulting, Inc.
P.O. Box 8002
Faribault, MN 55021-9402

| | | |
|---|---|---|
| ***For Plaintiffs and the Settlement Class:*** <br> Bryan L. Clobes <br> Ellen Meriwether <br> Cafferty Faucher, LLP <br> 1717 Arch Street, Suite 3610 <br> Philadelphia, Pennsylvania 19103 | **And** | Edith M. Kallas <br> Joe R. Whatley, Jr. <br> Whatley, Drake & Kallas, LLC <br> 1540 Broadway, 37th Floor <br> New York, NY 10036 |
| ***For the AIG Defendants:*** <br> Daniel J. Leffell <br> Paul, Weiss, Rifkind, Wharton & <br>    Garrison, LLP <br> 1285 Avenue of the Americas <br> New York, NY 10019-6064 <br> (212) 373-3000 | **And** | Kenneth A. Gallo <br> Paul, Weiss, Rifkind, Wharton & Garrison, LLP <br> 2001 K. Street, NW <br> Washington, DC 20006-1047 <br> (202) 223-7300 |
| ***For the AON Defendants:*** <br> Daniel E. Laytin <br> Kirkland & Ellis, LLP <br> 300 North LaSalle | **And** | ***For the AXIS Defendants:*** <br> Michael L. Weiner <br> Dechert, LLP <br> 1095 Avenue of the Americas |

Chicago, IL 60654
(312) 862-2000

New Yor, NY 10036
(212) 698-3500

***For the CAN Defendants:***
Michael L. McCluggage
Beth L. Fancsali
Wildman, Harrold, Allen & Dixon, LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606
(312) 201-2000

***For the Crum & Forster Defendants:***
Louis G. Corsi
Stephen Jacobs
Landman, Corsi, Ballaine & Ford P.C.
120 Broadway – 27th Floor
New York, NY 10271
(212) 238-4800

***For the Fireman's Fund Defendants:***
Lazar P. Raynal
Amy G. Doehring
McDermott Will & Emery, LLP
227 West Monroe
Chicago, IL 60606
(312) 372-2000

***For the Hartford Defendants:***
Paul A. Engelmayer
Wilmer, Cutler, Pickering,
    Hale & Dorr, LLP
399 Park Avenue
New York, NY 10022
(212) 418-8600

**And**

William J. Kolasky
Wilmer, Cutler, Pickering,
    Hale & Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

***For the Liberty Mutual Defendants:***
Kevin J. Fee
Kornstein, Veisz, Wexler & Pollard, LLP
757 Third Avenue, 18th Floor
New York, NY 10017
(212) 418-8600

**And**

Brian E. Robison
Gibson, Dunn & Crutcher, LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
(214) 698-3100

***For the Travelers Defendants:***
Michael J. Garvey
Patrick Shilling
Simpson, Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2000

***For the Willis/HRH Defendants:***
Richard C. Pepperman, II
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

**For the XL Defendants:**
Robert A. Alessi
Amy D. Lamberti
Cahill, Gordon & Reindel, LLP
Eighty Pine Street
New York, NY 10005-1702
(212) 701-3000

