IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION : : : | MDL No. 1663 |
| APPLIES TO ALL COMMERCIAL INSURANCE BROKERAGE ACTIONS : : : | Civil Action No. 04-5184 (CCC) |
|  | Hon. Claire C. Cecchi |

## SCHEDULING ORDER

WHEREAS, by Order dated June 20, 2011 (Doc. No. 1788), the Court administratively terminated the Defendants' pending motions to dismiss the Second Consolidated Amended Class Action Complaint, without prejudice; and

WHEREAS, the Class Plaintiffs and the remaining defendants in the Commercial Class Action have, with the Court's approval, agreed to re-file their prior briefing on the Motions to Dismiss, and have agreed to a schedule for filing those briefs as set forth in this Scheduling Order;

IT IS HEREBY ORDERED, as follows:

1. The remaining Excess Casualty Insurer Defendants and the remaining Broker Defendants shall file their previously-filed Renewed Motions to Dismiss the Second Consolidated Amended Complaint, along with the memoranda and other documents submitted in support thereof, no later than Friday, October 21, 2011;

2. The Class Plaintiffs shall file the previously-filed Oppositions to the renewed Motions to Dismiss, along with the memoranda and other documents submitted with those Oppositions, no later than Friday, October 21, 2011;

2597376-01

3. The remaining Excess Casualty Insurer Defendants and the remaining Broker Defendants shall file their previously-filed Replies in support of their Motions no later than Friday, October 21, 2011.


   s/Claire C. Cecchi
  CLAIRE C. CECCHI, U.S.D.J.

Dated: October  20 , 2011