**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**CLAIRE C. CECCHI**<br>UNITED STATES DISTRICT JUDGE | Martin Luther King Jr., Federal Bldg.<br>& U.S. Courthouse<br>50 Walnut Street, Room 2064<br>Newark, NJ 07102<br>973-645-6664 |

<u>**VIA ELECTRONIC FILING**</u>
All Counsel

**LETTER ORDER**

Re:    <u>In Re Insurance Brokerage</u>
       <u>Antitrust Litigation</u>
       <u>MDL No. 1663</u>
       <u>Civil Action No. 04-5184 (CCC)</u>

Dear Counsel:

  This matter came before the Court by way of a telephone conference on the record on October 17, 2011 to address whether the current stay of proceedings, including tag-along cases, should remain in effect. The Court considered the submissions and arguments of counsel.

  During the October 17, 2011 telephone conference, this Court addressed at length the issue of all stays of discovery and motion practice issued prior to the reassignment of the case to this Judge. Such stays form the basis for Fortune Brands' Mandamus application. For the reasons stated on the record, this Court ordered that discovery and motion practice may proceed in all cases, including Fortune Brands and all tag-along cases. All prior stays of discovery and motion practice are hereby superseded by this order, which permits discovery and motion practice. Given the current posture of the case, with several settlements concluded and one pending final approval, as well as the age of the case and the duration of the stay period, this Court deems it appropriate to proceed. The Transcript of the October 17, 2011 conference and the rulings embodied therein are hereby So Ordered. The parties are directed to submit a proposed scheduling order for discovery and any additional motion practice within 10 calendar days of this Order.

  SO ORDERED.

Dated: October 20, 2011

                  *s/ Claire C. Cecchi*
                 **HON. CLAIRE C. CECCHI**
                 United States District Judge