**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| _____ )<br><br>**IN RE INSURANCE BROKERAGE** )<br>**ANTITRUST LITIGATION** )<br> )<br> )<br> )<br>_____)<br> )<br> )<br>Signum, LLC, a SC Limited Liability )<br>Company, individually and on behalf )<br>of all other similarly  situated )<br> )<br>                         Plaintiffs, )<br> )<br>                vs.          **)**<br>                        **)**<br>AON Corporation and AON Risk Services )<br>of the Carolinas, Inc. )<br> )<br>                    Defendants. )<br>_____) | Civil Action No. 04-5184 (GEB)<br>MDL No. 1663<br><br><br><br>Civil Action No. 05-528<br><br><br>**MOTION FOR DEFAULT JUDGMENT**<br>**and**<br>**REQUEST FOR DAMAGES HEARING** | |

YOU WILL PLEASE TAKE NOTICE the Plaintiff, by and through their undersigned attorney, will move on November 21, 2011, or as soon thereafter as counsel may be heard for a default judgment.  Plaintiff hereby requests a hearing to ascertain damages and grant a judgment against Defendants as requested in the Complaint filed herein.  Defendants are currently in default as evidence by the Declaration of Default which is attached hereto.

Respectfully submitted,

Richard A. Harpootlian P.A., Fed. I.D. No. 1730
P.O. Box 1090
Columbia, South Carolina 29202
(803) 252-4848
Facsimile (803) 252-4810

1

A.  Camden Lewis, Fed Id. 2669
James M. Griffin, Fed. Id. 1053
Lewis, Babcock & Griffin LLP
P.O. Box 11208
Columbia, South Carolina 29211
(803) 771-8000
Facsimile (803) 733-3534


By:     /s/ James M. Griffin
            James M. Griffin

ATTORNEYS FOR SIGNUM, LLC

Columbia, SC

October 27, 2011