UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE INSURANCE BROKERAGE ANTITRUST LITIGATION | MDL Docket No. 1663<br>Civ. No. 04-5184 (CCC) |
| This Document Relates To<br><br>ALL ACTIONS | O R D E R |

This matter having come before the Court on its own motion, and it appearing that this matter having been terminated on an Order entered by Chief Judge Garrett E. Brown, Jr., on September 28, 2007; and it further appearing that the docket reflects recently filed applications for relief that necessitate the reopening of this matter for further proceedings; and

**IT IS on this 14th day of NOVEMBER, 2011;**

**ORDERED** that this case is re-opened for further proceedings.

　　　　　　　　　　　　　　　　　　　　　　　　*s/CLAIRE C. CECCHI*
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge