UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------x
                                                         :
                                                         :   Hon. Claire C. Cecchi
IN RE: INSURANCE BROKERAGE                               :
ANTITRUST LITIGATION                                     :   MDL 1663
                                                         :   Civil Action No. 04-5184
                                                         :
_____                  :
                                                         :
AVERY DENNISON                                           :
CORPORATION                                              :   ELECTRONICALLY FILED
                                                         :
              Plaintiff,                                 :
v.                                                       :   NOTICE OF APPEARANCE
                                                         :
MARSH & McLENNAN COS., INC., et al.,                     :
                                                         :
              Defendants.                                :
---------------------------------------------------------x

**PLEASE TAKE NOTICE** that the law firm of Mayer Brown LLP hereby enters its appearance as counsel for Zurich American Insurance Company, American Guarantee and Liability Company, and Zurich Insurance Group Ltd. in the above-captioned matter. An appearance is hereby entered for G. Richard Dodge, Jr. of Mayer Brown LLP, and a request is made that any related filings in this action be served on the undersigned.

Dated: May 8, 2012

                                                          MAYER BROWN LLP

                                                          By: /s/ G. Richard Dodge, Jr.
                                                              G. Richard Dodge, Jr.
                                                              1999 K Street NW
                                                              Washington, DC 20006
                                                              (202) 263-3113
                                                              grdodge@mayerbrown.com
                                                              *Attorneys for Defendants Zurich*
                                                              *American Insurance Company,*
                                                              *American Guarantee and Liability*
                                                              *Company and Zurich Insurance*
                                                              *Group Ltd.*

## CERTIFICATE OF SERVICE

I, G. Richard Dodge, Jr., hereby certify that on May 8, 2012, I caused a true and correct copy of the foregoing Notice of Appearance to be served by this Court's ECF system and via electronic mail addressed to service@gcg.mdl1663.com.

    /s/ G. Richard Dodge, Jr.