# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------x
:
IN RE: INSURANCE BROKERAGE : Hon. Claire C. Cecchi
ANTITRUST LITIGATION :
: MDL 1663
: Civil Action No. 04-5184
:
------------------------------------------------------------
:
AVERY DENNISON :
CORPORATION :
:
        Plaintiff, :
: **ELECTRONICALLY FILED**
v. :
:
MARSH & McLENNAN COS., INC., *et al.*, :
:
        Defendants. :
:
:
------------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Avery Dennison Corporation (the "Plaintiff") and Defendants Zurich American Insurance Company, American Guarantee and Liability Company and Zurich Financial Services Group [corrected to be Zurich Insurance Group Ltd.] (the "Zurich Defendants"), by and through their respective undersigned counsel, that pursuant to Federal Rules of Civil Procedure 41(a)(2), the claims by the Plaintiff against the Zurich Defendants in the above-captioned proceeding be and are hereby dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

Dated: May 8, 2012

| FAEGRE BAKER & DANIELS LLP | MAYER BROWN LLP |
|---|---|
| By: _/s/ Ernest Summers III_ | By: _/s/ G. Richard Dodge, Jr._ |
| Ernest Summers III<br>311 South Wacker Drive<br>Suite 4400<br>Chicago, IL 60606<br>(312) 212-6500<br>Ernest.Summers@faegrebd.com | G. Richard Dodge, Jr.<br>1999 K Street NW<br>Washington, DC 20006<br>(202) 263-3113<br>grdodge@mayerbrown.com |
| *Attorneys for Plaintiff Avery Dennison Corporation* | *Attorneys for Defendants Zurich American Insurance Company, American Guarantee and Liability Company and Zurich Insurance Group Ltd.* |

IT IS SO ORDERED:

This __ day of _____, 2012

_____
HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I, G. Richard Dodge, Jr., hereby certify that on May 8, 2012, I caused a true and correct copy of the foregoing Stipulation and Order of Dismissal with Prejudice to be served by this Court's ECF system and via electronic mail addressed to service@gcg.mdl1663.com.

    /s/ G. Richard Dodge, Jr.