UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION<br><br>APPLIES TO ALL ACTIONS | MDL NO. 1663<br><br>Master Docket No. 04-5184 (CCC) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michelle A. Kisloff, David M. Foster, Daniel S. Metroka, and Stephen A. Loney, of the law firm of Hogan Lovells US LLP, hereby enter an appearance as additional counsel of record on behalf of defendants The Chubb Corporation, Federal Insurance Company, Executive Risk Indemnity Inc., Vigilant Insurance Company, Chubb & Son, Inc., and Chubb Atlantic Indemnity, Ltd (collectively, "The Chubb Defendants") in the above-captioned action.

Dated: May 9, 2012

Stephen A. Loney
stephen.loney@hoganlovells.com
Hogan Lovells US LLP
1835 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
Facsimile: (267) 675-4601

Respectfully Submitted,

/s/ Peter R. Bisio
Peter R. Bisio
peter.bisio@hoganlovells.com
Michelle A. Kisloff
michelle.kisloff@hoganlovells.com
David M. Foster
david.foster@hoganlovells.com
Daniel S. Metroka
daniel.metroka@hoganlovells.com
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for The Chubb Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2012, I caused a true and correct copy of the foregoing Notice of Appearance to be served by this Court's Electronic Case Filing system on counsel for plaintiffs and defendants under Local Rule of Civil Procedure 5.2, and by electronic mail addressed to service@gcg.mdl1663.com.

/s/ Peter R. Bisio