

| | |
|---|---|
| Texas | Bryan S. Dumesnil |
| New York | Partner |
| Washington, DC | |
| Connecticut | 713.221.1520 Office |
| Seattle | 713.222.3233 Fax |
| Dubai | |
| London | Bryan.Dumesnil@bgllp.com |

Bracewell & Giuliani LLP
711 Louisiana Street
Suite 2300
Houston, Texas
77002-2770

May 10, 2012

Hon. Patty Shwartz, U.S.M.J.
U.S. District Court, District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

    Re:    *In re Insurance Brokerage Antitrust Litigation*, MDL 1663, Civil Action No. 04-5184

Your Honor:

Pursuant to Scheduling Order filed on May 4, 2012, I am writing on behalf of my clients, Huntsman Corporation, Huntsman Holdings, LLC, Huntsman LLC, Huntsman Advanced Materials LLC, and Plaint Corporation (collectively "Huntsman"), Tag Along Plaintiffs in the above-captioned case. Enclosed please find executed documents reflecting that Huntsman agrees to comply with the Discovery Confidentiality Order.

                                    Very truly yours,

                                    Bracewell & Giuliani LLP

                                    Bryan Dumesnil /ymep

                                  Bryan S. Dumesnil

mlk
Enclosure

#4092130.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION | MDL No. 1663<br>Civil No. 04-5184 (FSH) |
| **APPLIES TO ALL ACTIONS** | |
| IN RE: EMPLOYEE-BENEFIT INSURANCE BROKERAGE ANTITRUST LITIGATION | Civil No. 05-1079(FSH) |
| **APPLIES TO ALL ACTIONS** | |

### Exhibit A
### Declaration Concerning Material Covered by
### Discovery Confidentiality Order

I, the undersigned, hereby declare that I have read the attached Discovery Confidentiality Order entered in the coordinated and consolidated actions before the District of New Jersey entitled <u>In re: Insurance Brokerage Antitrust Litigation.</u>, Civil Action No. 04-5184 and <u>In Re: Employee Benefit Insurance Brokerage Litigation</u>, Civil No. 05-1079. I understand the terms of this Discovery Confidentiality Order.

I will comply with all of the provisions of the Discovery Confidentiality Order. I will hold in confidence, will not disclose to anyone not qualified under the Discovery Confidentiality Order, and will use only for the purposes expressly set forth in the Discovery Confidentiality Order, any Confidential Information or Attorneys' Eyes Only Information, including the substance and any copy, summary, abstract, excerpt, index, or description of such material that is disclosed to me. I agree to submit to the personal jurisdiction of the District of New Jersey in any proceeding related to the enforcement of this Discovery Confidentiality Order, including any proceedings related to contempt of Court. At the conclusion of my involvement in this matter, I agree to return all Confidential Information or Attorneys' Eyes Only Information which comes into my possession, and all documents and things that I have prepared relating thereto, to counsel from whom I received such materials.

I declare that the foregoing is true and correct. I understand that if any of the statements made by me are willfully false, I am subject to punishment.

Name of Individual: Bryan S. Dumesnil

Present occupation/job description: Attorney

Name of Company or Firm: Bracewell & Giuliani LLP

Address: 711 Lousiana Street, Suite 2300, Houston, TX 77002

Telephone No.: 713-221-1208

Relationship to this action and its parties: Counsel for Huntsman

Dated: 5/10/12

Signature: *Bryan Dumesnil* by permission MEP

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE<br>ANTITRUST LITIGATION | MDL No. 1663<br>Civil No. 04-5184 (FSH) |
| APPLIES TO ALL ACTIONS | |
| IN RE: EMPLOYEE-BENEFIT INSURANCE<br>BROKERAGE ANTITRUST LITIGATION | Civil No. 05-1079(FSH) |
| APPLIES TO ALL ACTIONS | |

Exhibit A
Declaration Concerning Material Covered by
Discovery Confidentiality Order

I, the undersigned, hereby declare that I have read the attached Discovery Confidentiality Order entered in the coordinated and consolidated actions before the District of New Jersey entitled In re: Insurance Brokerage Antitrust Litigation., Civil Action No. 04-5184 and In Re: Employee Benefit Insurance Brokerage Litigation, Civil No. 05-1079. I understand the terms of this Discovery Confidentiality Order.

