UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------x
:
IN RE: INSURANCE BROKERAGE           :   Hon. Claire C. Cecchi
ANTITRUST LITIGATION                 :
                                     :   MDL 1663
                                     :   Civil Action No. 04-5184
                                     :
------------------------------------ :
                                     :
AVERY DENNISON                       :
CORPORATION                          :
                                     :
              Plaintiff,             :
                                     :   ELECTRONICALLY FILED
v.                                   :
                                     :
MARSH & McLENNAN COS., INC., et al., :
                                     :
              Defendants.            :
                                     :
------------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Avery Dennison Corporation (the "Plaintiff") and Defendants Zurich American Insurance Company, American Guarantee and Liability Company and Zurich Financial Services Group [corrected to be Zurich Insurance Group Ltd.] (the "Zurich Defendants"), by and through their respective undersigned counsel, that pursuant to Federal Rules of Civil Procedure 41(a)(2), the claims by the Plaintiff against the Zurich Defendants in the above-captioned proceeding be and are hereby dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

Dated: May 8, 2012

| FAEGRE BAKER & DANIELS LLP | MAYER BROWN LLP |
|---|---|
| By: _____ <br> Ernest Summers III <br> 311 South Wacker Drive <br> Suite 4400 <br> Chicago, IL 60606 <br> (312) 212-6500 <br> Ernest.Summers@faegrebd.com <br><br> *Attorneys for Plaintiff Avery Dennison Corporation* | By: _____ <br> G. Richard Dodge, Jr. <br> 1999 K Street NW <br> Washington, DC 20006 <br> (202) 263-3113 <br> grdodge@mayerbrown.com <br><br> *Attorneys for Defendants Zurich American Insurance Company, American Guarantee and Liability Company and Zurich Insurance Group Ltd.* |

IT IS SO ORDERED:

This 11th day of May, 2012

_____
HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT COURT JUDGE