UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------------------------------------x
:
IN RE: INSURANCE BROKERAGE      :   Hon. Claire C. Cecchi
ANTITRUST LITIGATION            :
                                :   MDL NO. 1663
                                :   Master Docket No. 04-5184
_____:
                                :
NEW CINGULAR WIRELESS           :
HEADQUARTERS, LLC, *et al.*,    :
                                :
            Plaintiffs,         :
                                :
v.                              :   Civil Action No. 06-5020
                                :
MARSH & McLENNAN COS., INC., *et al.*, :
                                :
            Defendants.         :
                                :
----------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of Nelson Levine de Luca & Hamilton, LLC hereby enters its appearance as counsel for Zurich American Insurance Company, American Guaranty and Liability Company, Zurich American of Illinois, Empire Fire & Marine Insurance Company, Fidelity & Deposit Company of Maryland, and Zurich Specialties London Limited, in the above-captioned matter. An appearance is hereby entered for Kymberly Kochis of Nelson Levine de Luca & Hamilton, LLC, and a request is made that any related filings in this action be served on the undersigned.

Dated: May 11, 2012                    Respectfully submitted,

                                            NELSON LEVINE de LUCA & HAMILTON, LLC

                                            By: /s/ Kymberly Kochis
                                                 Kymberly Kochis
                                                 One Battery Park Plaza
                                                 32nd Floor
                                                 New York, NY 10004
                                                 (212) 233-2906
                                                 kkochis@nldhlaw.com

                                                 *Attorney for:*
*Zurich American Insurance Company, American Guaranty and Liability Company, Zurich American of Illinois, Empire Fire & Marine Insurance Company, Fidelity & Deposit Company of Maryland, and Zurich Specialties London Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2012, I caused a true and correct copy of the foregoing Notice of Appearance to be served by this Court's Electronic Case Filing system on counsel for plaintiffs and defendants under Local Rule of Civil Procedure 5.2, and by electronic mail addressed to service@gcg.mdl1663.com.

/s/ Kymberly Kochis