UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------X
IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION

This Document Relates to:

*Lincoln Adventures, LLC, et al. v. Certain Underwriters of Lloyd's of London, et al.,* Civ. No. 2:08-cv-00235-CCC-PS, transferred from the United States Court for the Southern District of Florida, Civ. No. 0:07-cv-60991-WJZ (S.D. Fla.)

*Supreme Auto Transport LLC v. Certain Underwriters of Lloyd's, et al.*, Civ. No. 2:08-cv-01106-CCC-PS, transferred from the United States Court for the Southern District of New York, Civ. No. 07-06703
---------------------------------------------------------------------X

MDL No. 1663

Master Docket 04-cv-5184

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel of record in the following actions and requests that all future correspondence and papers be served upon the undersigned.

1. *Lincoln Adventures, LLC, et al. v. Certain Underwriters of Lloyd's of London, et al.,* Civ. No. 2:08-cv-00235-CCC-PS, transferred from the United States Court for the Southern District of Florida, Civ. No. 0:07-cv-60991-WJZ (S.D. Fla.): for Defendants Certain Underwriters at Lloyd's, London organized as syndicates 33, 102, 382, 435, 510, 623, 727, 958, 1003, 1084, 1096, 1183, 1245, 1886, 2003, 2020, 2623 and 2987.

2. *Supreme Auto Transport LLC v. Certain Underwriters of Lloyd's, et al.*, Civ. No. 2:08-cv-01106-CCC-PS, transferred from the United States Court for the Southern District of New York, Civ. No. 07-06703: for Defendants Certain Underwriters at Lloyd's, London

organized as syndicates 33, 102, 382, 435, 510, 623, 727, 958, 1003, 1084, 1096, 1183, 1245, 1886, 2003, 2010, 2020, 2623 and 2987.

Dated: May 14, 2012
Boston, Massachusetts

Respectfully Submitted,

  s\ Robert A. Skinner
Robert A. Skinner
Ropes & Gray, LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7560
Facsimile:  (617) 235-0434

30531019_1

## CERTIFICATE OF SERVICE

I, Robert A. Skinner, certify that on the 11th day of May, 2012, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of Court using the CM/ECF system, and served all counsel who consented to receive filings in the above litigation via electronic mail at service@gcg.mdl1663.com.

    s\ Robert A. Skinner
Robert A. Skinner

30531019_1