# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION | Master Docket No. 04-5184 (CCC)<br><br>Hon. Claire C. Cecchi |
| *Fortune Brands, Inc. v. Marsh Inc., et al.*<br>Civ. No. 2:05-cv-04137 CCC-PS | |

## NOTICE OF SUBSITUTION OF COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that the law firm of Schopf and Weiss LLP has been substituted in place of the law firm of Howrey LLP as attorneys for Tag-Along Plaintiff Fortune Brands, Inc. in the above-entitled action.

Dated: May 17, 2012                                        Respectfully submitted,

BY WITHDRAWING COUNSEL:

*/s/ Ernest Summers III*
Ernest Summers III
HOWREY LLP
312 North Clark Street, Suite 3400
Chicago, IL 60610
(312) 595-1239

BY SUBSTITUTE COUNSEL:

*/s/ Patrick J. Heneghan*
William G. Schopf
Patrick J. Heneghan
Ian H. Fisher
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Telephone: 312.701.9300
Facsimile: 312.701.9335

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2012, I caused a true and correct copy of the foregoing Notice of Substitution of Counsel to be served by the Court's ECF system upon counsel entitled to receive service in this action.

_____
Patrick J. Heneghan
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Telephone: 312.701.9300
Facsimile: 312.701.9335