IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

IN RE: INSURANCE BROKERAGE
ANTITRUST LITIGATION

Master Docket No. 04-5184 (CCC)

Hon. Claire C. Cecchi

---

*Henley Management, et al. v. Marsh, et al.*
Civ. No. 2:07-cv-02389 CCC-PS

### NOTICE OF SUBSITUTION OF COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that the law firm of Schopf and Weiss LLP has been substituted in place of the law firm of Howrey LLP as attorneys for Tag-Along Plaintiffs Henley Management Company, Big Bear Properties, Inc., Northbrook Properties, Inc., RCK Properties, Inc., Kitchens, Inc., Aberfeldy LP, and Payroll and Insurance Group, Inc. in the above-entitled action.

Dated: May 17, 2012

BY WITHDRAWING COUNSEL:

Ernest Summers III
HOWREY LLP
312 North Clark Street, Suite 3400
Chicago, IL 60610
(312) 595-1239

James G. McCarney
HOWREY LLP
Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022
(212) 896-6500

Respectfully submitted,

BY SUBSTITUTE COUNSEL:

William G. Schopf
Patrick J. Heneghan
Ian H. Fisher
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Telephone: 312.701.9300
Facsimile: 312.701.9335

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2012, I caused a true and correct copy of the foregoing Notice of Substitution of Counsel to be served by the Court's ECF system upon counsel entitled to receive service in this action.

*/s/ Patrick Heneghan*

Patrick J. Heneghan
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Telephone: 312.701.9300
Facsimile: 312.701.9335