## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE:  INSURANCE BROKERAGE ANTITRUST LITIGATION | ) ) ) ) ) ) | MDL No. 1663 <br><br> Hon. Claire C. Cecchi <br><br> Civil Action No. 04-5184 (CCC)(PH) |
| NEW CINGULAR WIRELESS HEADQUARTERS, LLC, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.  06-5120 (CCC)(PH) |
| v. | ) ) | |
| MARSH & MCLENNAN COMPANIES, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the James T.H. Deaver, a partner of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby appears on behalf of certain Underwriters at Lloyd's, London organized as Syndicate 2020 in the above-captioned action and requests that he be designated as attorney of record and that all future correspondence and papers in these actions be served upon him.

Mr. Deaver was previously admitted *pro hac vice* in the New Cingular action, Civil Action No.  06-5120 (CCC)(PH), receipt number 356274.

5042320v.1

Dated:     May 17, 2012

Respectfully submitted,

James T.H. Deaver
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
*Attorneys for Underwriters at Lloyd's,*
*London organized as Syndicate 2020*
150 East 42nd Street
New York, New York 10017
Telephone:  (212) 490-3000
Facsimile:  (212) 490-3038
E-mail: james.deaver@wilsonelser.com
Our File No. 08117.00020

5042320v.1

## <u>CERTIFICATE OF SERVICE</u>

       I, WENDY J. LINDSTROM, hereby certify that on May 21, 2012, I electronically filed the Notice of Appearance of James T.H. Deaver with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing(s) electronically to all parties, and by electronic mail addressed to service@gcg.mdl1663.com.

/s/ Wendy J. Lindstrom
Wendy J. Lindstrom