# MARTIN CHIOFFI LLP

COUNSELORS AT LAW

177 Broad Street
Stamford, Connecticut 06901

Telephone: 203 973.5200
Facsimile: 203 973.5250

www.martinchioffi.com

May 21, 2012

**VIA ECF**

The Honorable Patty Shwartz
United States Magistrate Judge
United States District Count
50 Walnut Street
Newark, New Jersey 07101

        Re:    In re: Insurance Brokerage Antitrust Litigation
                  MDL No. 1663

Dear Judge Shwartz:

       I am the attorney of record for Allied World Assurance Company, a defendant in the *New Cingular* tag-along case. We did not realize until last Friday that the signed Declarations Concerning Material Covered by Discovery Confidentiality Order were supposed to be filed with the Court. I attached a copy of executed Declaration.

                                       Respectfully submitted,

                                       Mark S. Gregory

Attachment
Cc: All Counsel of Record (via ECF)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION | MDL No. 1663 . <br> Civil No. 04-5184 (FSH) |
| **APPLIES TO ALL ACTIONS** | |
| IN RE: EMPLOYEE-BENEFIT INSURANCE BROKERAGE ANTITRUST LITIGATION | Civil No. 05-1079 (FSH) |
| **APPLIES TO ALL ACTIONS** | |

**Exhibit A**
**Declaration Concerning Material Covered**
**by**
**Discovery Confidentiality**
**Order**

I, the undersigned, hereby declare that I have read the attached Discovery Confidentiality Order entered in the coordinated and consolidated actions before the District of New Jersey entitled <u>In re: Insurance Brokerage Antitrust</u> Litigation Civil Action No. 04-5184 and <u>In Re: Employee Benefit Insurance Brokerage Litigation</u>, Civil No. 05-1079. I understand the terms of this Discovery Confidentiality Order.

I will comply with all of the provisions of the Discovery Confidentiality Order. I will hold in confidence, will not disclose to anyone not qualified under the Discovery Confidentiality Order, and will use only for the purposes expressly set forth in the Discovery Confidentiality Order, any Confidential Information or Attorneys' Eyes Only Information, including the substance and any copy, summary, abstract, excerpt, index, or description of such material that is disclosed to me. I agree to submit to the personal jurisdiction of the District of New Jersey in any proceeding related to the enforcement of this Discovery Confidentiality Order, including any proceedings related to contempt of Court. At the conclusion of my involvement in this matter, I agree to return all Confidential Information or Attorneys' Eyes Only Information which came into my possession, and all documents and things that I have prepared relating thereto, to counsel from whom I received such materials.

I declare that the foregoing is true and correct: I understand that if any of the statements made by me are willfully false, I am subject to punishment.

Name of Individual: Mark S. Gregory

Present occupation/job: Attorney

Name of Company or Firm: Martin Chioffi LLP

Address: 177 Broad Street, Stamford, Connecticut 06901

Telephone No.: 203-973-5200

Relationship to this action and its parties: Counsel for Allied World Assurance Company.

Dated: May 10, 2012

_____
Signature