# Fields Howell

191 Peachtree Street NE, Suite 4600
Atlanta, GA 30303
T 404.214.1250   F 404.214.1251

fieldshowell.com

Gregory L. Mast
404.214.1262
gmast@fieldshowell.com

May 21, 2012

**VIA CM/ECF**

The Honorable Patty Shwartz
United States Magistrate Court
United States District Court
50 Walnut Street
Newark, New Jersey 07101

      RE:    *In Re: Insurance Brokerage Antitrust Litigation*
              *MDL No. 1663*

              *New Cingular Wireless Headquarters, LLC, et al. v. Marsh &McLennan*
              *Companies, Inc.;* In the U.S. District Court, North District of Georgia

              Our File No.:  1000012.0006

Dear Judge Shwartz:

      Attached, please find a copy of the executed Declaration Concerning Material Covered by Discovery Confidentiality Order for Syndicates 190 and 282.  We were just made aware that this was to be filed with the court.

      Should you have any questions, or need additional information, please do not hesitate to contact us.

              Sincerely yours,

              FIELDS HOWELL

              */s/ Gregory L. Mast*

              Gregory L. Mast

Enclosure
cc:     All Counsel of Record (via CM/ECF)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

IN RE: INSURANCE BROKERAGE
ANTITRUST LITIGATION

MDL No. 1663
Civil No. 04-5184 (FSH)

**APPLIES TO ALL ACTIONS**

---

IN RE: EMPLOYEE-BENEFIT INSURANCE
BROKERAGE ANTITRUST LITIGATION

Civil No. 05-1079(FSH)

**APPLIES TO ALL ACTIONS**

---

### Exhibit A
### Declaration Concerning Material Covered by
### Discovery Confidentiality Order

I, the undersigned, hereby declare that I have read the attached Discovery Confidentiality Order entered in the coordinated and consolidated actions before the District of New Jersey entitled In re: Insurance Brokerage Antitrust Litigation., Civil Action No. 04-5184 and In Re: Employee Benefit Insurance Brokerage Litigation, Civil No. 05-1079. I understand the terms of this Discovery Confidentiality Order.

I will comply with all of the provisions of the Discovery Confidentiality Order. I will hold in confidence, will not disclose to anyone not qualified under the Discovery Confidentiality Order, and will use only for the purposes expressly set forth in the Discovery Confidentiality Order, any Confidential Information or Attorneys' Eyes Only Information, including the substance and any copy, summary, abstract, excerpt, index, or description of such material that is disclosed to me. I agree to submit to the personal jurisdiction of the District of New Jersey in any proceeding related to the enforcement of this Discovery Confidentiality Order, including any proceedings related to contempt of Court. At the conclusion of my involvement in this matter, I agree to return all Confidential Information or Attorneys' Eyes Only Information which comes into my possession, and all documents and things that I have prepared relating thereto, to counsel from whom I received such materials.

I declare that the foregoing is true and correct.  I understand that if any of the statements made by me are willfully false, I am subject to punishment.

Name of Individual: _GREGORY L. MAST_____

Present occupation/job description: ___ATTORNEY_____

_____

_____

Name of Company or Firm: _FIELDS HOWELL_____

Address: __191 PEACHTREE STREET, SUITE 4600, ATLANTA, GA 30303_

Telephone No.: __404-214-1250_____

Relationship to this action and its parties: _COUNSEL TO SYNDICATES_

_190 & 282_____

Dated: _5/4/12_____          _____
                                    Signature