UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION | : : : : : : | Civil Action No. 04-5184 (CCC)<br><br>**ORDER ON INFORMAL APPLICATION** |

This matter having come before the Court by way of submission dated May 22, 2012, regarding the Tag Along Plaintiffs' inquiry about the Discovery Confidentiality Order;

and the Court seeking to ensure that all parties are bound by its terms;

and the Court therefore directing counsel for the parties who had not previously done so to submit a document stating that they and their clients understand and will be bound by the terms of the Discovery Confidentiality Order;

IT IS THEREFORE ON THIS 22nd day of May, 2012

ORDERED that, for all parties who were transferred to this District after the imposition of the stay and for all counsel who became involved in this case since the entry of the stay, counsel shall submit a certification stating that they and their clients will be bound by the terms of the Discovery Confidentiality Order.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**