

Patrick J. Heneghan
312.701.9323
heneghan@sw.com

May 24, 2012

**Filed by ECF**

Honorable Patty Shwartz
United States Magistrate Judge
United States District Court for the
 District of New Jersey
Martin Luther King, Jr. Federal Building
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   *In re Insurance Brokerage Antitrust Litig.,* **Master Docket No. 04-5184,
      MDL No. 1663**

Dear Judge Shwartz:

We write as counsel for the plaintiffs in the *New Cingular Wireless*, *Sears*, *Fortune Brands*, and *Henley Management* Tag Along cases. Pursuant to the Court's Order of earlier today (Docket # 2013), we have attached executed Declarations Concerning Material Covered by Discovery Confidentiality Order dated May 22, 2012.

Very truly yours,

*[signature]*

Patrick J. Heneghan

cc:   All Counsel of Record (by ECF and service@gcg.mdl1663.com)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION | MDL No. 1663<br>Civil No. 04-5184 (FSH) |
| **APPLIES TO ALL ACTIONS** | |
| IN RE: EMPLOYEE-BENEFIT INSURANCE BROKERAGE ANTITRUST LITIGATION | Civil No. 05-1079(FSH) |
| **APPLIES TO ALL ACTIONS** | |

### Exhibit A
### Declaration Concerning Material Covered by
### Discovery Confidentiality Order

I, the undersigned, hereby declare that I have read the attached Discovery Confidentiality Order entered in the coordinated and consolidated actions before the District of New Jersey entitled In re: Insurance Brokerage Antitrust Litigation., Civil Action No. 04-5184 and In Re: Employee Benefit Insurance Brokerage Litigation, Civil No. 05-1079. I understand the terms of this Discovery Confidentiality Order.

I will comply with all of the provisions of the Discovery Confidentiality Order. I will hold in confidence, will not disclose to anyone not qualified under the Discovery Confidentiality Order, and will use only for the purposes expressly set forth in the Discovery Confidentiality Order, any Confidential Information or Attorneys' Eyes Only Information, including the substance and any copy, summary, abstract, excerpt, index, or description of such material that is disclosed to me. I agree to submit to the personal jurisdiction of the District of New Jersey in any proceeding related to the enforcement of this Discovery Confidentiality Order, including any proceedings related to contempt of Court. At the conclusion of my involvement in this matter, I agree to return all Confidential Information or Attorneys' Eyes Only Information which comes into my possession, and all documents and things that I have prepared relating thereto, to counsel from whom I received such materials.

I declare that the foregoing is true and correct. I understand that if any of the statements made by me are willfully false, I am subject to punishment.

Name of Individual: Patrick Heneghan

Present occupation/job description: attorney

Name of Company or Firm: Schopf + Weiss

Address: One S. Wacker Dr., 28th Floor, Chicago IL 60606

Telephone No.: 312-701-9300

Relationship to this action and its parties: Counsel for New Cingular Plaintiffs, Sears, Henley, Fortune Brands — tag-along liaison counsel

Dated: 5/9/12

Signature: Patrick Heneghan

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE<br>ANTITRUST LITIGATION | MDL No. 1663<br>Civil No. 04-5184 (FSH) |

**APPLIES TO ALL ACTIONS**

| | |
|---|---|
| IN RE: EMPLOYEE-BENEFIT INSURANCE<br>BROKERAGE ANTITRUST LITIGATION | Civil No. 05-1079(FSH) |

**APPLIES TO ALL ACTIONS**

### Exhibit A
### Declaration Concerning Material Covered by
### Discovery Confidentiality Order

I, the undersigned, hereby declare that I have read the attached Discovery Confidentiality Order entered in the coordinated and consolidated actions before the District of New Jersey entitled In re: Insurance Brokerage Antitrust Litigation., Civil Action No. 04-5184 and In Re: Employee Benefit Insurance Brokerage Litigation, Civil No. 05-1079. I understand the terms of this Discovery Confidentiality Order.

