

**Layne E. Kruse**
*Partner*

---

**Fulbright Tower • 1301 McKinney, Suite 5100 • Houston, Texas 77010-3095**
*lkruse@fulbright.com • Direct: 713 651 5194• Main: 713 651 5151 • Facsimile: 713 651 5246*

May 25, 2012

**VIA ECF**

Hon. Patty Shwartz, U.S.M.J.
U.S. District Court, District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

Re:     *In re Insurance Brokerage Antitrust Litigation*, Civil No. 04-5184, MDL No. 1663

Dear Judge Shwartz:

I am an attorney of record for Defendant HCC Insurance Holdings Incorporated in the tag-along action under the above-referenced matter. In accordance with the Court's order of May 22, 2012, I submit declarations completed by all counsel of record for Defendant, attesting that we and our client agree to be bound by the September 23, 2005 Discovery Confidentiality Order.

Respectfully submitted,

Layne E. Kruse

LEK

cc:     All Counsel of Record (via ECF)

71247076.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE: INSURANCE BROKERAGE
ANTITRUST LITIGATION

MDL No. 1663
Civil No. 04-5184 (FSH)

**APPLIES TO ALL ACTIONS**

IN RE: EMPLOYEE-BENEFIT INSURANCE
BROKERAGE ANTITRUST LITIGATION

Civil No. 05-1079(FSH)

**APPLIES TO ALL ACTIONS**

**Exhibit A**
**Declaration Concerning Material Covered by**
**Discovery Confidentiality Order**

I, the undersigned, hereby declare that I have read the attached Discovery
Confidentiality Order entered in the coordinated and consolidated actions before the District of
New Jersey entitled In re: Insurance Brokerage Antitrust Litigation., Civil Action No. 04-5184
and In Re: Employee Benefit Insurance Brokerage Litigation, Civil No. 05-1079.  I understand
the terms of this Discovery Confidentiality Order.

I will comply with all of the provisions of the Discovery Confidentiality Order.  I
will hold in confidence, will not disclose to anyone not qualified under the Discovery
Confidentiality Order, and will use only for the purposes expressly set forth in the Discovery
Confidentiality Order, any Confidential Information or Attorneys' Eyes Only Information,
including the substance and any copy, summary, abstract, excerpt, index, or description of such
material that is disclosed to me.   I agree to submit to the personal jurisdiction of the District of
New Jersey in any proceeding related to the enforcement of this Discovery Confidentiality
Order, including any proceedings related to contempt of Court.  At the conclusion of my
involvement in this matter, I agree to return all Confidential Information or Attorneys' Eyes
Only Information which comes into my possession, and all documents and things that I have
prepared relating thereto, to counsel from whom I received such materials.

I declare that the foregoing is true and correct. I understand that if any of the statements made by me are willfully false, I am subject to punishment.

Name of Individual: Layne E. Kruse

Present occupation/job description: Partner, Fulbright & Jaworski LLP



Name of Company or Firm: Fulbright & Jaworski LLP

Address: 1301 McKinney, Suite 5100, Houston, TX 77010

Telephone No.: 713-651-5151

Relationship to this action and its parties: Counsel for Defendant HCC

Insurance Holdings Incorporated

Dated: May 25, 2012

Signature

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

IN RE: INSURANCE BROKERAGE
ANTITRUST LITIGATION

MDL No. 1663
Civil No. 04-5184 (FSH)

**APPLIES TO ALL ACTIONS**

---

IN RE: EMPLOYEE-BENEFIT INSURANCE
BROKERAGE ANTITRUST LITIGATION

Civil No. 05-1079(FSH)

**APPLIES TO ALL ACTIONS**

---

### Exhibit A
### Declaration Concerning Material Covered by
### Discovery Confidentiality Order

I, the undersigned, hereby declare that I have read the attached Discovery
Confidentiality Order entered in the coordinated and consolidated actions before the District of
New Jersey entitled <u>In re: Insurance Brokerage Antitrust Litigation.</u>, Civil Action No. 04-5184
and <u>In Re: Employee Benefit Insurance Brokerage Litigation</u>, Civil No. 05-1079. I understand
the terms of this Discovery Confidentiality Order.

I will comply with all of the provisions of the Discovery Confidentiality Order. I
will hold in confidence, will not disclose to anyone not qualified under the Discovery
Confidentiality Order, and will use only for the purposes expressly set forth in the Discovery
Confidentiality Order, any Confidential Information or Attorneys' Eyes Only Information,
including the substance and any copy, summary, abstract, excerpt, index, or description of such
material that is disclosed to me. I agree to submit to the personal jurisdiction of the District of
New Jersey in any proceeding related to the enforcement of this Discovery Confidentiality
Order, including any proceedings related to contempt of Court. At the conclusion of my
involvement in this matter, I agree to return all Confidential Information or Attorneys' Eyes
Only Information which comes into my possession, and all documents and things that I have
prepared relating thereto, to counsel from whom I received such materials.

I declare that the foregoing is true and correct.  I understand that if any of the statements made by me are willfully false, I am subject to punishment.

Name of Individual: Felice Galant

Present occupation/job description: Senior Counsel, Fulbright & Jaworski LLP

Name of Company or Firm: Fulbright & Jaworski LLP

Address: 666 Fifth Avenue, New York, NY 10103

Telephone No.: 212-318-3000

Relationship to this action and its parties: Counsel for Defendant HCC Insurance Holdings Incorporated

Dated: May 25, 2012

Signature