# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE INSURANCE BROKERAGE ANTITRUST LITIGATION | **VOLUNTARY DISMISSAL OF COMPLAINT**<br><br>Civil Action Number: 04-5184 |

## VOLUNTARY DISMISSAL OF COMPLAINT

*Now Comes*, Plaintiff SUPREME AUTO TRANSPORT LLC, by and through its attorneys, states and hereby voluntarily dismisses without prejudice, and without any costs or fees to any party, its complaint filed against all Defendants in this Court pursuant to the Federal Rules of Civil Procedure Rule 41(a) (1). The adverse parties have not filed either an answer to the complaint or a motion for summary judgment, and no class has been certified.

Dated: 5-23-2012

Respectfully submitted,
(s) _____
Keith Essenmacher (P60945)
Lovell Stewart Halebian and Jacobson LLP
61 Broadway
Suite 501
New York, NY 10006
(212) 608-1900