# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

IN RE INSURANCE ANTITRUST
BROKERAGE LITIGATION

MDL 1663
Civil Action No. 04-5184

**O R D E R**

**THIS MATTER** having come before the Court by way of Defendants' motions to dismiss (Docket Entry Nos. 1923 and 1924); and the Court having reviewed the submissions in this matter; and it appearing that:

1. On April 30, 2012, the Hon. Patty Shwartz, U.S.M.J. ordered the parties to engage in settlement discussions and report to the Court on their positions with respect to mediation. Given the posture of the case, and that a potential settlement may moot the issues contained in Defendants' motions to dismiss, the Court shall, in the interest of justice, administratively terminate the pending motions. The Court will grant leave for such motions to be re-filed should settlement discussions and/or mediation prove unsuccessful.

2. Moreover, on March 28, 2012, the Court Ordered the Clerk of the Court to maintain a Master Docket bearing the MDL caption <u>In re: Insurance Brokerage Antitrust Litigation</u>, Civil Action No. 04-cv-5184 (the "Master Docket"). The aforementioned motions to dismiss were filed prior to the entry of the Master Docket Order. Thereafter, the Court received inquiries from counsel regarding whether the motions should be re-filed to avoid any confusion as to what is pending before the Court. To the extent this matter does not resolve, Defendants shall re-file the motions to dismiss in the Master Docket upon leave of the Court.

Accordingly, **IT IS,** on this **31st** day of **May, 2012**

**ORDERED** that Defendants' motions to dismiss (Docket Entry Nos. 1923 and 1924) shall be administratively terminated; and it is further

**ORDERED** that Defendants may re-file their motions to dismiss in the Master Docket, In re Insurance Brokerage Antitrust Litigation, Civil Action No. 04-5184, upon leave of the Court, should this matter not be resolved through settlement discussions or mediation.

**IT IS SO ORDERED.**

                                                     _s/ Claire C. Cecchi_
                                                     **HON. CLAIRE C. CECCHI**
                                                     **United States District Judge**