# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION | Hon. Claire Cecchi |
| SEARS, ROEBUCK & CO., et al.,<br><br>       Plaintiffs,<br><br>   -against-<br><br>MARSH & MCLENNAN COMPANIES, INC., et al.,<br><br>       Defendants. | MDL No. 1663<br><br>**Civil Action No. 2:04-cv-05184-CCC-PS**<br><br>**ELECTRONICALLY FILED**<br><br>**NOTICE OF APPEARANCE** |

**TO:** Clerk, United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    **PLEASE TAKE NOTICE** that the law firm of Steptoe & Johnson LLP hereby enters his appearance as counsel for The Marine Insurance Company Limited, Royal & SunAlliance Insurance plc and Royal & SunAlliance Insurance Agency, Inc. in the matter *Sears, Roebuck & Co., et al. v. Marsh & McLennan Companies, Inc., et al.* Appearances are hereby entered for Mark F. Horning, John L. Jacobus, Michael J. Navarre, and Mark A. Black. Pursuant to paragraph B.7. of this Court's Order No. 1, dated March 11, 2005, Messrs. Horning, Jacobus, Navarre, and Black are deemed admitted *pro hac vice* in this litigation as attorneys admitted to practice and in good standing in the United States District Court for the District of Columbia. A request is hereby made that all notices given or required to be given in this case and all pleadings

and other papers filed in this matter be directed to the attention of Messrs. Horning, Jacobus, Navarre, and Black at the addresses below.

        Respectfully submitted,

/s/ Mark F. Horning_____
Mark F. Horning (mhorning@steptoe.com)
John L. Jacobus (JJ7625)
Michael J. Navarre (MN2830)
Mark A. Black (mblack@steptoe.com)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036-1795
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
*Counsel for The Marine Insurance Co. Ltd., Royal & SunAlliance Insurance plc, Royal & Sun Alliance Insurance Agency, Inc.*

DATED:  May 31, 2012


### CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2012, I caused a true and correct copy of the foregoing Notice of Appearance to be served by this Court's Electronic Filing system on all counsel entitled to receive notice pursuant to Local Civil Rule 5.2.

/s/ Mark F. Horning_____
Mark F. Horning (mhorning@steptoe.com)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036-1795
Telephone: (202) 429-3000