UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| QLM ASSOCIATES, INC.<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., ET AL.<br><br>Defendants. | MDL No. 1663<br><br>Civil No. 2:04-CV-5184 (FSH) |

## REQUEST BY ATTORNEY TO WITHDRAW

## FROM ELECTRONIC NOTIFICATION

Request is hereby made by Scott L. Walker, Esq., counsel for the Prudential Insurance Company of America in the above-captioned matter, to withdraw from electronic notification in the within case, and it is represented that the within civil complaint has been dismissed/settled as to my client.

Withdrawal from electronic notification in this matter does not constitute withdrawal as counsel for my client in this matter.

Dated: Roseland, New Jersey    LOWENSTEIN SANDLER PC
       July 24, 2012

                                BY:   /s/ Scott L. Walker
                                         SCOTT L. WALKER
                                         65 Livingston Avenue
                                         Roseland, NJ  07068
                                         973 597 2500
                                         swalker@lowenstein.com