IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| QLM ASSOCIATES, INC., <br> Plaintiff <br><br> v. <br><br> MARSH & MCLENNAN COMPANIES, INC. *et al.* <br> Defendants, | 2:04-cv-05184-CCC-PS |

RECEIVED
JUL 26 2012
AT 8:30
WILLIAM T. WALSH, CLERK

## WITHDRAWAL OF APPEARANCE

Please WITHDRAW the appearance of R. Andrew Santillo as counsel for Plaintiffs CAMERON OFFSHORE BOATS INC., CELLECT, LLC, CITY OF STAMFORD, CLEAR LAM PACKAGING INC, COMCAR INDUSTRIES, INC., DELTA RESEARCH INSTITUTE INC, EMERSON ELECTRIC CO., FORTUNE BRANDS INC, GATEWAY CLUB APARTMENTS, LTD., GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT, KLLM INC, MICHIGAN MULTI-KING CORP., OPTICARE HEALTH SYSTEMS INC, PALM TREE COMPUTERS SYSTEMS INC, REDWOOD OIL CO, REDWOOD OIL COMPANY, SHELL VACATIONS LLC, SIGNUM LLC, SLAY INDUSTRIES, SLAY TRANSPORTATION CO INC, SUNBURST HOSPITALITY CORPORATION, THE ENCLAVE, LLC, THE OMNI GROUP OF COMPANIES, DAVID BOROS, DIANE PRUESS, ESTELLE LANGENDORF, GLENN SINGER, MARYANN WAXMAN, ROBERT MULCAHY, DR. ROBERT H. KIMBALL, SHELDON LANGENDORF, and STEPHEN LEWIS.

Date: July 24, 2012                          Respectfully submitted,

/s/ R. Andrew Santillo
R. Andrew Santillo
THE WINEBRAKE LAW FIRM, LLC
Twining Office Center, Suite 211

715 Twining Road  
Dresher, PA 19025  
(215) 884-2491