IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE INSURANCE BROKERAGE ANTITRUST LITIGATION _____ NEW CINGULAR WIRELESS LLC, *et al.*, <br>          Plaintiff, <br>     v. <br> MARSH & MCLENNAN COMPANIES, INC., *et al.*, <br>          Defendants. | MDL No. 1663 <br> (Master Case No. 04-5184) <br> Hon. Claire C. Cecchi (CCC) |

NOTICE OF VOLUNTARY DISMISSAL OF
FACTORY MUTUAL INSURANCE COMPANY UNDER RULE 41(a)(1)

All of the plaintiffs in the case styled New Cingular Wireless LLC, *et al.* v. Marsh & McLennan Companies, *et al.*, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, voluntarily dismiss with prejudice Factory Mutual Insurance Company.

This voluntary dismissal is not intended to, nor should be construed to, constitute a dismissal of any other party or claim in the litigation.

Dated:  August 8, 2012                           Respectfully Submitted,

                                                 /s/ Patrick J. Heneghan
                                                 Patrick J. Heneghan

William G. Schopf
Patrick J. Heneghan
Ian H. Fisher
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, IL  60606
Telephone:  312.701.9300
Facsimile:   312.701.9335
*Counsel for New Cingular Wireless Plaintiffs*

218168_1.DOC

2

## CERTIFICATE OF SERVICE

I, Patrick J. Heneghan, an attorney, hereby state that I caused a copy of the attached **Notice of Voluntary Dismissal of Factory Mutual Insurance Company Under Rule 41(a)(1)** to be filed electronically with the Clerk of the Court using the CM/ECF system on this 8th day of August, 2012, which will automatically send email notifications of such filing to registered parties and by electronically serving all counsel of record listed on service@gcg.mdl1663.com.

/s/ Patrick J. Heneghan