# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE INSURANCE BROKERAGE
ANTITRUST LITIGATION

_____

SEARS ROEBUCK & CO, *et al.*,

        Plaintiff,

   v.

MARSH & MCLENNAN COMPANIES, INC., *et al.*,

        Defendants.

MDL No. 1663

(Master Case No. 04-5184)

Hon. Claire C. Cecchi (CCC)

## NOTICE OF VOLUNTARY DISMISSAL OF
## FACTORY MUTUAL INSURANCE COMPANY UNDER RULE 41(a)(1)

All of the plaintiffs in the case styled <u>Sears, Roebuck & Co, *et al.* v. Marsh & McLennan Companies, *et al.*</u>, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, voluntarily dismiss with prejudice Factory Mutual Insurance Company.

This voluntary dismissal is not intended to, nor should be construed to, constitute a dismissal of any other party or claim in the litigation.

Dated: August 8, 2012

Respectfully Submitted,

<u>/s/ Patrick J. Heneghan</u>
Patrick J. Heneghan

William G. Schopf
Patrick J. Heneghan
Ian H. Fisher
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, IL  60606
Telephone:  312.701.9300
Facsimile:  312.701.9335
*Counsel for Sears Plaintiffs*

218171_1.DOC

2

**CERTIFICATE OF SERVICE**

   I, Patrick J. Heneghan, an attorney, hereby state that I caused a copy of the attached **Notice of Voluntary Dismissal of Factory Mutual Insurance Company Under Rule 41(a)(1)** to be filed electronically with the Clerk of the Court using the CM/ECF system on this 8th day of August, 2012, which will automatically send email notifications of such filing to registered parties and by electronically serving all counsel of record listed on service@gcg.mdl1663.com.

               s/ Patrick J. Heneghan