IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE INSURANCE BROKERAGE
ANTITRUST LITIGATION

---

SEARS ROEBUCK & CO, *et al.*,

    Plaintiff,

v.

MARSH & MCLENNAN COMPANIES, INC., *et al.*,

    Defendants.

MDL No. 1663

(Master Case No. 04-5184)

Hon. Claire C. Cecchi (CCC)

### NOTICE OF VOLUNTARY DISMISSAL OF THE CHUBB DEFENDANTS

All of the plaintiffs in the case styled Sears Roebuck & Co, *et al.* v. Marsh & McLennan Companies, *et al.*, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, voluntarily dismiss with prejudice Chubb Atlantic Indemnity, Ltd. ("CAIL"), Chubb & Son, Inc., and Federal Insurance Company. CAIL was previously dismissed without prejudice. The dismissal should now be considered with prejudice.

This voluntary dismissal is not intended to, nor should be construed to, constitute a dismissal of any other party or claim in the litigation.

Dated: April 11, 2013

SO ORDERED
*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.
Date: 4/12/13

Respectfully Submitted,

/s/ Ian H. Fisher
Ian H. Fisher

William G. Schopf
Patrick J. Heneghan
Ian H. Fisher
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Telephone: 312.701.9300
*Counsel for Sears Plaintiffs*

224262_1.DOC