**Robbins Geller Rudman & Dowd LLP**

| Atlanta | Melville | San Diego |
| Boca Raton | New York | San Francisco |
| Chicago | Philadelphia | Washington, DC |

Rachel L. Jensen
RachelJ@rgrdlaw.com

June 5, 2013

VIA ECF AND HAND DELIVERY

The Honorable Magistrate Judge Joseph A. Dickson
United States District Court
   for the District of New Jersey
Martin Luther King, Jr. Building
   & U.S. Courthouse
50 Walnut Street, Room MLK 2D
Newark, NJ 07101

      Re:   *Lincoln Adventures, LLC v. Those Certain Underwriters at Lloyd's London*,
             No. 2:08-cv-00235-CCC-JAD (Tag-Along in MDL No. 1663)

Dear Judge Dickson:

      I write on behalf of Plaintiffs in the above-captioned litigation.

      Pursuant to the Court's Order dated March 13, 2013, Plaintiffs respectfully submit this cover letter and an index of exhibits instead of submitting a letter and exhibits which are documents that would otherwise be filed under seal. *See* Dkt. No. 2424 at 9 n.4 ("Discovery dispute letters filed on the docket shall not include information that a party seeks to seal. In the rare event such information needs to be presented to resolve a discovery dispute, it shall be provided directly to Chambers.").

      This letter and the attached index as well as the letter that would otherwise be filed under seal and the exhibits thereto will be hand-delivered to Your Honor's Chambers on Thursday, June 6, 2013 and served on all counsel via the email service list.

                            Very truly yours,

                              RACHEL L. JENSEN

RLJ:hsb
Enclosures

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be e-mailed the foregoing document or paper via the email distribution service list to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 5, 2013.

s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:    RachelJ@rgrdlaw.com

**Mailing Information for a Case 2:04-cv-05184-CCC-JAD**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **DOUGLAS A. ABRAHAMS**
  dabrahams@kohnswift.com,joanb@kohnswift.com

- **DANIEL B. ALLANOFF**
  dallanoff@mcgslaw.com

- **ROBIN L. ALPERSTEIN**
  robin.alperstein@wilmerhale.com

- **REBECCA R. ANZIDEI**
  ranzidei@steinmitchell.com

- **MITCHELL JAY AUSLANDER**
  mauslander@willkie.com,mao@willkie.com,twhitehouse@willkie.com,kmonin@willkie.com,afitzpatrick@willkie.com,ebower@willkie.com,wrooney@willkie.com,ph

- **HARVEY JOEL BARNETT**
  hbarnett@sperling-law.com,bturcsany@sperling-law.com

- **PHILIP J. BEZANSON**
  phillip.bezanson@bracewellgiuliani.com

- **PETER RICHARD BISIO**
  peter.bisio@hoganlovells.com,daniel.metroka@hoganlovells.com,bonnie.carpenter@hoganlovells.com,david.foster@hoganlovells.com,Michelle.Kisloff@hoganlovells.

- **MICHAEL R. BLANKSHAIN**
  blankshain@wildmanharrold.com,radziwon@wildmanharrold.com

- **SONYA RAE BRAUNSCHWEIG**
  sonya.braunschweig@dlapiper.com

- **ROBERT J. BRENER**
  Robert.Brener@leclairryan.com,Patricia.Gaglioti@leclairryan.com

- **MARK ANTHONY BULGARELLI**
  mbulgarelli@foote-meyers.com,cspring@foote-meyers.com

- **ANDREW O. BUNN**
  andrew.bunn@dlapiper.com,DocketingNewYork@dlapiper.com

- **MATTHEW M. BURKE**
  matthew.burke@ropesgray.com

- **ROBERT J. BURNS**
  robert.burns@hklaw.com

- **THOMAS F. BUSH**
  tbush@edwardswildman.com,dtaylor@edwardswildman.com,pfrye@edwardswildman.com,ecffilings@edwardswildman.com

- **JOHN C. CABANISS**
  john@cabanisslaw.com,nina@cabanisslaw.com

- **ANNA MARIE CABASSA-TORRES**
  acabassa@zsz.com

- **MATTHEW JOSEPH CACCAMO**
  caccamo@wildmanharrold.com

- **BRIAN PETER CALANDRA**
  brian.calandra@shearman.com

- **JOHNNY W. CARTER**
  jcarter@susmangodfrey.com

- **JOANNE M. CICALA**
  jcicala@kmllp.com,lmorris@kmllp.com

- **JAMES B. CLARK , III**
  james.clark@usdoj.gov

- **WILLIAM F. CLARKE , JR**
  william.clarke@beazley.com

- **JOANNA J. CLINE**
  clinej@pepperlaw.com

- **BRYAN L. CLOBES**
  bclobes@caffertyclobes.com,ktucker@caffertyclobes.com

- **LOUIS G. CORSI**
  lcorsi@lcbf.com

- **TRAVIS SCOTT CRABTREE**
  tcrabtree@lrmlaw.com,jreed@lrmlaw.com

- **PAUL C. CURNIN**
  pcurnin@stblaw.com

- **STEVEN P. DEL MAURO**
  sdelmauro@mdmc-law.com,bkliesh@mdmc-law.com

- **G. RICHARD DODGE , JR**
  grdodge@mayerbrown.com

- **THOMAS P. DOVE**
  tdove@furth.com

- **LARRY D. DRURY**
  ldrurylaw@aol.com

- **BRYAN S. DUMESNIL**
  bryan.dumesnil@bgllp.com,cindy.rodriguez@bgllp.com,elisabeth.taylor@bgllp.com,beth.elliott@bgllp.com,maria.kimbrough@bgllp.com,heath.novosad@bgllp.com

