ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
RACHEL L. JENSEN
THOMAS R. MERRICK
CARMEN A. MEDICI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re INSURANCE BROKERAGE ANTITRUST LITIGATION | ) ) ) ) | Master Docket No. 04-5184(CCC) |
| This Document Relates To: | ) ) ) | PLAINTIFFS' APPLICATION FOR TEMPORARY SEAL OF THE NOVEMBER 4, 2013 LETTER FROM RACHEL L. JENSEN AND THE ATTACHED [PROPOSED] SECOND AMENDED COMPLAINT PURSUANT TO LOCAL RULE 5.3(c)(6) AND THE CORRECTED CONFIDENTIALITY ORDER ON INFORMAL APPLICATION (DKT. NO. 216) |
| *Lincoln Adventures, LLC, et al. v. Those Certain Underwriters at Lloyd's London Members of Syndicates, et al.*, No. 2:08-cv-00235-CCC-JAD | ) ) ) ) ) ) | |

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that the undersigned counsel for Plaintiffs Lincoln Adventures, LLC ("Lincoln Adventures") and Michigan Multi-King, Inc. ("MMK") (collectively, "Plaintiffs") will request before the Honorable Joseph A. Dickson, United States Magistrate Judge, for entry of an order placing the attachment to the letter of Rachel L. Jensen filed on the Docket on November 4, 2013, under temporary seal pursuant to Local Civil Rule 5.3(c)(6) and in accordance with the Corrected Discovery Confidentiality Order on Informal Application ("Confidentiality Order"), ¶7, filed September 23, 2005 (Dkt. No. 216).

The attachment to the letter is Plaintiffs' [Proposed] Second Amended Class Action Complaint (the "SAC").  The SAC contains some allegations based on evidence gleaned from Defendants' document production and deposition testimony that were designated by Defendants as Confidential and/or Attorneys' Eyes Only. According to the Confidentiality Order, if a document is filed by a non-producing party in connection with a non-discovery application, such as Plaintiffs' Motion to Amend, "then the submitting party shall file it along with an application for temporary seal pursuant to Local Rule 5.3(c)(6) and notify the Producing Party of such." Confidentiality Order, ¶7.

The Confidentiality Order prohibits Plaintiffs' not only from quoting such material, but also bars Plaintiffs from utilizing "summari[izing]" or "paraphras[ing]"

- 1 -

of any Confidential or Attorneys' Eyes Only material. Confidentiality Order, ¶5. Thus, even general references to the facts contained in such material designed to provide Defendants and the Court sufficient notice of Plaintiffs' claims are prohibited from inclusion in any publicly-available document. Moreover, absent the inclusion of such material, the Court's ability to determine the merits of Plaintiffs' Motion to Amend would be impaired.

The Confidentiality Order provides that a "temporary seal will expire twenty-one [21] days after filing, unless the Producing Party files a motion to seal pursuant to Local Rule 5.3(c)." *Id.*, ¶7. Should Defendants so choose, they may file a motion to seal within 21 days if they believe in good faith that sealing the portions of the SAC they believe to be Confidential or Attorneys' Eyes Only is the least restrictive means of achieving the goals of Local Rule 5.3. *See id.*

The temporary seal will only apply to the proposed SAC and not to the Motion to Amend or the other supporting papers. The SAC is attached to the Jensen letter in order to allow the Motion to Amend to be filed publicly. Only if the Motion to Amend is granted will Plaintiffs then "file the original forthwith" per Local Civil Rule 7.1(f). Since the return date on the Motion to Amend is not until December 2, 2013, the Motion to Amend will consequently not be decided until after the 21-day period afforded Defendants to seek to have any of the material they deemed Confidential filed under seal. Thus, the temporary seal will have no impact on the "right of public

access to filed materials" or the "presumption in favor of public access."  Explanatory

Note, Local Civil Rule 5.3, Subparagraph (a)(4).

The Producing Party Defendants have been notified via the email service list.

PLEASE TAKE FURTHER NOTICE that Plaintiffs are also submitting a

proposed order, as required by the Rules of this Court.

DATED:  November 4, 2013                Respectfully submitted,

                                        ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        JOHN J. STOIA, JR.
                                        RACHEL L. JENSEN
                                        THOMAS R. MERRICK
                                        CARMEN A. MEDICI


                                                s/ Rachel L. Jensen
                                        RACHEL L. JENSEN

                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)

                                        ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        PAUL J. GELLER
                                        DAVID J. GEORGE
                                        120 East Palmetto Park Road, Suite 500
                                        Boca Raton, FL  33432
                                        Telephone:  561/750-3000
                                        561/750-3364 (fax)

- 3 -

889524_1

ZWERLING, SCHACHTER
  & ZWERLING, LLP
ROBERT S. SCHACHTER
ANA M. CABASSA
41 Madison Avenue
New York, NY  10010
Telephone:  212/223-3900
212/371-5969 (fax)

ZWERLING, SCHACHTER
  & ZWERLING, LLP
DAN DRACHLER
1904 Third Avenue
Seattle, WA 98101-1170
Telephone:  206/223-2053
206/343-9636 (fax)

WHATLEY KALLAS, LLC
JOE R. WHATLEY, JR.
EDITH M. KALLAS
380 Madison Avenue, 23rd Floor
New York, NY  10017
Telephone:  212/447-7060
800/922-4851 (fax)

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

889524_1

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
H. SULLIVAN BUNCH
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602/274-1199 (fax)

FOOTE, MIELKE, CHAVEZ
  & O'NEIL, LLC
ROBERT M. FOOTE
KATHLEEN C. CHAVEZ
ALEX J. DRAVILLAS
10 West State Street, Suite 200
Geneva, IL  60134
Telephone:  630/232-7450
630/232-7452 (fax)

CAFFERTY CLOBES MERIWETHER
  & SPRENGEL LLP
ELLEN MERIWETHER
1101 Market Street, Suite 2650
Philadelphia, PA  19107
Telephone:  (215) 864-2800
215/864-2810 (fax)

