UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re INSURANCE BROKERAGE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Lincoln Adventures, LLC, et al. v. Those Certain Underwriters at Lloyd's London Members of Syndicates, et al.*,<br>No. 2:08-cv-00235-CCC-JAD | Master Docket No. 04-5184(CCC)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR TEMPORARY SEAL OF THE NOVEMBER 4, 2013 LETTER FROM RACHEL L. JENSEN AND THE ATTACHED [PROPOSED] SECOND AMENDED COMPLAINT PURSUANT TO LOCAL RULE 5.3(c)(6) AND THE CORRECTED CONFIDENTIALITY ORDER ON INFORMAL APPLICATION (DKT. NO. 216) |

889526_1

- 1 -

THIS MATTER having come before the Court on the application of Plaintiffs Lincoln Adventures, LLC and Michigan Multi-King, Inc. ("Plaintiffs"), by their counsel, to place under temporary seal the November 4, 2013 letter from Rachel L. Jensen and the attached [Proposed] Second Amended Class Action Complaint pursuant to Local Rule 5.3(c)(6) and the Corrected Confidentiality Order on Informal Application (Dkt. No. 216) and good cause being shown;

IT IS on this _____ day of _____ 2013, ORDERED that Plaintiffs' application for temporary seal is hereby GRANTED.

_____
THE HON. JOSEPH A. DICKSON
UNITED STATES MAGISTRATE JUDGE

889526_1

CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be e-mailed the foregoing document or paper via the email distribution service list to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 4, 2013.

                                       s/ Rachel L. Jensen
                                       RACHEL L. JENSEN

                                       ROBBINS GELLER RUDMAN
                                         &amp; DOWD LLP
                                       655 West Broadway, Suite 1900
                                       San Diego, CA  92101-3301
                                       Telephone:  619/231-1058
                                       619/231-7423 (fax)

                                       E-mail:       rjensen@rgrdlaw.com

**Mailing Information for a Case 2:04-cv-05184-CCC-JAD QLM ASSOCIATES, INC. v. MARSH & MCLENNAN COMPANIES, INC. et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **DOUGLAS A. ABRAHAMS**
  dabrahams@kohnswift.com,joanb@kohnswift.com

- **DANIEL B. ALLANOFF**
  dallanoff@mcgslaw.com

- **ROBIN L. ALPERSTEIN**
  robin.alperstein@wilmerhale.com

- **REBECCA R. ANZIDEI**
  ranzidei@steinmitchell.com

- **MITCHELL JAY AUSLANDER**
  mauslander@willkie.com,mao@willkie.com,twhitehouse@willkie.com,kmonin@willkie.com,afitzpatrick@willkie.com,ebower@willkie.com,wrooney@willkie.com,jr

- **HARVEY JOEL BARNETT**
  hbarnett@sperling-law.com

- **PHILIP J. BEZANSON**
  phillip.bezanson@bracewellgiuliani.com

- **PETER RICHARD BISIO**
  peter.bisio@hoganlovells.com,daniel.metroka@hoganlovells.com,bonnie.carpenter@hoganlovells.com,david.foster@hoganlovells.com,Michelle.Kisloff@hoganlovells.

- **ROBERT J. BRENER**
  Robert.Brener@leclairryan.com,Patricia.Gaglioti@leclairryan.com

- **MARK ANTHONY BULGARELLI**
  mbulgarelli@foote-meyers.com,cspring@foote-meyers.com

- **MATTHEW M. BURKE**
  matthew.burke@ropesgray.com

- **ROBERT J. BURNS**
  robert.burns@hklaw.com

- **THOMAS F. BUSH**
  tbush@edwardswildman.com,dtaylor@edwardswildman.com,pfrye@edwardswildman.com,ecffilings@edwardswildman.com

- **JOHN C. CABANISS**
  john@cabanisslaw.com,nina@cabanisslaw.com

- **ANNA MARIE CABASSA-TORRES**
  acabassa@zsz.com

- **MATTHEW JOSEPH CACCAMO**
  caccamo@wildmanharrold.com

- **BRIAN PETER CALANDRA**
  brian.calandra@shearman.com

- **JOHNNY W. CARTER**
  jcarter@susmangodfrey.com

- **JOANNE M. CICALA**
  jcicala@kmllp.com,lmorris@kmllp.com

- **JAMES B. CLARK , III**
  james.clark@usdoj.gov

- **WILLIAM F. CLARKE , JR**
  william.clarke@beazley.com

- **JOANNA J. CLINE**
  clinej@pepperlaw.com

- **BRYAN L. CLOBES**
  bclobes@caffertyclobes.com,ktucker@caffertyclobes.com

- **LOUIS G. CORSI**
  lcorsi@lcbf.com

- **TRAVIS SCOTT CRABTREE**
  tcrabtree@lrmlaw.com,jreed@lrmlaw.com

- **PAUL C. CURNIN**

pcurnin@stblaw.com

- **STEVEN P. DEL MAURO**
  sdelmauro@mdmc-law.com

- **G. RICHARD DODGE , JR**
  grdodge@mayerbrown.com

- **THOMAS P. DOVE**
  tdove@furth.com

- **DAN DRACHLER**
  ddrachler@zsz.com

- **LARRY D. DRURY**
  ldrurylaw@aol.com

- **BRYAN S. DUMESNIL**
  bryan.dumesnil@bgllp.com,cindy.rodriguez@bgllp.com,elisabeth.taylor@bgllp.com,beth.elliott@bgllp.com,maria.kimbrough@bgllp.com,heath.novosad@bgllp.com

