# Connell Foley LLP
## ATTORNEYS AT LAW

85 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
Fax: (973) 535-9217

John A. Pindar (1969)
George W. Connell (2005)
Adrian M. Foley, Jr.
George J. Kenny*
Kenneth F. Kunzman
Samuel D. Lord (2012)
Richard D. Catenacci
Richard J. Badolato*
Peter D. Manahan
John B. Murray
Mark L. Fleder
Kevin J. Coakley
Thomas S. Cosma
Kathleen S. Murphy
Patrick J. McAuley
Peter J. Pizzi*+
Kevin R. Gardner
Robert E. Ryan
Michael X. McBride*
Jeffrey W. Moryan
Edward S. Wardell
Peter J. Smith*
William P. Krauss
Brian G. Steller
Philip F. McGovern, Jr.
Karen Painter Randall
Liza M. Walsh
John P. Lacey*
Michael J. Crowley-
Timothy E. Corriston*
Patrick J. Hughes*+
James C. McCann*
John D. Cromie

Angela A. Iuso*
William T. McGloin*
Brendan Judge
Stephen A. Urban
Charles J. Harrington III+
Stephen V. Falanga*
Tricia O'Reilly*
Anthony F. Vitiello*+
Marc D. Haefner
Jonathan P. McHenry
Brad D. Shalit*
M. Trevor Lyons*
Craig S. Demareski*
W. Nevins McCann*
Thomas J. O'Leary*
Mitchell W. Taraschi
Michael A. Shadiack
Owen C. McCarthy*
Patricia A. Lee*+
Agnieszka Antonian*
Michael Miceli
Neil V. Mody*
Steve Barnett*
Thomas M. Scuderi*
Joseph M. Murphy*
Nancy A. Skidmore*
Christine S. Orlando
Jennifer C. Critchley*
Patrick S. Brannigan*
Christine I. Gannon*
Andrew C. Sayles*
William D. Deveau*

Other Offices

Harborside Financial Center
2510 Plaza Five
Jersey City, NJ 07311
(201) 521-1000
Fax: (201) 521-0100

888 Seventh Avenue
9th Floor
New York, NY 10106
(212) 307-3700
Fax: (212) 262-0050

1500 Market Street
12th Floor
East Tower
Philadelphia, PA 19101
(215) 246-3403
Fax: (215) 665-5727

Liberty View Building
457 Haddonfield Road
Suite 230
Cherry Hill, NJ 08002
(856) 317-7100
Fax: (856) 317-7117

The Atrium, Suite E
309 Morris Avenue
Spring Lake, NJ 07762
(732) 449-1440
Fax: (732) 449-0934

Counsel
John W. Bissell
Eugene J. Codey, Jr.
Francis J. Orlando
Francis E. Schiller*
Eugene P. Squeo*
Brian P. Morrissey-
Noel D. Humphreys*
Anthony Romano II*
_____
Douglas J. Short*
Michele T. Tantalla*
Hector D. Ruiz*
Philip W. Allogramento III*
Olivia F. Cleaver+
Stephen D. Kessler*
Christopher Abatemarco*
Anthony J. Corino*
Ingrid E. da Costa
Meghan Barrett Burke*
Leo J. Hurley*
Rukhsanah L. Singh*
Brittany E. Miano*
Stacie L. Powers*
Nicole B. Dory*
Michael Bojbasa-
Christopher M. Hemrick*
Susan Kwiatkowski*
Melissa D. Lopez
Andrew L. Baron*
Jason D. Falk*
Meghan K. Musso*
Brendan W. Carroll*
Eleonore Ofosu-Antwi*

Karin I. Spalding*
Jodi Anne Hudson*
Richard A. Jagen
Jason E. Marx*
Alexis E. Lazzara
Gail Goldfarb*
Thomas Vecchio+
Daniel B. Kessler*
Robert A. Verdibello*
_____
Edmund J. Caulfield*
Sydney J. Darling*
Neil V. Shah*
Stephen R. Turano*
Steven A. Kroll*
Robert M. DiPisa*
Matthew A. Baker+
Michael J. Creegan*
Thomas M. Blewitt, Jr.+
Mary F. Hurley
Danielle M. Novak+
Katelyn O'Reilly
James E. Figliozzi-
Matthew D. Fielding*
Mariel L. Belanger*
Nicholas W. Urciuoli
Genevieve L. Horvath
Christina Sartorio*
Thomas M. Wester
Daniel E. Bonilla*
Caitlin Petry Cascino*
Thomas Forrester, Jr.
Kara M. Steger-

*Also Admitted in New York
+Also Admitted in Pennsylvania
-Only Admitted in New York
Please Reply to Roseland, NJ

