# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, NJ 07068-3702
(973) 535-0500
FAX: (973) 535-9217

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD (2012)
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*⁺
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN*
EDWARD S. WARDELL
PETER J. SMITH*
WILLIAM P. KRAUSS
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY*
MICHAEL J. CROWLEY-
TIMOTHY E. CORRISTON*
PATRICK J. HUGHES*⁺
JAMES C. MCCANN*
JOHN D. CROMIE

ANGELA A. IUSO*
WILLIAM T. MCGLOIN*
BRENDAN JUDGE
STEPHEN A. URBAN
CHARLES J. HARRINGTON III⁺
STEPHEN V. FALANGA*
TRICIA O'REILLY*
ANTHONY F. VITIELLO*⁺
MARC D. HAEFNER
JONATHAN P. MCHENRY
BRAD D. SHALIT*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
MICHAEL A. SHADIACK
OWEN C. MCCARTHY*
PATRICIA A. LEE*⁻
AGNIESZKA ANTONIAN*
CHRISTOPHER J. TUCCI⁺
NEIL V. MODY*
STEVE BARNETT*
THOMAS M. SCUDERI*
JOSEPH M. MURPHY*
NANCY A. SKIDMORE*
CHRISTINE S. ORLANDO
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
CHRISTINE I. GANNON*
ANDREW C. SAYLES*
WILLIAM D. DEVEAU*

COUNSEL
JOHN W. BISSELL
EUGENE J. CODEY, JR.
FRANCIS J. ORLANDO
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
BRIAN P. MORRISSEY-
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*

DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
HECTOR D. RUIZ*
ROBERT A. VERDIBELLO*
PHILIP W. ALLOGRAMENTO III*
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
ANTHONY J. CORINO*
INGRID E. DA COSTA
MEGHAN BARRETT BURKE*
RUKHSANAH L. SINGH*
BRITTANY E. MIANO*
STACIE L. POWERS*
NICOLE B. DORY*
MICHAEL BOJBASA-
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI*
MELISSA D. LOPEZ
ANDREW L. BARON*
JASON D. FALK*
MICHAEL J. SHORTT⁺
VICTORIA N. MANOUSHAGIAN*
PATRICK J. MURPHY, III*

KARIN I. SPALDING*
JODI ANNE HUDSON*
RICHARD A. JAGEN
JASON E. MARX*
ALEXIS E. LAZZARA
GAIL GOLDFARB
THOMAS VECCHIO⁺
DANIEL B. KESSLER*

MEGHAN K. MUSSO*
BRENDAN W. CARROLL*
ELEONORE OFOSU-ANTWI*
EDMUND J. CAULFIELD*
SYDNEY J. DARLING*
JESSICA L. PALMER*
NEIL V. SHAH*
STEPHEN R. TURANO*
STEVEN A. KROLL*
ROBERT M. DIPISA*
MATTHEW A. BAKER⁺
MICHAEL J. CREEGAN*
THOMAS M. BLEWITT, JR.⁺
BRIAN S. WOLFSON
MARY F. HURLEY
DANIELLE M. NOVAK⁺
KATELYN O'REILLY
JAMES E. FIGLIOZZI-
MATTHEW D. FIELDING*
MELISSA L. HIRSCH⁺
MARIEL L. BELANGER*
NICHOLAS W. URCIUOLI
KERRY C. DONOVAN
GENEVIEVE L. HORVATH

OTHER OFFICES

HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, NJ 07311
(201) 521-1000
FAX: (201) 521-0100

1500 MARKET STREET
12TH FLOOR, EAST TOWER
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

888 SEVENTH AVENUE
9TH FLOOR
NEW YORK, NY 10106
(212) 307-3700
FAX: (212) 262-0050

LIBERTY VIEW
457 HADDONFIELD ROAD, SUITE 230
CHERRY HILL, NJ 08002
(856) 317-7100
FAX: (856) 317-7117

THE ATRIUM, SUITE E
309 MORRIS AVENUE
SPRING LAKE, NJ 07762
(732) 449-1440
FAX: (732)449-0934

*ALSO ADMITTED IN NEW YORK
⁺ALSO ADMITTED IN PENNSYLVANIA
-ONLY ADMITTED IN NEW YORK
PLEASE REPLY TO ROSELAND, NJ

November 15, 2013

**VIA ECF**

The Honorable Claire C. Cecchi, U.S.D.J.
The Rev. Dr. Martin Luther King, Jr., Federal Building and Courthouse
Federal Square
Newark, New Jersey 07101

Re:  *In re Insurance Brokerage Antitrust Litigation* (MDL 1663),
 Civil Action Number 04-5184 (CCC/JAD)

 **This Letter Applies to:**

 *Lincoln Adventures, LLC et al. v. Those Certain Underwriters, et al.*,

Dear Judge Cecchi:

 We are Defendants' Liaison counsel in this matter and we write to advise Your Honor that the parties have resolved their concerns about the briefing schedule for the Plaintiffs' pending Motion to Amend. Specifically, should it meet with Your Honor's approval, the Defendants opposition will be filed on **Friday, December 6, 2013**. Plaintiffs' reply will be filed on **Friday, December 20, 2013**.[1] The Defendants, with the consent of the Plaintiffs, ask that if Your Honor is agreeable to this schedule Your Honor "so order" this letter.

---

[1] Defendants have also stated that should the coming holidays make this date unworkable for the Plaintiffs, Defendants will consent to a reasonable extension request made to Your Honor.

The Honorable Claire C. Cecchi, U.S.D.J.
November 15, 2013
Page 2

Further, the Defendants have agreed that they will consent to Plaintiffs' request for up to ten additional pages (in Times New Roman 14 point) for the reply brief.  By this letter, the parties request that if Your Honor is agreeable to this short page extension it be so ordered.

Finally, the parties' joint agreement to these dates is premised upon the joint understanding and request that Your Honor not re-schedule the Status Conference, which is currently being held without date, until after the Defendants' opposition papers to the Motion to Amend are filed on December 6, 2013, (though if Your Honor wishes to have the status conference on December 6, Defendants will submit their opposition papers on December 5, 2013).  The parties jointly believe that having both the moving and opposition papers on file prior to the conference would be beneficial.

Should Your Honor have any questions or desire anything additional, we will be available at Your Honor's convenience.

                Respectfully submitted,

                *s/*

                Liza M. Walsh

cc:   All Counsel of Record (via ECF and Email Service List)

3018804-1