**Robbins Geller Rudman & Dowd LLP**

Atlanta · Boca Raton · Melville · New York · Philadelphia · San Diego · San Francisco · Washington, DC

Rachel L. Jensen
rjensen@rgrdlaw.com

February 26, 2014

<u>VIA ECF & OVERNIGHT DELIVERY</u>

The Honorable Claire C. Cecchi, U.S. District Judge
The Honorable Joseph A. Dickson, U.S. Magistrate Judge
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, MLK 2B & MLK 2D
Newark, NJ 07101

Re: *Lincoln Adventures, LLC v. Those Certain Underwriters at Lloyd's London*, No. 2:08-cv-00235-CCC-JAD (Tag-Along in MDL No. 1663)

Dear Judges Cecchi and Dickson:

We write on behalf of plaintiffs in *Lincoln Adventures, LLC v. Those Certain Underwriters at Lloyd's London*, No. 2:08-cv-00235 ("*Lincoln Adventures*"), to advise the Court of a recent development and request a status conference regarding the matters pending before the Court.

On February 6, 2014, a U.K. judge, Deputy Senior Master Leslie, refused to enforce Judge Dickson's June 28, 2013 Letter of Request for International Judicial Assistance Pursuant to the Evidence (Proceedings in Other Jurisdictions) Act of 1975 to Permit Production of Documents from Lloyd's Market Association ("LMA") ("Letter Rogatory"). *See* Dkt. No. 2551; Ex. A.[1]

By way of background, after this Court issued the Letter Rogatory, a U.K. judge, Senior Master Whitaker, reviewed the order and directed the LMA to produce the documents sought by way of an October 8, 2013 order. *See* Ex. B. However, on October 24, 2013, the LMA, through the London office of Edwards Wildman (defendant-syndicate 2791's counsel), challenged Senior Master Whitaker's order and the Letter Rogatory. The LMA argued, *inter alia*, that the Letter Rogatory sought documents subject to motions pending before this Court, including documents plaintiffs contend were improperly withheld by defendants as "privileged." In addition, the LMA argued that the documents were not relevant to the triable issues, in part because the operative

---

[1] Though the order was issued orally at the hearing on February 6th, it was not memorialized in a written order until February 11th, after which it was approved by the court by way of "court stamp" on February 13th. *See* Ex. A.



**Robbins Geller
Rudman & Dowd LLP**

Hon. Claire C. Cecchi
Hon. Joseph A. Dickson
February 26, 2014
Page 2

complaint – which plaintiffs have moved to amend – does not contain extensive allegations about the LMA. Notably, the proposed Second Amended Class Action Complaint ("SAC"), which was drafted with the benefit of the discovery produced to date and is the subject of plaintiffs' pending motion for leave to amend, details the role of the LMA in the anti-competitive agreements and RICO conspiracy. Nevertheless, in part because the SAC is not yet the operative complaint, Deputy Senior Master Leslie agreed with the LMA that the documents sought were not relevant to the triable issues and set aside the order of Senior Master Whitaker requiring the production of documents set out in this Court's Letter Rogatory, on this ground, among others. Master Leslie has also ordered plaintiffs to pay the LMA's costs incurred in conjunction with challenging this Court's Letter Rogatory, which the LMA claims are nearly $320,000.

The U.K. court's order of February 6, 2014 does not preclude plaintiffs from re-applying for a letter rogatory for documents from the LMA. But, given that plaintiffs' motions to compel and for leave to amend remain unresolved, plaintiffs are likely to run into the same predicament again. In addition, plaintiffs have tabled certain depositions and other discovery from defendants pending the outcome of the motions currently before this Court. Finally, the Court had scheduled a status conference in this case for November 15, 2013 (Dkt. No. 2597), but subsequently took the conference off calendar, stating in a minute order that the "Court will contact the parties with a new date." Dkt. No. 2606.

For all of these reasons, plaintiffs respectfully renew their request for a conference to discuss the status of the case and the various motions pending before the Court. To that end, the following motions are fully briefed and awaiting decision:

1. Plaintiffs' November 4, 2013 motion for leave to amend their complaint and file their proposed SAC (Dkt. No. 2603), which has been fully briefed since December 20, 2013;[2]

2. The parties' April 26, 2013 joint letter regarding plaintiffs' motion to compel certain broker compensation agreements called "lineslips" and "binding authorities" and related documents (Dkt. No. 2495), as supplemented by plaintiffs' June 5, 2013 letter (Dkt. No. 2530) and defendants' response to same (Dkt. No. 2537). Permitting plaintiffs leave to file their SAC may moot defendants' objections to the production of documents subject to this motion (see Dkt. No. 2585);

---

[2] If granted, plaintiffs' motion for leave to amend would moot defendants' motion to dismiss filed on December 4, 2012. See Dkt. No. 2500. On November 25, 2013, the Court administratively terminated Defendants' motion to dismiss. See Dkt. No. 2612. Since that time, on December 20, 2013, the parties completed the briefing on the motion for leave to amend. See Dkt. No. 2617. On December 23, 2013, the Court issued a minute entry, ruling that plaintiffs' motion for leave to amend was set for January 21, 2014, and would be decided on the papers.

919093_1

**Robbins Geller
Rudman & Dowd LLP**

Hon. Claire C. Cecchi
Hon. Joseph A. Dickson
February 26, 2014
Page 3

      3.      The parties' May 10, 2013 joint letter regarding plaintiffs' motion to compel: (i) documents improperly withheld by defendants under a claim of privilege; (ii) certain defendants' refusal to provide definitions for the data fields provided; (iii) defendants' refusal to search certain key witnesses' documents; and (iv) defendants' refusal to run certain search terms relevant to plaintiffs' claims (Dkt. No. 2513), as supplemented by plaintiffs' June 5, 2013 letter (Dkt. No. 2530) and defendants' response to same (Dkt. No. 2537);

      4.      Certain defendant-syndicates' letter brief of June 24, 2013, seeking a protective order to prevent the depositions of their chief executive officers and non-executive directors (Dkt. No. 2544), as well as plaintiffs' June 28, 2013 response to same (Dkt. No. 2548);

      5.      Plaintiffs' September 26, 2013 motion to compel the defendants to produce data regarding insurance policies sold by defendants in the United States (Dkt. Nos. 2579, 2586, 2591); and

      6.      Plaintiffs' September 30, 2013 Letter of Request for International Judicial Assistance Pursuant to the Evidence (Proceedings in Other Jurisdictions) Act of 1975 to Permit Production of Documents and Testimony from certain individuals at Lloyd's Corporation (Dkt. No. 2581). This request would be mooted in part or whole by granting plaintiffs' motion for leave to amend.

