UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------X

IN RE INSURANCE BROKERAGE ANTITRUST LITIGATION.

APPLIES TO ALL ACTIONS

MDL No. 1663

Civil No. 04-5184 (CCC-JAD)

Hon. Claire C. Cecchi

-------------------------------------------------------X

**NOTICE OF JOINT MOTION FOR AN ORDER (1) ALLOWING INTERVENTION OF CERTAIN PURCHASING GROUPS[1] AND PREFERRED CONCEPTS, LLC; (2) APPROVING PROCEDURES TO IDENTIFY SETTLEMENT CLASS MEMBERS[2] WHO PURCHASED A SETTLEMENT CLASS POLICY; AND (3) AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

To: All Parties and their Counsel:

**PLEASE TAKE NOTICE THAT** the Class Plaintiffs, the Purchasing Groups, and Preferred Concepts, LLC ("Preferred") by their counsel, hereby move this Court for an Order: (1) allowing intervention of the Purchasing Groups and Preferred Concepts, pursuant to Rule 24 of the Federal Rules of Civil Procedure, for the sole purpose of participating in a process to distribute proceeds of the Zurich Settlement which are currently being held by Preferred; (2) approving a procedure to identify certain Settlement Class Members that were members of various Purchasing Groups; and (3) approving attorneys' fees and reimbursement of expenses to Class Counsel and counsel to Preferred.

In support of the Motion, the movants rely on the accompanying Joint Declarations of Joel Simon and Terry Cummings and Bryan Clobes, and Stipulation and proposed Order.

---

[1] The Purchasing Groups are Integrated Risk Facilities, Inc., IRF Contracting Group, Inc., IRF Hospitality Group, , Inc., IRF Manufacturing Group, Inc., IRF Real Estate Group, Inc., IRF Restaurant, Inc., IRF Retail Group, Inc., IRF Service Group, Inc., IRF Wholesale Group, Inc., and Protector Purchasing Group, Inc. (the "Purchasing Groups").

[2] Unless otherwise stated, all capitalized terms have the meaning ascribed to them in the Stipulation of Settlement dated July 28, 2006 (Dkt. No. 648), as amended (Dkt. No. 674).

Date: June 13, 2014

Respectfully submitted,

*/s/ Bryan L. Clobes*

Bryan L. Clobes
Ellen Meriwether
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
1101 Market Street, Suite 2650
Philadelphia, PA 19107
Tel.: (215) 864 2800
Fax: (215) 864 2810

---

Joe R. Whatley, Jr.
Edith M. Kallas
WHATLEY KALLAS LLP
1180 Avenue of the Americas
20th Floor
New York, NY 10036
Tel.: (212) 447-7060
Fax: (800) 922-4851

Plaintiff's Co-Lead Counsel on Behalf of Class Counsel

---

Joel M. Simon
SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C.
111 John Street
New York, New York 10038
Tel.: (212) 964 7400
Fax: (212) 374 1935

Co-Counsel for Intervenor Purchasing Groups and Preferred Concepts

---

Terry Cummings
HITCHCOCK & CUMMINGS LLP
120 West 45th Street
Suite 405
New York, New York 10036
Tel.: (212) 688 3025, ext. 102
Fax: (212) 688 3040

Co-Counsel for Intervenor Purchasing Groups and Preferred Concepts

Date: June 12, 2014

                                            Respectfully submitted,

_____
Bryan L. Clobes
Ellen Meriwether
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
1101 Market Street, Suite 2650
Philadelphia, PA 19107
Tel.: (215) 864 2800
Fax: (215) 864 2810

_____
Joe R. Whatley, Jr.
Edith M. Kallas
WHATLEY KALLAS LLP
1180 Avenue of the Americas
20th Floor
New York, NY 10036
Tel.: (212) 447-7060
Fax: (800) 922-4851

Plaintiff's Co-Lead Counsel on Behalf of Class Counsel

_____
Joel M. Simon
SMITH MAZURE DIRECTOR WILKINS
YOUNG & YAGERMAN, P.C.
111 John Street
New York, New York 10038
Tel.: (212) 964 7400
Fax: (212) 374 1935

Co-Counsel for Intervenor Purchasing Groups and Preferred Concepts

_____
Terry Cummings
HITCHCOCK & CUMMINGS LLP
120 West 45th Street
Suite 405
New York, New York 10036
Tel.: (212) 688 3025, ext. 102
Fax: (212) 688 3040

Co-Counsel for Intervenor Purchasing Groups and Preferred Concepts

Date: June 12, 2014

Respectfully submitted,

_____
Bryan L. Clobes
Ellen Meriwether
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
1101 Market Street, Suite 2650
Philadelphia, PA 19107
Tel.: (215) 864 2800
Fax: (215) 864 2810

_____
Joe R. Whatley, Jr.
Edith M. Kallas
WHATLEY KALLAS LLP
1180 Avenue of the Americas
20th Floor
New York, NY 10036
Tel.: (212) 447-7060
Fax: (800) 922-4851

Plaintiff's Co-Lead Counsel on Behalf of Class Counsel

_____
Joel M. Simon
SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C.
111 John Street
New York, New York 10038
Tel.: (212) 964 7400
Fax: (212) 374 1935

Co-Counsel for Intervenor Purchasing Groups and Preferred Concepts

_____
Terry Cummings
HITCHCOCK & CUMMINGS LLP
120 West 45th Street
Suite 405
New York, New York 10036
Tel.: (212) 688 3025, ext. 102
Fax: (212) 688 3040

Co-Counsel for Intervenor Purchasing Groups and Preferred Concepts

2

*[signature]*

Elizabeth B. Sandza
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
700 11th Street, NW, Suite 400
Washington, D.C. 20001
Tel.: (202) 626 7660
Fax: (202) 628 3606
Attorneys for the Zurich Defendants