UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: January 19, 2017

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 04-CV-5184 (CCC)
08-CV-0235 (CCC)

Title of Case:  In Re:  INSURANCE BROKERAGE ANTITRUST LITIGATION
as to Lincoln Adventures v. Those Certain Unerwriters at Lloyds, et als.

**Appearances**:  Peter S. Pearlman, Robert Schachter, Rachel Jensen & Carmen Medici
& Eriic Zard, Esqs. for Plainitffs, Lincoln Adventures
Mattew Burke, Thomas Bush, Duvol Thompson, Marc Haefner & Abigail Nitka, Esqs.
for defendant, Various Syndicates

for Plaintiff's Lincoln Adventures: Peter S. Pearlman, Esq.
Robert Schachter, Esq.
Rachel Jensen, Esq.
Carmen Medici, Esq.
Eric Zard, Esq.

for Defendants Various Syndicates: Mattew Burke, Esq.
Thomas Bush, Esq.
Duvol Thompson, Esq.
Marc Haefner, Esq.
Abigail Nitka, Esq.

**NATURE OF PROCEEDINGS**:

Oral argument held on motion: [DE2763] MOTION to Dismiss *The Second Amended Class Action Complaint Pursuant To Rule 12(B)(6)*

Ordered decision reserved.

Time Commenced:  10:00 a.m.                                    Time Adjourned:  12:30 p.m.

*Jacquie Lambiase*
Jacquie Lambiase, Courtroom Deputy to
the Honorable Claire C. Cecchi, U.S.D.J.