**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE INSURANCE BROKERAGE ANTITRUST LITIGATION<br><br>MDL-1663<br><br>TAG-ALONG ACTION:<br><br>LINCOLN ADVENTURES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON, et al.,<br><br>Defendants. | Civil Action No.: 04-5184 (CCC)<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on the motion (ECF No. 2763) of Defendants Those Certain Underwriters at Lloyd's, London who are members of Syndicates 0033, 0102, 0382, 0435, 0510, 0570, 0609, 0623, 0727, 0958, 1003, 1084, 1096, 1183, 1245, 1886, 2001, 2003, 2020, 2488, 2623, 2791, and 2987 (collectively, "Defendants") to dismiss the Second Amended Class Action Complaint (ECF No. 2737, hereafter "SAC") of Plaintiffs Lincoln Adventures, LLC and Michigan Multi-King, Inc., for failure to state a claim. The Court has considered the submissions made in support of and in opposition to the instant motion. The Court has also considered the arguments made on the record during oral argument on January 19, 2017. (ECF No. 2847). For the reasons set forth in the Court's corresponding Opinion,

1

**IT IS** on this 22nd day of August, 2017,

**ORDERED** that Defendants' motion to dismiss the SAC (ECF No. 2763) is **DENIED**.

**SO ORDERED.**

_____
**CLAIRE C. CECCHI, U.S.D.J.**