UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION | MDL No. 1663 |
| This Document Relates to | Master Docket No. 04-cv-5184 |
| *Lincoln Adventures, LLC, et al. v. Certain Underwriters of Lloyd's of London, et.al.,* Civ. No. 2:08-cv-00235-CCC-PS | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Robert A. Skinner of Ropes & Gray LLP, the undersigned, is withdrawing as one of the attorneys of record in this matter. Defendant Syndicates 102, 382, 435, 510, 727, 958, 1084, 1096, 1245, 1886, and 2488 will continue to be represented by Matthew Burke of Robins Kaplan LLP and Defendant Syndicates 33, 623, 1183, 2623, and 2987 will continue to be represented by John Torriello of Holland & Knight LLP.


Dated:  February 26, 2019              /s/ Robert A. Skinner

                                       Robert A. Skinner
                                       Ropes & Gray, LLP
                                       Prudential Tower
                                       800 Boylston Street
                                       Boston, MA 02199