_/s/ Ernest Summers, III_

## SCHEDULE A: HENLEY MANAGEMENT COMPANY

| Coverage | Policy Number | Carrier | Effective Date | Expiration Date | Premiums | Broker | Limits |
|---|---|---|---|---|---|---|---|
| General Liab. | UC2J-GLSA-418J3893-TIL98 | Travelers Property Casualty | 12/31/1998 | 12/31/1999 | $40,398.00 | Marsh | Upon Request |
| Auto Liab. | UC2J-CAP-418J4030-TIL98 UC2E-CAP-418J7610-TCT98 | Travelers Property Casualty | 12/31/1998 | 12/31/1999 | $8,700.00 | Marsh | Upon Request |
| Umbrella/Excess layer | 7907-02-46MTO | Federal Insurance Co. (Chubb) | 12/31/1998 | 12/31/1999 | $35,000.00 | Marsh | Upon Request |
| Umbrella/Excess layer | EUO8469363-03 | American Zurich ins. Co. | 12/31/1998 | 12/31/1999 | $40,000.00 | Marsh | Upon Request |
| Umbrella/Excess layer | N/A | N/A | 12/31/1998 | 12/31/1999 | $0.00 | Marsh | Upon Request |
| Umbrella/Excess layer | N/A | N/A | 12/31/1998 | 12/31/1999 | $0.00 | Marsh | Upon Request |
| Foreign G/L | PST032930339 | Fidelity & Casualty Co. of New York (CAN) | 12/31/1998 | 12/31/1999 | $5,317.00 | Marsh | Upon Request |
| Property | US2267 | Commonwealth insurance | 1/1/1999 | 1/1/2000 | $50,742.00 | Marsh | Upon Request |
| Boiler & Machinery | BM1042885729 | Continental Casualty (CAN) | 1/1/1999 | 1/1/2000 | $2,955.00 | Marsh | Upon Request |
| Terrorism | N/A | N/A | 1/1/1999 | 1/1/2000 | $0.00 | Marsh | Upon Request |
| Crime | 8085-3021 | Federal Insurance Co. (Chubb) | 1/1/1999 | 1/1/2000 | $2,800.00 | Marsh | Upon Request |
| General Liab. | TJGLS1418J3893TIL9 9 | Travelers Indemnity Co of Illinois | 12/31/1999 | 12/31/2000 | $2,500.00 | Marsh | Upon Request |
| Auto Liab. | TC2ECAP418J7610TCT99 TC2JCAP418J4030TIL99 | Travelers Indemnity Co of Illinois | 12/31/1999 | 12/31/2000 | $11,700.00 | Marsh | Upon Request |
| Umbrella/Excess layer | 79070246 | Federal Ins. Co. (Chubb) | 12/31/1999 | 12/31/2000 | $35,000.00 | Marsh | Upon Request |
| Umbrella/Excess layer | AEC846936304 | American Guarantee | 12/31/1999 | 12/31/2000 | $50,000.00 | Marsh | Upon Request |
| Umbrella/Excess layer | TUE2535072 | Great American | 12/31/1999 | 12/31/2000 | $50,000.00 | Marsh | Upon Request |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Umbrella/Excess layer | 79793456 | Federal Ins. Co. (Chubb) | 12/31/1999 | 12/31/2000 | $25,000.00 | Marsh | Upon Request |
| Foreign G/L | PST210699360 | Fidelity & Casualty Co. of New York (CAN) | 12/31/1999 | 12/31/2000 | $5,000.00 | Marsh | Upon Request |
| Property | US2589 | Commonwealth Ins. | 1/1/2000 | 1/1/2001 | $46,525.00 | Marsh | Upon Request |
| Boiler & Machinery | TM1042885729 | Continental Casualty Co. | 1/1/2000 | 1/1/2001 | $3,324.00 | Marsh | Upon Request |
| Terrorism | N/A | N/A | 1/1/2000 | 1/1/2001 | $0.00 | Marsh | Upon Request |
| Crime | 80853021 | Federal Ins. Co. (Chubb) | 1/1/2000 | 1/1/2001 | $2,800.00 | Marsh | Upon Request |
| General Liab. | TJGLSA418J3893TIL00 | Travelers Indemnity Co of Illinois | 12/31/2000 | 12/31/2001 | $2,875.00 | Marsh | Upon Request |
| Auto Liab. | TC2JCAP418J4030TIL00 TC2ECAP418J7610TCT00 | Travelers Indemnity Co of Illinois | 12/31/2000 | 12/31/2001 | $16,380.00 | Marsh | Upon Request |
| Umbrella/Excess layer | 79070246 | Federal Ins. Co. (Chubb) | 12/31/2000 | 12/31/2001 | $38,500.00 | Marsh | Upon Request |
| Umbrella/Excess layer | ACE846936305 | American Guarantee Ins. Co. | 12/31/2000 | 12/31/2001 | $55,000.00 | Marsh | Upon Request |
| Umbrella/Excess layer | TUE2535172 | Great American Ins. Co. | 12/31/2000 | 12/31/2001 | $55,000.00 | Marsh | Upon Request |
| Umbrella/Excess layer | 79793456 | Federal Ins. Co. | 12/31/2000 | 12/31/2001 | $27,500.00 | Marsh | Upon Request |
| Foreign G/L | PST210699360 | Fidelity & Casualty Co. of NY | 12/31/2000 | 12/31/2001 | $5,475.00 | Marsh | Upon Request |
| Property | US2941 | Commonwealth Ins. | 1/1/2001 | 1/1/2002 | $74,477.00 | Marsh | Upon Request |
| Boiler & Machinery | BM1042885729 | Continental Casualty Co. (CAN) | 1/1/2001 | 1/1/2002 | $4,325.00 | Marsh | Upon Request |
| Terrorism | N/A | N/A | 1/1/2001 | 1/1/2002 | $0.00 | Marsh | Upon Request |
| Crime | 80853021 | Federal Ins. Co. | 1/1/2001 | 1/1/2002 | $2,800.00 | Marsh | Upon Request |
| General Liab. | TJ-GLSA-418J3893-TIL-01 | Travelers Indemnity Co of Illinois | 12/31/2001 | 12/31/2002 | $3,738.00 | Marsh | Upon Request |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Auto Liab. | TC2J-CAP-418J4030-TIL-01 TC2E-CAP-418J7610-TCT-01 | Travelers Indemnity Co of Illinois | 12/31/2001 | 12/31/2002 | $25,182.00 | Marsh | Upon Request |
| Umbrella/Excess layer | 79070246 | Federal Ins. | 12/31/2001 | 12/31/2002 | $80,000.00 | Marsh | Upon Request |
| Umbrella/Excess layer | AEC8469363-06 | American Guarantee ins. Co. | 12/31/2001 | 12/31/2002 | $80,000.00 | Marsh | Upon Request |
| Umbrella/Excess layer | TUE2-53-50-7202 | Great American Ins. Co. | 12/31/2001 | 12/31/2002 | $80,000.00 | Marsh | Upon Request |
| Umbrella/Excess layer | 79793456 | Federal Ins. Co. (Chubb) | 12/31/2001 | 12/31/2002 | $40,000.00 | Marsh | Upon Request |
| Foreign G/L | PHF059819 | ACE American Ins. Co. | 12/31/2001 | 12/31/2002 | $5,985.00 | Marsh | Upon Request |
| Property | US3464 | Commonwealth Ins. | 1/1/2002 | 1/1/2003 | $117,847.00 | Marsh | Upon Request |
| Boiler & Machinery | BM1042885729 | Continental Casualty Co. (CAN) | 1/1/2002 | 1/1/2003 | $5,635.00 | Marsh | Upon Request |
| Terrorism | N/A | N/A | 1/1/2002 | 1/1/2003 | $0.00 | Marsh | Upon Request |
| Crime | GA03027998 | Gulf Insurance | 1/1/2002 | 1/15/2003 | $2,595.00 | Marsh | Upon Request |
| General Liab. | TJ-GLSA-418J3893-TIL-02 | Travelers | 12/31/2002 | 12/31/2003 | $4,485.00 | Marsh | Upon Request |
| Auto Liab. | TC2J-CAP-418J4030-TIL-02 TC2E-CAP-418J7610-TCT-01 | Travelers | 12/31/2002 | 12/31/2003 | $21,776.00 | Marsh | Upon Request |
| Umbrella/Excess layer | AUC846936307 | Zurich | 12/31/2002 | 12/31/2003 | $151,500.00 | Marsh | Upon Request |
| Umbrella/Excess layer | LQ-B71-198035-012 | Liberty Mutual | 12/31/2002 | 12/31/2003 | $101,000.00 | Marsh | Upon Request |
| Umbrella/Excess layer | TUE2-53-50-72-03 | Great American | 12/31/2002 | 12/31/2003 | $50,000.00 | Marsh | Upon Request |
| Umbrella/Excess layer | XXK 0008546 4444 | Fireman's fund | 12/31/2002 | 12/31/2003 | $50,000.00 | Marsh | Upon Request |
| Foreign G/L | PHF059819 | ACE | 12/31/2002 | 12/31/2003 | $5,000.00 | Marsh | Upon Request |