I will comply with all of the provisions of the Discovery Confidentiality Order. I will hold in confidence, will not disclose to anyone not qualified under the Discovery Confidentiality Order, and will use only for the purposes expressly set forth in the Discovery Confidentiality Order, any Confidential Information or Attorneys' Eyes Only Information, including the substance and any copy, summary, abstract, excerpt, index, or description of such material that is disclosed to me. I agree to submit to the personal jurisdiction of the District of New Jersey in any proceeding related to the enforcement of this Discovery Confidentiality Order, including any proceedings related to contempt of Court. At the conclusion of my involvement in this matter, I agree to return all Confidential Information or Attorneys' Eyes Only Information which comes into my possession, and all documents and things that I have prepared relating thereto, to counsel from whom I received such materials.

I declare that the foregoing is true and correct. I understand that if any of the statements made by me are willfully false, I am subject to punishment.

Name of Individual: RALPH D. McBRIDE

Present occupation/job description: Attorney

Name of Company or Firm: Bracewell & Giuliani

Address: 711 Louisiana, Suite 2300 Houston, TX

Telephone No.: 713 221-1208

Relationship to this action and its parties: Attorney for Huntsman

Dated: 5/8/12

Signature

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION | MDL No. 1663<br>Civil No. 04-5184 (FSH) |
| APPLIES TO ALL ACTIONS | |
| IN RE: EMPLOYEE-BENEFIT INSURANCE BROKERAGE ANTITRUST LITIGATION | Civil No. 05-1079(FSH) |
| APPLIES TO ALL ACTIONS | |

Exhibit A
Declaration Concerning Material Covered by
Discovery Confidentiality Order

I, the undersigned, hereby declare that I have read the attached Discovery Confidentiality Order entered in the coordinated and consolidated actions before the District of New Jersey entitled In re: Insurance Brokerage Antitrust Litigation., Civil Action No. 04-5184 and In Re: Employee Benefit Insurance Brokerage Litigation, Civil No. 05-1079. I understand the terms of this Discovery Confidentiality Order.

I will comply with all of the provisions of the Discovery Confidentiality Order. I will hold in confidence, will not disclose to anyone not qualified under the Discovery Confidentiality Order, and will use only for the purposes expressly set forth in the Discovery Confidentiality Order, any Confidential Information or Attorneys' Eyes Only Information, including the substance and any copy, summary, abstract, excerpt, index, or description of such material that is disclosed to me. I agree to submit to the personal jurisdiction of the District of New Jersey in any proceeding related to the enforcement of this Discovery Confidentiality Order, including any proceedings related to contempt of Court. At the conclusion of my involvement in this matter, I agree to return all Confidential Information or Attorneys' Eyes Only Information which comes into my possession, and all documents and things that I have prepared relating thereto, to counsel from whom I received such materials.

I declare that the foregoing is true and correct. I understand that if any of the statements made by me are willfully false, I am subject to punishment.

Name of Individual: Elisabeth Penny

Present occupation/job description: Associate

Name of Company or Firm: Bracewell & Giuliani

Address: 711 Louisiana St., Suite 2300

Telephone No.: 713-221-1561

Relationship to this action and its parties: Counsel for Huntsman

Dated: 5/10/12

M. Elisabeth Penny
Signature

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION | MDL No. 1663<br>Civil No. 04-5184 (FSH) |
| APPLIES TO ALL ACTIONS | |
| IN RE: EMPLOYEE-BENEFIT INSURANCE BROKERAGE ANTITRUST LITIGATION | Civil No. 05-1079(FSH) |
| APPLIES TO ALL ACTIONS | |

Exhibit A
Declaration Concerning Material Covered by
Discovery Confidentiality Order

I, the undersigned, hereby declare that I have read the attached Discovery Confidentiality Order entered in the coordinated and consolidated actions before the District of New Jersey entitled In re: Insurance Brokerage Antitrust Litigation., Civil Action No. 04-5184 and In Re: Employee Benefit Insurance Brokerage Litigation, Civil No. 05-1079. I understand the terms of this Discovery Confidentiality Order.