I will comply with all of the provisions of the Discovery Confidentiality Order. I will hold in confidence, will not disclose to anyone not qualified under the Discovery Confidentiality Order, and will use only for the purposes expressly set forth in the Discovery Confidentiality Order, any Confidential Information or Attorneys' Eyes Only Information, including the substance and any copy, summary, abstract, excerpt, index, or description of such material that is disclosed to me. I agree to submit to the personal jurisdiction of the District of New Jersey in any proceeding related to the enforcement of this Discovery Confidentiality Order, including any proceedings related to contempt of Court. At the conclusion of my involvement in this matter, I agree to return all Confidential Information or Attorneys' Eyes Only Information which comes into my possession, and all documents and things that I have prepared relating thereto, to counsel from whom I received such materials.

I declare that the foregoing is true and correct. I understand that if any of the statements made by me are willfully false, I am subject to punishment.

Name of Individual:  Ian H. Fisher

Present occupation/job description:  Partner, Schopf & Weiss LLP

Name of Company or Firm:  Schopf & Weiss LLP

Address:  One South Wacker Drive, 28th Floor, Chicago, IL  60606

Telephone No.:  312-701-9316

Relationship to this action and its parties:  Counsel for New Cingular Wireless, Sears Plaintiffs, Fortune Brands, and Henley Mangement Plaintiffs.

Dated:  5/9/12

Signature

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION | MDL No. 1663<br>Civil No. 04-5184 (FSH) |
| **APPLIES TO ALL ACTIONS** | |
| IN RE: EMPLOYEE-BENEFIT INSURANCE BROKERAGE ANTITRUST LITIGATION | Civil No. 05-1079(FSH) |
| **APPLIES TO ALL ACTIONS** | |

### Exhibit A
### Declaration Concerning Material Covered by
### Discovery Confidentiality Order

I, the undersigned, hereby declare that I have read the attached Discovery Confidentiality Order entered in the coordinated and consolidated actions before the District of New Jersey entitled <u>In re: Insurance Brokerage Antitrust Litigation.</u>, Civil Action No. 04-5184 and <u>In Re: Employee Benefit Insurance Brokerage Litigation</u>, Civil No. 05-1079. I understand the terms of this Discovery Confidentiality Order.

I will comply with all of the provisions of the Discovery Confidentiality Order. I will hold in confidence, will not disclose to anyone not qualified under the Discovery Confidentiality Order, and will use only for the purposes expressly set forth in the Discovery Confidentiality Order, any Confidential Information or Attorneys' Eyes Only Information, including the substance and any copy, summary, abstract, excerpt, index, or description of such material that is disclosed to me. I agree to submit to the personal jurisdiction of the District of New Jersey in any proceeding related to the enforcement of this Discovery Confidentiality Order, including any proceedings related to contempt of Court. At the conclusion of my involvement in this matter, I agree to return all Confidential Information or Attorneys' Eyes Only Information which comes into my possession, and all documents and things that I have prepared relating thereto, to counsel from whom I received such materials.

I declare that the foregoing is true and correct. I understand that if any of the statements made by me are willfully false, I am subject to punishment.

Name of Individual: Jennifer Waters

Present occupation/job description: Attorney - Partner

Name of Company or Firm: Schopf & Weiss LLP

Address: One South Wacker Drive, 28th Floor

Telephone No.: 312-701-9300

Relationship to this action and its parties: Counsel for NCW plaintiffs, Sears, Henley, Fortune Brands

Dated: 5/9/12

Signature

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION | MDL No. 1663<br>Civil No. 04-5184 (FSH) |
| **APPLIES TO ALL ACTIONS** | |
| IN RE: EMPLOYEE-BENEFIT INSURANCE BROKERAGE ANTITRUST LITIGATION | Civil No. 05-1079(FSH) |
| **APPLIES TO ALL ACTIONS** | |

**Exhibit A**
**Declaration Concerning Material Covered by**
**Discovery Confidentiality Order**

I, the undersigned, hereby declare that I have read the attached Discovery Confidentiality Order entered in the coordinated and consolidated actions before the District of New Jersey entitled <u>In re: Insurance Brokerage Antitrust Litigation.</u>, Civil Action No. 04-5184 and <u>In Re: Employee Benefit Insurance Brokerage Litigation</u>, Civil No. 05-1079. I understand the terms of this Discovery Confidentiality Order.