- **LEO L. ESSES**
  lesses@ctswlaw.com

- **BETH L. FANCSALI**
  bfancsali@edwardswildman.com,jwiltscheck@edwardswildman.com

- **STACEY SEXTON FARRELL**
  sfarrell@fieldshowell.com

- **KEVIN JOSEPH FEE**
  kfee@kvwmail.com,eslavina@kvwmail.com

- **CAROLYN H. FEENEY**
  carolyn.feeney@dechert.com

- **DAVID U. FIERST**
  dfierst@steinmitchell.com

- **IAN HOWARD FISHER**
  fisher@sw.com,central@sw.com,swcourts@yahoo.com

- **MARTIN FLUMENBAUM**
  mflumenbaum@paulweiss.com

- **ROBERT M. FOOTE**
  rmf@foote-meyers.com

- **GEORGE BENNET FORBES**
  gforbes@georgeforbeslaw.com,georgef@spevacklegalteam.com

- **CHARLENE P. FORD**
  cford@whatleydrake.com,ecf@whatleydrake.com

- **BRYCE L. FRIEDMAN**
  bfriedman@stblaw.com

- **JOHN B.M. FROHLING**
  jcfrohling@aol.com

- **FREDERICK P. FURTH**
  fpfurth@furth.com

- **KENNETH A. GALLO**
  kgallo@paulweiss.com

- **MICHAEL J. GARVEY**
  mgarvey@stblaw.com

- **RACHEL L. GERSTEIN**
  rgerstein@akingump.com,nymco@akingump.com

- **NEIL KEITH GILMAN**
  ngilman@hunton.com

- **KELLY M. GLYNN**
  glynn@sw.com,connor@sw.com

- **JAYNE ARNOLD GOLDSTEIN**
  jagoldstein@pomlaw.com

- **ROBERT GERARD GOODMAN**
  rgg@palmisanogoodman.com,amk@palmisanogoodman.com

- **DAVID GRAIS**
  dgrais@graisellsworth.com

- **STEVEN J. GREENFOGEL**
  sgreenfogel@litedepalma.com,alee@litedepalma.com

- **MARC D. HAEFNER**
  mhaefner@connellfoley.com

- **JAMES HALLOWELL**
  jhallowell@gibsondunn.com,aarias@gibsondunn.com

- **DAVID HUGHES HARRIS**
  dhhesq@gmail.com

- **BARRY HASSELL**
  bhassell@cctb.com

- **PATRICK J. HENEGHAN**
  heneghan@sw.com,hadley@sw.com,central@sw.com,miner@sw.com,swcourts@yahoo.com

- **JOHN HERFORT**
  jherfort@gibsondunn.com,aarias@gibsondunn.com

- **MICHELLE T. HESS**
  michelle.hess@hklaw.com

- **KATHRYN P. HOEK**
  khoek@susmangodfrey.com

- **CHRISTOPHER R. HUNT**
  christopher.hunt@myfloridalegal.com

- **FRED TAYLOR ISQUITH**
  isquith@whafh.com

- **STEPHEN JACOBS**
  sjacobs@lcbf.com

- **RACHEL LYNN JENSEN**
  rachelj@rgrdlaw.com,cmedici@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **KAREN LOUISE JONES**
  kjones@furth.com,gmgray@furth.com

- **EDITH M. KALLAS**
  ekallas@whatleykallas.com,ecf@whatleykallas.com

- **ROBERTA A. KAPLAN**
  rkaplan@paulweiss.com

- **JON STEPHEN KENNEDY**
  skennedy@bakerdonelson.com

- **ALAN L. KILDOW**
  alan.kildow@dlapiper.com

- **JON T. KING**
  jking@hausfeldllp.com

- **RANDI F. KNEPPER**
  rknepper@mdmc-law.com,cmcgough@mdmc-law.com

- **KYMBERLY KOCHIS**
  kkochis@nldhlaw.com

- **WERNER R. KRANENBURG**
  Werner@kranenburgesq.com

- **KENNETH EMANUEL KRAUS**
  kraus@sw.com

- **DEVON MCKECHAN LARGIO**
  devon.largio@kirkland.com

- **DANIEL EDWARD LAYTIN**
  dlaytin@kirkland.com

- **DANIEL J. LEFFELL**
  dleffell@paulweiss.com

- **MICHAEL P. LEHMANN**
  mlehmann@hausfeldllp.com,clebsock@hausfeldllp.com

- **ADAM J LEVITT**
  alevitt@gelaw.com,skim@gelaw.com,jtangren@gelaw.com,earonowitz@gelaw.com,ajlevitt@yahoo.com