CAFFERTY CLOBES MERIWETHER
  & SPRENGEL LLP
NYRAN ROSE RASCHE
30 North LaSalle Street, Suite 3200
Chicago, IL  60602
Telephone:  312/782-4880
312/782-4485 (fax)

AULO I. GONANO, P.C.
AULO I. GONANO
1932 Ford Avenue
Wyandotte, MI  48192
Telephone:  734/285-3333

- 5 -

Attorneys for Plaintiffs

GROSSMAN LLP
JUDD B. GROSSMAN
STANLEY M. GROSSMAN
405 Park Avenue, 10th Floor
New York, New York 10022
Telephone:  646/770-7445
646/417-7997 (fax)

Attorneys for Proposed Additional
Plaintiffs

- 6 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 4, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be e-mailed the foregoing document or paper via the email distribution service list to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 4, 2013.

s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:        rjensen@rgrdlaw.com

## Mailing Information for a Case  2:04-cv-05184-CCC-JAD QLM ASSOCIATES, INC. v. MARSH & MCLENNAN COMPANIES, INC. et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **DOUGLAS A. ABRAHAMS**
  dabrahams@kohnswift.com,joanb@kohnswift.com

- **DANIEL B. ALLANOFF**
  dallanoff@mcgslaw.com

- **ROBIN L. ALPERSTEIN**
  robin.alperstein@wilmerhale.com

- **REBECCA R. ANZIDEI**
  ranzidei@steinmitchell.com

- **MITCHELL JAY AUSLANDER**
  mauslander@willkie.com,mao@willkie.com,twhitehouse@willkie.com,kmonin@willkie.com,afitzpatrick@willkie.com,ebower@willkie.com,wrooney@willkie.com,jrc

- **HARVEY JOEL BARNETT**
  hbarnett@sperling-law.com

- **PHILIP J. BEZANSON**
  phillip.bezanson@bracewellgiuliani.com

- **PETER RICHARD BISIO**
  peter.bisio@hoganlovells.com,daniel.metroka@hoganlovells.com,bonnie.carpenter@hoganlovells.com,david.foster@hoganlovells.com,Michelle.Kisloff@hoganlovells.

- **ROBERT J. BRENER**
  Robert.Brener@leclairryan.com,Patricia.Gaglioti@leclairryan.com

- **MARK ANTHONY BULGARELLI**
  mbulgarelli@foote-meyers.com,cspring@foote-meyers.com

- **MATTHEW M. BURKE**
  matthew.burke@ropesgray.com

- **ROBERT J. BURNS**
  robert.burns@hklaw.com

- **THOMAS F. BUSH**
  tbush@edwardswildman.com,dtaylor@edwardswildman.com,pfrye@edwardswildman.com,ecffilings@edwardswildman.com

- **JOHN C. CABANISS**
  john@cabanisslaw.com,nina@cabanisslaw.com

- **ANNA MARIE CABASSA-TORRES**
  acabassa@zsz.com

- **MATTHEW JOSEPH CACCAMO**
  caccamo@wildmanharrold.com

- **BRIAN PETER CALANDRA**
  brian.calandra@shearman.com

- **JOHNNY W. CARTER**
  jcarter@susmangodfrey.com

- **JOANNE M. CICALA**
  jcicala@kmllp.com,lmorris@kmllp.com

- **JAMES B. CLARK , III**
  james.clark@usdoj.gov

- **WILLIAM F. CLARKE , JR**
  william.clarke@beazley.com

- **JOANNA J. CLINE**
  clinej@pepperlaw.com

- **BRYAN L. CLOBES**
  bclobes@caffertyclobes.com,ktucker@caffertyclobes.com

- **LOUIS G. CORSI**
  lcorsi@lcbf.com

- **TRAVIS SCOTT CRABTREE**
  tcrabtree@lrmlaw.com,jreed@lrmlaw.com

- **PAUL C. CURNIN**

pcurnin@stblaw.com

- **STEVEN P. DEL MAURO**
  sdelmauro@mdmc-law.com

- **G. RICHARD DODGE , JR**
  grdodge@mayerbrown.com

- **THOMAS P. DOVE**
  tdove@furth.com

- **DAN DRACHLER**
  ddrachler@zsz.com

- **LARRY D. DRURY**
  ldrurylaw@aol.com

- **BRYAN S. DUMESNIL**
  bryan.dumesnil@bgllp.com,cindy.rodriguez@bgllp.com,elisabeth.taylor@bgllp.com,beth.elliott@bgllp.com,maria.kimbrough@bgllp.com,heath.novosad@bgllp.com

- **LEO L. ESSES**
  lesses@ctswlaw.com

- **BETH L. FANCSALI**
  bfancsali@edwardswildman.com

- **STACEY SEXTON FARRELL**
  sfarrell@fieldshowell.com

- **KEVIN JOSEPH FEE**
  kfee@kvwmail.com,eslavina@kvwmail.com

- **CAROLYN H. FEENEY**
  carolyn.feeney@dechert.com

- **DAVID U. FIERST**
  dfierst@steinmitchell.com

- **IAN HOWARD FISHER**
  fisher@sw.com,webster@sw.com,glynn@sw.com,central@sw.com,waters@sw.com,wysocki@sw.com

- **MARTIN FLUMENBAUM**
  mflumenbaum@paulweiss.com

- **ROBERT M. FOOTE**
  rmf@foote-meyers.com

- **GEORGE BENNET FORBES**
  gforbes@georgeforbeslaw.com,georgef@spevacklegalteam.com