- **LEO L. ESSES**
  lesses@ctswlaw.com

- **BETH L. FANCSALI**
  bfancsali@edwardswildman.com

- **STACEY SEXTON FARRELL**
  sfarrell@fieldshowell.com

- **KEVIN JOSEPH FEE**
  kfee@kvwmail.com,eslavina@kvwmail.com

- **CAROLYN H. FEENEY**
  carolyn.feeney@dechert.com

- **DAVID U. FIERST**
  dfierst@steinmitchell.com

- **IAN HOWARD FISHER**
  fisher@sw.com,webster@sw.com,glynn@sw.com,central@sw.com,waters@sw.com,wysocki@sw.com

- **MARTIN FLUMENBAUM**
  mflumenbaum@paulweiss.com

- **ROBERT M. FOOTE**
  rmf@foote-meyers.com

- **GEORGE BENNET FORBES**
  gforbes@georgeforbeslaw.com,georgef@spevacklegalteam.com

- **CHARLENE P. FORD**
  cford@whatleydrake.com,ecf@whatleydrake.com

- **BRYCE L. FRIEDMAN**
  bfriedman@stblaw.com

- **JOHN B.M. FROHLING**
  jcfrohling@aol.com

- **FREDERICK P. FURTH**
  fpfurth@furth.com

- **KENNETH A. GALLO**
  kgallo@paulweiss.com

- **MICHAEL J. GARVEY**
  mgarvey@stblaw.com

- **RACHEL L. GERSTEIN**
  rgerstein@akingump.com,nymco@akingump.com

- **NEIL KEITH GILMAN**
  ngilman@hunton.com

- **KELLY M. GLYNN**
  glynn@sw.com,connor@sw.com,wysocki@sw.com

- **JAYNE ARNOLD GOLDSTEIN**
  jagoldstein@pomlaw.com

- **ROBERT GERARD GOODMAN**
  rgg@palmisanogoodman.com,amk@palmisanogoodman.com

- **DAVID GRAIS**

dgrais@graisellsworth.com

- **STEVEN J. GREENFOGEL**
  sgreenfogel@litedepalma.com,alee@litedepalma.com

- **MARC D. HAEFNER**
  mhaefner@connellfoley.com

- **JAMES HALLOWELL**
  jhallowell@gibsondunn.com,aarias@gibsondunn.com

- **DAVID HUGHES HARRIS**
  dhhesq@gmail.com

- **BARRY HASSELL**
  bhassell@cctb.com

- **PATRICK J. HENEGHAN**
  heneghan@sw.com,hadley@sw.com,central@sw.com,miner@sw.com

- **JOHN HERFORT**
  jherfort@gibsondunn.com,aarias@gibsondunn.com

- **MICHELLE T. HESS**
  michelle.hess@hklaw.com

- **KATHRYN P. HOEK**
  khoek@susmangodfrey.com

- **CHRISTOPHER R. HUNT**
  christopher.hunt@myfloridalegal.com

- **FRED TAYLOR ISQUITH**
  isquith@whafh.com

- **STEPHEN JACOBS**
  sjacobs@lcbf.com

- **RACHEL LYNN JENSEN**
  rachelj@rgrdlaw.com,cmedici@rgrdlaw.com

- **KAREN LOUISE JONES**
  kjones@furth.com,gmgray@furth.com

- **EDITH M. KALLAS**
  ekallas@whatleykallas.com,ecf@whatleykallas.com

- **ROBERTA A. KAPLAN**
  rkaplan@paulweiss.com

- **JON STEPHEN KENNEDY**
  skennedy@bakerdonelson.com

- **JON T. KING**
  jking@hausfeldllp.com

- **RANDI F. KNEPPER**
  rknepper@mdmc-law.com,cmcgough@mdmc-law.com

- **KYMBERLY KOCHIS**
  kkochis@nldhlaw.com

- **WERNER R. KRANENBURG**
  Werner@kranenburgesq.com

- **DEVON MCKECHAN LARGIO**
  devon.largio@kirkland.com

- **DANIEL EDWARD LAYTIN**
  dlaytin@kirkland.com

- **DANIEL J. LEFFELL**
  dleffell@paulweiss.com

- **MICHAEL P. LEHMANN**
  mlehmann@hausfeldllp.com,clebsock@hausfeldllp.com

- **ADAM J LEVITT**
  alevitt@gelaw.com,skim@gelaw.com,jtangren@gelaw.com,earonowitz@gelaw.com,ajlevitt@yahoo.com