November 13, 2013

**VIA ECF**

Honorable Joseph A. Dickson
United States District Court
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *Lincoln Adventures, LLC v. Those Certain Underwriters at Lloyd's, London,*
No. 2:08-cv-00235-CCC-JAD (Tag-Along in MDL No. 1663)

Dear Judge Dickson:

  I write on behalf of the syndicate defendants in the *Lincoln Adventures* action (the "Syndicates"). The Syndicates respectfully request a three-week extension to December 9, 2013 for filing their Opposition to Plaintiffs' recently-filed Motion for Leave to Amend ("Motion"). *See* Dkt. 2603. The Syndicates need this additional time to adequately respond to Plaintiffs' 22-page Motion and **132-page** proposed Second Amended Class Action Complaint ("SAC"). *See* Dkt. 2604. Plaintiffs will not be prejudiced by such an extension. The Syndicates conferred with counsel for Plaintiffs regarding this briefing schedule, but Plaintiffs were not willing to consent to this extension.

  Plaintiffs filed their Revised First Amended Complaint ("FAC") on October 29, 2012. *See* Dkt. 2282. The Syndicates' motion to dismiss Plaintiffs' FAC has been fully briefed since April 30, 2013 and is currently awaiting decision. *See* Dkts. 2500, 2502, 2503. After the fact discovery

November 13, 2013
Page 2

deadline had closed, Plaintiffs filed a letter with the Court on October 3, 2013 indicating their intention to file a motion to amend. On November 4, 2013, Plaintiffs filed their Motion and proposed SAC. *See* Dkt. 2603, 2604.

Under the schedule set by Plaintiffs, the Syndicates' Opposition is currently due on November 18, 2013. The Syndicates request an extension to December 9, 2013. If the Court grants such an extension, the Syndicates would have 35 days in total to file their Opposition, approximately the same amount of time Plaintiffs took from informing the Court of their intention to file their Motion to their actually filing the Motion (plus any additional time Plaintiffs spent on their Motion prior to their October 3rd letter to the Court). Moreover, the Syndicates would not object to a corresponding extension for Plaintiffs' Reply brief. The Syndicates' suggested a due date of December 23, 2013, but would be amenable to whatever the Court deems fair.

Plaintiffs' proposed SAC presents a new theory of the case in a 132-page pleading. Plaintiffs seek to add new plaintiffs, new defendants, and new allegations. While Plaintiffs' FAC focused on alleged "broker-centered or bilateral enterprises," there is no mention of such enterprises in the SAC. *Compare* Dkt. 2282 at ¶¶ 302-13; 332-39 *with* Dkt. 2604 *passim*. Similarly, the FAC's allegations concerning "bid-rigging" and "bid manipulation" in the London market have been reduced to a single paragraph, "on information and belief," in the SAC. *Compare* Dkt. 2282 at ¶¶ 234-52 *with* Dkt. 2604 at ¶ 243. Instead, Plaintiffs' SAC shifts focus to the Lloyd's Corporation and the alleged activities of its Franchise Performance Directorate ("FPD"), which was not even mentioned in the FAC. *Compare* Dkt. 2604 with Dkt. 2282 *passim*. The Syndicates' respectfully submit that they need the additional time to present to the Court the reasons why this amendment should not be permitted.

A three-week extension would not prejudice Plaintiffs. The briefing schedule that the Syndicates are proposing (with a corresponding extension for Plaintiffs' Reply brief) would allow for a motion date of January 6, 2014, one month after Plaintiffs' original motion date. Moreover, as the Syndicates expect this motion to be decided on the papers, the Court would be free to render a decision as soon as Plaintiffs submit their reply brief. Plaintiffs cannot reasonably argue that a delay of up to one month would prejudice them given that (1) they filed their Motion over a year after their FAC despite the fact that much of the proposed SAC is based on publicly available sources; and (2) they waited over a month to file their Motion after telling the Court they planned to file it.

The Syndicates conferred with Plaintiffs before filing this letter. Plaintiffs were only amenable to a two-week extension for the Syndicates' Opposition in exchange for (1) a corresponding extension for Plaintiffs' Opposition to a forthcoming motion to dismiss the SAC (should the Court allow Plaintiffs' Motion to Amend); and (2) an agreement to move up the Syndicates' Opposition due date if this Court scheduled a status conference or other hearing prior to the deadline. The Syndicates agreed to the first condition but could not agree to the second condition as they have no way of knowing when such a status conference might occur or how far in advance it might be scheduled. Given the approaching deadline for their Opposition, the Syndicates felt compelled to file this letter seeking the Court's assistance.

November 13, 2013
Page 3

      Should Your Honor wish to speak to the parties we will, of course, make ourselves available at Your Honor's convenience.

                                              Very truly yours,

                                              *s/*

                                              Liza M. Walsh

cc:    Hon. Judge Cecchi (via Lawyer's Service)
         All Counsel of Record, by CM/ECF

3017502-2