We respectfully request that the Court schedule a status conference to discuss these matters.

Yours respectfully,

Rachel L. Jensen
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, California 92101-3301

Robert Schachter
ZWERLING, SCHACHTER
& ZWERLING, LLP
41 Madison Avenue
New York, New York 10010

cc:    MDL 1663 service list (via ECF)

919093_1

CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be e-mailed the foregoing document or paper via the e-mail distribution list to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 26, 2014.

s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:rjensen@rgrdlaw.com

919093_1

**Mailing Information for a Case 2:04-cv-05184-CCC-JAD QLM ASSOCIATES, INC. v. MARSH & MCLENNAN COMPANIES, INC. et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **DOUGLAS A. ABRAHAMS**
  dabrahams@kohnswift.com,joanb@kohnswift.com

- **DANIEL B. ALLANOFF**
  dallanoff@mcgslaw.com

- **ROBIN L. ALPERSTEIN**
  robin.alperstein@wilmerhale.com

- **REBECCA R. ANZIDEI**
  ranzidei@steinmitchell.com

- **MITCHELL JAY AUSLANDER**
  mauslander@willkie.com,mao@willkie.com,twhitehouse@willkie.com,kmonin@willkie.com,afitzpatrick@willkie.com,ebower@willkie.com,wrooney@willkie.com,jr

- **HARVEY JOEL BARNETT**
  hbarnett@sperling-law.com

- **PHILIP J. BEZANSON**
  phillip.bezanson@bracewellgiuliani.com

- **PETER RICHARD BISIO**
  peter.bisio@hoganlovells.com,daniel.metroka@hoganlovells.com,bonnie.carpenter@hoganlovells.com,david.foster@hoganlovells.com,Michelle.Kisloff@hoganlovells.

- **ROBERT J. BRENER**
  Robert.Brener@leclairryan.com,Patricia.Gaglioti@leclairryan.com

- **MARK ANTHONY BULGARELLI**
  mbulgarelli@foote-meyers.com,cspring@foote-meyers.com

- **MATTHEW M. BURKE**
  matthew.burke@ropesgray.com

- **ROBERT J. BURNS**
  robert.burns@hklaw.com

- **THOMAS F. BUSH**
  tbush@edwardswildman.com,dtaylor@edwardswildman.com,pfrye@edwardswildman.com,ecffilings@edwardswildman.com

- **JOHN C. CABANISS**
  john@cabanisslaw.com,nina@cabanisslaw.com

- **ANNA MARIE CABASSA-TORRES**
  acabassa@zsz.com

- **MATTHEW JOSEPH CACCAMO**
  caccamo@wildmanharrold.com

- **BRIAN PETER CALANDRA**
  brian.calandra@shearman.com

- **JOHNNY W. CARTER**
  jcarter@susmangodfrey.com

- **JOANNE M. CICALA**
  jcicala@kmllp.com,lmorris@kmllp.com

- **JAMES B. CLARK , III**
  james.clark@usdoj.gov

- **WILLIAM F. CLARKE , JR**
  william.clarke@beazley.com

- **JOANNA J. CLINE**
  clinej@pepperlaw.com

- **BRYAN L. CLOBES**
  bclobes@caffertyclobes.com,ktucker@caffertyclobes.com

- **LOUIS G. CORSI**
  lcorsi@lcbf.com

- **TRAVIS SCOTT CRABTREE**
  tcrabtree@lrmlaw.com,jreed@lrmlaw.com

- **PAUL C. CURNIN**

pcurnin@stblaw.com

- **STEVEN P. DEL MAURO**
  sdelmauro@mdmc-law.com

- **G. RICHARD DODGE , JR**
  grdodge@mayerbrown.com,wdc.docket@mayerbrown.com

- **DAN DRACHLER**
  ddrachler@zsz.com

- **LARRY D. DRURY**
  ldrurylaw@aol.com

- **BRYAN S. DUMESNIL**
  bryan.dumesnil@bgllp.com,cindy.rodriguez@bgllp.com,elisabeth.taylor@bgllp.com,maria.kimbrough@bgllp.com,tony.visage@bgllp.com,heath.novosad@bgllp.com

- **LEO L. ESSES**
  lesses@ctswlaw.com

- **BETH L. FANCSALI**
  bfancsali@edwardswildman.com

- **STACEY SEXTON FARRELL**
  sfarrell@fieldshowell.com

- **KEVIN JOSEPH FEE**
  kfee@kvwmail.com,eslavina@kvwmail.com

- **CAROLYN H. FEENEY**
  carolyn.feeney@dechert.com

- **DAVID U. FIERST**
  dfierst@steinmitchell.com

- **IAN HOWARD FISHER**
  fisher@sw.com,webster@sw.com,glynn@sw.com,central@sw.com,waters@sw.com,wysocki@sw.com

- **MARTIN FLUMENBAUM**
  mflumenbaum@paulweiss.com

- **ROBERT M. FOOTE**
  rmf@foote-meyers.com

- **GEORGE BENNET FORBES**
  georgef@spevacklegalteam.com

- **CHARLENE P. FORD**
  cford@whatleydrake.com,ecf@whatleydrake.com

- **BRYCE L. FRIEDMAN**
  bfriedman@stblaw.com

- **JOHN B.M. FROHLING**
  jcfrohling@aol.com

- **KENNETH A. GALLO**
  kgallo@paulweiss.com

- **MICHAEL J. GARVEY**
  mgarvey@stblaw.com

- **RACHEL L. GERSTEIN**
  rgerstein@akingump.com,nymco@akingump.com

- **NEIL KEITH GILMAN**
  ngilman@hunton.com

- **KELLY M. GLYNN**
  glynn@sw.com,connor@sw.com,wysocki@sw.com

- **JAYNE ARNOLD GOLDSTEIN**
  jagoldstein@pomlaw.com

- **ROBERT GERARD GOODMAN**
  rgg@palmisanogoodman.com,amk@palmisanogoodman.com

- **DAVID GRAIS**
  dgrais@graisellsworth.com

- **STEVEN J. GREENFOGEL**
  sgreenfogel@litedepalma.com,alee@litedepalma.com

- **MARC D. HAEFNER**

mhaefner@connellfoley.com

- **JAMES HALLOWELL**
  jhallowell@gibsondunn.com,aarias@gibsondunn.com

- **DAVID HUGHES HARRIS**
  dhhesq@gmail.com

- **BARRY HASSELL**
  bhassell@cctb.com

- **PATRICK J. HENEGHAN**
  heneghan@sw.com,hadley@sw.com,central@sw.com,miner@sw.com