| Property | US4230 | Commonwealth Ins. | 1/1/2003 | 1/1/2004 | $162,955.00 | Marsh | Upon Request |
| Boiler & Machinery | 2286161 | Hartford | 1/1/2003 | 1/1/2004 | $3,129.00 | Marsh | Upon Request |
| Terrorism | US4230 | Commonwealth Ins. | 1/1/2003 | 1/1/2004 | $18,317.00 | Marsh | Upon Request |
| Crime | GA03029766 | Gulf Insurance | 1/15/2003 | 1/15/2004 | $3,030.00 | Marsh | Upon Request |
| General Liab. | TJ-GLSA-418J3893-TIL-03 | Travelers | 12/31/2003 | 12/31/2004 | $5,158.00 | Marsh | Upon Request |
| Auto Liab. | TC2J-CAP-418J4030-TIL-03 | Travelers | 12/31/2003 | 12/31/2004 | $1,169.00 | Marsh | Upon Request |
| Umbrella/Excess layer | AUC846936308 | Zurich | 12/31/2003 | 12/31/2004 | $144,430.00 | Marsh | Upon Request |
| Umbrella/Excess layer | LQ1-B71-198035-022 | Liberty Mutual | 12/31/2003 | 12/31/2004 | $96,500.00 | Marsh | Upon Request |
| Umbrella/Excess layer | TUE2-53-50-72-04 | Great Am. | 12/31/2003 | 12/31/2004 | $48,250.00 | Marsh | Upon Request |
| Umbrella/Excess layer | XTM 000 7617 0695 | Fireman's Fund | 12/31/2003 | 12/31/2004 | $48,250.00 | Marsh | Upon Request |
| Foreign G/L | GB06100449 | St Paul Fire | 12/31/2003 | 12/31/2004 | $3,750.00 | Marsh | Upon Request |
| Property | US4862 | Commonwealth Ins. | 1/1/2004 | 1/1/2005 | $150,870.00 | Marsh | Upon Request |
| Boiler & Machinery | US4862 | Commonwealth Ins. | 1/1/2004 | 1/1/2005 | $3,412.00 | Marsh | Upon Request |
| Terrorism | US4862 | Commonwealth Ins. | 1/1/2004 | 1/1/2005 | $19,557.00 | Marsh | Upon Request |
| Crime | GA03031174 | Gulf Insurance | 1/15/2004 | 1/15/2005 | $3,000.00 | Marsh | Upon Request |
| General Liab. | TJ-GLSA-418J3893-TIL-04 | St Paul Travelers | 10/31/2004 | 10/31/2005 | $5,158.00 | Marsh | Upon Request |
| Auto Liab. | TJ-CAP-418J4030-TIL-04 | St Paul Travelers | 10/31/2004 | 10/31/2005 | $1,169.00 | Marsh | Upon Request |
| Umbrella/Excess layer | AUC4275340-00 | Zurich | 10/31/2004 | 10/31/2005 | $144,430.00 | Marsh | Upon Request |
| Umbrella/Excess layer | LQ-B71-198-035-032 | Liberty Mutual | 10/31/2004 | 10/31/2005 | $96,500.00 | Marsh | Upon Request |

| Umbrella/Excess layer | 9363-58-13 | Chubb | 10/31/2004 | 10/31/2005 | $48,250.00 | Marsh | Upon Request |
| Umbrella/Excess layer | EXC5550060 | Great Am. PRB | 10/31/2004 | 10/31/2005 | $48,250.00 | Marsh | Upon Request |
| Foreign G/L | GB06100573 | St Paul Fire | 10/31/2004 | 10/31/2005 | $2,500.00 | Marsh | Upon Request |
| Property | US5365 | Commonwealth Ins. | 10/31/2004 | 10/31/2005 | $130,395.00 | Marsh | Upon Request |
| Boiler & Machinery | US5365 | Commonwealth Ins. | 10/31/2004 | 10/31/2005 | $3,448.00 | Marsh | Upon Request |
| Terrorism | US5365 | Commonwealth Ins. | 10/31/2004 | 10/31/2005 | $13,000.00 | Marsh | Upon Request |
| Crime | GA03031174 | Gulf Insurance | 1/15/2005 | 10/31/2005 | $2,376.00 | Marsh | Upon Request |

### SCHEDULE A: NORTHBROOK PROPERTIES, INC.

| Coverage | Policy Number | Carrier | Effective Date | Expiration Date | Premiums | Broker | Limits |
|---|---|---|---|---|---|---|---|
| American Bankers (Flood Coverage) | Upon Request | Upon Request | Upon Request | Upon Request | Upon Request | Marsh | Upon Request |
| AXA Art Ins Corp (Fine Arts Coverage) | Upon Request | Upon Request | Upon Request | Upon Request | Upon Request | Upon Request | Upon Request |
| Federal Ins Co (Chubb) (Homeowners Coverage) | Upon Request | Upon Request | Upon Request | Upon Request | Upon Request | Upon Request | Upon Request |

### SCHEDULE A: RCK Properties Inc. Policies

| Coverage | Policy Number | Carrier | Effective Date | Expiration Date | Premium | Broker | Limits |
|---|---|---|---|---|---|---|---|
| Upon Request | Upon Request | Federal Ins. Co. | Upon Request | Upon Request | $15,000.00 | Marsh | Upon Request |
| Upon Request | Upon Request | Federal Ins. Co. | Upon Request | Upon Request | $38,500.00 | Marsh | Upon Request |
| Upon Request | Upon Request | Federal Ins. Co. | Upon Request | Upon Request | $125,000.00 | Marsh | Upon Request |
| Upon Request | Upon Request | Fireman's Fund | Upon Request | Upon Request | $41,000.00 | Marsh | Upon Request |
| Upon Request | Upon Request | Fireman's Fund | Upon Request | Upon Request | $55,000.00 | Marsh | Upon Request |
| Upon Request | Upon Request | Fireman's Fund | Upon Request | Upon Request | $58,497.00 | Marsh | Upon Request |
| Upon Request | Upon Request | Fireman's Fund Ins. Co. | Request | Request | $25,000.00 | Marsh | Request |
| Upon Request | Upon Request | St Paul Travelers | Upon Request | Upon Request | $76,000.00 | Marsh | Upon Request |
| Upon Request | Upon Request | Zurich | Upon Request | Upon Request | $164,125.00 | Marsh | Upon Request |
| Upon Request | Upon Request | Zurich | Upon Request | Upon Request | $188,208.00 | Marsh | Upon Request |