I will comply with all of the provisions of the Discovery Confidentiality Order. I will hold in confidence, will not disclose to anyone not qualified under the Discovery Confidentiality Order, and will use only for the purposes expressly set forth in the Discovery Confidentiality Order, any Confidential Information or Attorneys' Eyes Only Information, including the substance and any copy, summary, abstract, excerpt, index, or description of such material that is disclosed to me. I agree to submit to the personal jurisdiction of the District of New Jersey in any proceeding related to the enforcement of this Discovery Confidentiality Order, including any proceedings related to contempt of Court. At the conclusion of my involvement in this matter, I agree to return all Confidential Information or Attorneys' Eyes Only Information which comes into my possession, and all documents and things that I have prepared relating thereto, to counsel from whom I received such materials.

I declare that the foregoing is true and correct. I understand that if any of the statements made by me are willfully false, I am subject to punishment.

Name of Individual: L. DeWayne Layfield

Present occupation/job description: Counsel for International Risk Insurance Company, Huntsman Corporation, Huntsman Holdings, LLC, Huntsman LLC, Huntsman Advanced Materials LLC

Name of Company or Firm: Law Office of L. DeWayne Layfield

Address: P.O. Box 3829  Beaumont, TX 77704

Telephone No.: (409) 832-1891

Relationship to this action and its parties: Counsel as indicated above.

Dated: 5-9-12

Signature

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE<br>ANTITRUST LITIGATION | MDL No. 1663<br>Civil No. 04-5184 (FSH) |
| APPLIES TO ALL ACTIONS | |
| IN RE: EMPLOYEE-BENEFIT INSURANCE<br>BROKERAGE ANTITRUST LITIGATION | Civil No. 05-1079(FSH) |
| APPLIES TO ALL ACTIONS | |

Exhibit A
Declaration Concerning Material Covered by
Discovery Confidentiality Order

I, the undersigned, hereby declare that I have read the attached Discovery Confidentiality Order entered in the coordinated and consolidated actions before the District of New Jersey entitled In re: Insurance Brokerage Antitrust Litigation., Civil Action No. 04-5184 and In Re: Employee Benefit Insurance Brokerage Litigation, Civil No. 05-1079. I understand the terms of this Discovery Confidentiality Order.

I will comply with all of the provisions of the Discovery Confidentiality Order. I will hold in confidence, will not disclose to anyone not qualified under the Discovery Confidentiality Order, and will use only for the purposes expressly set forth in the Discovery Confidentiality Order, any Confidential Information or Attorneys' Eyes Only Information, including the substance and any copy, summary, abstract, excerpt, index, or description of such material that is disclosed to me. I agree to submit to the personal jurisdiction of the District of New Jersey in any proceeding related to the enforcement of this Discovery Confidentiality Order, including any proceedings related to contempt of Court. At the conclusion of my involvement in this matter, I agree to return all Confidential Information or Attorneys' Eyes Only Information which comes into my possession, and all documents and things that I have prepared relating thereto, to counsel from whom I received such materials.

I declare that the foregoing is true and correct. I understand that if any of the statements made by me are willfully false, I am subject to punishment.

Name of Individual: Amy K. Smedley

Present occupation/job description: Senior Litigation Counsel signing for International Risk Insurance Company, Huntsman Corporation, Huntsman Holding, LLC, Huntsman LLC, Huntsman Advanced Materials LLC

Name of Company or Firm: Huntsman

Address: 500 Huntsman Way    Salt Lake City, UT 84108

Telephone No.: (801) 584-5706

Relationship to this action and its parties: In house counsel for Plaintiffs listed above.