I will comply with all of the provisions of the Discovery Confidentiality Order. I will hold in confidence, will not disclose to anyone not qualified under the Discovery Confidentiality Order, and will use only for the purposes expressly set forth in the Discovery Confidentiality Order, any Confidential Information or Attorneys' Eyes Only Information, including the substance and any copy, summary, abstract, excerpt, index, or description of such material that is disclosed to me. I agree to submit to the personal jurisdiction of the District of New Jersey in any proceeding related to the enforcement of this Discovery Confidentiality Order, including any proceedings related to contempt of Court. At the conclusion of my involvement in this matter, I agree to return all Confidential Information or Attorneys' Eyes Only Information which comes into my possession, and all documents and things that I have prepared relating thereto, to counsel from whom I received such materials.

I declare that the foregoing is true and correct. I understand that if any of the statements made by me are willfully false, I am subject to punishment.

Name of Individual: Timothy C. Samuelson

Present occupation/job description: attorney

Name of Company or Firm: Schopf & Weiss LLP

Address: One S. Wacker Dr., 28th Flr., Chicago, IL 60606

Telephone No.: 312-701-9300

Relationship to this action and its parties: One of the attorneys for New Cingular plaintiffs, Sears, Henley, and Fortune Brands

Dated: 5/9/12

Signature: _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

IN RE: INSURANCE BROKERAGE          MDL No. 1663
ANTITRUST LITIGATION         Civil No. 04-5184 (FSH)

**APPLIES TO ALL ACTIONS**

IN RE: EMPLOYEE-BENEFIT INSURANCE         Civil No. 05-1079(FSH)
BROKERAGE ANTITRUST LITIGATION

**APPLIES TO ALL ACTIONS**

### Exhibit A
### Declaration Concerning Material Covered by
### Discovery Confidentiality Order

I, the undersigned, hereby declare that I have read the attached Discovery Confidentiality Order entered in the coordinated and consolidated actions before the District of New Jersey entitled In re: Insurance Brokerage Antitrust Litigation., Civil Action No. 04-5184 and In Re: Employee Benefit Insurance Brokerage Litigation, Civil No. 05-1079. I understand the terms of this Discovery Confidentiality Order.

I will comply with all of the provisions of the Discovery Confidentiality Order. I will hold in confidence, will not disclose to anyone not qualified under the Discovery Confidentiality Order, and will use only for the purposes expressly set forth in the Discovery Confidentiality Order, any Confidential Information or Attorneys' Eyes Only Information, including the substance and any copy, summary, abstract, excerpt, index, or description of such material that is disclosed to me. I agree to submit to the personal jurisdiction of the District of New Jersey in any proceeding related to the enforcement of this Discovery Confidentiality Order, including any proceedings related to contempt of Court. At the conclusion of my involvement in this matter, I agree to return all Confidential Information or Attorneys' Eyes Only Information which comes into my possession, and all documents and things that I have prepared relating thereto, to counsel from whom I received such materials.

I declare that the foregoing is true and correct. I understand that if any of the statements made by me are willfully false, I am subject to punishment.

Name of Individual: _Ellen Martin_

Present occupation/job description: _Contract Attorney_

Name of Company or Firm: _Self Employed_

Address: _135 Easy Street_

Telephone No.: _919 967-3108_

Relationship to this action and its parties: _tag along 06-5120_

Dated: _____

Signature