- **ROY H. LIDDELL**
  royliddell@wellsmar.com,jwilson@wellsmar.com

- **WENDY JEANNE LINDSTROM**
  wendy.lindstrom@wilsonelser.com

- **ALLYN ZISSEL LITE**
  alite@litedepalma.com,epalomino@litedepalma.com

- **KEVIN C. LOGUE**
  kevinlogue@paulhastings.com

- **THOMAS M. LOUIS**
  tlouis@wellsmar.com,spuckett@wellsmar.com

- **JEFFREY J. LOWE**
  jeff@jefflowepc.com

- **STEPHEN V. MASTERSON**
  smasterson@glaserweil.com,aramos@glaserweil.com

- **MARY MCCANN**
  MMccann@cahill.com

- **JAMES G. MCCARNEY**
  NY-Docketing@sheppardmullin.com

- **MICHAEL LEE MCCLUGGAGE**
  mccluggage@wildmanharrold.com,radziwon@wildmanharrold.com

- **MICHAEL GLENN MCLELLAN**
  mmclellan@finkelsteinthompson.com

- **CARMEN A. MEDICI**
  cmedici@rgrdlaw.com

- **CARMEN A. MEDICI**
  cmedici@rgrdlaw.com

- **WILLIAM F. MEGNA**
  wmegna@mmmlaw.com,kshaw@mmmlaw.com

- **ELLEN MERIWETHER**
  emeriwether@caffertyclobes.com

- **THOMAS R. MERRICK**
  tmerrick@rgrdlaw.com

- **SCOTT L. METZGER**
  metzger@dsmwlaw.com

- **JOHN R. MIDDLETON**
  JMiddleton@lawnj.com,JRMIDDLETONJR@GMAIL.COM,edahl@lawnj.com

- **KEITH J. MILLER**
  kmiller@rwmlegal.com

- **DENIS C. MITCHELL**
  dmitchell@steinmitchell.com

- **ROBERT F. MUSE**
  rmuse@steinmitchell.com

- **W. TIMOTHY NEEDHAM**
  tneedham@janssenlaw.com

- **DAVID MARC NIEPORENT**
  dnieporent@samuelandstein.com,davidnieporent@gmail.com

- **ABIGAIL NITKA**
  abigail.nitka@wilsonelser.com

- **EAMON O'KELLY**
  okelly.eamon@arentfox.com

- **MARIO ANTHONY PACELLA**
  mpacella@stromlaw.com,dblount@stromlaw.com

- **ANNE JOHNSON PALMER**
  anne.johnsonpalmer@ropesgray.com,courtalert@ropesgray.com

- **PETER S. PEARLMAN**
  PSP@njlawfirm.com

- **NYRAN ROSE PEARSON**
  nrasche@caffertyclobes.com,snyland@caffertyclobes.com

- **MOLLY LEHR PEASE**
  mpease@graisellsworth.com

- **ROBERT HARDY PEES**
  rpees@akingump.com,nymco@akingump.com,abarnes@akingump.com

- **JOHN J. PENTZ**
  clasaxn@earthlink.net

- **RICHARD C. PEPPERMAN , II**
  peppermanr@sullcrom.com,breaud@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **RUSSELL PICCOLI**
  carol.thorne@mwmf.com

- **Donald R. Pierson**
  fsturkish@aol.com

- **JULIO J. RAMOS**
  jramos@furth.com

- **R. DOUGLAS REES**
  drees@jenner.com

- **SHAWN PATRICK REGAN**
  sregan@hunton.com

- **GREGORY M. REISER**
  gregory.reiser@wilmerhale.com

- **MARK C. RIFKIN**
  rifkin@whafh.com

- **DONALD A. ROBINSON**
  drobinson@rwmlegal.com,graffield@rwmlegal.com

- **TAMMY L. ROY**
  troy@cahill.com

- **ROBERT S. SCHACHTER**
  rschachter@zsz.com,wgonzalez@zsz.com

- **JOSEPH J. SCHIAVONE**
  jschiavone@budd-larner.com

- **WILLIAM G. SCHOPF**
  schopf@sw.com,miner@sw.com,swcourts@yahoo.com

- **JEFFREY T. SCOTT**
  scottj@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **HOWARD J. SEDRAN**
  hsedran@lfsblaw.com

- **PATRICK SHEA**
  patrickshea@paulhastings.com

- **BARRY G. SHER**
  barrysher@paulhastings.com

- **PATRICK T. SHILLING**
  pshilling@stblaw.com,swilson@stblaw.com

- **BARBARA T. SICALIDES**
  sicalidesb@pepperlaw.com,bassmanb@pepperlaw.com

- **ROBERT A. SKINNER**
  robert.skinner@ropesgray.com,courtalert@ropesgray.com

- **LESLIE M. SMITH**
  lsmith@kirkland.com,nshea@kirkland.com

- **JENNIFER W. SPRENGEL**
  jsprengel@caffertyclobes.com

- **CHRISTOPHER J. ST. JEANOS**
  cstjeanos@willkie.com,mao@willkie.com

- **MAE AMELIA STILES**
  stiles.mae@arentfox.com

- **JOHN J. STOIA**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com,tmerrick@rgrdlaw.com

- **JOSEPH PRESTON STROM**
  petestrom@stromlaw.com,dblount@stromlaw.com

- **BONNY ELAINE SWEENEY**
  bonnys@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **JUSTIN MICHAEL TARSHIS**
  jtarshis@zsz.com,ssalvetti@zsz.com,ddrachler@zsz.com