- **CHARLENE P. FORD**
  cford@whatleydrake.com,ecf@whatleydrake.com

- **BRYCE L. FRIEDMAN**
  bfriedman@stblaw.com

- **JOHN B.M. FROHLING**
  jcfrohling@aol.com

- **FREDERICK P. FURTH**
  fpfurth@furth.com

- **KENNETH A. GALLO**
  kgallo@paulweiss.com

- **MICHAEL J. GARVEY**
  mgarvey@stblaw.com

- **RACHEL L. GERSTEIN**
  rgerstein@akingump.com,nymco@akingump.com

- **NEIL KEITH GILMAN**
  ngilman@hunton.com

- **KELLY M. GLYNN**
  glynn@sw.com,connor@sw.com,wysocki@sw.com

- **JAYNE ARNOLD GOLDSTEIN**
  jagoldstein@pomlaw.com

- **ROBERT GERARD GOODMAN**
  rgg@palmisanogoodman.com,amk@palmisanogoodman.com

- **DAVID GRAIS**

dgrais@graisellsworth.com

- **STEVEN J. GREENFOGEL**
  sgreenfogel@litedepalma.com,alee@litedepalma.com

- **MARC D. HAEFNER**
  mhaefner@connellfoley.com

- **JAMES HALLOWELL**
  jhallowell@gibsondunn.com,aarias@gibsondunn.com

- **DAVID HUGHES HARRIS**
  dhhesq@gmail.com

- **BARRY HASSELL**
  bhassell@cctb.com

- **PATRICK J. HENEGHAN**
  heneghan@sw.com,hadley@sw.com,central@sw.com,miner@sw.com

- **JOHN HERFORT**
  jherfort@gibsondunn.com,aarias@gibsondunn.com

- **MICHELLE T. HESS**
  michelle.hess@hklaw.com

- **KATHRYN P. HOEK**
  khoek@susmangodfrey.com

- **CHRISTOPHER R. HUNT**
  christopher.hunt@myfloridalegal.com

- **FRED TAYLOR ISQUITH**
  isquith@whafh.com

- **STEPHEN JACOBS**
  sjacobs@lcbf.com

- **RACHEL LYNN JENSEN**
  rachelj@rgrdlaw.com,cmedici@rgrdlaw.com

- **KAREN LOUISE JONES**
  kjones@furth.com,gmgray@furth.com

- **EDITH M. KALLAS**
  ekallas@whatleykallas.com,ecf@whatleykallas.com

- **ROBERTA A. KAPLAN**
  rkaplan@paulweiss.com

- **JON STEPHEN KENNEDY**
  skennedy@bakerdonelson.com

- **JON T. KING**
  jking@hausfeldllp.com

- **RANDI F. KNEPPER**
  rknepper@mdmc-law.com,cmcgough@mdmc-law.com

- **KYMBERLY KOCHIS**
  kkochis@nldhlaw.com

- **WERNER R. KRANENBURG**
  Werner@kranenburgesq.com

- **DEVON MCKECHAN LARGIO**
  devon.largio@kirkland.com

- **DANIEL EDWARD LAYTIN**
  dlaytin@kirkland.com

- **DANIEL J. LEFFELL**
  dleffell@paulweiss.com

- **MICHAEL P. LEHMANN**
  mlehmann@hausfeldllp.com,clebsock@hausfeldllp.com

- **ADAM J LEVITT**
  alevitt@gelaw.com,skim@gelaw.com,jtangren@gelaw.com,earonowitz@gelaw.com,ajlevitt@yahoo.com

- **ROY H. LIDDELL**
  royliddell@wellsmar.com,jwilson@wellsmar.com

- **WENDY JEANNE LINDSTROM**

wendy.lindstrom@wilsonelser.com

- **ALLYN ZISSEL LITE**
  alite@litedepalma.com,epalomino@litedepalma.com

- **KEVIN C. LOGUE**
  kevinlogue@paulhastings.com

- **THOMAS M. LOUIS**
  tlouis@wellsmar.com,spuckett@wellsmar.com

- **JEFFREY J. LOWE**
  jeff@jefflowepc.com

- **MARY MCCANN**
  MMccann@cahill.com

- **JAMES G. MCCARNEY**
  NY-Docketing@sheppardmullin.com

- **MICHAEL LEE MCCLUGGAGE**
  mccluggage@wildmanharrold.com

- **MICHAEL GLENN MCLELLAN**
  mmclellan@finkelsteinthompson.com

- **CARMEN A. MEDICI**
  cmedici@rgrdlaw.com

- **CARMEN A. MEDICI**
  cmedici@rgrdlaw.com

- **WILLIAM F. MEGNA**
  wmegna@mmmlaw.com,kshaw@mmmlaw.com

- **ELLEN MERIWETHER**
  emeriwether@caffertyclobes.com

- **THOMAS R. MERRICK**
  tmerrick@rgrdlaw.com

- **SCOTT L. METZGER**
  metzger@dsmwlaw.com

- **JOHN R. MIDDLETON**
  JMiddleton@lawnj.com,JRMIDDLETONJR@GMAIL.COM,edahl@lawnj.com

- **KEITH J. MILLER**
  kmiller@rwmlegal.com

- **DENIS C. MITCHELL**
  dmitchell@steinmitchell.com

- **ROBERT F. MUSE**
  rmuse@steinmitchell.com

- **W. TIMOTHY NEEDHAM**
  tneedham@janssenlaw.com

- **DAVID MARC NIEPORENT**
  dnieporent@samuelandstein.com,davidnieporent@gmail.com

- **ABIGAIL NITKA**
  anitka@messner.com

- **EAMON O'KELLY**
  okelly.eamon@arentfox.com

- **MARIO ANTHONY PACELLA**
  mpacella@stromlaw.com,dblount@stromlaw.com

- **ANNE JOHNSON PALMER**
  anne.johnsonpalmer@ropesgray.com,courtalert@ropesgray.com

- **PETER S. PEARLMAN**
  PSP@njlawfirm.com

- **NYRAN ROSE PEARSON**
  nrasche@caffertyclobes.com,snyland@caffertyclobes.com

- **MOLLY LEHR PEASE**
  mpease@graisellsworth.com

- **ROBERT HARDY PEES**

rpees@akingump.com,nymco@akingump.com,abarnes@akingump.com

- **JOHN J. PENTZ**
  clasaxn@earthlink.net

- **RICHARD C. PEPPERMAN , II**
  peppermanr@sullcrom.com,breaud@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **RUSSELL PICCOLI**
  carol.thorne@mwmf.com