- **ROY H. LIDDELL**
  royliddell@wellsmar.com,jwilson@wellsmar.com

- **WENDY JEANNE LINDSTROM**

wendy.lindstrom@wilsonelser.com

- **ALLYN ZISSEL LITE**
  alite@litedepalma.com,epalomino@litedepalma.com

- **KEVIN C. LOGUE**
  kevinlogue@paulhastings.com

- **THOMAS M. LOUIS**
  tlouis@wellsmar.com,spuckett@wellsmar.com

- **JEFFREY J. LOWE**
  jeff@jefflowepc.com

- **MARY MCCANN**
  MMccann@cahill.com

- **JAMES G. MCCARNEY**
  NY-Docketing@sheppardmullin.com

- **MICHAEL LEE MCCLUGGAGE**
  mccluggage@wildmanharrold.com

- **MICHAEL GLENN MCLELLAN**
  mmclellan@finkelsteinthompson.com

- **CARMEN A. MEDICI**
  cmedici@rgrdlaw.com

- **CARMEN A. MEDICI**
  cmedici@rgrdlaw.com

- **WILLIAM F. MEGNA**
  wmegna@mmmlaw.com,kshaw@mmmlaw.com

- **ELLEN MERIWETHER**
  emeriwether@caffertyclobes.com

- **THOMAS R. MERRICK**
  tmerrick@rgrdlaw.com

- **SCOTT L. METZGER**
  metzger@dsmwlaw.com

- **JOHN R. MIDDLETON**
  JMiddleton@lawnj.com,JRMIDDLETONJR@GMAIL.COM,edahl@lawnj.com

- **KEITH J. MILLER**
  kmiller@rwmlegal.com

- **DENIS C. MITCHELL**
  dmitchell@steinmitchell.com

- **ROBERT F. MUSE**
  rmuse@steinmitchell.com

- **W. TIMOTHY NEEDHAM**
  tneedham@janssenlaw.com

- **DAVID MARC NIEPORENT**
  dnieporent@samuelandstein.com,davidnieporent@gmail.com

- **ABIGAIL NITKA**
  anitka@messner.com

- **EAMON O'KELLY**
  okelly.eamon@arentfox.com

- **MARIO ANTHONY PACELLA**
  mpacella@stromlaw.com,dblount@stromlaw.com

- **ANNE JOHNSON PALMER**
  anne.johnsonpalmer@ropesgray.com,courtalert@ropesgray.com

- **PETER S. PEARLMAN**
  PSP@njlawfirm.com

- **NYRAN ROSE PEARSON**
  nrasche@caffertyclobes.com,snyland@caffertyclobes.com

- **MOLLY LEHR PEASE**
  mpease@graisellsworth.com

- **ROBERT HARDY PEES**

rpees@akingump.com,nymco@akingump.com,abarnes@akingump.com

- **JOHN J. PENTZ**
  clasaxn@earthlink.net

- **RICHARD C. PEPPERMAN , II**
  peppermanr@sullcrom.com,breaud@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **RUSSELL PICCOLI**
  carol.thorne@mwmf.com

- **Donald R. Pierson**
  fsturkish@aol.com

- **JULIO J. RAMOS**
  jramos@furth.com

- **R. DOUGLAS REES**
  drees@jenner.com

- **SHAWN PATRICK REGAN**
  sregan@hunton.com

- **GREGORY M. REISER**
  gregory.reiser@wilmerhale.com

- **MARK C. RIFKIN**
  rifkin@whafh.com

- **DONALD A. ROBINSON**
  drobinson@rwmlegal.com,graffield@rwmlegal.com

- **TAMMY L. ROY**
  troy@cahill.com

- **ROBERT S. SCHACHTER**
  rschachter@zsz.com,wgonzalez@zsz.com

- **JOSEPH J. SCHIAVONE**
  jschiavone@budd-larner.com

- **WILLIAM G. SCHOPF**
  schopf@sw.com,miner@sw.com

- **JEFFREY T. SCOTT**
  scottj@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **HOWARD J. SEDRAN**
  hsedran@lfsblaw.com

- **PATRICK SHEA**
  patrickshea@paulhastings.com

- **BARRY G. SHER**
  barrysher@paulhastings.com

- **PATRICK T. SHILLING**
  pshilling@stblaw.com,swilson@stblaw.com

- **BARBARA T. SICALIDES**
  sicalidesb@pepperlaw.com,bassmanb@pepperlaw.com

- **ROBERT A. SKINNER**
  robert.skinner@ropesgray.com,courtalert@ropesgray.com

- **LESLIE M. SMITH**
  lsmith@kirkland.com,nshea@kirkland.com

- **JENNIFER W. SPRENGEL**
  jsprengel@caffertyclobes.com

- **CHRISTOPHER J. ST. JEANOS**
  cstjeanos@willkie.com,mao@willkie.com

- **MAE AMELIA STILES**
  stiles.mae@arentfox.com

- **JOHN J. STOIA**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com,tmerrick@rgrdlaw.com

- **JOSEPH PRESTON STROM**
  petestrom@stromlaw.com,dblount@stromlaw.com

- **BONNY ELAINE SWEENEY**

- bonnys@rgrdlaw.com

- **JUSTIN MICHAEL TARSHIS**
  jtarshis@zsz.com,ssalvetti@zsz.com,ddrachler@zsz.com

- **DUVOL M. THOMPSON**
  duvol.thompson@hklaw.com,glenn.huzinec@hklaw.com,elvin.ramos@hklaw.com

- **JOHN M. TORIELLO**
  john.toriello@hklaw.com,glenn.huzinec@hklaw.com,elvin.ramos@hklaw.com

- **GENEVIEVE VOSE**
  gvose@susmangodfrey.com

- **LIZA M. WALSH**
  lwalsh@connellfoley.com,jbrandon@susmangodfrey.com,mhogan@connellfoley.com,tvanek@SusmanGodfrey.com,btroyan@connellfoley.com