- **JOHN HERFORT**
  jherfort@gibsondunn.com,aarias@gibsondunn.com

- **MICHELLE T. HESS**
  michelle.hess@hklaw.com

- **KATHRYN P. HOEK**
  khoek@susmangodfrey.com

- **CHRISTOPHER R. HUNT**
  christopher.hunt@myfloridalegal.com

- **FRED TAYLOR ISQUITH**
  isquith@whafh.com

- **STEPHEN JACOBS**
  sjacobs@lcbf.com

- **RACHEL LYNN JENSEN**
  rachelj@rgrdlaw.com,cmedici@rgrdlaw.com

- **EDITH M. KALLAS**
  ekallas@whatleykallas.com,ecf@whatleykallas.com

- **STEVEN A. KANNER**
  skanner@fklmlaw.com,mkhamoo@fklmlaw.com

- **ROBERTA A. KAPLAN**
  rkaplan@paulweiss.com

- **JON STEPHEN KENNEDY**
  skennedy@bakerdonelson.com

- **RANDI F. KNEPPER**
  rknepper@mdmc-law.com,cmcgough@mdmc-law.com

- **KYMBERLY KOCHIS**
  kkochis@nldhlaw.com

- **WERNER R. KRANENBURG**
  Werner@kranenburgesq.com

- **DEVON MCKECHAN LARGIO**
  devon.largio@kirkland.com

- **DANIEL EDWARD LAYTIN**
  dlaytin@kirkland.com

- **DANIEL J. LEFFELL**
  dleffell@paulweiss.com

- **MICHAEL P. LEHMANN**
  mlehmann@hausfeldllp.com,clebsock@hausfeldllp.com

- **ADAM J LEVITT**
  alevitt@gelaw.com,jtangren@gelaw.com,earonowitz@gelaw.com,bsmith@gelaw.com,ajlevitt@yahoo.com

- **ROY H. LIDDELL**
  royliddell@wellsmar.com,jwilson@wellsmar.com

- **WENDY JEANNE LINDSTROM**
  wendy.lindstrom@wilsonelser.com

- **ALLYN ZISSEL LITE**
  alite@litedepalma.com,epalomino@litedepalma.com

- **KEVIN C. LOGUE**
  kevinlogue@paulhastings.com

- **THOMAS M. LOUIS**

tlouis@wellsmar.com,spuckett@wellsmar.com

- **MARY MCCANN**
  MMccann@cahill.com
- **JAMES G. MCCARNEY**
  NY-Docketing@sheppardmullin.com
- **MICHAEL GLENN MCLELLAN**
  mmclellan@finkelsteinthompson.com
- **CARMEN A. MEDICI**
  cmedici@rgrdlaw.com
- **CARMEN A. MEDICI**
  cmedici@rgrdlaw.com
- **WILLIAM F. MEGNA**
  wmegna@mmmlaw.com,kshaw@mmmlaw.com
- **ELLEN MERIWETHER**
  emeriwether@caffertyclobes.com
- **THOMAS R. MERRICK**
  tmerrick@rgrdlaw.com
- **SCOTT L. METZGER**
  metzger@dsmwlaw.com
- **JOHN R. MIDDLETON**
  JMiddleton@lawnj.com,JRMIDDLETONJR@GMAIL.COM,edahl@lawnj.com
- **KEITH J. MILLER**
  kmiller@rwmlegal.com
- **DENIS C. MITCHELL**
  dmitchell@steinmitchell.com
- **ROBERT F. MUSE**
  rmuse@steinmitchell.com
- **W. TIMOTHY NEEDHAM**
  tneedham@janssenlaw.com
- **DAVID MARC NIEPORENT**
  dnieporent@samuelandstein.com,davidnieporent@gmail.com
- **ABIGAIL NITKA**
  anitka@messner.com
- **EAMON O'KELLY**
  okelly.eamon@arentfox.com
- **MARIO ANTHONY PACELLA**
  mpacella@stromlaw.com,dblount@stromlaw.com
- **ANNE JOHNSON PALMER**
  anne.johnsonpalmer@ropesgray.com,courtalert@ropesgray.com
- **PETER S. PEARLMAN**
  PSP@njlawfirm.com
- **NYRAN ROSE PEARSON**
  nrasche@caffertyclobes.com,snyland@caffertyclobes.com
- **MOLLY LEHR PEASE**
  mpease@graisellsworth.com
- **ROBERT HARDY PEES**
  rpees@akingump.com,nymco@akingump.com,abarnes@akingump.com
- **JOHN J. PENTZ**
  clasaxn@earthlink.net
- **RICHARD C. PEPPERMAN , II**
  peppermanr@sullcrom.com,breaud@sullcrom.com,s&cmanagingclerk@sullcrom.com
- **RUSSELL PICCOLI**
  carol.thorne@mwmf.com
- **Donald R. Pierson**
  fsturkish@aol.com
- **SHAWN PATRICK REGAN**

  sregan@hunton.com

- **GREGORY M. REISER**
  gregory.reiser@wilmerhale.com

- **MARK C. RIFKIN**
  rifkin@whafh.com

- **DONALD A. ROBINSON**
  drobinson@rwmlegal.com,graffield@rwmlegal.com

- **ROBERT B. ROBINSON**
  robert.robinson@amlin.co.uk

- **TAMMY L. ROY**
  troy@cahill.com

- **ROBERT S. SCHACHTER**
  rschachter@zsz.com,wgonzalez@zsz.com

- **JOSEPH J. SCHIAVONE**
  jschiavone@budd-larner.com

- **WILLIAM G. SCHOPF**
  schopf@sw.com,miner@sw.com

- **JEFFREY T. SCOTT**
  scottj@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **HOWARD J. SEDRAN**
  hsedran@lfsblaw.com