### SCHEDULE A: BIG BEAR PROPERTIES, INC.

| Coverage | Policy Number | Carrier | Effective Date | Expiration Date | Premiums | Broker | Limits |
|---|---|---|---|---|---|---|---|
| Property | Upon Request | Upon Request | 12/31/1998 | 12/31/1999 | $0.00 | Marsh | Upon Request |
| General Liability | Upon Request | Upon Request | 12/31/1998 | 12/31/1999 | $0.00 | Marsh | Upon Request |
| Auto Liab. | Upon Request | Upon Request | 12/31/1998 | 12/31/1999 | $0.00 | Marsh | Upon Request |
| Umbrella/Excess layer | Upon Request | Upon Request | 12/31/1998 | 12/31/1999 | $0.00 | Marsh | Upon Request |
| Umbrella/Excess layer | Upon Request | Upon Request | 12/31/1998 | 12/31/1999 | $0.00 | Marsh | Upon Request |
| Crime | Upon Request | Upon Request | 1/1/1999 | 1/1/2000 | $0.00 | Marsh | Upon Request |
| Property | N/A | N/A | 12/31/1999 | 12/31/2000 | N/A | Marsh | Upon Request |
| General Liability | TC2JGLSA419J3432TIL99 | Travelers indemnity Co of Illinois | 12/31/1999 | 12/31/2000 | $27,390.00 | Marsh | Upon Request |
| Auto Liab. | TC2JCAP419J3444TIL99 | Travelers indemnity Co of Illinois | 12/31/1999 | 12/31/2000 | $500.00 | Marsh | Upon Request |
| Umbrella/Excess layer | 79793458 | Federal Ins. Co. | 12/31/1999 | 12/31/2000 | $30,000.00 | Marsh | Upon Request |
| Umbrella/Excess layer | AEC361089700 | American Guaranteed | 12/31/1999 | 12/31/2000 | $25,000.00 | Marsh | Upon Request |
| Crime | Upon Request | Upon Request | 1/1/2000 | 1/1/2001 | $0.00 | Marsh | Upon Request |
| Property | Upon Request | Upon Request | 12/31/2000 | 12/31/2001 | $0.00 | Marsh | Upon Request |
| General Liab. | TC2JGLSA419J3432TIL00 | Travelers indemnity Co of Illinois | 12/31/2000 | 12/31/2001 | $30,619.00 | Marsh | Upon Request |
| Auto Liab. | TC2JCAP419J3444TIL00 | Travelers indemnity Co of Illinois | 12/31/2000 | 12/31/2001 | $575.00 | Marsh | Upon Request |
| Umbrella/Excess layer | 79793458 | Federal Ins. Co. | 12/31/2000 | 12/31/2001 | $30,000.00 | Marsh | Upon Request |
| Umbrella/Excess layer | AEC361089701 | American Guaranteed Ins. Co. | 12/31/2000 | 12/31/2001 | $25,000.00 | Marsh | Upon Request |
| Crime | Upon Request | Upon Request | 1/1/2001 | 1/1/2002 | $0.00 | Marsh | Upon Request |

| Property | Upon Request | Upon Request | 12/31/2001 | 12/31/2002 | $0.00 | Marsh | Upon Request |
|---|---|---|---|---|---|---|---|
| General Liab. | TC2J-GLSA-419J3432-TIL-01 | Travelers indemnity Co of Illinois | 12/31/2001 | 12/31/2002 | $51,305.00 | Marsh | Upon Request |
| Auto Liab. | TJ-CAP-419J3444-TIL-01 | Travelers indemnity Co of Illinois | 12/31/2001 | 12/31/2002 | $748.00 | Marsh | Upon Request |
| Umbrella/Excess layer | 79793458 | Federal Ins. Co. (Chubb) | 12/31/2001 | 12/31/2002 | $48,300.00 | Marsh | Upon Request |
| Umbrella/Excess layer | LQ1-B71-078 591 011 | American Guarantee Ins. Co. (Liberty Mutual) | 12/31/2001 | 12/31/2002 | $37,500.00 | Marsh | Upon Request |
| Crime | GA03028007 | Gulf Insurance | 1/1/2002 | 1/15/2003 | $2,595.00 | Marsh | Upon Request |
| Property | N/A | N/A | 12/31/2002 | 12/31/2003 | $0.00 | Marsh | Upon Request |
| General Liab. | TC2J-GLSA-419J3432-TIL-02 | Travelers | 12/31/2002 | 12/31/2003 | $66,507.00 | Marsh | Upon Request |
| Auto Liab. | TJ-CAP-419J3444-TIL-02 | Travelers | 12/31/2002 | 12/31/2003 | $935.00 | Marsh | Upon Request |
| Umbrella/Excess layer | AUC9308138-00 | Zurich | 12/31/2002 | 12/31/2003 | $63,425.00 | Marsh | Upon Request |
| Umbrella/Excess layer | LQ1-B71-078 591 021 | Liberty Mutual | 12/31/2002 | 12/31/2003 | $45,450.00 | Marsh | Upon Request |
| Crime | GA03029765 | Gulf Insurance | 1/15/2003 | 1/15/2004 | $3,030.00 | Marsh | Upon Request |
| Property | N/A | N/A | 12/31/2003 | 12/31/2004 | $0.00 | Marsh | Upon Request |
| General Liab. | TC2J-GLSA-419J3432-TIL-03 | Travelers | 12/31/2003 | 12/31/2004 | $75,492.00 | Marsh | Upon Request |
| Auto Liab. | TJ-CAP-419J3444-TIL-03 | Travelers | 12/31/2003 | 12/31/2004 | $1,169.00 | Marsh | Upon Request |
| Umbrella/Excess layer | AUC9308138-01 | Zurich | 12/31/2003 | 12/31/2004 | $62,620.00 | Marsh | Upon Request |
| Umbrella/Excess layer | LQ1-B71-078 591 031 | Liberty Mutual | 12/31/2003 | 12/31/2004 | $43,500.00 | Marsh | Upon Request |
| Crime | GA03031177 | Gulf Insurance | 1/15/2004 | 1/15/2005 | $3,000.00 | Marsh | Upon Request |
| Property | N/A | N/A | 10/31/2004 | 10/31/2005 | $0.00 | Marsh | Upon Request |