Dated: 5/10/12

Signature: Amy K. Smedley

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE<br>ANTITRUST LITIGATION | MDL No. 1663<br>Civil No. 04-5184 (FSH) |
| APPLIES TO ALL ACTIONS | |
| IN RE: EMPLOYEE-BENEFIT INSURANCE<br>BROKERAGE ANTITRUST LITIGATION | Civil No. 05-1079(FSH) |
| APPLIES TO ALL ACTIONS | |

Exhibit A
**Declaration Concerning Material Covered by**
**Discovery Confidentiality Order**

I, the undersigned, hereby declare that I have read the attached Discovery Confidentiality Order entered in the coordinated and consolidated actions before the District of New Jersey entitled In re: Insurance Brokerage Antitrust Litigation., Civil Action No. 04-5184 and In Re: Employee Benefit Insurance Brokerage Litigation, Civil No. 05-1079. I understand the terms of this Discovery Confidentiality Order.

I will comply with all of the provisions of the Discovery Confidentiality Order. I will hold in confidence, will not disclose to anyone not qualified under the Discovery Confidentiality Order, and will use only for the purposes expressly set forth in the Discovery Confidentiality Order, any Confidential Information or Attorneys' Eyes Only Information, including the substance and any copy, summary, abstract, excerpt, index, or description of such material that is disclosed to me. I agree to submit to the personal jurisdiction of the District of New Jersey in any proceeding related to the enforcement of this Discovery Confidentiality Order, including any proceedings related to contempt of Court. At the conclusion of my involvement in this matter, I agree to return all Confidential Information or Attorneys' Eyes Only Information which comes into my possession, and all documents and things that I have prepared relating thereto, to counsel from whom I received such materials.

I declare that the foregoing is true and correct. I understand that if any of the statements made by me are willfully false, I am subject to punishment.

Name of Individual: _Hubert Oxford_

Present occupation/job description: _Attorney_

Name of Company or Firm: _Benckenstein & Oxford_

Address: _3535 Calder_

Telephone No.: _409 833 9182_

Relationship to this action and its parties: _Attorney for Defendant Baytree_

Dated: _5/9/2012_                Signature

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION | MDL No. 1663<br>Civil No. 04-5184 (FSH) |
| APPLIES TO ALL ACTIONS | |
| IN RE: EMPLOYEE-BENEFIT INSURANCE BROKERAGE ANTITRUST LITIGATION | Civil No. 05-1079(FSH) |
| APPLIES TO ALL ACTIONS | |

Exhibit A
Declaration Concerning Material Covered by
Discovery Confidentiality Order

I, the undersigned, hereby declare that I have read the attached Discovery Confidentiality Order entered in the coordinated and consolidated actions before the District of New Jersey entitled In re: Insurance Brokerage Antitrust Litigation., Civil Action No. 04-5184 and In Re: Employee Benefit Insurance Brokerage Litigation, Civil No. 05-1079. I understand the terms of this Discovery Confidentiality Order.

I will comply with all of the provisions of the Discovery Confidentiality Order. I will hold in confidence, will not disclose to anyone not qualified under the Discovery Confidentiality Order, and will use only for the purposes expressly set forth in the Discovery Confidentiality Order, any Confidential Information or Attorneys' Eyes Only Information, including the substance and any copy, summary, abstract, excerpt, index, or description of such material that is disclosed to me. I agree to submit to the personal jurisdiction of the District of New Jersey in any proceeding related to the enforcement of this Discovery Confidentiality Order, including any proceedings related to contempt of Court. At the conclusion of my involvement in this matter, I agree to return all Confidential Information or Attorneys' Eyes Only Information which comes into my possession, and all documents and things that I have prepared relating thereto, to counsel from whom I received such materials.

I declare that the foregoing is true and correct. I understand that if any of the statements made by me are willfully false, I am subject to punishment.

Name of Individual: Joshua C. Heinz

Present occupation/job description: Attorney

Name of Company or Firm: Benckenstein & Oxford, LLP

Address: 3535 Calder Ave., Suite 300, Beaumont, TX 77706

Telephone No.: (409) 833-9182

Relationship to this action and its parties: Attorney for Huntsman Entities

Dated: 5/10/2012

Signature