- **JOHN M. TORIELLO**
  john.toriello@hklaw.com,glenn.huzinec@hklaw.com,elvin.ramos@hklaw.com

- **GENEVIEVE VOSE**
  gvose@susmangodfrey.com

- **LIZA M. WALSH**
  lwalsh@connellfoley.com,jbrandon@susmangodfrey.com,tvanek@SusmanGodfrey.com,btroyan@connellfoley.com

- **JENNIFER A. WATERS**
  waters@sw.com,connor@sw.com

- **HENRY WEISBURG**
  hweisburg@shearman.com

- **LEDA DUNN WETTRE**
  lwettre@rwmlegal.com

- **JOE R. WHATLEY**
  jwhatley@whatleykallas.com,ecf@whatleykallas.com

- **ALEXANDER W. WOOD**
  alexanderwood@paulhastings.com

- **MARGARET O'ROURKE WOOD**
  mwood@wolffsamson.com

- **FREDERICK BARTLETT WULFF , SR**
  bart.wulff@koningrubarts.com

- **KATHRYN K. WYCOFF**
  kathryn.wycoff@lovells.com

- **RICHARD F. YARBOROUGH**
  ryarborough@bakerdonelson.com,jcraft@bakerdonelson.com

- **nefmednwk**
  njdnefmed@njd.uscourts.gov

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
GREGG                   ABBOTT
COUNSEL NOT ADMITTED TO USDC-NJ BAR
OFFICE OF THE TEXAS ATTORNEY GENERAL
300 W. 15TH STREET
9TH FLOOR
AUSTIN, TX 78701

ROBERT                  G. ABRAMS
HOWREY LLP
1299 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004-2402

FRANCIS                 A. ANANIA
COUNSEL NOT ADMITTED TO USDC-NJ BAR
ANANIA, BANDKLAYDER, BLACKWELL & BAUMGARTEN
NATIONSBANK TOWER
100 SE 2ND STREET
SUITE 4300
MIAMI, FL 33131-2144

JILL                    CHRISTINE ANDERSON
COUNSEL NOT ADMITTED TO USDC-NJ BAR
FREEBORN & PETERS
311 SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, IL 60606
```

**ANASTASIA ANGELOVA**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SULLIVAN & CROMWELL, LLP
125 BROAD STREET
NEW YORK, NY 10004

**MARK A. ARONCHICK**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HANGLEY ARONCHICK SEGAL & PUDLIN
ONE LOGAN SQUARE
27TH FLOOR
PHILADELPHIA, PA 19103

**ANDREW D. ARONS**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CHILDRESS, DUFFY & GOLDBLATT, LTD.
515 N. STATE STREET
SUITE 2200
CHICAGO, IL 60610

**VICTORIA ASHWORTH**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
75 EAST 55TH STREET
NEW YORK, NY 10022

**AVERY DENNISON CORPORATION**
,

**Aberfeldy Properties Inc.**
,

**GUY BURDETTE BAILEY** , JR
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BAILEY & DAWES, LC
CONTINENTAL PLAZA
3250 MARY STREET
SUITE 100
COCONUT GROVE, FL 33133-2623

**AMY E. BARABAS**
CAHILL, GORDON & REINDELL, LLP
80 PINE STREET
NEW YORK, NY 10005-1702

**MARVIN E. BARKIN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS,
101 E KENNEDY BOULEVARD
SUITE 2700
PO BOX 1102
TAMPA, FL 33601-1102

**MICHAEL W. BAXTER**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
COPELAND, COOK, TAYLOR & BUSH
PO BOX 6020
RIDGELAND, MS 39158-6020

**P. RYAN BECKETT**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
PO BOX 22567
JACKSON, MS 39225-2567

**OWEI BELLEH**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BAILEY & DAWES, LC
CONTINENTAL PLAZA
3250 MARY STREET
SUITE 100
COCONUT GROVE, FL 33133-2623

**ANDREW T. BERRY**
MCCARTER & ENGLISH, LLP
FOUR GATEWAY CENTER
100 MULBERRY STREET
PO BOX 652
NEWARK, NJ 07101-0652

**VINEET BHATIA**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002

**DONALD ARTHUR BLACKWELL**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
ANANIA, BANDKLAYDER, BLACKWELL & BAUMGARTEN
NATIONSBANK TOWER
100 SE 2ND STREET
SUITE 4300
MIAMI, FL 33131-2144

**JOHN ARMANDO BOUDET**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
GREENBERG TRAURIG, PA
PO BOX 4923

```
ORLANDO, FL 32802-4923

JEREMY              J BRANDON
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
901 MAIN STREET
SUITE 4100
DALLAS, TX 77202-3775

ROBIN               BREWER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BONSIGNORE & BREWER
23 FOREST STREET
MEDFORD, MA 02155

STEVEN              J BRODIE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CARLTON FIELDS, PA
4000 BANK OF AMERICA TOWER
100 SE 2ND STREET
PO BOX 19101
MIAMI, FL 33131-9101

RUSSELL             THOMAS BURKE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
NEXSEN PRUET JACOBS & POLLARD
PO DRAWER 2426
COLUMBIA, SC 29202

KATHLEEN            CURRIE CHAVEZ
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CHAVEZ LAW FIRM
 416 SOUTH SECOND STREET
GENEVA, IL 60134

AUSTIN              B COHEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106