- **Donald R. Pierson**
  fsturkish@aol.com

- **JULIO J. RAMOS**
  jramos@furth.com

- **R. DOUGLAS REES**
  drees@jenner.com

- **SHAWN PATRICK REGAN**
  sregan@hunton.com

- **GREGORY M. REISER**
  gregory.reiser@wilmerhale.com

- **MARK C. RIFKIN**
  rifkin@whafh.com

- **DONALD A. ROBINSON**
  drobinson@rwmlegal.com,graffield@rwmlegal.com

- **TAMMY L. ROY**
  troy@cahill.com

- **ROBERT S. SCHACHTER**
  rschachter@zsz.com,wgonzalez@zsz.com

- **JOSEPH J. SCHIAVONE**
  jschiavone@budd-larner.com

- **WILLIAM G. SCHOPF**
  schopf@sw.com,miner@sw.com

- **JEFFREY T. SCOTT**
  scottj@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **HOWARD J. SEDRAN**
  hsedran@lfsblaw.com

- **PATRICK SHEA**
  patrickshea@paulhastings.com

- **BARRY G. SHER**
  barrysher@paulhastings.com

- **PATRICK T. SHILLING**
  pshilling@stblaw.com,swilson@stblaw.com

- **BARBARA T. SICALIDES**
  sicalidesb@pepperlaw.com,bassmanb@pepperlaw.com

- **ROBERT A. SKINNER**
  robert.skinner@ropesgray.com,courtalert@ropesgray.com

- **LESLIE M. SMITH**
  lsmith@kirkland.com,nshea@kirkland.com

- **JENNIFER W. SPRENGEL**
  jsprengel@caffertyclobes.com

- **CHRISTOPHER J. ST. JEANOS**
  cstjeanos@willkie.com,mao@willkie.com

- **MAE AMELIA STILES**
  stiles.mae@arentfox.com

- **JOHN J. STOIA**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com,tmerrick@rgrdlaw.com

- **JOSEPH PRESTON STROM**
  petestrom@stromlaw.com,dblount@stromlaw.com

- **BONNY ELAINE SWEENEY**

bonnys@rgrdlaw.com

- **JUSTIN MICHAEL TARSHIS**
  jtarshis@zsz.com,ssalvetti@zsz.com,ddrachler@zsz.com

- **DUVOL M. THOMPSON**
  duvol.thompson@hklaw.com,glenn.huzinec@hklaw.com,elvin.ramos@hklaw.com

- **JOHN M. TORIELLO**
  john.toriello@hklaw.com,glenn.huzinec@hklaw.com,elvin.ramos@hklaw.com

- **GENEVIEVE VOSE**
  gvose@susmangodfrey.com

- **LIZA M. WALSH**
  lwalsh@connellfoley.com,jbrandon@susmangodfrey.com,mhogan@connellfoley.com,tvanek@SusmanGodfrey.com,btroyan@connellfoley.com

- **JENNIFER A. WATERS**
  waters@sw.com,connor@sw.com,cheng@sw.com

- **HENRY WEISBURG**
  hweisburg@shearman.com

- **LEDA DUNN WETTRE**
  lwettre@rwmlegal.com

- **JOE R. WHATLEY**
  jwhatley@whatleykallas.com,ecf@whatleykallas.com

- **ALEXANDER W. WOOD**
  alexanderwood@paulhastings.com

- **MARGARET O'ROURKE WOOD**
  mwood@wolffsamson.com

- **FREDERICK BARTLETT WULFF , SR**
  bart.wulff@koningrubarts.com

- **KATHRYN K. WYCOFF**
  kathryn.wycoff@lovells.com

- **RICHARD F. YARBOROUGH**
  ryarborough@bakerdonelson.com,jcraft@bakerdonelson.com

- **nefmednwk**
  njdnefmed@njd.uscourts.gov

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
GREGG           ABBOTT
COUNSEL NOT ADMITTED TO USDC-NJ BAR
OFFICE OF THE TEXAS ATTORNEY GENERAL
300 W. 15TH STREET
9TH FLOOR
AUSTIN, TX 78701

ROBERT          G. ABRAMS
HOWREY LLP
1299 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004-2402

FRANCIS         A. ANANIA
COUNSEL NOT ADMITTED TO USDC-NJ BAR
ANANIA, BANDKLAYDER, BLACKWELL & BAUMGARTEN
NATIONSBANK TOWER
100 SE 2ND STREET
SUITE 4300
MIAMI, FL 33131-2144

JILL            CHRISTINE ANDERSON
COUNSEL NOT ADMITTED TO USDC-NJ BAR
FREEBORN & PETERS
311 SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, IL 60606

ANASTASIA       ANGELOVA
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SULLIVAN & CROMWELL, LLP
125 BROAD STREET
NEW YORK, NY 10004

MARK            A. ARONCHICK
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HANGLEY ARONCHICK SEGAL & PUDLIN
ONE LOGAN SQUARE
27TH FLOOR
```

PHILADELPHIA, PA 19103

**ANDREW          D. ARONS**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CHILDRESS, DUFFY & GOLDBLATT, LTD.
515 N. STATE STREET
SUITE 2200
CHICAGO, IL 60610

**VICTORIA        ASHWORTH**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
75 EAST 55TH STREET
NEW YORK, NY 10022

**AVERY DENNISON CORPORATION**
,

**Aberfeldy Properties Inc.**
,

**GUY              BURDETTE BAILEY**                              **, JR**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BAILEY & DAWES, LC
CONTINENTAL PLAZA
3250 MARY STREET
SUITE 100
COCONUT GROVE, FL 33133-2623

**AMY              E. BARABAS**
CAHILL, GORDON & REINDELL, LLP
80 PINE STREET
NEW YORK, NY 10005-1702

**MARVIN           E. BARKIN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS,
101 E KENNEDY BOULEVARD
SUITE 2700
PO BOX 1102
TAMPA, FL 33601-1102

**MICHAEL          W. BAXTER**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
COPELAND, COOK, TAYLOR & BUSH
PO BOX 6020
RIDGELAND, MS 39158-6020

**P.               RYAN BECKETT**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
PO BOX 22567
JACKSON, MS 39225-2567

**OWEI             BELLEH**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BAILEY & DAWES, LC
CONTINENTAL PLAZA
3250 MARY STREET
SUITE 100
COCONUT GROVE, FL 33133-2623

**ANDREW           T. BERRY**
MCCARTER & ENGLISH, LLP
FOUR GATEWAY CENTER
100 MULBERRY STREET
PO BOX 652
NEWARK, NJ 07101-0652

**VINEET           BHATIA**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002

**DONALD           ARTHUR BLACKWELL**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
ANANIA, BANDKLAYDER, BLACKWELL & BAUMGARTEN
NATIONSBANK TOWER
100 SE 2ND STREET
SUITE 4300
MIAMI, FL 33131-2144

**MICHAEL          R. BLANKSHAIN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WILDMAN, HARROLD, ALLEN & DIXON, LLP
225 WEST WACKER DRIVE
CHICAGO, IL 60606

**JOHN             ARMANDO BOUDET**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
GREENBERG TRAURIG, PA
PO BOX 4923
ORLANDO, FL 32802-4923

**JEREMY           J BRANDON**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
901 MAIN STREET