- **JENNIFER A. WATERS**
  waters@sw.com,connor@sw.com,cheng@sw.com

- **HENRY WEISBURG**
  hweisburg@shearman.com

- **LEDA DUNN WETTRE**
  lwettre@rwmlegal.com

- **JOE R. WHATLEY**
  jwhatley@whatleykallas.com,ecf@whatleykallas.com

- **ALEXANDER W. WOOD**
  alexanderwood@paulhastings.com

- **MARGARET O'ROURKE WOOD**
  mwood@wolffsamson.com

- **FREDERICK BARTLETT WULFF , SR**
  bart.wulff@koningrubarts.com

- **KATHRYN K. WYCOFF**
  kathryn.wycoff@lovells.com

- **RICHARD F. YARBOROUGH**
  ryarborough@bakerdonelson.com,jcraft@bakerdonelson.com

- **nefmednwk**
  njdnefmed@njd.uscourts.gov

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
GREGG                   ABBOTT
COUNSEL NOT ADMITTED TO USDC-NJ BAR
OFFICE OF THE TEXAS ATTORNEY GENERAL
300 W. 15TH STREET
9TH FLOOR
AUSTIN, TX 78701

ROBERT               G. ABRAMS
HOWREY LLP
1299 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004-2402

FRANCIS              A. ANANIA
COUNSEL NOT ADMITTED TO USDC-NJ BAR
ANANIA, BANDKLAYDER, BLACKWELL & BAUMGARTEN
NATIONSBANK TOWER
100 SE 2ND STREET
SUITE 4300
MIAMI, FL 33131-2144

JILL              CHRISTINE ANDERSON
COUNSEL NOT ADMITTED TO USDC-NJ BAR
FREEBORN & PETERS
311 SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, IL 60606

ANASTASIA            ANGELOVA
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SULLIVAN & CROMWELL, LLP
125 BROAD STREET
NEW YORK, NY 10004

MARK                 A. ARONCHICK
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HANGLEY ARONCHICK SEGAL & PUDLIN
ONE LOGAN SQUARE
27TH FLOOR
```

```
PHILADELPHIA, PA 19103

ANDREW              D. ARONS
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CHILDRESS, DUFFY & GOLDBLATT, LTD.
515 N. STATE STREET
SUITE 2200
CHICAGO, IL 60610

VICTORIA            ASHWORTH
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
75 EAST 55TH STREET
NEW YORK, NY 10022

AVERY DENNISON CORPORATION
,

Aberfeldy Properties Inc.
,

GUY                 BURDETTE BAILEY                                              , JR
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BAILEY & DAWES, LC
CONTINENTAL PLAZA
3250 MARY STREET
SUITE 100
COCONUT GROVE, FL 33133-2623

AMY                 E. BARABAS
CAHILL, GORDON & REINDELL, LLP
80 PINE STREET
NEW YORK, NY 10005-1702

MARVIN              E. BARKIN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS,
101 E KENNEDY BOULEVARD
SUITE 2700
PO BOX 1102
TAMPA, FL 33601-1102

MICHAEL             W. BAXTER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
COPELAND, COOK, TAYLOR & BUSH
PO BOX 6020
RIDGELAND, MS 39158-6020

P.                  RYAN BECKETT
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
PO BOX 22567
JACKSON, MS 39225-2567

OWEI                BELLEH
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BAILEY & DAWES, LC
CONTINENTAL PLAZA
3250 MARY STREET
SUITE 100
COCONUT GROVE, FL 33133-2623

ANDREW              T. BERRY
MCCARTER & ENGLISH, LLP
FOUR GATEWAY CENTER
100 MULBERRY STREET
PO BOX 652
NEWARK, NJ 07101-0652

VINEET              BHATIA
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002

DONALD              ARTHUR BLACKWELL
COUNSEL NOT ADMITTED TO USDC-NJ BAR
ANANIA, BANDKLAYDER, BLACKWELL & BAUMGARTEN
NATIONSBANK TOWER
100 SE 2ND STREET
SUITE 4300
MIAMI, FL 33131-2144

MICHAEL             R. BLANKSHAIN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WILDMAN, HARROLD, ALLEN & DIXON, LLP
225 WEST WACKER DRIVE
CHICAGO, IL 60606

JOHN                ARMANDO BOUDET
COUNSEL NOT ADMITTED TO USDC-NJ BAR
GREENBERG TRAURIG, PA
PO BOX 4923
ORLANDO, FL 32802-4923

JEREMY              J BRANDON
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
901 MAIN STREET
```

Case 2:04-cv-05184-CCC-JAD   Document 2605-1   Filed 11/04/13   Page 11 of 19 PageID: 59125

```
SUITE 4100
DALLAS, TX 77202-3775

ROBIN                   BREWER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BONSIGNORE & BREWER
23 FOREST STREET
MEDFORD, MA 02155

STEVEN                  J BRODIE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CARLTON FIELDS, PA
4000 BANK OF AMERICA TOWER
100 SE 2ND STREET
PO BOX 19101
MIAMI, FL 33131-9101

RUSSELL                 THOMAS BURKE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
NEXSEN PRUET JACOBS & POLLARD
PO DRAWER 2426
COLUMBIA, SC 29202

KATHLEEN                CURRIE CHAVEZ
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CHAVEZ LAW FIRM
 416 SOUTH SECOND STREET
GENEVA, IL 60134

AUSTIN                  B COHEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106

JEFFREY                 MICHAEL COHEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CARLTON FIELDS
100 SE 2ND STREET
SUITE 4000
PO BOX 019101
MIAMI, FL 33131-9101