- **PATRICK SHEA**
  patrickshea@paulhastings.com

- **BARRY G. SHER**
  barrysher@paulhastings.com

- **PATRICK T. SHILLING**
  pshilling@stblaw.com,swilson@stblaw.com

- **BARBARA T. SICALIDES**
  sicalidesb@pepperlaw.com,bassmanb@pepperlaw.com

- **LESLIE M. SMITH**
  lsmith@kirkland.com,nshea@kirkland.com

- **JENNIFER W. SPRENGEL**
  jsprengel@caffertyclobes.com

- **CHRISTOPHER J. ST. JEANOS**
  cstjeanos@willkie.com,mao@willkie.com

- **MAE AMELIA STILES**
  stiles.mae@arentfox.com

- **JOHN J. STOIA**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com,tmerrick@rgrdlaw.com

- **JOSEPH PRESTON STROM**
  petestrom@stromlaw.com,dblount@stromlaw.com

- **BONNY ELAINE SWEENEY**
  bonnys@rgrdlaw.com

- **JUSTIN MICHAEL TARSHIS**
  jtarshis@zsz.com,ssalvetti@zsz.com,ddrachler@zsz.com

- **DUVOL M. THOMPSON**
  duvol.thompson@hklaw.com,glenn.huzinec@hklaw.com,elvin.ramos@hklaw.com

- **JOHN M. TORIELLO**
  john.toriello@hklaw.com,glenn.huzinec@hklaw.com,elvin.ramos@hklaw.com

- **GENEVIEVE VOSE**
  gvose@susmangodfrey.com

- **LIZA M. WALSH**
  lwalsh@connellfoley.com,jbrandon@susmangodfrey.com,mhogan@connellfoley.com,tvanek@SusmanGodfrey.com,btroyan@connellfoley.com

- **JENNIFER A. WATERS**
  waters@sw.com,connor@sw.com,cheng@sw.com

- **HENRY WEISBURG**

> hweisburg@shearman.com

- **LEDA DUNN WETTRE**
  lwettre@rwmlegal.com

- **JOE R. WHATLEY**
  jwhatley@whatleykallas.com,ecf@whatleykallas.com

- **ALEXANDER W. WOOD**
  alexanderwood@paulhastings.com

- **MARGARET O'ROURKE WOOD**
  mwood@wolffsamson.com

- **FREDERICK BARTLETT WULFF , SR**
  bart.wulff@koningrubarts.com

- **KATHRYN K. WYCOFF**
  kathryn.wycoff@lovells.com

- **RICHARD F. YARBOROUGH**
  ryarborough@bakerdonelson.com,jcraft@bakerdonelson.com

- **nefmednwk**
  njdnefmed@njd.uscourts.gov

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
GREGG               ABBOTT
COUNSEL NOT ADMITTED TO USDC-NJ BAR
OFFICE OF THE TEXAS ATTORNEY GENERAL
300 W. 15TH STREET
9TH FLOOR
AUSTIN, TX 78701

ROBERT              G. ABRAMS
HOWREY LLP
1299 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004-2402

FRANCIS             A. ANANIA
COUNSEL NOT ADMITTED TO USDC-NJ BAR
ANANIA, BANDKLAYDER, BLACKWELL & BAUMGARTEN
NATIONSBANK TOWER
100 SE 2ND STREET
SUITE 4300
MIAMI, FL 33131-2144

JILL                CHRISTINE ANDERSON
COUNSEL NOT ADMITTED TO USDC-NJ BAR
FREEBORN & PETERS
311 SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, IL 60606

ANASTASIA           ANGELOVA
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SULLIVAN & CROMWELL, LLP
125 BROAD STREET
NEW YORK, NY 10004

MARK                A. ARONCHICK
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HANGLEY ARONCHICK SEGAL & PUDLIN
ONE LOGAN SQUARE
27TH FLOOR
PHILADELPHIA, PA 19103

ANDREW              D. ARONS
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CHILDRESS, DUFFY & GOLDBLATT, LTD.
515 N. STATE STREET
SUITE 2200
CHICAGO, IL 60610

VICTORIA            ASHWORTH
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
75 EAST 55TH STREET
NEW YORK, NY 10022

AVERY DENNISON CORPORATION
,

Aberfeldy Properties Inc.
,

GUY                 BURDETTE BAILEY                                        , JR
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BAILEY & DAWES, LC
CONTINENTAL PLAZA
```

```
                3250 MARY STREET
                SUITE 100
                COCONUT GROVE, FL 33133-2623

AMY             E. BARABAS
                CAHILL, GORDON & REINDELL, LLP
                80 PINE STREET
                NEW YORK, NY 10005-1702

MARVIN          E. BARKIN
                COUNSEL NOT ADMITTED TO USDC-NJ BAR
                TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS,
                101 E KENNEDY BOULEVARD
                SUITE 2700
                PO BOX 1102
                TAMPA, FL 33601-1102

MICHAEL         W. BAXTER
                COUNSEL NOT ADMITTED TO USDC-NJ BAR
                COPELAND, COOK, TAYLOR & BUSH
                PO BOX 6020
                RIDGELAND, MS 39158-6020

P.              RYAN BECKETT
                COUNSEL NOT ADMITTED TO USDC-NJ BAR
                BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
                PO BOX 22567
                JACKSON, MS 39225-2567

OWEI            BELLEH
                COUNSEL NOT ADMITTED TO USDC-NJ BAR
                BAILEY & DAWES, LC
                CONTINENTAL PLAZA
                3250 MARY STREET
                SUITE 100
                COCONUT GROVE, FL 33133-2623

ANDREW          T. BERRY
                MCCARTER & ENGLISH, LLP
                FOUR GATEWAY CENTER
                100 MULBERRY STREET
                PO BOX 652
                NEWARK, NJ 07101-0652

VINEET          BHATIA
                COUNSEL NOT ADMITTED TO USDC-NJ BAR
                SUSMAN GODFREY LLP
                1000 LOUISIANA STREET
                SUITE 5100
                HOUSTON, TX 77002