| General Liab. | TC2J-GLSA-419J3432-TIL-04 | St Paul Travelers | 10/31/2004 | 10/31/2005 | $70,147.00 | Marsh | Upon Request |
| Auto Liab. | TJ-CAP-419J3444-TIL-04 | St Paul Travelers | 10/31/2004 | 10/31/2005 | $1,169.00 | Marsh | Upon Request |
| Umbrella/Excess layer | AUC4275349 | Zurich | 10/31/2004 | 10/31/2005 | $78,700.00 | Marsh | Upon Request |
| Umbrella/Excess layer | Upon Request | Upon Request | 10/31/2004 | 10/31/2005 | Upon Request | Marsh | Upon Request |
| Crime | GA03031177 | Upon Request | 1/15/2005 | 10/31/2005 | $2,376.00 | Marsh | Upon Request |

### SCHEDULE A: KITCHENS, INC./ABERFELDY LP

| Coverage | Policy Number | Carrier | Effective Date | Expiration Date | Premiums | Broker | Limits |
|---|---|---|---|---|---|---|---|
| General Liab. | 1MP14089809800 | Fidelity & Guaranty Ins. Co. | 12/31/1998 | 12/31/1999 | $32,823.00 | Marsh | Upon Request |
| Auto Liab. | 1TB13157665400 | United States Fidelity & Guaranty Ins. Co. | 12/31/1998 | 12/31/1999 | $118.00 | Marsh | Upon Request |
| Umbrella/Excess layer | ULC14777290000 | United States Fidelity & Guaranty Ins. Co. | 12/31/1998 | 12/31/1999 | $40,000.00 | Marsh | Upon Request |
| Umbrella/Excess layer | N/A | N/A | 12/31/1998 | 12/31/1999 | $0.00 | Marsh | Upon Request |
| Property. Boiler & Machinery | Fidelity & Guaranty Ins. | Fidelity & Guaranty Ins. Co. | 12/31/1998 | 12/31/1999 | $131,623.00 | Marsh | Upon Request |
| Terrorism | N/A | N/A | 12/31/1998 | 12/31/1999 | $0.00 | Marsh | Upon Request |
| General Liab. | 1MP14089809801 | Fidelity & Guaranty Ins. Co. | 12/31/1999 | 12/31/2000 | $32,823.00 | Marsh | Upon Request |
| Auto Liab. | CA09100446 | St. Paul Mercury Ins. Co. | 12/31/1999 | 12/31/2000 | $118.00 | Marsh | Upon Request |
| Umbrella/Excess layer | BE7015352 | National Union Fire Ins. Co | 12/31/1999 | 12/31/2000 | $38,000.00 | Marsh | Upon Request |
| Umbrella/Excess layer | N/A | N/A | 12/31/1999 | 12/31/2000 | $0.00 | Marsh | Upon Request |
| Property. Boiler & Machinery | 1MP14089809801 | Fidelity & Guaranty Ins. Co | 12/31/1999 | 12/31/2000 | $137,408.00 | Marsh | Upon Request |
| Terrorism | N/A | N/A | 12/31/1999 | 12/31/2000 | $0.00 | Marsh | Upon Request |
| General Liab. | CK09104084 | St. Paul Guardian Ins. Co. | 12/31/2000 | 12/31/2001 | $49,928.00 | Marsh | Upon Request |
| Auto Liab. | CK0910408401 | St. Paul Guardian Ins. Co. | 12/31/2000 | 12/31/2001 | $127.00 | Marsh | Upon Request |
| Umbrella/Excess layer | XYZ00075219931 | Fireman's Fund Ins. Co. | 12/31/2000 | 12/31/2001 | $45,600.00 | Marsh | Upon Request |
| Umbrella/Excess layer | CK09104084 | N/A | 12/31/2000 | 12/31/2001 | incl. above | Marsh | Upon Request |
| Property. Boiler & Machinery | CK09104088 | St. Paul Guardian Ins. Co. | 12/31/2000 | 12/31/2001 | $141,840.00 | Marsh | Upon Request |
| Terrorism | N/A | N/A | 12/31/2000 | 12/31/2001 | $0.00 | Marsh | Upon Request |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| General Liab. | J2SV008099 | Royal Lloyds of Texas | 12/31/2001 | 12/31/2002 | $70,124.00 | Marsh | Upon Request |
| Auto Liab. | R2ST263231 | Royal Indemnity Co. | 12/31/2001 | 12/31/2002 | $129.00 | Marsh | Upon Request |
| Umbrella/Excess layer | P2LA387378 | Royal Ins. Co. of America | 12/31/2001 | 12/31/2002 | $18,232.00 | Marsh | Upon Request |
| Umbrella/Excess layer | XXK0075509638 | Fireman's Fund Ins. Co. | 12/31/2001 | 12/31/2002 | $40,000.00 | Marsh | Upon Request |
| Property. Boiler & Machinery | J2SV008099 | Royal Lloyds of Texas | 12/31/2001 | 12/31/2002 | $210,136.00 | Marsh | Upon Request |
| Terrorism | N/A | N/A | 12/31/2001 | 12/31/2002 | $0.00 | Marsh | Upon Request |
| General Liab. | J2TL468162 | Royal Lloyds of Texas | 12/31/2002 | 12/31/2003 | $73,871.00 | Marsh | Upon Request |
| Auto Liab. | R2TS468163 | Royal Indemnity Co. | 12/31/2002 | 12/31/2003 | $127.00 | Marsh | Upon Request |
| Umbrella/Excess layer | XYM 000 8531 3328 | Fireman's Fund Ins. Co. | 12/31/2002 | 12/31/2003 | $60,000.00 | Marsh | Upon Request |
| Umbrella/Excess layer | N/A | N/A | 12/31/2002 | 12/31/2003 | $0.00 | Marsh | Upon Request |
| Property. Boiler & Machinery | J2SV008099 | Royal Lloyds of Texas | 12/31/2002 | 12/31/2003 | $250,310.00 | Marsh | Upon Request |
| Terrorism | N/A | Royal Lloyds of Texas | 12/31/2002 | 12/31/2003 | $18,843.00 | Marsh | Upon Request |
| General Liab. | 2075168994 | Valley Forge (CNA) | 12/31/2003 | 12/31/2004 | $96,821.00 | Marsh | Upon Request |
| Auto Liab. | 2075168980 | Continental Casualty (CNA) | 12/31/2003 | 12/31/2004 | $179.00 | Marsh | Upon Request |
| Umbrella/Excess layer | XYZ-000-8594-4122 | Fireman's Fund | 12/31/2003 | 12/31/2004 | $67,320.00 | Marsh | Upon Request |