JEFFREY             MICHAEL COHEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CARLTON FIELDS
100 SE 2ND STREET
SUITE 4000
PO BOX 019101
MIAMI, FL 33131-9101

GREGORY             K. CONWAY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WILLKIE, FARR & GALLAGHER, LLP
1875 K STREET NW
WASHINGTON, DC 20006-1238

CHARLES             GREG COPELAND
COUNSEL NOT ADMITTED TO USDC-NJ BAR
COPELAND, COOK, TAYLOR & BUSH
PO BOX 6020
RIDGELAND, MS 39158-6020

C.                  LARRY CORBO                            , III
COUNSEL NOT ADMITTED TO USDC-NJ BAR
JACKSON WALKER LLP
1401 MCKINNEY
SUITE 1900
HOUSTON, TX 77010

CHRIS               S. COUTROULIS
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CARLTON FIELDS, PA
4221 WEST BOY SCOUT BOULEVARD
SUITE 1000
TAMPA, FL 33607

PATRICIA            C. CROWLEY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1615 L STREET NW
SUITE 1300
WASHINGTON, DC 20036-5694

SHAFFIN             ABDUL DATOO
THOMPSON WIGDOR & GILLY LLP
85 FIFTH AVENUE
NEW YORK, NY 10003

DUSTIN              E DEESE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
TRENAM, KEMKER, SCHRARF, BARKIN, FRYE, O'NEILL & MULLIS
101 E KENNEDY BOULEVARD
SUITE 2700
PO BOX 1102
TAMPA, FL 33601-1102

MIRIAM              THERESA DOWD
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BINGHAM MCCUTCHEN, LLP
399 PARK AVENUE
```

```
NEW YORK, NY 10022

ELTON               F DUNCAN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DUNCAN, COURINGTON & RYDBERG
400 POYDRAS STREET
SUITE 1200
NEW ORLEANS, LA 70130

DENIS               L. DURKIN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BAKER & HOSTETLER, LLP
200 S ORANGE AVENUE
SUITE 2300
PO BOX 112
ORLANDO, FL 32801

MARCI               A EISENSTEIN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SCHIFF HARDIN, LLP
223 SOUTH WACKER DRIVE
660 SEARS TOWER
CHICAGO, IL 60606

DAVID               T. EMANUELSON
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HOWREY, LLP
321 N. CLARK STREET
SUITE 3400
CHICAGO, IL 60610

MARY JANE           EDELSTEIN FAIT
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WOLF HALDENSTEIN ADLER FREEMAN & HERTZ LLP
656 WEST RANDOLPH STREET
SUITE 500W
CHICAGO, IL 60661

PAUL                L. FIELDS                                  , JR
COUNSEL NOT ADMITTED TO USDC-NJ BAR
191 PEACHTREE STREET NE
SUITE 4600
ATLANTA, GA 30309

MELODY              FORRESTER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
MILLER, FAUCHER & CAFFERTY, LLP
ONE LOGAN SQUARE
18TH & CHERRY STREETS
SUITE 1700
PHILADELPHIA, PA 19103

JAMES               E. FOSTER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
AKERMAN SENTERFITT
255 S. ORANGE AVENUE
PO BOX 231
ORLANDO, FL 32802-0231

THOMAS              A. FRENCH
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DUNCAN, COURINGTON & RYDBERG
400 POYDRAS STREET
SUITE 1200
NEW ORLEANS, LA 70130

CHRISTOPHER         G. FRETEL
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LANDMAN, CORSI, BALLAINE & FORD
120 BROADWAY
NEW YORK, NY 10271

MICHAEL             P. GEISER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002

NED                 GELHAAR
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HANCOCK, ROTHERT & BUNSHOFT, LLP
515 SOUTH FIRUEROA STREET
17TH FLOOR
LOS ANGELES, CA 90071

CHRISTOPHER         C. GILBERT
COUNSEL NOT ADMITTED TO USDC-NJ BAR
UNGER LAW GROUP, PL
PO BOX 4909
ORLANDO, FL 32802-4909

JUSTIN              M. GIOVANNELLI
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CAHILL, GORDON & REINDEL, LLP
80 PINE STREET
NEW YORK, NY 10005

H.                  LEE GODFREY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
```

```
SUSMAN GODFREY, LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002-5096

RICHARD            C GODFREY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRKLAND & ELLIS LLP
200 E. RANDOLPH DRIVE
CHICAGO, IL 60601

WILLIAM            F. GRACE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CHAFFE MCCALL
1100 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LA 70163-2300

M.                 DUNCAN GRANT
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE
18TH & ARCH STREETS
PHILADELPHIA, PA 19103-2799

DAVID              C GUSTMAN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
FREEBORN & PETERS
311 SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, IL 60606

RYAN               A. HAAS
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CHILDRESS, DUFFY & GOLDBLATT, LTD.
515 N. STATE STREET
SUITE 2200
CHICAGO, IL 70610-8190

SARAH              EMILY HAGANS
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
75 EAST 55TH STREET
NEW YORK, NY 10022

WILLIAM            M HANNAY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SCHIFF HARDIN LLP
223 SOUTH WACKER DRIVE
6600 SEARS TOWER
CHICAGO, IL 60606