```
SUITE 4100
DALLAS, TX 77202-3775

ROBIN            BREWER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BONSIGNORE & BREWER
23 FOREST STREET
MEDFORD, MA 02155

STEVEN           J BRODIE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CARLTON FIELDS, PA
4000 BANK OF AMERICA TOWER
100 SE 2ND STREET
PO BOX 19101
MIAMI, FL 33131-9101

RUSSELL          THOMAS BURKE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
NEXSEN PRUET JACOBS & POLLARD
PO DRAWER 2426
COLUMBIA, SC 29202

KATHLEEN         CURRIE CHAVEZ
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CHAVEZ LAW FIRM
 416 SOUTH SECOND STREET
GENEVA, IL 60134

AUSTIN           B COHEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106

JEFFREY          MICHAEL COHEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CARLTON FIELDS
100 SE 2ND STREET
SUITE 4000
PO BOX 019101
MIAMI, FL 33131-9101

GREGORY          K. CONWAY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WILLKIE, FARR & GALLAGHER, LLP
1875 K STREET NW
WASHINGTON, DC 20006-1238

CHARLES          GREG COPELAND
COUNSEL NOT ADMITTED TO USDC-NJ BAR
COPELAND, COOK, TAYLOR & BUSH
PO BOX 6020
RIDGELAND, MS 39158-6020

C.               LARRY CORBO                            , III
COUNSEL NOT ADMITTED TO USDC-NJ BAR
JACKSON WALKER LLP
1401 MCKINNEY
SUITE 1900
HOUSTON, TX 77010

CHRIS            S. COUTROULIS
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CARLTON FIELDS, PA
4221 WEST BOY SCOUT BOULEVARD
SUITE 1000
TAMPA, FL 33607

PATRICIA         C. CROWLEY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1615 L STREET NW
SUITE 1300
WASHINGTON, DC 20036-5694

SHAFFIN          ABDUL DATOO
THOMPSON WIGDOR & GILLY LLP
85 FIFTH AVENUE
NEW YORK, NY 10003

DUSTIN           E DEESE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
TRENAM, KEMKER, SCHRARF, BARKIN, FRYE, O'NEILL & MULLIS
101 E KENNEDY BOULEVARD
SUITE 2700
PO BOX 1102
TAMPA, FL 33601-1102

MIRIAM           THERESA DOWD
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BINGHAM MCCUTCHEN, LLP
399 PARK AVENUE
NEW YORK, NY 10022

ELTON            F DUNCAN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DUNCAN, COURINGTON & RYDBERG
400 POYDRAS STREET
```

```
SUITE 1200
NEW ORLEANS, LA 70130
```

**DENIS          L. DURKIN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BAKER & HOSTETLER, LLP
200 S ORANGE AVENUE
SUITE 2300
PO BOX 112
ORLANDO, FL 32801

**MARCI          A EISENSTEIN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SCHIFF HARDIN, LLP
223 SOUTH WACKER DRIVE
660 SEARS TOWER
CHICAGO, IL 60606

**DAVID          T. EMANUELSON**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HOWREY, LLP
321 N. CLARK STREET
SUITE 3400
CHICAGO, IL 60610

**MARY JANE          EDELSTEIN FAIT**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WOLF HALDENSTEIN ADLER FREEMAN & HERTZ LLP
656 WEST RANDOLPH STREET
SUITE 500W
CHICAGO, IL 60661

**PAUL          L. FIELDS          , JR**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
191 PEACHTREE STREET NE
SUITE 4600
ATLANTA, GA 30309

**MELODY          FORRESTER**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
MILLER, FAUCHER & CAFFERTY, LLP
ONE LOGAN SQUARE
18TH & CHERRY STREETS
SUITE 1700
PHILADELPHIA, PA 19103

**JAMES          E. FOSTER**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
AKERMAN SENTERFITT
255 S. ORANGE AVENUE
PO BOX 231
ORLANDO, FL 32802-0231

**THOMAS          A. FRENCH**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DUNCAN, COURINGTON & RYDBERG
400 POYDRAS STREET
SUITE 1200
NEW ORLEANS, LA 70130

**CHRISTOPHER          G. FRETEL**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LANDMAN, CORSI, BALLAINE & FORD
120 BROADWAY
NEW YORK, NY 10271

**MICHAEL          P. GEISER**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002

**NED          GELHAAR**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HANCOCK, ROTHERT & BUNSHOFT, LLP
515 SOUTH FIRUEROA STREET
17TH FLOOR
LOS ANGELES, CA 90071

**CHRISTOPHER          C. GILBERT**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
UNGER LAW GROUP, PL
PO BOX 4909
ORLANDO, FL 32802-4909

**JUSTIN          M. GIOVANNELLI**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CAHILL, GORDON & REINDEL, LLP
80 PINE STREET
NEW YORK, NY 10005

**H.          LEE GODFREY**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002-5096

**RICHARD          C GODFREY**

```
                   COUNSEL NOT ADMITTED TO USDC-NJ BAR
                   KIRKLAND & ELLIS LLP
                   200 E. RANDOLPH DRIVE
                   CHICAGO, IL 60601