GREGORY                 K. CONWAY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WILLKIE, FARR & GALLAGHER, LLP
1875 K STREET NW
WASHINGTON, DC 20006-1238

CHARLES                 GREG COPELAND
COUNSEL NOT ADMITTED TO USDC-NJ BAR
COPELAND, COOK, TAYLOR & BUSH
PO BOX 6020
RIDGELAND, MS 39158-6020

C.                      LARRY CORBO                                       , III
COUNSEL NOT ADMITTED TO USDC-NJ BAR
JACKSON WALKER LLP
1401 MCKINNEY
SUITE 1900
HOUSTON, TX 77010

CHRIS                   S. COUTROULIS
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CARLTON FIELDS, PA
4221 WEST BOY SCOUT BOULEVARD
SUITE 1000
TAMPA, FL 33607

PATRICIA                C. CROWLEY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1615 L STREET NW
SUITE 1300
WASHINGTON, DC 20036-5694

SHAFFIN                 ABDUL DATOO
THOMPSON WIGDOR & GILLY LLP
85 FIFTH AVENUE
NEW YORK, NY 10003

DUSTIN                  E DEESE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
TRENAM, KEMKER, SCHRARF, BARKIN, FRYE, O'NEILL & MULLIS
101 E KENNEDY BOULEVARD
SUITE 2700
PO BOX 1102
TAMPA, FL 33601-1102

MIRIAM                  THERESA DOWD
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BINGHAM MCCUTCHEN, LLP
399 PARK AVENUE
NEW YORK, NY 10022

ELTON                   F DUNCAN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DUNCAN, COURINGTON & RYDBERG
400 POYDRAS STREET
```

```
SUITE 1200
NEW ORLEANS, LA 70130

DENIS           L. DURKIN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BAKER & HOSTETLER, LLP
200 S ORANGE AVENUE
SUITE 2300
PO BOX 112
ORLANDO, FL 32801

MARCI           A EISENSTEIN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SCHIFF HARDIN, LLP
223 SOUTH WACKER DRIVE
660 SEARS TOWER
CHICAGO, IL 60606

DAVID           T. EMANUELSON
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HOWREY, LLP
321 N. CLARK STREET
SUITE 3400
CHICAGO, IL 60610

MARY JANE       EDELSTEIN FAIT
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WOLF HALDENSTEIN ADLER FREEMAN & HERTZ LLP
656 WEST RANDOLPH STREET
SUITE 500W
CHICAGO, IL 60661

PAUL            L. FIELDS                    , JR
COUNSEL NOT ADMITTED TO USDC-NJ BAR
191 PEACHTREE STREET NE
SUITE 4600
ATLANTA, GA 30309

MELODY          FORRESTER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
MILLER, FAUCHER & CAFFERTY, LLP
ONE LOGAN SQUARE
18TH & CHERRY STREETS
SUITE 1700
PHILADELPHIA, PA 19103

JAMES           E. FOSTER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
AKERMAN SENTERFITT
255 S. ORANGE AVENUE
PO BOX 231
ORLANDO, FL 32802-0231

THOMAS          A. FRENCH
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DUNCAN, COURINGTON & RYDBERG
400 POYDRAS STREET
SUITE 1200
NEW ORLEANS, LA 70130

CHRISTOPHER     G. FRETEL
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LANDMAN, CORSI, BALLAINE & FORD
120 BROADWAY
NEW YORK, NY 10271

MICHAEL         P. GEISER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002

NED             GELHAAR
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HANCOCK, ROTHERT & BUNSHOFT, LLP
515 SOUTH FIRUEROA STREET
17TH FLOOR
LOS ANGELES, CA 90071

CHRISTOPHER     C. GILBERT
COUNSEL NOT ADMITTED TO USDC-NJ BAR
UNGER LAW GROUP, PL
PO BOX 4909
ORLANDO, FL 32802-4909

JUSTIN          M. GIOVANNELLI
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CAHILL, GORDON & REINDEL, LLP
80 PINE STREET
NEW YORK, NY 10005

H.              LEE GODFREY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002-5096

RICHARD         C GODFREY
```

```
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        KIRKLAND & ELLIS LLP
                        200 E. RANDOLPH DRIVE
                        CHICAGO, IL 60601

WILLIAM         F. GRACE
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        CHAFFE MCCALL
                        1100 POYDRAS STREET
                        SUITE 2300
                        NEW ORLEANS, LA 70163-2300

M.              DUNCAN GRANT
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        PEPPER HAMILTON LLP
                        3000 TWO LOGAN SQUARE
                        18TH & ARCH STREETS
                        PHILADELPHIA, PA 19103-2799

DAVID           C GUSTMAN
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        FREEBORN & PETERS
                        311 SOUTH WACKER DRIVE
                        SUITE 3000
                        CHICAGO, IL 60606

RYAN            A. HAAS
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        CHILDRESS, DUFFY & GOLDBLATT, LTD.
                        515 N. STATE STREET
                        SUITE 2200
                        CHICAGO, IL 70610-8190

SARAH           EMILY HAGANS
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        PAUL, HASTINGS, JANOFSKY & WALKER, LLP
                        75 EAST 55TH STREET
                        NEW YORK, NY 10022

WILLIAM         M HANNAY
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        SCHIFF HARDIN LLP
                        223 SOUTH WACKER DRIVE
                        6600 SEARS TOWER
                        CHICAGO, IL 60606