DONALD          ARTHUR BLACKWELL
                COUNSEL NOT ADMITTED TO USDC-NJ BAR
                ANANIA, BANDKLAYDER, BLACKWELL & BAUMGARTEN
                NATIONSBANK TOWER
                100 SE 2ND STREET
                SUITE 4300
                MIAMI, FL 33131-2144

MICHAEL         R. BLANKSHAIN
                COUNSEL NOT ADMITTED TO USDC-NJ BAR
                WILDMAN, HARROLD, ALLEN & DIXON, LLP
                225 WEST WACKER DRIVE
                CHICAGO, IL 60606

JOHN            ARMANDO BOUDET
                COUNSEL NOT ADMITTED TO USDC-NJ BAR
                GREENBERG TRAURIG, PA
                PO BOX 4923
                ORLANDO, FL 32802-4923

JEREMY          J BRANDON
                COUNSEL NOT ADMITTED TO USDC-NJ BAR
                SUSMAN GODFREY, LLP
                901 MAIN STREET
                SUITE 4100
                DALLAS, TX 77202-3775

ROBIN           BREWER
                COUNSEL NOT ADMITTED TO USDC-NJ BAR
                BONSIGNORE & BREWER
                23 FOREST STREET
                MEDFORD, MA 02155

STEVEN          J BRODIE
                COUNSEL NOT ADMITTED TO USDC-NJ BAR
                CARLTON FIELDS, PA
                4000 BANK OF AMERICA TOWER
                100 SE 2ND STREET
                PO BOX 19101
                MIAMI, FL 33131-9101

RUSSELL         THOMAS BURKE
                COUNSEL NOT ADMITTED TO USDC-NJ BAR
                NEXSEN PRUET JACOBS & POLLARD
                PO DRAWER 2426
                COLUMBIA, SC 29202

KATHLEEN        CURRIE CHAVEZ
                COUNSEL NOT ADMITTED TO USDC-NJ BAR
```

```
CHAVEZ LAW FIRM
 416 SOUTH SECOND STREET
GENEVA, IL 60134

AUSTIN            B COHEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106

JEFFREY           MICHAEL COHEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CARLTON FIELDS
100 SE 2ND STREET
SUITE 4000
PO BOX 019101
MIAMI, FL 33131-9101

GREGORY           K. CONWAY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WILLKIE, FARR & GALLAGHER, LLP
1875 K STREET NW
WASHINGTON, DC 20006-1238

CHARLES           GREG COPELAND
COUNSEL NOT ADMITTED TO USDC-NJ BAR
COPELAND, COOK, TAYLOR & BUSH
PO BOX 6020
RIDGELAND, MS 39158-6020

C.                LARRY CORBO                                          , III
COUNSEL NOT ADMITTED TO USDC-NJ BAR
JACKSON WALKER LLP
1401 MCKINNEY
SUITE 1900
HOUSTON, TX 77010

CHRIS             S. COUTROULIS
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CARLTON FIELDS, PA
4221 WEST BOY SCOUT BOULEVARD
SUITE 1000
TAMPA, FL 33607

PATRICIA          C. CROWLEY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1615 L STREET NW
SUITE 1300
WASHINGTON, DC 20036-5694

SHAFFIN           ABDUL DATOO
THOMPSON WIGDOR & GILLY LLP
85 FIFTH AVENUE
NEW YORK, NY 10003

DUSTIN            E DEESE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
TRENAM, KEMKER, SCHRARF, BARKIN, FRYE, O'NEILL & MULLIS
101 E KENNEDY BOULEVARD
SUITE 2700
PO BOX 1102
TAMPA, FL 33601-1102

THOMAS            P. DOVE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
FURTH, LEHMANN & GRANT, LLP
225 BUSH STREET
15TH FLOOR
SAN FRANCISCO, CA 94104

MIRIAM            THERESA DOWD
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BINGHAM MCCUTCHEN, LLP
399 PARK AVENUE
NEW YORK, NY 10022

ELTON             F DUNCAN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DUNCAN, COURINGTON & RYDBERG
400 POYDRAS STREET
SUITE 1200
NEW ORLEANS, LA 70130

DENIS             L. DURKIN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BAKER & HOSTETLER, LLP
200 S ORANGE AVENUE
SUITE 2300
PO BOX 112
ORLANDO, FL 32801

MARCI             A EISENSTEIN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SCHIFF HARDIN, LLP
223 SOUTH WACKER DRIVE
660 SEARS TOWER
CHICAGO, IL 60606
```

```
DAVID            T. EMANUELSON
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HOWREY, LLP
321 N. CLARK STREET
SUITE 3400
CHICAGO, IL 60610

MARY JANE        EDELSTEIN FAIT
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WOLF HALDENSTEIN ADLER FREEMAN & HERTZ LLP
656 WEST RANDOLPH STREET
SUITE 500W
CHICAGO, IL 60661

PAUL             L. FIELDS                          , JR
COUNSEL NOT ADMITTED TO USDC-NJ BAR
191 PEACHTREE STREET NE
SUITE 4600
ATLANTA, GA 30309

MELODY           FORRESTER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
MILLER, FAUCHER & CAFFERTY, LLP
ONE LOGAN SQUARE
18TH & CHERRY STREETS
SUITE 1700
PHILADELPHIA, PA 19103

JAMES            E. FOSTER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
AKERMAN SENTERFITT
255 S. ORANGE AVENUE
PO BOX 231
ORLANDO, FL 32802-0231

THOMAS           A. FRENCH
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DUNCAN, COURINGTON & RYDBERG
400 POYDRAS STREET
SUITE 1200
NEW ORLEANS, LA 70130

CHRISTOPHER      G. FRETEL
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LANDMAN, CORSI, BALLAINE & FORD
120 BROADWAY
NEW YORK, NY 10271

FREDERICK        P. FURTH
COUNSEL NOT ADMITTED TO USDC-NJ BAR
THE FURTH FIRM LLP
225 BUSH STREET
15TH FLOOR
SAN FRANCISCO, CA 94104

MICHAEL          P. GEISER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002

NED              GELHAAR
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HANCOCK, ROTHERT & BUNSHOFT, LLP
515 SOUTH FIRUEROA STREET
17TH FLOOR
LOS ANGELES, CA 90071