| Umbrella/Excess layer | N/A | N/A | 12/31/2003 | 12/31/2004 | $0.00 | Marsh | Upon Request |
| Property. Boiler & Machinery | GP324 | Affiliated FM | 12/31/2003 | 12/31/2004 | $204,550.00 | Marsh | Upon Request |
| Terrorism | GP324 | Affiliated FM | 12/31/2003 | 12/31/2004 | $5,000.00 | Marsh | Upon Request |
| General Liab. | 2075168994 | Valley Forge (CNA) | 12/31/2004 | 12/31/2005 | $97,821.00 | Marsh | Upon Request |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Auto Liab. | 2075168980 | Continental Casualty (CNA) | 12/31/2004 | 12/31/2005 | $179.00 | Marsh | Upon Request |
| Umbrella/Excess layer | XYM00086674363 | Fireman's Fund | 12/31/2004 | 12/31/2005 | $67,320.00 | Marsh | Upon Request |
| Umbrella/Excess layer | N/A | N/A | 12/31/2004 | 12/31/2005 | $0.00 | Marsh | Upon Request |
| Property. Boiler & Machinery | GP591 | Affiliated FM | 12/31/2004 | 12/31/2005 | $108,831.00 | Marsh | Upon Request |
| Terrorism | GP591 | Affiliated FM | 12/31/2004 | 12/31/2005 | $5,000.00 | Marsh | Upon Request |
| General Liab. | N/A | N/A | 12/31/1998 | 12/31/1999 | $0.00 | Marsh | Upon Request |
| Auto Liab. | N/A | N/A | 12/31/1998 | 12/31/1999 | $0.00 | Marsh | Upon Request |
| Umbrella/Excess layer | N/A | N/A | 12/31/1998 | 12/31/1999 | $0.00 | Marsh | Upon Request |
| Foreign G/L | N/A | N/A | 12/31/1998 | 12/31/1999 | $0.00 | Marsh | Upon Request |
| Crime | N/A | N/A | 1/1/1999 | 1/1/2000 | $0.00 | Marsh | Upon Request |
| General Liab. | TJGLSA418J3407TIL99 | Travelers Indemnity Co. of Illinois | 12/31/1999 | 1231/2000 | $2,500.00 | Marsh | Upon Request |
| Auto Liab. | TC2JCAP419J338ATIL99 | Travelers Indemnity Co. of Illinois | 12/31/1999 | 1231/2000 | $500.00 | Marsh | Upon Request |
| Umbrella/Excess layer | 79793460 | Federal Ins. Co. | 12/31/1999 | 1231/2000 | $15,000.00 | Marsh | Upon Request |
| Foreign G/L | PST210899438 | Fidelity & Casualty Co. of NY (CAN) | 12/31/1999 | 1231/2000 | $5,000.00 | Marsh | Upon Request |
| Crime | N/A | N/A | 1/1/2000 | 1/1/2001 | $0.00 | Marsh | Upon Request |
| General Liab. | TJGLSA419J3407TIL00 | Travelers Indemnity Co. of Illinois | 12/31/2000 | 12/31/2001 | $2,875.00 | Marsh | Upon Request |
| Auto Liab. | TC2JCAP419J339ATIL00 | Travelers Indemnity Co. of Illinois | 12/31/2000 | 12/31/2001 | $575.00 | Marsh | Upon Request |
| Umbrella/Excess layer | 79793460 | Federal Ins. Co. | 12/31/2000 | 12/31/2001 | $16,500.00 | Marsh | Upon Request |
| Foreign G/L | PST210699438 | Fidelity & Casualty Co. of NY | 12/31/2000 | 12/31/2001 | $3,416.00 | Marsh | Upon Request |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Crime | | | 1/1/2001 | 1/1/2002 | $0.00 | Marsh | Upon Request |
| General Liab. | TJGLSA419J3407TIL01 | Travelers Indemnity Co. of Illinois | 12/31/2001 | 12/31/2002 | $3,738.00 | Marsh | Upon Request |
| Auto Liab. | TJGLSA419J3407TIL01 | Travelers Indemnity Co. of Illinois | 12/31/2001 | 12/31/2002 | $748.00 | Marsh | Upon Request |
| Umbrella/Excess layer | 79793460 | Federal Ins. Co. | 12/31/2001 | 12/31/2002 | $22,500.00 | Marsh | Upon Request |
| Foreign G/L | PHF059820 | ACE American Ins. | 12/31/2001 | 12/31/2002 | $3,514.00 | Marsh | Upon Request |
| Crime | GA03028005 | Gulf Insurance | 1/1/2002 | 1/15/2003 | $2,595.00 | Marsh | Upon Request |
| General Liab. | TJ-GSLA-419J3407-TIL-02 | Travelers | 12/31/2001 | 12/31/2002 | $4,485.00 | Marsh | Upon Request |
| Auto Liab. | TJ-CAP-419J339A-TIL-02 | Travelers | 12/31/2001 | 12/31/2002 | $935.00 | Marsh | Upon Request |
| Umbrella/Excess layer | AUC 846936307 | Zurich | 12/31/2001 | 12/31/2002 | $31,100.00 | Marsh | Upon Request |
| Foreign G/L | PHF 598 19 | ACE | 12/31/2001 | 12/31/2002 | $2,837.00 | Marsh | Upon Request |
| Crime | GA03029764 | Gulf Insurance | 1/15/2003 | 1/15/2004 | $3,030.00 | Marsh | Upon Request |
| General Liab. | TJ-GLSA-419J3407-TIL-03 | Travelers | 12/31/2003 | 12/31/2004 | $5,158.00 | Marsh | Upon Request |
| Auto Liab. | TJ-CAP-419J339A-TIL-03 | Travelers | 12/31/2003 | 12/31/2004 | $1,169.00 | Marsh | Upon Request |
| Umbrella/Excess layer | AUC 9308116-01 | Zurich | 12/31/2003 | 12/31/2004 | $22,748.00 | Marsh | Upon Request |
| Foreign G/L | PHF059820 | ACE | 12/31/2003 | 12/31/2004 | $2,837.00 | Marsh | Upon Request |
| Crime | GA03031176 | Gulf Insurance | 1/15/2004 | 1/15/2005 | $3,000.00 | Marsh | Upon Request |
| General Liab. | TJ-GLSA-419J3407-TIL-04 | St Paul Travelers | 10/31/2004 | 10/31/2005 | $5,158.00 | Marsh | Upon Request |
| Auto Liab. | TJ-CAP-419J339A-04 | St Paul Travelers | 10/31/2004 | 10/31/2005 | $1,169.00 | Marsh | Upon Request |
| Umbrella/Excess layer | QK09000862 | St Paul Travelers | 10/31/2004 | 10/31/2005 | $16,000.00 | Marsh | Upon Request |