AMY                D HARMON
COUNSEL NOT ADMITTED TO USDC-NJ BAR
NEXSEN, PRUET, JACOBS & POLLARD
PO DRAWER 2426
COLUMBIA, SC 29202

MICHAEL            S HILICKI
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BEELER, SCHAD & DIAMOND, PC
332 S. MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60604

KEVIN              F HORMUTH
COUNSEL NOT ADMITTED TO USDC-NJ BAR
GREENSFELDER & HEMKER
EQUITABLE BUILDING
10 SOUTH BROADWAY
SUITE 2000
ST LOUIS, MO 63102

JEFFREY            D. HORST
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KREVOLIN & HORST
1175 PEACHTREE STREET, NE
100 COLONY SQUARE
SUITE 2150
ATLANTA, GA 30361

DEBORAH            E HYRB
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PAUL HASTINGS, JANOFSKY & WALKER, LLP
1055 WASHINGTON BOULEVARD
9TH FLOOR
STAMFORD, CT 06901

SAMUEL             BAYARD ISAACSON
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DLA PUPER RUDICK GRAY CARY US LLP
203 N. LASALLE STREET
SUITE #1900
CHICAGO, IL 60603

DANIEL             L. JOHNS
WESTERVELT JOHNSON NICOLL & KELLER
FIRST FINANCIAL PLAZA
14TH FLOOR
411 HAMILTON BLDV
```

```
PEORIA, IL 61602-1114

DANIEL           P. JORDAN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
PO BOX 22567
JACKSON, MS 39225-2567

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
CLERK OF THE PANEL
ONE COLUMBUS CIRCLE, NE
THURGOOD MARSHALL FEDERAL JUDICIARY BUIDLING
ROOM G-255 - NORTH LOBBY
WASHINGTON, DC 20002-8004

STEVEN           A. KANNER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
MUCH, SHELIST, FREED, DENENBERG, AMENT & RUBENSTEIN, PC
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606

TONY             KIM
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BEELER, SCHAD & DIAMOND, PC
332 S. MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60604

KMART CORPORATION
,

RACHEL           ROSS KRAUSE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
OGDEN & SULLIVAN, PA
113 S ARMEIA AVENUE
TAMPA, FL 33609

ROBERT           J KRISS
COUNEL NOT ADMITTED TO USDC-NJ BAR
MAYER, BROWN, ROWE & MAW LLP
190 S. LASALLE STREET
CHICAGO, IL 60603

LANDS' END INC.
,

EDWIN            MICHAEL LARKIN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
VENABLE LLP
1270 AVENUE OF THE AMERICAS, 25TH FL
NEW YORK, NY 10020

THOMAS           LARKIN
1 SHELDRAKE LANE
PALM BEACH GARDENS, FL 33418

ELIZABETH        A. LARSEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRKPATRICK & LOCKHART, NICHOLSON, GRAHAM, LLP
200 E. RANDOLPH DRIVE
CHICAGO, IL 60601

ANDREA           J. LAWRENCE
COHEN TAUBER SPIEVACK & WAGNER P.C.
420 LEXINGTON AVENUE
24TH FLOOR
NEW YORK, NY 10170

CHRISTOPHER      L. LEBSOCK
HAUSFELD LLP
44 MONTGOMERY STREET, SUITE 3400
SAN FRANCISCO, CA 94111

PETER            S. LINDEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRBY MCINERNEY LLP
825 THIRD AVENUE
16TH FLOOR
NEW YORK, NY 10022

WILLIAM          HENRY LONDON
COUNSEL NOT ADMITTED TO USDC-NJ BAR
MUCH, SHELIST, FREED, DENENBERG, AMENT & RUBENSTEIN, PC
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60605-1615

ERIC             NEAL MACEY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
NOVACK & MACEY, LLP
303 WEST MADISON STREET
SUITE 1500
CHICAGO, IL 60606

NEAL             S. MANNE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
1000 LOUISIANA STREET
SUITE 5100
```

```
HOUSTON, TX 77002-5096

GREGORY          L. MAST
COUNSEL NOT ADMITTED TO USDC-NJ BAR
FIELDS, HOWELL, ATHANS & MCLAUGHLIN
ONE MIDTOWN PLAZA
SUITE 800
1360 PEACHTREE STREET
ATLANTA, GA 30309

H.               ALAN MCCALL
COUNSEL NOT ADMITTED TO USDC-NJ BAR
STOCKWELL SIEVERT
PO BOX 2900
LAKE CHARLES, LA 70601

FREDRICK         H. MCCLURE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PIP RUDNICK LLP
101 E. KENNEDY BOULEVARD
SUITE 2000
TAMPA, FL 33602-5148

DONNA            L. MCDEVITT
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
333 WEST WACKER DRIVE
SUITE 2100
CHICAGO, IL 60606

JENNIFER         BATES MCINTYRE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PERKINS COIE LLC
131 SOUTH DEARBORN
SUITE 1700
CHICAGO, IL 60603-5559

DOUGLAS          A. MILLEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
MUCH, SHELIST, FREED, DENENBERG, AMENT & RUBENSTEIN, PC
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60605-1615

MICHELE          A. MILLER
WESTERVELT JOHNSON NICOLL & KELLER
FIRST FINANCIAL PLAZA
14TH FLOOR
411 HAMILTON BLVD
PEORIA, IL 61602-1114