WILLIAM            F. GRACE
                   COUNSEL NOT ADMITTED TO USDC-NJ BAR
                   CHAFFE MCCALL
                   1100 POYDRAS STREET
                   SUITE 2300
                   NEW ORLEANS, LA 70163-2300


M.                 DUNCAN GRANT
                   COUNSEL NOT ADMITTED TO USDC-NJ BAR
                   PEPPER HAMILTON LLP
                   3000 TWO LOGAN SQUARE
                   18TH & ARCH STREETS
                   PHILADELPHIA, PA 19103-2799


DAVID              C GUSTMAN
                   COUNSEL NOT ADMITTED TO USDC-NJ BAR
                   FREEBORN & PETERS
                   311 SOUTH WACKER DRIVE
                   SUITE 3000
                   CHICAGO, IL 60606


RYAN               A. HAAS
                   COUNSEL NOT ADMITTED TO USDC-NJ BAR
                   CHILDRESS, DUFFY & GOLDBLATT, LTD.
                   515 N. STATE STREET
                   SUITE 2200
                   CHICAGO, IL 70610-8190


SARAH              EMILY HAGANS
                   COUNSEL NOT ADMITTED TO USDC-NJ BAR
                   PAUL, HASTINGS, JANOFSKY & WALKER, LLP
                   75 EAST 55TH STREET
                   NEW YORK, NY 10022


WILLIAM            M HANNAY
                   COUNSEL NOT ADMITTED TO USDC-NJ BAR
                   SCHIFF HARDIN LLP
                   223 SOUTH WACKER DRIVE
                   6600 SEARS TOWER
                   CHICAGO, IL 60606


AMY                D HARMON
                   COUNSEL NOT ADMITTED TO USDC-NJ BAR
                   NEXSEN, PRUET, JACOBS & POLLARD
                   PO DRAWER 2426
                   COLUMBIA, SC 29202


MICHAEL            S HILICKI
                   COUNSEL NOT ADMITTED TO USDC-NJ BAR
                   BEELER, SCHAD & DIAMOND, PC
                   332 S. MICHIGAN AVENUE
                   SUITE 1000
                   CHICAGO, IL 60604


KEVIN              F HORMUTH
                   COUNSEL NOT ADMITTED TO USDC-NJ BAR
                   GREENSFELDER & HEMKER
                   EQUITABLE BUILDING
                   10 SOUTH BROADWAY
                   SUITE 2000
                   ST LOUIS, MO 63102


JEFFREY            D. HORST
                   COUNSEL NOT ADMITTED TO USDC-NJ BAR
                   KREVOLIN & HORST
                   1175 PEACHTREE STREET, NE
                   100 COLONY SQUARE
                   SUITE 2150
                   ATLANTA, GA 30361


DEBORAH            E HYRB
                   COUNSEL NOT ADMITTED TO USDC-NJ BAR
                   PAUL HASTINGS, JANOFSKY & WALKER, LLP
                   1055 WASHINGTON BOULEVARD
                   9TH FLOOR
                   STAMFORD, CT 06901


SAMUEL             BAYARD ISAACSON
                   COUNSEL NOT ADMITTED TO USDC-NJ BAR
                   DLA PUPER RUDICK GRAY CARY US LLP
                   203 N. LASALLE STREET
                   SUITE #1900
                   CHICAGO, IL 60603


DANIEL             L. JOHNS
                   WESTERVELT JOHNSON NICOLL & KELLER
                   FIRST FINANCIAL PLAZA
                   14TH FLOOR
                   411 HAMILTON BLDV
                   PEORIA, IL 61602-1114


DANIEL             P. JORDAN
                   COUNSEL NOT ADMITTED TO USDC-NJ BAR
                   BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
                   PO BOX 22567
```

JACKSON, MS 39225-2567

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
CLERK OF THE PANEL
ONE COLUMBUS CIRCLE, NE
THURGOOD MARSHALL FEDERAL JUDICIARY BUIDLING
ROOM G-255 - NORTH LOBBY
WASHINGTON, DC 20002-8004

**STEVEN          A. KANNER**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
MUCH, SHELIST, FREED, DENENBERG, AMENT & RUBENSTEIN, PC
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606

**TONY          KIM**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BEELER, SCHAD & DIAMOND, PC
332 S. MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60604

**KMART CORPORATION**
,

**KENNETH          EMANUEL KRAUS**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SCHOPF & WEISS, LLP
ONE SOUTH WACKER DRIVE
28TH FLOOR
CHICAGO, IL 60606

**RACHEL          ROSS KRAUSE**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
OGDEN & SULLIVAN, PA
113 S ARMEIA AVENUE
TAMPA, FL 33609

**ROBERT          J KRISS**
COUNEL NOT ADMITTED TO USDC-NJ BAR
MAYER, BROWN, ROWE & MAW LLP
190 S. LASALLE STREET
CHICAGO, IL 60603

**LANDS' END INC.**
,

**EDWIN          MICHAEL LARKIN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
VENABLE LLP
1270 AVENUE OF THE AMERICAS, 25TH FL
NEW YORK, NY 10020

**THOMAS          LARKIN**
1 SHELDRAKE LANE
PALM BEACH GARDENS, FL 33418

**ELIZABETH          A. LARSEN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRKPATRICK & LOCKHART, NICHOLSON, GRAHAM, LLP
200 E. RANDOLPH DRIVE
CHICAGO, IL 60601

**ANDREA          J. LAWRENCE**
COHEN TAUBER SPIEVACK & WAGNER P.C.
420 LEXINGTON AVENUE
24TH FLOOR
NEW YORK, NY 10170

**CHRISTOPHER          L. LEBSOCK**
HAUSFELD LLP
44 MONTGOMERY STREET, SUITE 3400
SAN FRANCISCO, CA 94111

**PETER          S. LINDEN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRBY MCINERNEY LLP
825 THIRD AVENUE
16TH FLOOR
NEW YORK, NY 10022

**WILLIAM          HENRY LONDON**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
MUCH, SHELIST, FREED, DENENBERG, AMENT & RUBENSTEIN, PC
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60605-1615

**ERIC          NEAL MACEY**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
NOVACK & MACEY, LLP
303 WEST MADISON STREET
SUITE 1500
CHICAGO, IL 60606

**NEAL          S. MANNE**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
1000 LOUISIANA STREET