AMY             D HARMON
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        NEXSEN, PRUET, JACOBS & POLLARD
                        PO DRAWER 2426
                        COLUMBIA, SC 29202

MICHAEL         S HILICKI
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        BEELER, SCHAD & DIAMOND, PC
                        332 S. MICHIGAN AVENUE
                        SUITE 1000
                        CHICAGO, IL 60604

KEVIN           F HORMUTH
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        GREENSFELDER & HEMKER
                        EQUITABLE BUILDING
                        10 SOUTH BROADWAY
                        SUITE 2000
                        ST LOUIS, MO 63102

JEFFREY         D. HORST
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        KREVOLIN & HORST
                        1175 PEACHTREE STREET, NE
                        100 COLONY SQUARE
                        SUITE 2150
                        ATLANTA, GA 30361

DEBORAH         E HYRB
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        PAUL HASTINGS, JANOFSKY & WALKER, LLP
                        1055 WASHINGTON BOULEVARD
                        9TH FLOOR
                        STAMFORD, CT 06901

SAMUEL          BAYARD ISAACSON
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        DLA PUPER RUDICK GRAY CARY US LLP
                        203 N. LASALLE STREET
                        SUITE #1900
                        CHICAGO, IL 60603

DANIEL          L. JOHNS
                        WESTERVELT JOHNSON NICOLL & KELLER
                        FIRST FINANCIAL PLAZA
                        14TH FLOOR
                        411 HAMILTON BLDV
                        PEORIA, IL 61602-1114

DANIEL          P. JORDAN
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
                        PO BOX 22567
```

JACKSON, MS 39225-2567

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
CLERK OF THE PANEL
ONE COLUMBUS CIRCLE, NE
THURGOOD MARSHALL FEDERAL JUDICIARY BUIDLING
ROOM G-255 - NORTH LOBBY
WASHINGTON, DC 20002-8004

**STEVEN A. KANNER**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
MUCH, SHELIST, FREED, DENENBERG, AMENT & RUBENSTEIN, PC
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606

**TONY KIM**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BEELER, SCHAD & DIAMOND, PC
332 S. MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60604

**KMART CORPORATION**
,

**KENNETH EMANUEL KRAUS**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SCHOPF & WEISS, LLP
ONE SOUTH WACKER DRIVE
28TH FLOOR
CHICAGO, IL 60606

**RACHEL ROSS KRAUSE**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
OGDEN & SULLIVAN, PA
113 S ARMEIA AVENUE
TAMPA, FL 33609

**ROBERT J KRISS**
COUNEL NOT ADMITTED TO USDC-NJ BAR
MAYER, BROWN, ROWE & MAW LLP
190 S. LASALLE STREET
CHICAGO, IL 60603

**LANDS' END INC.**
,

**EDWIN MICHAEL LARKIN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
VENABLE LLP
1270 AVENUE OF THE AMERICAS, 25TH FL
NEW YORK, NY 10020

**THOMAS LARKIN**
1 SHELDRAKE LANE
PALM BEACH GARDENS, FL 33418

**ELIZABETH A. LARSEN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRKPATRICK & LOCKHART, NICHOLSON, GRAHAM, LLP
200 E. RANDOLPH DRIVE
CHICAGO, IL 60601

**ANDREA J. LAWRENCE**
COHEN TAUBER SPIEVACK & WAGNER P.C.
420 LEXINGTON AVENUE
24TH FLOOR
NEW YORK, NY 10170

**CHRISTOPHER L. LEBSOCK**
HAUSFELD LLP
44 MONTGOMERY STREET, SUITE 3400
SAN FRANCISCO, CA 94111

**PETER S. LINDEN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRBY MCINERNEY LLP
825 THIRD AVENUE
16TH FLOOR
NEW YORK, NY 10022

**WILLIAM HENRY LONDON**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
MUCH, SHELIST, FREED, DENENBERG, AMENT & RUBENSTEIN, PC
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60605-1615

**ERIC NEAL MACEY**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
NOVACK & MACEY, LLP
303 WEST MADISON STREET
SUITE 1500
CHICAGO, IL 60606

**NEAL S. MANNE**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
1000 LOUISIANA STREET

```
SUITE 5100
HOUSTON, TX 77002-5096

GREGORY           L. MAST
COUNSEL NOT ADMITTED TO USDC-NJ BAR
FIELDS, HOWELL, ATHANS & MCLAUGHLIN
ONE MIDTOWN PLAZA
SUITE 800
1360 PEACHTREE STREET
ATLANTA, GA 30309

H.                ALAN MCCALL
COUNSEL NOT ADMITTED TO USDC-NJ BAR
STOCKWELL SIEVERT
PO BOX 2900
LAKE CHARLES, LA 70601

FREDRICK          H. MCCLURE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PIP RUDNICK LLP
101 E. KENNEDY BOULEVARD
SUITE 2000
TAMPA, FL 33602-5148

DONNA             L. MCDEVITT
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
333 WEST WACKER DRIVE
SUITE 2100
CHICAGO, IL 60606

JENNIFER          BATES MCINTYRE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PERKINS COIE LLC
131 SOUTH DEARBORN
SUITE 1700
CHICAGO, IL 60603-5559

DOUGLAS           A. MILLEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
MUCH, SHELIST, FREED, DENENBERG, AMENT & RUBENSTEIN, PC
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60605-1615