CHRISTOPHER      C. GILBERT
COUNSEL NOT ADMITTED TO USDC-NJ BAR
UNGER LAW GROUP, PL
PO BOX 4909
ORLANDO, FL 32802-4909

JUSTIN           M. GIOVANNELLI
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CAHILL, GORDON & REINDEL, LLP
80 PINE STREET
NEW YORK, NY 10005

H.               LEE GODFREY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002-5096

RICHARD          C GODFREY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRKLAND & ELLIS LLP
200 E. RANDOLPH DRIVE
CHICAGO, IL 60601

WILLIAM          F. GRACE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CHAFFE MCCALL
1100 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LA 70163-2300
```

```
M.              DUNCAN GRANT
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE
18TH & ARCH STREETS
PHILADELPHIA, PA 19103-2799

DAVID           C GUSTMAN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
FREEBORN & PETERS
311 SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, IL 60606

RYAN            A. HAAS
COUNSEL NOT ADMITTED TO USDC-NJ BAR
CHILDRESS, DUFFY & GOLDBLATT, LTD.
515 N. STATE STREET
SUITE 2200
CHICAGO, IL 70610-8190

SARAH           EMILY HAGANS
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
75 EAST 55TH STREET
NEW YORK, NY 10022

WILLIAM         M HANNAY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SCHIFF HARDIN LLP
223 SOUTH WACKER DRIVE
6600 SEARS TOWER
CHICAGO, IL 60606

AMY             D HARMON
COUNSEL NOT ADMITTED TO USDC-NJ BAR
NEXSEN, PRUET, JACOBS & POLLARD
PO DRAWER 2426
COLUMBIA, SC 29202

MICHAEL         S HILICKI
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BEELER, SCHAD & DIAMOND, PC
332 S. MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60604

KEVIN           F HORMUTH
COUNSEL NOT ADMITTED TO USDC-NJ BAR
GREENSFELDER & HEMKER
EQUITABLE BUILDING
10 SOUTH BROADWAY
SUITE 2000
ST LOUIS, MO 63102

JEFFREY         D. HORST
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KREVOLIN & HORST
1175 PEACHTREE STREET, NE
100 COLONY SQUARE
SUITE 2150
ATLANTA, GA 30361

DEBORAH         E HYRB
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PAUL HASTINGS, JANOFSKY & WALKER, LLP
1055 WASHINGTON BOULEVARD
9TH FLOOR
STAMFORD, CT 06901

SAMUEL          BAYARD ISAACSON
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DLA PUPER RUDICK GRAY CARY US LLP
203 N. LASALLE STREET
SUITE #1900
CHICAGO, IL 60603

DANIEL          L. JOHNS
WESTERVELT JOHNSON NICOLL & KELLER
FIRST FINANCIAL PLAZA
14TH FLOOR
411 HAMILTON BLVD
PEORIA, IL 61602-1114

KAREN           LOUISE JONES
COUNSEL NOT ADMITTED TO USDC-NJ BAR
FURTH, LEHMANN & GRANT, LLP
225 BUSH STREET
15TH FLOOR
SAN FRANCISCO, CA 94104

DANIEL          P. JORDAN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
PO BOX 22567
JACKSON, MS 39225-2567

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
CLERK OF THE PANEL
```

```
ONE COLUMBUS CIRCLE, NE
THURGOOD MARSHALL FEDERAL JUDICIARY BUIDLING
ROOM G-255 - NORTH LOBBY
WASHINGTON, DC 20002-8004

TONY                KIM
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BEELER, SCHAD & DIAMOND, PC
332 S. MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60604

JON                 T. KING
COUNSEL NOT ADMITTED TO USDC-NJ BAR
Hausfeld LLP
44 Montgomery St.
Suite 3400
SAN FRANCISCO, CA 94111

KMART CORPORATION
,

KENNETH             EMANUEL KRAUS
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SCHOPF & WEISS, LLP
ONE SOUTH WACKER DRIVE
28TH FLOOR
CHICAGO, IL 60606

RACHEL              ROSS KRAUSE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
OGDEN & SULLIVAN, PA
113 S ARMEIA AVENUE
TAMPA, FL 33609

ROBERT              J KRISS
COUNEL NOT ADMITTED TO USDC-NJ BAR
MAYER, BROWN, ROWE & MAW LLP
190 S. LASALLE STREET
CHICAGO, IL 60603

LANDS' END INC.
,

EDWIN               MICHAEL LARKIN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
VENABLE LLP
1270 AVENUE OF THE AMERICAS, 25TH FL
NEW YORK, NY 10020

THOMAS              LARKIN
1 SHELDRAKE LANE
PALM BEACH GARDENS, FL 33418

ELIZABETH           A. LARSEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRKPATRICK & LOCKHART, NICHOLSON, GRAHAM, LLP
200 E. RANDOLPH DRIVE
CHICAGO, IL 60601

ANDREA              J. LAWRENCE
COHEN TAUBER SPIEVACK & WAGNER P.C.
420 LEXINGTON AVENUE
24TH FLOOR
NEW YORK, NY 10170

CHRISTOPHER         L. LEBSOCK
HAUSFELD LLP
44 MONTGOMERY STREET, SUITE 3400
SAN FRANCISCO, CA 94111

PETER               S. LINDEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRBY MCINERNEY LLP
825 THIRD AVENUE
16TH FLOOR
NEW YORK, NY 10022

WILLIAM             HENRY LONDON
COUNSEL NOT ADMITTED TO USDC-NJ BAR
MUCH, SHELIST, FREED, DENENBERG, AMENT & RUBENSTEIN, PC
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60605-1615

JEFFREY             J. LOWE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
8235 FORSYTH BOULEVARD
SUITE 1100
ST. LOUIS, MO 63105

ERIC                NEAL MACEY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
NOVACK & MACEY, LLP
303 WEST MADISON STREET
SUITE 1500
CHICAGO, IL 60606

NEAL                S. MANNE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
```

```
SUSMAN GODFREY, LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002-5096

GREGORY         L. MAST
COUNSEL NOT ADMITTED TO USDC-NJ BAR
FIELDS, HOWELL, ATHANS & MCLAUGHLIN
ONE MIDTOWN PLAZA
SUITE 800
1360 PEACHTREE STREET
ATLANTA, GA 30309