| Foreign G/L | PHF 100097 | ACE USA | 10/31/2004 | 10/31/2005 | $3,729.00 | Marsh | Upon Request |
| Crime | GA03031176 | Gulf Insurance | 1/15/2005 | 10/31/2005 | $2,376.00 | Marsh | Upon Request |

SCHEDULE A: ABERFELDY LP

| General Liab. | J2SV008099 | Royal Lloyds of Texas | 12/31/2001 | 12/31/2002 | $70,124.00 | Marsh | Upon Request |
|---|---|---|---|---|---|---|---|
| Auto Liab. | R2ST263231 | Royal Indemnity Co. | 12/31/2001 | 12/31/2002 | $129.00 | Marsh | Upon Request |
| Umbrella/Excess layer | P2LA387378 | Royal Ins. Co. of America | 12/31/2001 | 12/31/2002 | $18,232.00 | Marsh | Upon Request |
| Umbrella/Excess layer | XXK0075509638 | Fireman's Fund Ins. Co. | 12/31/2001 | 12/31/2002 | $40,000.00 | Marsh | Upon Request |
| Property. Boiler & Machinery | J2SV008099 | Royal Lloyds of Texas | 12/31/2001 | 12/31/2002 | $210,136.00 | Marsh | Upon Request |
| Terrorism | N/A | N/A | 12/31/2001 | 12/31/2002 | $0.00 | Marsh | Upon Request |
| General Liab. | J2TL468162 | Royal Lloyds of Texas | 12/31/2002 | 12/31/2003 | $73,871.00 | Marsh | Upon Request |
| Auto Liab. | R2TS468163 | Royal Indemnity Co. | 12/31/2002 | 12/31/2003 | $127.00 | Marsh | Upon Request |
| Umbrella/Excess layer | XYM 000 8531 3328 | Fireman's Fund Ins. Co. | 12/31/2002 | 12/31/2003 | $60,000.00 | Marsh | Upon Request |
| Umbrella/Excess layer | N/A | N/A | 12/31/2002 | 12/31/2003 | $0.00 | Marsh | Upon Request |
| Property. Boiler & Machinery | J2SV008099 | Royal Lloyds of Texas | 12/31/2002 | 12/31/2003 | $250,310.00 | Marsh | Upon Request |
| Terrorism | N/A | Royal Lloyds of Texas | 12/31/2002 | 12/31/2003 | $18,843.00 | Marsh | Upon Request |
| General Liab. | 2075168994 | Valley Forge (CNA) | 12/31/2003 | 12/31/2004 | $96,821.00 | Marsh | Upon Request |
| Auto Liab. | 2075168980 | Continental Casualty (CNA) | 12/31/2003 | 12/31/2004 | $179.00 | Marsh | Upon Request |
| Umbrella/Excess layer | XYZ-000-8594-4122 | Fireman's Fund | 12/31/2003 | 12/31/2004 | $67,320.00 | Marsh | Upon Request |
| Umbrella/Excess layer | N/A | N/A | 12/31/2003 | 12/31/2004 | $0.00 | Marsh | Upon Request |
| Property. Boiler & Machinery | GP324 | Affiliated FM | 12/31/2003 | 12/31/2004 | $204,550.00 | Marsh | Upon Request |
| Terrorism | GP324 | Affiliated FM | 12/31/2003 | 12/31/2004 | $5,000.00 | Marsh | Upon Request |
| General Liab. | 2075168994 | Valley Forge (CNA) | 12/31/2004 | 12/31/2005 | $97,821.00 | Marsh | Upon Request |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Auto Liab. | | 2075168980 | Continental Casualty (CNA) | 12/31/2004 | 12/31/2005 | $179.00 | Marsh | Upon Request |
| Umbrella/Excess layer | XYM00086674363 | Fireman's Fund | 12/31/2004 | 12/31/2005 | $67,320.00 | Marsh | Upon Request |
| Umbrella/Excess layer | N/A | N/A | 12/31/2004 | 12/31/2005 | $0.00 | Marsh | Upon Request |
| Property. Boiler & Machinery | GP591 | Affiliated FM | 12/31/2004 | 12/31/2005 | $108,831.00 | Marsh | Upon Request |
| Terrorism | GP591 | Affiliated FM | 12/31/2004 | 12/31/2005 | $5,000.00 | Marsh | Upon Request |
| General Liab. | N/A | N/A | 12/31/1998 | 12/31/1999 | $0.00 | Marsh | Upon Request |
| Auto Liab. | N/A | N/A | 12/31/1998 | 12/31/1999 | $0.00 | Marsh | Upon Request |
| Umbrella/Excess layer | N/A | N/A | 12/31/1998 | 12/31/1999 | $0.00 | Marsh | Upon Request |
| Foreign G/L | N/A | N/A | 12/31/1998 | 12/31/1999 | $0.00 | Marsh | Upon Request |
| Crime | N/A | N/A | 1/1/1999 | 1/1/2000 | $0.00 | Marsh | Upon Request |