DONALD           JAMES MOONEY
ULMER & BERNE
NOT ADMITTED TO THE NJ BAR
600 VINE STREET
SUITE 2800
CINCINNATI, OH 45202-2409

TIMOTHY          ALAN NELSEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
333 WEST WACKER DRIVE
SUITE 2100
CHICAGO, IL 60606

DARREN           K. NELSON
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PARR, WADDOUPS, BROWN, GEE & LOVELESS
185 S STATE STREET
SUITE 1300
PO BOX 11019
SALT LAKE CITY, UT 84111

KEVIN            F. O'MALLEY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
GREENSFELDER & HEMKER
EQUITABLE BUILDING
10 SOUTH BROADWAY
SUITE 2000,
ST LOUIS, MO 63102

ROSEANN          OLIVER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PERKINS COIE LLC
131 S. DEARBORN
SUITE 1700
CHICAGO, IL 60603-5559

JOHN             ROBERT OLLER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WILKIE, FARR & GALLAGHER, LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

DANIEL           A. OSBORN
BEATIE & OSBORN LLP
521 FIFTH AVENUE
34TH FLOOR
NEW YORK, NY 10175
```

**BRIAN         J OSIAS**
MCCARTER & ENGLISH, LLP
,

**BENJAMIN      R. OSTAPUK**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRKLAND & ELLIS LLP
555 CALIFORNIA STREET
SAN FRANCISCO, CA 94104

**HOUSTON       S. PARK**                                            , III
COUNSEL NOT ADMITTED TO USDC-NJ BAR
STEPHENS, LYNN, KLEIN, LA CAVA, HOFFMAN
NORTHBRIDGE CENTER
515 N. FLAGLER DRIVE
SUITE 1600
WEST PALM BEACH, FL 33401-4390

**ROBERT        M. PARKER**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PARKER CLAYTON
100 E. FERGUSON
SUITE 1114
TYLER, TX 75702

**RONALD        RICHARD PARRY**
PARRY DEERING FUTSCHER & SPARKS PSC
NOT ADMITTED TO NEW JERSEY BAR
411 GARRARD STREET
P.O. BOX 2618
COVINGTON, KY 41012-2618

**GREGORY       J. PHILLIPS**
ULMER & BERNE LLP
NOT ADMITTED TO THE NJ BAR
1660 WEST 2ND STREET
SUITE 1100
CLEVELAND, OH 44113

**LAYN          R. PHILLIPS**
IRELL & MANELLA, LLP
840 NEWPORT CENTER DRIVE
SUITE 400
NEWPORT BEACH, CA 92660

**CARL          H POCDTKE**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DLA PIPER RUDNICK GARY CARY US LLP
203 N. LASALLE STREET
SUITE 1900
CHICAGO, IL 60601

**ALAN          SETH RABINOWITZ**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SHEARMAN & STERLING LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

**L.            JANE RAY**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002-5096

**JAMES         L REED**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LOOPER REED & MCGRAW
1300 POST OAK BOULEVARD
SUITE 2000
HOUSTON, TX 77056

**ANDREW        M REIDY**
HOWREY LLP
1299 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004-2402

**JONATHAN      E. RICHMAN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DEWEY & LEBOEUF LLP
125 WEST 55TH
NEW YORK, NY 10022

**PAUL          JEFFREY RIEHLE**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SEDGWICK DETERT MORAN & ARNOLD
ONE EMBARCADERO CENTER
 16TH FLOOR
SAN FRANCISCO, CA 94111-3628

**JESSICA       G ROUX**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DUNCAN, COURINGTON & RYDBERG
400 POYDRAS STREET
SUITE 1200
NEW ORLEANS, LA 70130

**THOMAS        LOUIS RUFFNER**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HOWREY LLP

```
321 NORTH CLARK STREET
SUITE 3400
CHICAGO, IL 60610
```

**GEOFFREY        C. RUSHING**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SAVERI & SAVERI
706 SANSOME STREET
SAN FRANCISCO, CA 94111
```

**ALAN            N. SALPETER**
```
COUNEL NOT ADMITTED TO USDC-NJ BAR
190 SOUTH LASALLE STREET
39TH FLOOR
CHICAGO, IL 60603
```

**ELIZABETH       BARRY SANDZA**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LEBOEUF, LAMB, GREENE & MACRAE, LLP
1101 NEW YORK AVE., NW
SUITE 1100
WASHINGTON, DC 20005-4213
```

**GUIDO           SAVERI**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SAVERI & SAVERI, INC.
706 SANSOME STREET
SAN FRANCISCO, CA 94111
```

**RICHARD         ALEXANDER SAVERI**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SAVERI & SAVERI, INC.
706 SANSOME STREET
SAN FRANCISCO, CA 94111
```

**LAWRENCE        WILEY SCHAD**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BEELER, SCHAD & DIAMOND, PC
332 SOUTH MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60604
```

**KEVIN           R.J. SCHROTH**
```
Cole, Schotz, Meisel, Forman & Leonard
900 Third Avenue
16th Floor
NEW YORK, NY 10022
```

**STEPHEN         W SCHWAB**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DLA PIPER RUDICK GRAY CARY US LLP
203 NORTH LASALLE STREET
SUITE #1900
CHICAGO, IL 60601-1293
```

**JEFFREY         R. SEELY**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002
```