```
SUITE 5100
HOUSTON, TX 77002-5096
```

**GREGORY       L. MAST**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
FIELDS, HOWELL, ATHANS & MCLAUGHLIN
ONE MIDTOWN PLAZA
SUITE 800
1360 PEACHTREE STREET
ATLANTA, GA 30309
```

**H.       ALAN MCCALL**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
STOCKWELL SIEVERT
PO BOX 2900
LAKE CHARLES, LA 70601
```

**FREDRICK       H. MCCLURE**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PIP RUDNICK LLP
101 E. KENNEDY BOULEVARD
SUITE 2000
TAMPA, FL 33602-5148
```

**DONNA       L. MCDEVITT**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
333 WEST WACKER DRIVE
SUITE 2100
CHICAGO, IL 60606
```

**JENNIFER       BATES MCINTYRE**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PERKINS COIE LLC
131 SOUTH DEARBORN
SUITE 1700
CHICAGO, IL 60603-5559
```

**DOUGLAS       A. MILLEN**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
MUCH, SHELIST, FREED, DENENBERG, AMENT & RUBENSTEIN, PC
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60605-1615
```

**MICHELE       A. MILLER**
```
WESTERVELT JOHNSON NICOLL & KELLER
FIRST FINANCIAL PLAZA
14TH FLOOR
411 HAMILTON BLVD
PEORIA, IL 61602-1114
```

**DONALD       JAMES MOONEY**
```
ULMER & BERNE
NOT ADMITTED TO THE NJ BAR
600 VINE STREET
SUITE 2800
CINCINNATI, OH 45202-2409
```

**TIMOTHY       ALAN NELSEN**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
333 WEST WACKER DRIVE
SUITE 2100
CHICAGO, IL 60606
```

**DARREN       K. NELSON**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PARR, WADDOUPS, BROWN, GEE & LOVELESS
185 S STATE STREET
SUITE 1300
PO BOX 11019
SALT LAKE CITY, UT 84111
```

**KEVIN       F. O'MALLEY**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
GREENSFELDER & HEMKER
EQUITABLE BUILDING
10 SOUTH BROADWAY
SUITE 2000,
ST LOUIS, MO 63102
```