MICHELE           A. MILLER
WESTERVELT JOHNSON NICOLL & KELLER
FIRST FINANCIAL PLAZA
14TH FLOOR
411 HAMILTON BLVD
PEORIA, IL 61602-1114

DONALD            JAMES MOONEY
ULMER & BERNE
NOT ADMITTED TO THE NJ BAR
600 VINE STREET
SUITE 2800
CINCINNATI, OH 45202-2409

TIMOTHY           ALAN NELSEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
333 WEST WACKER DRIVE
SUITE 2100
CHICAGO, IL 60606

DARREN            K. NELSON
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PARR, WADDOUPS, BROWN, GEE & LOVELESS
185 S STATE STREET
SUITE 1300
PO BOX 11019
SALT LAKE CITY, UT 84111

KEVIN             F. O'MALLEY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
GREENSFELDER & HEMKER
EQUITABLE BUILDING
10 SOUTH BROADWAY
SUITE 2000,
ST LOUIS, MO 63102

ROSEANN           OLIVER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PERKINS COIE LLC
131 S. DEARBORN
SUITE 1700
CHICAGO, IL 60603-5559

JOHN              ROBERT OLLER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WILKIE, FARR & GALLAGHER, LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

DANIEL            A. OSBORN
BEATIE & OSBORN LLP
521 FIFTH AVENUE
34TH FLOOR
NEW YORK, NY 10175
```

**BRIAN J OSIAS**
MCCARTER & ENGLISH, LLP
,

**BENJAMIN R. OSTAPUK**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRKLAND & ELLIS LLP
555 CALIFORNIA STREET
SAN FRANCISCO, CA 94104

**HOUSTON S. PARK , III**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
STEPHENS, LYNN, KLEIN, LA CAVA, HOFFMAN
NORTHBRIDGE CENTER
515 N. FLAGLER DRIVE
SUITE 1600
WEST PALM BEACH, FL 33401-4390

**ROBERT M. PARKER**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PARKER CLAYTON
100 E. FERGUSON
SUITE 1114
TYLER, TX 75702

**RONALD RICHARD PARRY**
PARRY DEERING FUTSCHER & SPARKS PSC
NOT ADMITTED TO NEW JERSEY BAR
411 GARRARD STREET
P.O. BOX 2618
COVINGTON, KY 41012-2618

**GREGORY J. PHILLIPS**
ULMER & BERNE LLP
NOT ADMITTED TO THE NJ BAR
1660 WEST 2ND STREET
SUITE 1100
CLEVELAND, OH 44113

**LAYN R. PHILLIPS**
IRELL & MANELLA, LLP
840 NEWPORT CENTER DRIVE
SUITE 400
NEWPORT BEACH, CA 92660

**CARL H POCDTKE**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DLA PIPER RUDNICK GARY CARY US LLP
203 N. LASALLE STREET
SUITE 1900
CHICAGO, IL 60601

**ALAN SETH RABINOWITZ**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SHEARMAN & STERLING LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

**L. JANE RAY**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002-5096

**JAMES L REED**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LOOPER REED & MCGRAW
1300 POST OAK BOULEVARD
SUITE 2000
HOUSTON, TX 77056

**ANDREW M REIDY**
HOWREY LLP
1299 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004-2402

**JONATHAN E. RICHMAN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DEWEY & LEBOEUF LLP
125 WEST 55TH
NEW YORK, NY 10022

**PAUL JEFFREY RIEHLE**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SEDGWICK DETERT MORAN & ARNOLD
ONE EMBARCADERO CENTER
 16TH FLOOR
SAN FRANCISCO, CA 94111-3628

**JESSICA G ROUX**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DUNCAN, COURINGTON & RYDBERG
400 POYDRAS STREET
SUITE 1200
NEW ORLEANS, LA 70130

**THOMAS LOUIS RUFFNER**
COUNSEL NOT ADMITTED TO USDC-NJ BAR

```
HOWREY LLP
321 NORTH CLARK STREET
SUITE 3400
CHICAGO, IL 60610

GEOFFREY         C. RUSHING
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SAVERI & SAVERI
706 SANSOME STREET
SAN FRANCISCO, CA 94111

ALAN             N. SALPETER
COUNEL NOT ADMITTED TO USDC-NJ BAR
190 SOUTH LASALLE STREET
39TH FLOOR
CHICAGO, IL 60603

ELIZABETH        BARRY SANDZA
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LEBOEUF, LAMB, GREENE & MACRAE, LLP
1101 NEW YORK AVE., NW
SUITE 1100
WASHINGTON, DC 20005-4213

GUIDO            SAVERI
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SAVERI & SAVERI, INC.
706 SANSOME STREET
SAN FRANCISCO, CA 94111

RICHARD          ALEXANDER SAVERI
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SAVERI & SAVERI, INC.
706 SANSOME STREET
SAN FRANCISCO, CA 94111

LAWRENCE         WILEY SCHAD
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BEELER, SCHAD & DIAMOND, PC
332 SOUTH MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60604

KEVIN            R.J. SCHROTH
Cole, Schotz, Meisel, Forman & Leonard
900 Third Avenue
16th Floor
NEW YORK, NY 10022

STEPHEN          W SCHWAB
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DLA PIPER RUDICK GRAY CARY US LLP
203 NORTH LASALLE STREET
SUITE #1900
CHICAGO, IL 60601-1293

JEFFREY          R. SEELY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002