H.              ALAN MCCALL
COUNSEL NOT ADMITTED TO USDC-NJ BAR
STOCKWELL SIEVERT
PO BOX 2900
LAKE CHARLES, LA 70601

MICHAEL         LEE MCCLUGGAGE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WILDMAN, HARROLD, ALLEN & DIXON, LLP
225 WEST WACKER DRIVE
CHICAGO, IL 60606

FREDRICK        H. MCCLURE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PIP RUDNICK LLP
101 E. KENNEDY BOULEVARD
SUITE 2000
TAMPA, FL 33602-5148

DONNA           L. MCDEVITT
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
333 WEST WACKER DRIVE
SUITE 2100
CHICAGO, IL 60606

JENNIFER        BATES MCINTYRE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PERKINS COIE LLC
131 SOUTH DEARBORN
SUITE 1700
CHICAGO, IL 60603-5559

DOUGLAS         A. MILLEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
MUCH, SHELIST, FREED, DENENBERG, AMENT & RUBENSTEIN, PC
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60605-1615

MICHELE         A. MILLER
WESTERVELT JOHNSON NICOLL & KELLER
FIRST FINANCIAL PLAZA
14TH FLOOR
411 HAMILTON BLVD
PEORIA, IL 61602-1114

DONALD          JAMES MOONEY
ULMER & BERNE
NOT ADMITTED TO THE NJ BAR
600 VINE STREET
SUITE 2800
CINCINNATI, OH 45202-2409

TIMOTHY         ALAN NELSEN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
333 WEST WACKER DRIVE
SUITE 2100
CHICAGO, IL 60606

DARREN          K. NELSON
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PARR, WADDOUPS, BROWN, GEE & LOVELESS
185 S STATE STREET
SUITE 1300
PO BOX 11019
SALT LAKE CITY, UT 84111

KEVIN           F. O'MALLEY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
GREENSFELDER & HEMKER
EQUITABLE BUILDING
10 SOUTH BROADWAY
SUITE 2000,
ST LOUIS, MO 63102

ROSEANN         OLIVER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PERKINS COIE LLC
131 S. DEARBORN
SUITE 1700
CHICAGO, IL 60603-5559

JOHN            ROBERT OLLER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WILKIE, FARR & GALLAGHER, LLP
```

```
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

DANIEL          A. OSBORN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BEATIE & OSBORN LLP
521 FIFTH AVENUE
34TH FLOOR
NEW YORK, NY 10175

BRIAN           J OSIAS
MCCARTER & ENGLISH, LLP
,

BENJAMIN        R. OSTAPUK
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRKLAND & ELLIS LLP
555 CALIFORNIA STREET
SAN FRANCISCO, CA 94104

HOUSTON         S. PARK                         , III
COUNSEL NOT ADMITTED TO USDC-NJ BAR
STEPHENS, LYNN, KLEIN, LA CAVA, HOFFMAN
NORTHBRIDGE CENTER
515 N. FLAGLER DRIVE
SUITE 1600
WEST PALM BEACH, FL 33401-4390

ROBERT          M. PARKER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
PARKER CLAYTON
100 E. FERGUSON
SUITE 1114
TYLER, TX 75702

RONALD          RICHARD PARRY
PARRY DEERING FUTSCHER & SPARKS PSC
NOT ADMITTED TO NEW JERSEY BAR
411 GARRARD STREET
P.O. BOX 2618
COVINGTON, KY 41012-2618

GREGORY         J. PHILLIPS
ULMER & BERNE LLP
NOT ADMITTED TO THE NJ BAR
1660 WEST 2ND STREET
SUITE 1100
CLEVELAND, OH 44113

LAYN            R. PHILLIPS
IRELL & MANELLA, LLP
840 NEWPORT CENTER DRIVE
SUITE 400
NEWPORT BEACH, CA 92660

CARL            H POCDTKE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DLA PIPER RUDNICK GARY CARY US LLP
203 N. LASALLE STREET
SUITE 1900
CHICAGO, IL 60601

ALAN            SETH RABINOWITZ
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SHEARMAN & STERLING LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

JULIO           J. RAMOS
COUNSEL NOT ADMITTED TO USDC-NJ BAR
FURTH, LEHMANN & GRANT, LLP
225 BUSH STREET
15TH FLOOR
SAN FRANCISCO, NJ 94104

L.              JANE RAY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002-5096

JAMES           L REED
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LOOPER REED & MCGRAW
1300 POST OAK BOULEVARD
SUITE 2000
HOUSTON, TX 77056

R.              DOUGLAS REES
COUNSEL NOT ADMITTED TO USDC-NJ BAR
JENNER & BLOCK LLP
330 NORTH WABASH AVENUE
CHICAGO, IL 60611

ANDREW          M REIDY
HOWREY LLP
1299 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004-2402
```

```
JONATHAN           E. RICHMAN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DEWEY & LEBOEUF LLP
125 WEST 55TH
NEW YORK, NY 10022

PAUL               JEFFREY RIEHLE
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SEDGWICK DETERT MORAN & ARNOLD
ONE EMBARCADERO CENTER
 16TH FLOOR
SAN FRANCISCO, CA 94111-3628

JESSICA            G ROUX
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DUNCAN, COURINGTON & RYDBERG
400 POYDRAS STREET
SUITE 1200
NEW ORLEANS, LA 70130

THOMAS             LOUIS RUFFNER
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HOWREY LLP
321 NORTH CLARK STREET
SUITE 3400
CHICAGO, IL 60610

GEOFFREY           C. RUSHING
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SAVERI & SAVERI
706 SANSOME STREET
SAN FRANCISCO, CA 94111

ALAN               N. SALPETER
COUNEL NOT ADMITTED TO USDC-NJ BAR
190 SOUTH LASALLE STREET
39TH FLOOR
CHICAGO, IL 60603

ELIZABETH          BARRY SANDZA
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LEBOEUF, LAMB, GREENE & MACRAE, LLP
1101 NEW YORK AVE., NW
SUITE 1100
WASHINGTON, DC 20005-4213

GUIDO              SAVERI
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SAVERI & SAVERI, INC.
706 SANSOME STREET
SAN FRANCISCO, CA 94111

RICHARD            ALEXANDER SAVERI
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SAVERI & SAVERI, INC.
706 SANSOME STREET
SAN FRANCISCO, CA 94111