| General Liab. | TJGLSA418J3407TIL9 9 | Travelers Indemnity Co. of Illinois | 12/31/1999 | 1231/2000 | $2,500.00 | Marsh | Upon Request |
| Auto Liab. | TC2JCAP419J338ATIL 99 | Travelers Indemnity Co. of Illinois | 12/31/1999 | 1231/2000 | $500.00 | Marsh | Upon Request |
| Umbrella/Excess layer | 79793460 | Federal Ins. Co. | 12/31/1999 | 1231/2000 | $15,000.00 | Marsh | Upon Request |
| Foreign G/L | PST210899438 | Fidelity & Casualty Co. of NY (CAN) | 12/31/1999 | 1231/2000 | $5,000.00 | Marsh | Upon Request |
| Crime | N/A | N/A | 1/1/2000 | 1/1/2001 | $0.00 | Marsh | Upon Request |
| General Liab. | TJGLSA419J3407TIL0 0 | Travelers Indemnity Co. of Illinois | 12/31/2000 | 12/31/2001 | $2,875.00 | Marsh | Upon Request |
| Auto Liab. | TC2JCAP419J339ATIL 00 | Travelers Indemnity Co. of Illinois | 12/31/2000 | 12/31/2001 | $575.00 | Marsh | Upon Request |
| Umbrella/Excess layer | 79793460 | Federal Ins. Co. | 12/31/2000 | 12/31/2001 | $16,500.00 | Marsh | Upon Request |
| Foreign G/L | PST210699438 | Fidelity & Casualty Co. of NY | 12/31/2000 | 12/31/2001 | $3,416.00 | Marsh | Upon Request |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Crime | | | 1/1/2001 | 1/1/2002 | $0.00 | | Upon Request |
| General Liab. | TJGLSA419J3407TIL01 | Travelers Indemnity Co. of Illinois | 12/31/2001 | 12/31/2002 | $3,738.00 | Marsh | Upon Request |
| Auto Liab. | TJGLSA419J3407TIL01 | Travelers Indemnity Co. of Illinois | 12/31/2001 | 12/31/2002 | $748.00 | Marsh | Upon Request |
| Umbrella/Excess layer | 79793460 | Federal Ins. Co. | 12/31/2001 | 12/31/2002 | $22,500.00 | Marsh | Upon Request |
| Foreign G/L | PHF059820 | ACE American Ins. | 12/31/2001 | 12/31/2002 | $3,514.00 | Marsh | Upon Request |
| Crime | GA03028005 | Gulf Insurance | 1/1/2002 | 1/15/2003 | $2,595.00 | Marsh | Upon Request |
| General Liab. | TJ-GSLA-419J3407-TIL-02 | Travelers | 12/31/2001 | 12/31/2002 | $4,485.00 | Marsh | Upon Request |
| Auto Liab. | TJ-CAP-419J339A-TIL-02 | Travelers | 12/31/2001 | 12/31/2002 | $935.00 | Marsh | Upon Request |
| Umbrella/Excess layer | AUC 846936307 | Zurich | 12/31/2001 | 12/31/2002 | $31,100.00 | Marsh | Upon Request |
| Foreign G/L | PHF 598 19 | ACE | 12/31/2001 | 12/31/2002 | $2,837.00 | Marsh | Upon Request |
| Crime | GA03029764 | Gulf Insurance | 1/15/2003 | 1/15/2004 | $3,030.00 | Marsh | Upon Request |
| General Liab. | TJ-GLSA-419J3407-TIL-03 | Travelers | 12/31/2003 | 12/31/2004 | $5,158.00 | Marsh | Upon Request |
| Auto Liab. | TJ-CAP-419J339A-TIL-03 | Travelers | 12/31/2003 | 12/31/2004 | $1,169.00 | Marsh | Upon Request |
| Umbrella/Excess layer | AUC 9308116-01 | Zurich | 12/31/2003 | 12/31/2004 | $22,748.00 | Marsh | Upon Request |
| Foreign G/L | PHF059820 | ACE | 12/31/2003 | 12/31/2004 | $2,837.00 | Marsh | Upon Request |
| Crime | GA03031176 | Gulf Insurance | 1/15/2004 | 1/15/2005 | $3,000.00 | Marsh | Upon Request |
| General Liab. | TJ-GLSA-419J3407-TIL-04 | St Paul Travelers | 10/31/2004 | 10/31/2005 | $5,158.00 | Marsh | Upon Request |
| Auto Liab. | TJ-CAP-419J339A-04 | St Paul Travelers | 10/31/2004 | 10/31/2005 | $1,169.00 | Marsh | Upon Request |
| Umbrella/Excess layer | QK09000862 | St Paul Travelers | 10/31/2004 | 10/31/2005 | $16,000.00 | Marsh | Upon Request |

| Foreign G/L | PHF 100097 | ACE USA | 10/31/2004 | 10/31/2005 | $3,729.00 | Marsh | Upon Request |
| Crime | GA03031176 | Gulf Insurance | 1/15/2005 | 10/31/2005 | $2,376.00 | Marsh | Upon Request |