**KELLEY          SEVIN**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DUNCAN, COURINGTON & RYDBERG
400 POYDRAS STREET
SUITE 1200
NEW ORLEANS, LA 70130
```

**PAULA           G. SHAKELTON**
```
ULMER & BERNE LLP
NOT ADMITTED TO THE NJ BAR
1660 WEST 2ND STREET
SUITE 1100
CLEVELAND, OH 44113
```

**JAMES           S. SHEDDEN**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BELLER, SCHAD & DIAMOND, PC
332 S. MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60604
```

**PHILIP          RITCHEY SIMS**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CHAFFE MCCALL
1100 POLYDRAW STREET
SUITE 2300
NEW ORLEANS, LA 70163-2300
```

**DAVID           ANTHONY SIRNA**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KREVOLIN & HORST
1175 PEACHTREE STREET, NE
100 COLONY SQUARE
SUITE 2150
ATLANTA, GA 30361
```

**J. ANDREW       SJOBLOM**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
```

```
HOLME, ROBERTS & OWEN, LLP
299 SOUTH MAIN STREET
SUITE 1800
SALT LAKE CITY, UT 84111-2263
```

**ALAN PATRICK SMITH**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CAHILL, GORDON & REINDEL, LLP
80 PINE STREET
NEW YORK, NY 10005
```

**LAYALIZA KLEIN SOLOVEICHIK**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
```

**FREDERIC STANLEY**, JR
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
STANLEY, DEHLINGER & RASCHER
260 MAITLAND AVENUE
SUITE 1500
ALTAMONTE SPRINGS, FL 32701
```

**JILL M. STEINBERG**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
FIRST TENNESSEE BANK BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TN 39103
```

**RICHARD L. STONE**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRBY MCINERNEY LLP
825 THIRD AVENUE
16TH FLOOR
NEW YORK, NY 10022
```

**LISA COLLEEN SULLIVAN**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HOWREY, SIMON, ARNOLD & WHITE, LLP
321 NORTH CLARK STREET
SUITE 3400
CHICAGO, IL 60610
```

**TIMON V SULLIVAN**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
OGDEN & SULLIVAN, PA
113 S ARMENIA AVENUE
TAMPA, FL 33609-1006
```

**SUPREME AUTO TRANSPORT, LLC**
,

**GRETHCHEN S. SWEEN**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
901 MAIN STREET
SUITE 4100
DALLAS, TX 77202-3775
```

**VIRGINIA B. TOWNES**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
AKERMAN SENTERFITT
255 S. ORANGE AVENUE
17TH FLOOR
PO BOX 231
ORLANDO, FL 32802-6610
```

**TRI-STATE CONTAINER CORP.**
,

**KENNETH I. TRUJILLO**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
1717 ARCH STREET
SUITE 3838
PHILADELPHIA, PA 19103
```

**STEPHEN TSAI**
,

**Texas Independent Energy, LLP**
,

**MICHAEL N. UNGAR**
```
ULMER & BERNE LLP
NOT ADMITTED TO THE NJ BAR
1660 WEST 2ND STREET
SUITE 1100
CLEVELAND, OH 44113-1448
```

**MARTIN B. UNGER**
```
UNGER LAW GROUP, PL
PO BOX 4909
ORLANDO, FL 32802-4909
```

**JOHN L. WARDEN**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SULLIVAN & CROMWELL
```

```
125 BROAD STREET
NEW YORK, NY 10004

JAMES            PAUL WEHNER                              , JR
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SQUIRE, SANDERS & DEMPSEY, LLP
1201 PENNSYLVANIA AVENUE NW
PO BOX 407
WASHINGTON, DC 20044-0407

IRA              E. WEINER
66 PARK STREET
MONTCLAIR, NJ 07042

DOROTHY          L. WHITE-COLEMAN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WHITE, COLEMAN & ASOCIATES, LLC
ONE FINANCIAL PLAZA
500 WASHINGTON AVENUE
SUITE 1080
ST. LOUIS, MO 63101-1236

CAROLINE         SPINDLER WHITTEMORE
CAHILL, GORDON & REINDEL, LLP
80 PINE STREET
NEW YORK, NY 10005

RENEE            WICKLUND
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRKLAND & ELLIS, LLP
200 EAST RANDOLPH STREET
CHICAGO, IL 60601

JONATHAN         MICHAEL WILAN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HUNTON & WILLIAMS LLP
1900 K STREET NW
WASHINGTON, DC 20006

MARGUERITE       S. WILLIS
COUNSEL NOT ADMITTED TO USDC-NJ BAR
NEXSEN, PRUET, JACOBS & POLLARD
PO DRAWER 2426
COLUMBIA, SC 29202

JACK             LOUIS WUERKER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SQUIRE, SANDERS & DEMPSEY, LLP
8000 TOWERS CRESCENT DRIVE
14TH FLOOR
VIENNA, VA 22182

RICHARD          B. ZABEL
COUNSEL NOT ADMITTED TO USDC-NJ BAR
AKIN, GUMP, STRAUSS, HAVER & FELD, LLP
590 MADISON AVENUE
42ND FLOOR
NEW YORK, NY 10022

CADIO            ZIRPOLI
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SAVERI & SAVERI
706 SANSOME STREET
SAN FRANCISCO, CA 94111
```