**ROSEANN       OLIVER**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PERKINS COIE LLC
131 S. DEARBORN
SUITE 1700
CHICAGO, IL 60603-5559
```

**JOHN       ROBERT OLLER**
```
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WILKIE, FARR & GALLAGHER, LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099
```

**DANIEL       A. OSBORN**
```
BEATIE & OSBORN LLP
521 FIFTH AVENUE
34TH FLOOR
NEW YORK, NY 10175
```

**BRIAN          J OSIAS**
MCCARTER & ENGLISH, LLP
,

**BENJAMIN        R. OSTAPUK**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRKLAND & ELLIS LLP
555 CALIFORNIA STREET
SAN FRANCISCO, CA 94104

**HOUSTON          S. PARK**                              , III
COUNSEL NOT ADMITTED TO USDC-NJ BAR
STEPHENS, LYNN, KLEIN, LA CAVA, HOFFMAN
NORTHBRIDGE CENTER
515 N. FLAGLER DRIVE
SUITE 1600
WEST PALM BEACH, FL 33401-4390

**ROBERT          M. PARKER**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PARKER CLAYTON
100 E. FERGUSON
SUITE 1114
TYLER, TX 75702

**RONALD        RICHARD PARRY**
PARRY DEERING FUTSCHER & SPARKS PSC
NOT ADMITTED TO NEW JERSEY BAR
411 GARRARD STREET
P.O. BOX 2618
COVINGTON, KY 41012-2618

**GREGORY        J. PHILLIPS**
ULMER & BERNE LLP
NOT ADMITTED TO THE NJ BAR
1660 WEST 2ND STREET
SUITE 1100
CLEVELAND, OH 44113

**LAYN          R. PHILLIPS**
IRELL & MANELLA, LLP
840 NEWPORT CENTER DRIVE
SUITE 400
NEWPORT BEACH, CA 92660

**CARL          H POCDTKE**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DLA PIPER RUDNICK GARY CARY US LLP
203 N. LASALLE STREET
SUITE 1900
CHICAGO, IL 60601

**ALAN        SETH RABINOWITZ**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SHEARMAN & STERLING LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

**L.          JANE RAY**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002-5096

**JAMES          L REED**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LOOPER REED & MCGRAW
1300 POST OAK BOULEVARD
SUITE 2000
HOUSTON, TX 77056

**ANDREW          M REIDY**
HOWREY LLP
1299 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004-2402

**JONATHAN        E. RICHMAN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DEWEY & LEBOEUF LLP
125 WEST 55TH
NEW YORK, NY 10022

**PAUL          JEFFREY RIEHLE**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SEDGWICK DETERT MORAN & ARNOLD
ONE EMBARCADERO CENTER
16TH FLOOR
SAN FRANCISCO, CA 94111-3628

**JESSICA          G ROUX**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DUNCAN, COURINGTON & RYDBERG
400 POYDRAS STREET
SUITE 1200
NEW ORLEANS, LA 70130

**THOMAS        LOUIS RUFFNER**
COUNSEL NOT ADMITTED TO USDC-NJ BAR

HOWREY LLP
321 NORTH CLARK STREET
SUITE 3400
CHICAGO, IL 60610

**GEOFFREY        C. RUSHING**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SAVERI & SAVERI
706 SANSOME STREET
SAN FRANCISCO, CA 94111

**ALAN          N. SALPETER**
COUNEL NOT ADMITTED TO USDC-NJ BAR
190 SOUTH LASALLE STREET
39TH FLOOR
CHICAGO, IL 60603

**ELIZABETH      BARRY SANDZA**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LEBOEUF, LAMB, GREENE & MACRAE, LLP
1101 NEW YORK AVE., NW
SUITE 1100
WASHINGTON, DC 20005-4213

**GUIDO          SAVERI**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SAVERI & SAVERI, INC.
706 SANSOME STREET
SAN FRANCISCO, CA 94111

**RICHARD        ALEXANDER SAVERI**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SAVERI & SAVERI, INC.
706 SANSOME STREET
SAN FRANCISCO, CA 94111

**LAWRENCE       WILEY SCHAD**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BEELER, SCHAD & DIAMOND, PC
332 SOUTH MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60604

**KEVIN          R.J. SCHROTH**
Cole, Schotz, Meisel, Forman & Leonard
900 Third Avenue
16th Floor
NEW YORK, NY 10022

**STEPHEN        W SCHWAB**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DLA PIPER RUDICK GRAY CARY US LLP
203 NORTH LASALLE STREET
SUITE #1900
CHICAGO, IL 60601-1293

**JEFFREY        R. SEELY**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002

**KELLEY         SEVIN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DUNCAN, COURINGTON & RYDBERG
400 POYDRAS STREET
SUITE 1200
NEW ORLEANS, LA 70130

**PAULA          G. SHAKELTON**
ULMER & BERNE LLP
NOT ADMITTED TO THE NJ BAR
1660 WEST 2ND STREET
SUITE 1100
CLEVELAND, OH 44113

**JAMES          S. SHEDDEN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BEELER, SCHAD & DIAMOND, PC
332 S. MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60604

**PHILIP         RITCHEY SIMS**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CHAFFE MCCALL
1100 POLYDRAW STREET
SUITE 2300
NEW ORLEANS, LA 70163-2300

**DAVID          ANTHONY SIRNA**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KREVOLIN & HORST
1175 PEACHTREE STREET, NE
100 COLONY SQUARE
SUITE 2150
ATLANTA, GA 30361

**J. ANDREW        SJOBLOM**

COUNSEL NOT ADMITTED TO USDC-NJ BAR
HOLME, ROBERTS & OWEN, LLP
299 SOUTH MAIN STREET
SUITE 1800
SALT LAKE CITY, UT 84111-2263

**ALAN          PATRICK SMITH**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CAHILL, GORDON & REINDEL, LLP
80 PINE STREET
NEW YORK, NY 10005

**LAYALIZA       KLEIN SOLOVEICHIK**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

**FREDERIC        STANLEY                         , JR**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
STANLEY, DEHLINGER & RASCHER
260 MAITLAND AVENUE
SUITE 1500
ALTAMONTE SPRINGS, FL 32701

**JILL           M. STEINBERG**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
FIRST TENNESSEE BANK BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TN 39103

**RICHARD        L. STONE**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRBY MCINERNEY LLP
825 THIRD AVENUE
16TH FLOOR
NEW YORK, NY 10022

**LISA           COLLEEN SULLIVAN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HOWREY, SIMON, ARNOLD & WHITE, LLP
321 NORTH CLARK STREET
SUITE 3400
CHICAGO, IL 60610

**TIMON          V SULLIVAN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
OGDEN & SULLIVAN, PA
113 S ARMENIA AVENUE
TAMPA, FL 33609-1006

**SUPREME AUTO TRANSPORT, LLC**
,

**GRETCHEN       S. SWEEN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
901 MAIN STREET
SUITE 4100
DALLAS, TX 77202-3775

**VIRGINIA       B. TOWNES**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
AKERMAN SENTERFITT
255 S. ORANGE AVENUE
17TH FLOOR
PO BOX 231
ORLANDO, FL 32802-6610

**TRI-STATE CONTAINER CORP.**
,

**KENNETH        I. TRUJILLO**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
1717 ARCH STREET
SUITE 3838
PHILADELPHIA, PA 19103

**STEPHEN        TSAI**
,

**Texas Independent Energy, LLP**
,

**MICHAEL        N. UNGAR**
ULMER & BERNE LLP
NOT ADMITTED TO THE NJ BAR
1660 WEST 2ND STREET
SUITE 1100
CLEVELAND, OH 44113-1448

**MARTIN         B. UNGER**
UNGER LAW GROUP, PL
PO BOX 4909
ORLANDO, FL 32802-4909

**JOHN           L. WARDEN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR

```
SULLIVAN & CROMWELL
125 BROAD STREET
NEW YORK, NY 10004

JAMES        PAUL WEHNER                          , JR
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SQUIRE, SANDERS & DEMPSEY, LLP
1201 PENNSYLVANIA AVENUE NW
PO BOX 407
WASHINGTON, DC 20044-0407

IRA          E. WEINER
66 PARK STREET
MONTCLAIR, NJ 07042

DOROTHY      L. WHITE-COLEMAN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WHITE, COLEMAN & ASOCIATES, LLC
ONE FINANCIAL PLAZA
500 WASHINGTON AVENUE
SUITE 1080
ST. LOUIS, MO 63101-1236

CAROLINE     SPINDLER WHITTEMORE
CAHILL, GORDON & REINDEL, LLP
80 PINE STREET
NEW YORK, NY 10005

RENEE        WICKLUND
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRKLAND & ELLIS, LLP
200 EAST RANDOLPH STREET
CHICAGO, IL 60601

JONATHAN     MICHAEL WILAN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HUNTON & WILLIAMS LLP
1900 K STREET NW
WASHINGTON, DC 20006

MARGUERITE   S. WILLIS
COUNSEL NOT ADMITTED TO USDC-NJ BAR
NEXSEN, PRUET, JACOBS & POLLARD
PO DRAWER 2426
COLUMBIA, SC 29202

JACK         LOUIS WUERKER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SQUIRE, SANDERS & DEMPSEY, LLP
8000 TOWERS CRESCENT DRIVE
14TH FLOOR
VIENNA, VA 22182

RICHARD      B. ZABEL
COUNSEL NOT ADMITTED TO USDC-NJ BAR
AKIN, GUMP, STRAUSS, HAVER & FELD, LLP
590 MADISON AVENUE
42ND FLOOR
NEW YORK, NY 10022

CADIO        ZIRPOLI
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SAVERI & SAVERI
706 SANSOME STREET
SAN FRANCISCO, CA 94111
```