KELLEY           SEVIN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DUNCAN, COURINGTON & RYDBERG
400 POYDRAS STREET
SUITE 1200
NEW ORLEANS, LA 70130

PAULA            G. SHAKELTON
ULMER & BERNE LLP
NOT ADMITTED TO THE NJ BAR
1660 WEST 2ND STREET
SUITE 1100
CLEVELAND, OH 44113

JAMES            S. SHEDDEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BELLER, SCHAD & DIAMOND, PC
332 S. MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60604

PHILIP           RITCHEY SIMS
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CHAFFE MCCALL
1100 POLYDRAW STREET
SUITE 2300
NEW ORLEANS, LA 70163-2300

DAVID            ANTHONY SIRNA
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KREVOLIN & HORST
1175 PEACHTREE STREET, NE
100 COLONY SQUARE
SUITE 2150
ATLANTA, GA 30361

J. ANDREW        SJOBLOM
```

```
                                  COUNSEL NOT ADMITTED TO USDC-NJ BAR
                                  HOLME, ROBERTS & OWEN, LLP
                                  299 SOUTH MAIN STREET
                                  SUITE 1800
                                  SALT LAKE CITY, UT 84111-2263

ALAN              PATRICK SMITH
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CAHILL, GORDON & REINDEL, LLP
80 PINE STREET
NEW YORK, NY 10005

LAYALIZA          KLEIN SOLOVEICHIK
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

FREDERIC          STANLEY                              , JR
COUNSEL NOT ADMITTED TO USDC-NJ BAR
STANLEY, DEHLINGER & RASCHER
260 MAITLAND AVENUE
SUITE 1500
ALTAMONTE SPRINGS, FL 32701

JILL              M. STEINBERG
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
FIRST TENNESSEE BANK BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TN 39103

RICHARD           L. STONE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRBY MCINERNEY LLP
825 THIRD AVENUE
16TH FLOOR
NEW YORK, NY 10022

LISA              COLLEEN SULLIVAN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HOWREY, SIMON, ARNOLD & WHITE, LLP
321 NORTH CLARK STREET
SUITE 3400
CHICAGO, IL 60610

TIMON             V SULLIVAN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
OGDEN & SULLIVAN, PA
113 S ARMENIA AVENUE
TAMPA, FL 33609-1006

SUPREME AUTO TRANSPORT, LLC
,

GRETHCHEN         S. SWEEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
901 MAIN STREET
SUITE 4100
DALLAS, TX 77202-3775

VIRGINIA          B. TOWNES
COUNSEL NOT ADMITTED TO USDC-NJ BAR
AKERMAN SENTERFITT
255 S. ORANGE AVENUE
17TH FLOOR
PO BOX 231
ORLANDO, FL 32802-6610

TRI-STATE CONTAINER CORP.
,

KENNETH           I. TRUJILLO
COUNSEL NOT ADMITTED TO USDC-NJ BAR
1717 ARCH STREET
SUITE 3838
PHILADELPHIA, PA 19103

STEPHEN           TSAI
,

Texas Independent Energy, LLP
,

MICHAEL           N. UNGAR
ULMER & BERNE LLP
NOT ADMITTED TO THE NJ BAR
1660 WEST 2ND STREET
SUITE 1100
CLEVELAND, OH 44113-1448

MARTIN            B. UNGER
UNGER LAW GROUP, PL
PO BOX 4909
ORLANDO, FL 32802-4909

JOHN              L. WARDEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
```

```
SULLIVAN & CROMWELL
125 BROAD STREET
NEW YORK, NY 10004

JAMES              PAUL WEHNER                                  , JR
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SQUIRE, SANDERS & DEMPSEY, LLP
1201 PENNSYLVANIA AVENUE NW
PO BOX 407
WASHINGTON, DC 20044-0407

IRA                E. WEINER
66 PARK STREET
MONTCLAIR, NJ 07042

DOROTHY            L. WHITE-COLEMAN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WHITE, COLEMAN & ASOCIATES, LLC
ONE FINANCIAL PLAZA
500 WASHINGTON AVENUE
SUITE 1080
ST. LOUIS, MO 63101-1236

CAROLINE           SPINDLER WHITTEMORE
CAHILL, GORDON & REINDEL, LLP
80 PINE STREET
NEW YORK, NY 10005

RENEE              WICKLUND
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRKLAND & ELLIS, LLP
200 EAST RANDOLPH STREET
CHICAGO, IL 60601

JONATHAN           MICHAEL WILAN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HUNTON & WILLIAMS LLP
1900 K STREET NW
WASHINGTON, DC 20006

MARGUERITE         S. WILLIS
COUNSEL NOT ADMITTED TO USDC-NJ BAR
NEXSEN, PRUET, JACOBS & POLLARD
PO DRAWER 2426
COLUMBIA, SC 29202

JACK               LOUIS WUERKER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SQUIRE, SANDERS & DEMPSEY, LLP
8000 TOWERS CRESCENT DRIVE
14TH FLOOR
VIENNA, VA 22182

RICHARD            B. ZABEL
COUNSEL NOT ADMITTED TO USDC-NJ BAR
AKIN, GUMP, STRAUSS, HAVER & FELD, LLP
590 MADISON AVENUE
42ND FLOOR
NEW YORK, NY 10022

CADIO              ZIRPOLI
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SAVERI & SAVERI
706 SANSOME STREET
SAN FRANCISCO, CA 94111
```