LAWRENCE           WILEY SCHAD
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BEELER, SCHAD & DIAMOND, PC
332 SOUTH MICHIGAN AVENUE
SUITE 1000
CHICAGO, IL 60604

KEVIN              R.J. SCHROTH
Cole, Schotz, Meisel, Forman & Leonard
900 Third Avenue
16th Floor
NEW YORK, NY 10022

STEPHEN            W SCHWAB
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DLA PIPER RUDICK GRAY CARY US LLP
203 NORTH LASALLE STREET
SUITE #1900
CHICAGO, IL 60601-1293

JEFFREY            R. SEELY
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SUSMAN GODFREY, LLP
1000 LOUISIANA STREET
SUITE 5100
HOUSTON, TX 77002

KELLEY             SEVIN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DUNCAN, COURINGTON & RYDBERG
400 POYDRAS STREET
SUITE 1200
NEW ORLEANS, LA 70130

PAULA              G. SHAKELTON
ULMER & BERNE LLP
NOT ADMITTED TO THE NJ BAR
1660 WEST 2ND STREET
SUITE 1100
CLEVELAND, OH 44113

JAMES              S. SHEDDEN
```

```
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        BELLER, SCHAD & DIAMOND, PC
                        332 S. MICHIGAN AVENUE
                        SUITE 1000
                        CHICAGO, IL 60604

PHILIP              RITCHEY SIMS
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        CHAFFE MCCALL
                        1100 POLYDRAW STREET
                        SUITE 2300
                        NEW ORLEANS, LA 70163-2300

DAVID               ANTHONY SIRNA
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        KREVOLIN & HORST
                        1175 PEACHTREE STREET, NE
                        100 COLONY SQUARE
                        SUITE 2150
                        ATLANTA, GA 30361

J. ANDREW           SJOBLOM
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        HOLME, ROBERTS & OWEN, LLP
                        299 SOUTH MAIN STREET
                        SUITE 1800
                        SALT LAKE CITY, UT 84111-2263

ALAN                PATRICK SMITH
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        CAHILL, GORDON & REINDEL, LLP
                        80 PINE STREET
                        NEW YORK, NY 10005

LAYALIZA            KLEIN SOLOVEICHIK
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                        1285 AVENUE OF THE AMERICAS
                        NEW YORK, NY 10019

FREDERIC            STANLEY                                      , JR
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        STANLEY, DEHLINGER & RASCHER
                        260 MAITLAND AVENUE
                        SUITE 1500
                        ALTAMONTE SPRINGS, FL 32701

JILL                M. STEINBERG
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
                        FIRST TENNESSEE BANK BUILDING
                        165 MADISON AVENUE
                        SUITE 2000
                        MEMPHIS, TN 39103

RICHARD             L. STONE
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        KIRBY MCINERNEY LLP
                        825 THIRD AVENUE
                        16TH FLOOR
                        NEW YORK, NY 10022

LISA                COLLEEN SULLIVAN
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        HOWREY, SIMON, ARNOLD & WHITE, LLP
                        321 NORTH CLARK STREET
                        SUITE 3400
                        CHICAGO, IL 60610

TIMON               V SULLIVAN
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        OGDEN & SULLIVAN, PA
                        113 S ARMENIA AVENUE
                        TAMPA, FL 33609-1006

SUPREME AUTO TRANSPORT, LLC
                        ,

GRETHCHEN           S. SWEEN
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        SUSMAN GODFREY, LLP
                        901 MAIN STREET
                        SUITE 4100
                        DALLAS, TX 77202-3775

VIRGINIA            B. TOWNES
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        AKERMAN SENTERFITT
                        255 S. ORANGE AVENUE
                        17TH FLOOR
                        PO BOX 231
                        ORLANDO, FL 32802-6610

TRI-STATE CONTAINER CORP.
                        ,

KENNETH             I. TRUJILLO
                        COUNSEL NOT ADMITTED TO USDC-NJ BAR
                        1717 ARCH STREET
                        SUITE 3838
```

PHILADELPHIA, PA 19103

**STEPHEN TSAI**
,

**Texas Independent Energy, LLP**
,

**MICHAEL N. UNGAR**
ULMER & BERNE LLP
NOT ADMITTED TO THE NJ BAR
1660 WEST 2ND STREET
SUITE 1100
CLEVELAND, OH 44113-1448

**MARTIN B. UNGER**
UNGER LAW GROUP, PL
PO BOX 4909
ORLANDO, FL 32802-4909

**JOHN L. WARDEN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SULLIVAN & CROMWELL
125 BROAD STREET
NEW YORK, NY 10004

**JAMES PAUL WEHNER** , JR
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SQUIRE, SANDERS & DEMPSEY, LLP
1201 PENNSYLVANIA AVENUE NW
PO BOX 407
WASHINGTON, DC 20044-0407

**IRA E. WEINER**
66 PARK STREET
MONTCLAIR, NJ 07042

**DOROTHY L. WHITE-COLEMAN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WHITE, COLEMAN & ASOCIATES, LLC
ONE FINANCIAL PLAZA
500 WASHINGTON AVENUE
SUITE 1080
ST. LOUIS, MO 63101-1236

**CAROLINE SPINDLER WHITTEMORE**
CAHILL, GORDON & REINDEL, LLP
80 PINE STREET
NEW YORK, NY 10005

**RENEE WICKLUND**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
KIRKLAND & ELLIS, LLP
200 EAST RANDOLPH STREET
CHICAGO, IL 60601

**JONATHAN MICHAEL WILAN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
HUNTON & WILLIAMS LLP
1900 K STREET NW
WASHINGTON, DC 20006

**MARGUERITE S. WILLIS**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
NEXSEN, PRUET, JACOBS & POLLARD
PO DRAWER 2426
COLUMBIA, SC 29202

**JACK LOUIS WUERKER**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SQUIRE, SANDERS & DEMPSEY, LLP
8000 TOWERS CRESCENT DRIVE
14TH FLOOR
VIENNA, VA 22182

**RICHARD B. ZABEL**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
AKIN, GUMP, STRAUSS, HAVER & FELD, LLP
590 MADISON AVENUE
42ND FLOOR
NEW YORK, NY 10022

**CADIO ZIRPOLI**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
SAVERI & SAVERI
706 SANSOME STREET
SAN FRANCISCO, CA 94111